IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETH M. NORDEN PHD

Plaintiff

v.                                     Case No. RML 05-00-1232

LAWRENCE M. SMALL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Oct 5 05 at 1000a at the address of 1000 JEFFERSON DRIVE SW WASHINGTON DC, I duly served the following documents(s): SUMMONS, COMPLAINT AND ADMENDED COMPLAINT in the above entitled action upon LAWRENCE SMALL AND THE SMITHSONIAN INSTITUTE by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with MILDRED GLOVER, ASSOCIATE GENERAL COUNSEL FOR THE SMITHSONIAN INSTITUTE.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _Roland Gonzales_     Date: 10-17-05

Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

VICFAN
MS FANG