IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETH M. NORDEN PHD

Plaintiff

v.                                          Case No. RML 05-00-1232

LAWRENCE M. SMALL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Oct 5 05 at 1000a at the address of 501 3RD ST NW WASHINGTON DC 20001, I duly served the following documents(s): SUMMONS, COMPLAINT AND ADMEND COMPLAINT in the above entitled action upon UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with LORI COX ASSISTANT TO THE UNITED STATES ATTORNEY WHO STATED SHE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____    Date: 10-17-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

VICFAN
MS FANG