IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETH M. NORDEN PHD

Plaintiff

v.                                            Case No. RML 05-00-1232 *RMC*

LAWRENCE M. SMALL

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Oct 5 05 at 1000a at the address of 950 PENNSYLVANIA AVENUE NW WASHINGTON DC 20001, I duly served the following documents(s): SUMMONS, COMPLAINT AND ADMENDED COMPLAINT in the above entitled action upon UNITED STATES ATTORNEY GENERAL by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with GARRETT SHEFTON, ASSISTANT TO THE UNITED STATES ATTORNEY GENERAL WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____       Date: 10-17-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

VICFAN
MS FANG