# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Beth M. Norden, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1232 (RMC) |
| | ) | |
| Lawrence M. Small, | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### Plaintiff's Stipulated Motion for Ms. Vickie Inge Fang to appear as Plaintiff's counsel *PRO HAC VICE*

Plaintiff seeks an order allowing Ms. Vickie Inge Fang to appear in the above

entitled case *PRO HAC VICE* and to solely make an appearance for plaintiff at the May 19,

2006, scheduling conference. Ms. Fang has worked with Plaintiff's lead counsel, Alex Tanas

Sliheet since 1985. Mr. Sliheet, whose mother has died recently, is in San Diego, and if

necessary, will be available by telephone at (619) 696-9006 for the May 19, 2006, scheduling

conference. Plaintiff met and conferred with defendant by email, and Defendant has

stipulated to the *PRO HAC VICE* motion. Ms. Fang's declaration and a proposed order are

attached.

Alex T. Sliheet
D.C. Bar No. 438977
Attorney for Plaintiff Beth Norden
8792 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908

Plainitff's *PRO HAC VICE* motion                    1

Vickie Inge Fang
Attorney for Plaintiff Beth Norden
8792 Nightingale Dr.
Lanham, MD 20706
Fvicke@comcast.net

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Beth M. Norden,            ) | |
|                ) | |
|      **Plaintiff**   ) | |
|                ) | |
|        **v.**       ) | Civil Action No. 05-1232 (RMC) |
|                ) | |
| Lawrence M. Small,     ) | |
|                ) | |
|      **Defendant**   ) | |
|                ) | |

**DECLARATION OF VICKIE INGE FANG**

Pursuant to LCvR 83.2(d), I Vickie Inge Fang declare as follows:

1.  My full name is Vickie Inge Fang

2.  My office address and telephone number is:
    Vickie Inge Fang
    Lanham, MD 20706
    (301) 552 - 4908

3.  I have been admitted to the Maryland Bar and admitted to practice before the highest court in the 4th Circuit and have done so.

4.  I certify that I have not been disciplined by any Bar.

5.  I have never been admitted *pro hac vice* in this Court within the last two years.

6.  I do not have an office located in the District of Columbia, I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

Declaration of Vickie L. Fang to appear *pro hac vice*       1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2006.

Vickie Inge Fang

Alex T. Sliheet
D.C. Bar No. 438977
Attorney for Plaintiff Beth Norden
8792 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908

Declaration of Vickie L. Fang to appear *pro hac vice*                    2