UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Lawrence M. Small, )<br>)<br>Defendant ) | Civil Action No. 05-1232 (RMC) |

**PROPOSED ORDER**

It is hereby **ORDERED** that:

1. Plaintiff's motion that Ms. Vickie Inge Fang be allowed to appear as Plaintiff's counsel in the above entitled matter *PRO HAC VICE* is **GRANTED**.

**SO ORDERED.**

May_____, 2006

_____
Judge Rosemary M. Collyer

cc:

Alex Tanas Sliheet
D.C. Bar No. 438977
8792 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908

PROPOSED ORDER on *PRO HAC VICE* motion                     1

John F. Henault Jr.
Assistant United States Attorney
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249 phone
(202) 514-8780 fax
John.Henault@usdoj.gov