UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETH M. NORDEN, ) | |
| Plaintiff, ) | |
| v. ) | No. 05-1232 (RMC) |
| LAWRENCE M. SMALL, SECRETARY ) SMITHSONIAN INSTITUTION, ) | |
| Defendant. ) | |

**DEFENDANT'S STATEMENT OF THE CASE**

Plaintiff Beth Norden is a former GS-11 Museum Specialist, who was employed by the Smithsonian Institution. She alleges violations of the Rehabilitation Act, 29 U.S.C. §§ 701. Specifically, her Amended Complaint alleges that she was discriminated against on the basis of her disability when defendant allegedly failed to accommodate her disability (Count 1) and that she was discriminated against in retaliation for her participation in protected activity (Count 2).

Defendant denies plaintiff's allegations in their entirety. Defendant further asserts that defendant's actions towards plaintiff were legal and proper at all times and plaintiff is not entitled to any of her requested relief, or any relief whatsoever.

May 16, 2006                                Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)