**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BETH M. NORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1232 (RMC) |
| | ) | |
| LAWRENCE  M. SMALL, SECRETARY | ) | |
| SMITHSONIAN INSTITUTION, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

## PARTIES' JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

The parties in this case, jointly request entry of a Stipulated Protective Order to protect documents and information designated by the counsel for parties from public disclosure.  The parties have reason to believe that certain material in this case, including information to be exchanged in discovery and possibly information that will become evidence in this case, is covered by the Privacy Act, the Health Insurance Portability and Protection Act and/or would constitute unreasonable invasion of privacy.  Accordingly, a protective order will facilitate the parties' efforts, including during ongoing discovery, to access all relevant material without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

A proposed Stipulated Protective Order–executed by counsel for plaintiff and defendant– is attached.  It sets forth the procedures to be followed by the parties when exchanging covered material and also when filing it with the Court.

August 2, 2006                              Respectfully submitted,

_____/s/_____          _____/s/_____
ALEX T. SLIHEET, DC #438977                KENNETH L. WAINSTEIN, DC Bar #451058
VICKIE FANG                                United States Attorney
8702 Nightingale Dr.
Lanham, MD 20706                           _____/s/_____
(301) 552-4908                             RUDOLPH CONTRERAS, DC BAR #434122
                                           Assistant United States Attorney

Attorneys for plaintiff                    _____/s/_____
                                           JOHN F. HENAULT, DC Bar # 472590
                                           Assistant United States Attorney
                                           555 4th Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 307-1249

                                           Attorneys for the defendant