Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8792 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,**           ) | |
|           ) | |
|     **Plaintiff**           ) | |
|           ) | |
|     v.           ) | Civil Action No. 05-1232 (RMC) |
|           ) | |
| **Lawrence M. Small,**           ) | |
|           ) | |
|     **Defendant**           ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS AND TO FILE EXPERT REPORTS UNDER F.R.C.P. 26(a)(2)(B)**

Now comes plaintiff, Dr. Norden, by and through counsel, Alex T. Sliheet, and asks that the scheduled deadline to designate experts and their reports in the above-captioned case be extended from August 17, 2006, to September 18, 2006, for the plaintiff, and from September 18, 2006, to October 20, 2006, for the defendant.  As reasons therefore, Plaintiff submits the following:

1. While visiting her daughter in Miami in late July, 2006, Dr. Norden suffered an injury to her hand.

2. Dr. Norden had originally intended to return home by the end of July and to be available then to assist in the preparation of her case. Unfortunately, the injury became infected, requiring hospitalization and surgery. Dr. Norden spent approximately ten days in the hospital, and was told by her doctor that she "almost lost" her hand.

3. As of the date of this filing, Dr. Norden is still in Miami, recuperating at her daughter's home. She is suffering from laryngitis, and she is still taking prescription narcotics to manage her postoperative pain.

4. Dr. Norden intends to drive her car home on the 14th of August. At present, however, she is not physically capable of driving, and she is not certain that she will be able to drive on August 14th.

5. An economic expert, Rick Gaskins, MBA, CPA, has been retained for Dr. Norden and is working on a report for her. Mr. Gaskins needs to be able to speak with Dr. Norden and review documents with her in preparing his report on her potential future earnings. For the reasons given above, Dr. Norden is not able to assist Mr. Gaskins in this preparation. Mr. Gaskins does not currently have all the documents he requires, and counsel cannot provide them without Dr. Norden's assistance.

6. Even if Dr. Norden does succeed at arriving home by the evening of August 14th, she will not have enough time to answer Mr. Gaskin's questions and provide documents for him in order to allow him to complete his report by August 17th.

7. Given Dr. Norden's medical history and the severity of her recent injury, counsel for Dr. Norden are concerned about the possibility that she may require additional postoperative care and pain management.

8. Defense counsel has been apprised of Dr. Norden's condition and has consented to an extension of time for her to name experts and submit reports on the condition that Defendant receive a similar extension.

Wherefore, for the reasons given above, Dr. Norden prays this Honorable Court to amend the scheduling order so that the Plaintiff's deadline for designating experts and reports shall be no later than September 18, 2006, and Defendant's deadlines for designating experts and reports shall be no later than October 20, 2006.

DATED: _____                           Respectfully submitted,


_____
Alex T. Sliheet
D.C. Bar No. 438977
Vickie Fang, pro hoc vice
Law Office of Vickie Fang
8702 Nightingale Drive
Lanham, MD  20706
(301) 552-4908
alexsliheet@yahoo.com