Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8792 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 05-1232 (RMC) |
| ) | |
| **Lawrence M. Small,** ) | |
| ) | |
| **Defendant** ) | |

### ORDER

It is hereby **ORDERED** that:

1. Plaintiff's consent motion that the time to designate experts and to file expert reports under F.R.C.P. 26(a)(2)(B) until September 18, 2006, for plaintiff, and October 20, 2006, for defendant, is **GRANTED**.

**SO ORDERED.**

August _____, 2006

_____
Judge Rosemary M. Collyer

cc:

Alex Tanas Sliheet
D.C. Bar No. 438977
8792 Nightingale Dr.
Lanham, MD 20706
 (301) 552 -4908
alexsliheet@yahoo.com


John F. Henault Jr.
Assistant United States Attorney
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249 phone
(202) 514-8780 fax
John.Henault@usdoj.gov

Order for enlargement of time to file expert reports    **05-1232 (RMC)**    2