# **EXHIBIT 27 ADDITION**

# THERAPY NOTE

Name **Beth Norden** _____ Date of Service **4/14/04** _____ Page 1 of **1**

ID# **250565940** _____ Location **Office**

Diagnosis: (with rationale for any change) **309.81 Postttraumtic Stress Disorder; 296.33 Major Depression- recurrent- without psychotic features.**

| INPATIENT | OUTPATIENT SERVICE | | |
|---|---|---|---|
| ☐ 90816 or | ☐ 90804 Individual Therapy (approx. 20-30 min) | ☐ 90853 Group Therapy | |
| ☐ 90818 or | ☐ 90806 Individual Therapy (approx. 45-50 min) | ☐ Other _____ | |
| ☐ 90821 or | ☒ 90808 Individual Therapy (approx. 75-80 min) | | |

**TARGET SYMPTOMS**

**Behavioral Symptom**   ☐ Verbal abuse   ☐ Physical abuse   ☐ Socially inappropriate/disruptive behavior   ☐ Wandering

**Depression and/or Mania**                                                                                                               **Change in Cognitive Status**

☒ Sad mood, facial expression            ☒ Recurrent thoughts of death            ☐ Self-deprecation            ☐ Impaired decision making
☒ Negative statements                    ☐ Unpleasant mood in morning             ☐ Hyperexcitement            ☐ Short term memory problems
☐ Agitation                              ☒ Sleep pattern change                   ☐ Excessive talking
☐ Social Withdrawal                      ☐ Crying, tearfulness                    ☐ Extreme irritability       **Thought Process**
☐ Care resistance/non compliance w/therapies   ☐ Reduced interest/involvement in activities   ☐ Weight loss   ☐ Suspicious/paranoid thoughts
☐ Not aware most of day and not comatose   ☒ Persistent anger with self or others   ☐ Loneliness               ☐ Confusion

**Anxiety**

☐ Repetitive questions                   ☐ Repetitive health complaints                                        ☒ Pained, worried facial expressions
☐ Repetitive verbalizations (calling out)   ☒ Repetitive anxious complaints / concerns (non health-related)   ☐ Repetitive physical movements
☐ Expression of unrealistic fears        ☒ Recurrent statements that something terrible is about to happen

Other Target Symptom: _____

Long Term Goals of Therapy: ☒ Continued   ☐ Changed as follows _____

Short Term Goals of Therapy: **Process reinstatement documents and help assist in decision making.**

Methods for Monitoring Outcome   ☒ Resident self-report   ☐ Staff observation   ☒ Therapist observation   ☐ Family report

**Resident Behavior and Status**

☒ Sufficient short term memory and cognitive ability to build on previous session   Mood **agitated/depressed**

☒ Alert ☒ Oriented to ☒ Person ☒ Place ☒ Time ☒ Situation   Affect **Congruent with Mood**

Specific behavior observed or reported: **Client appeared completely washed out and was just recovering from a severe migraine.**

**Therapeutic Interventions**

☐ Reviewed psychotropic medications: ☐ None   ☐ Unchanged   ☒ Specific changes with dates: **begin Effexor.**

☐ Reviewed chart   ☐ Consulted With staff   ☐ Communicated with _____

☒ Insight-oriented psychotherapy   ☒ Supportive psychotherapy   ☐ Behavior modifying psychotherapy

Specific psychotherapeutic techniques applied this session: **Processed client's reaction to receiving documents from SI and her decision making processes as pertains to choices she must now make. Provided support and validation for reactions. Dealt with specific recurrent nightmares that she has had since receipt of the documents.**

Responses to Therapeutic Interventions: **Sleep and nightmare problems have greatly increased since receipt of documents. Migraines have also increased.**

Signature of Clinician _____        Date **4/14/04**

**CONFIDENTIAL MENTAL HEALTH RECORD**
(May be disclosed only pursuant to applicable Federal and State Laws)

# THERAPY NOTE

Name: Beth Norden  
Date of Service: 4/16/04  
Page 1 of 1  
ID#: 250565940  
Location: Office  

Diagnosis: (with rationale for any change) 309.81 Postttraumtic Stress Disorder; 296.33 Major Depression- recurrent- without psychotic features.

INPATIENT     OUTPATIENT SERVICE
- ☐ 90816 or  ☐ 90804 Individual Therapy (approx. 20-30 min)     ☐ 90853 Group Therapy
- ☐ 90818 or  ☐ 90806 Individual Therapy (approx. 45-50 min)     ☐ Other _____
- ☐ 90821 or  ☒ 90808 Individual Therapy (approx. 75-80 min)

### TARGET SYMPTOMS

**Behavioral Symptom**  ☐ Verbal abuse  ☐ Physical abuse  ☐ Socially inappropriate/disruptive behavior  ☐ Wandering

**Depression and/or Mania**

- ☒ Sad mood, facial expression
- ☒ Negative statements
- ☐ Agitation
- ☐ Social Withdrawal
- ☐ Care resistance/non compliance w/therapies
- ☐ Not aware most of day and not comatose

- ☒ Recurrent thoughts of death
- ☐ Unpleasant mood in morning
- ☒ Sleep pattern change
- ☐ Crying, tearfulness
- ☐ Reduced interest/involvement in activities
- ☒ Persistent anger with self or others

- ☐ Self-deprecation
- ☐ Hyperexcitement
- ☐ Excessive talking
- ☐ Extreme irritability
- ☐ Weight loss
- ☐ Loneliness

**Change in Cognitive Status**
- ☐ Impaired decision making
- ☐ Short term memory problems

**Thought Process**
- ☐ Suspicious/paranoid thoughts
- ☐ Confusion

**Anxiety**

- ☐ Repetitive questions
- ☐ Repetitive verbalizations (calling out)
- ☐ Expression of unrealistic fears

- ☐ Repetitive health complaints
- ☒ Repetitive anxious complaints / concerns (non health-related)
- ☒ Recurrent statements that something terrible is about to happen

- ☒ Pained, worried facial expressions
- ☐ Repetitive physical movements

Other Target Symptom: _____

Long Term Goals of Therapy: ☒ Continued  ☐ Changed as follows _____

Short Term Goals of Therapy: Continued processing reinstatement documents and help assist in decision making.

Methods for Monitoring Outcome   ☒ Resident self-report   ☐ Staff observation   ☒ Therapist observation   ☐ Family report

**Resident Behavior and Status**

☒ Sufficient short term memory and cognitive ability to build on previous session    Mood: agitated/depressed

☒ Alert  ☒ Oriented to  ☒ Person  ☒ Place  ☒ Time  ☒ Situation    Affect: Congruent with Mood

Specific behavior observed or reported: Client appeared a bit stronger and more healthy today.

### Therapeutic Interventions

☐ Reviewed psychotropic medications: ☐ None  ☒ Unchanged  ☒ Specific changes with dates: _____

☐ Reviewed chart  ☐ Consulted With staff  ☐ Communicated with _____

☒ Insight-oriented psychotherapy  ☒ Supportive psychotherapy  ☐ Behavior modifying psychotherapy

Specific psychotherapeutic techniques applied this session: Continued processing client's reaction to receiving documents from SI and her decision making processes as pertains to choices she must now make. Provided support and validation for reactions. Continued work with specific recurrent nightmares.

Responses to Therapeutic Interventions: Sleep and nightmare problems showing slight improvement.

Signature of Clinician: _[signature]_     Date: 4/16/04

**CONFIDENTIAL MENTAL HEALTH RECORD**
(May be disclosed only pursuant to applicable Federal and State Laws)