UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1232 (RMC) |
| ) | |
| Lawrence M. Small, ) | |
| ) | |
| Defendant ) | |

### PROPOSED ORDER

It is hereby **ORDERED** that:

1. **Plaintiff's motion for Summary Judgment is GRANTED for the following claims:**

   _____Plaintiff's claim that defendant failed to provide Plaintiff with reasonable accommodations for a known disability under the Rehabilitation Act.

   _____Plaintiff's claim that defendant's April 2004, return to work plan was Retaliation.

   _____Plaintiff's claim that defendant's October 2004, termination was Retaliation.

2. **In the alternative, Plaintiff's motion for Summary Adjudication is GRANTED for the following issues:**

   _____Plaintiff timely filed an informal complaint in April of 2003.

   _____Plaintiff has a disability as defined in the Rehabilitation Act.

   _____Plaintiff has an impairment as defined in the Rehabilitation Act.

   _____Plaintiff's impairment substantially limits one or more of the Plaintiff's major life activities.

PROPOSED ORDER on PALINTIFF'S SUMMARY JUDGMENT/SUMMARY        1
ADJUDICATION MOTION

_____Plaintiff meets the requirements for the record of an impairment prong under the Rehabilitation Act.

_____Plaintiff meets the requirement for the regarded as prong for a disability under the Rehabilitation Act.

_____Defendant's April 2004, return to work plan was a material adverse action.

_____Plaintiff did not receive reasonable accommodations from the Defendant.

_____Plaintiff is a qualified individual who could perform the essential requirements of her job with reasonable accommodations.

_____Plaintiff requested reasonable accommodations but was denied reasonable accommodations for her disability.

_____Plaintiff exhausted her administrative remedies.

_____Plaintiff lacked the qualifications to apply for the D.C. Zoo position

_____Plaintiff has a prima facie case for failure to accommodate a known disability.

_____Plaintiff has a prima facie case for retaliation for the April 2004, return to work plan.

_____Plaintiff has a prima facie case for retaliation for the October 2004, termination.

_____Plaintiff did not refuse the accommodation of a respirator.

3. **Other issues that the Court finds Summary Adjudication on are as follows:**

**SO ORDERED.**

_____, 2006

                        _____
                        Judge Rosemary M. Collyer

cc:

Alex Tanas Sliheet
D.C. Bar No. 438977
8792 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908


John F. Henault Jr.
Assistant United States Attorney
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249 phone
(202) 514-8780 fax
John.Henault@usdoj.gov