UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| LAWRENCE M. SMALL, SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER**

Defendant Lawrence M. Small, in his official capacity as Secretary of the Smithsonian Institution, respectfully requests that the Court modify the Scheduling Order issued in this matter to set the following schedule for dispositive motions: Summary Judgment motions should be filed within 45 days of the close of discovery, with oppositions to said motions due with 30 days of service and replies to the oppositions due within 20 days of the oppositions' service.

In support of this motion, defendant states the following: On February 21, 2006, the parties filed their 16.3 report. Regarding dispositive motions, the parties requested that the Court set the following schedule: "Summary Judgment motions and Motions to Dismiss should be filed within 45 days of the close of discovery, with oppositions to said motions due with 30 days of service and replies to the oppositions due within 20 days of the oppositions' service." The parties also agreed that discovery in this matter should br completed on or before November 15, 2006.

In the Court's May 19, 2006 Scheduling Order, the Court set the deadline for the close of discovery as November 15, 2006. However, the Scheduling Order also set the following schedule for dispositive motions: "Dispositive motions shall be filed no later than October 2,

2006. Oppositions shall be filed no later than November 1, 2006. Replies shall be filed no later than November 21, 2006." In light of the fact that the Scheduling Order set dispositive motion as due prior to the close of discovery, defendant requests that the Court amend the Scheduling Order to comport with the agreement of the parties that dispositive motions be due 45 days following the close of discovery (January 2, 2007), that oppositions be due 30 days thereafter (February 1) and that replies be due 20 days after oppositions are served (February 21).

Pursuant to Local Civil Rule 7(m), defendant sought plaintiff's consent for this motion. Notwithstanding plaintiff's agreement to a dispositive motion schedule in the 16.3 report, plaintiff opposes this motion.

October 12, 2006                                Respectfully submitted,


    /s/
JEFFREY A. TAYLOR, D.C. Bar # 489610
United States Attorney


    /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


    /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)