**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| LAWRENCE M. SMALL, SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on defendant's motion to amend the scheduling order. After considering the applicable pleadings, and the record herein, it is, this _____ day of _____, 2006,

ORDERED that defendant's motion is granted. The Scheduling Order issued on May 19, 2006 is hereby modified to reflect the following schedule for dispositive motions: dispositive motions shall be filed 45 days following the close of discovery, by January 2, 2007, oppositions shall be filed 30 days thereafter, by February 1, 2007, and replies shall be filed 20 days after oppositions, by February 21, 2007.

_____
Rosemary M. Collyer
United States District Judge

cc:   Counsel of record via ECF