UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETH M. NORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1232 (RMC) |
| | ) | |
| LAWRENCE M. SMALL, SECRETARY SMITHSONIAN INSTITUTION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on defendant's motion to extend the time to respond to plaintiff's motion for summary judgment. After considering the applicable pleadings, and the record herein, it is, this _____ day of _____, 2006,

ORDERED that defendant's motion is granted. Defendant's response to plaintiff's motion for summary judgment is due on or before February 1, 2007.

_____
Rosemary M. Collyer
United States District Judge

cc:   Counsel of record via ECF