# EXHIBIT A



John,

You called me twice today concerning the due date for your opposition to our Motion for Summary Judgment. This first call came early this afternoon. You stated that your Opposition was due tomorrow, and you asked if I would agree to extending the time to what you referred to as "the due date under the schedule." I asked if you meant November 1st, and you replied, "yes, let's say November 1st." I agreed to this extension of time and told you that you could file a consent motion for the date. You thanked me, and promised to send some outstanding discovery that I had repeatedly requested.

You called back soon thereafterwards and told me that Judge Collyer had "made a mistake" in the scheduling order, pointing out that in our 16.3(c) report we suggested that dispositive motions be due after the close of discovery. My response was, "The scheduling order was different from our report. That doesn't mean it was a mistake." You said that you wanted to file a motion to "correct" the scheduling order and asked for my consent. I replied that I would have to talk to my client.

After this second phone call, I received the email below. I responded to it by writing back that you should assume that I would oppose the motion, but that I would agree to the extension of time.

The only extension of time we had discussed was to November 1 for filing your opposition. This was the extension I had agreed to. A February 1, 2007 deadline was never mentioned by either of us. I was therefore astonished to read your consent motion asking for February 1, 2007 to file the opposition. I am, of course, opposing this "consent" motion and expect to file our opposition early Friday morning.



Yahoo! Mail - alexsliheet@yahoo.com                                                     Page 2 of 2

scheduling order to change the dispositive motion schedule to comport with our request in the 16.3 report. As you are aware, we agreed that dispositive motions should be due 45 days after the close of discovery, oppositions 30 days therefter, and replies 20 days after that. In the scheduling order, the Court set dispositiuve motions for a date that is prior to the close of discovery. Thus, I want to move to amend the order to set the motions, as we previously agreed, to the aforementioned schedule.

Please let me know your position prior to the end of the day, as it effects my motion for an extension of time to file the s.j. opposition. Thank you.

John F. Henault
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

    

Previous | Next | Back to Messages                           Save Message Text | Full Headers

                                           

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy