# EXHIBIT A



**From:** "Vickie Fang" <fvickie@comcast.net> View Contact Details  Add Mobile Alert

**To:** "Henault, John (USADC)" <John.Henault@usdoj.gov>, "alex sliheet" <alexsliheet@yahoo.com>

**Subject:** Re: Norden

**Date:** Thu, 12 Oct 2006 20:47:37 -0400

John,

You called me twice today concerning the due date for your opposition to our Motion for Summary Judgment. This first call came early this afternoon. You stated that your Opposition was due tomorrow, and you asked if I would agree to extending the time to what you referred to as "the due date under the schedule." I asked if you meant November 1st, and you replied, "yes, let's say November 1st." I agreed to this extension of time and told you that you could file a consent motion for the date. You thanked me, and promised to send some outstanding discovery that I had repeatedly requested.

You called back soon thereafterwards and told me that Judge Collyer had "made a mistake" in the scheduling order, pointing out that in our 16.3(c) report we suggested that dispositive motions be due after the close of discovery. My response was, "The scheduling order was different from our report. That doesn't mean it was a mistake." You said that you wanted to file a motion to "correct" the scheduling order and asked for my consent. I replied that I would have to talk to my client.

After this second phone call, I received the email below. I responded to it by writing back that you should assume that I would oppose the motion, but that Iwould agree to the extension of time.

The only extension of time we had discussed was to November 1 for filing your opposition. This was the extension I had agreed to. A February 1, 2007 deadline was never mentioned by either of us. I was therefore astonished to read your consent motion asking for February 1, 2007 to file the opposition. I am, of course, opposing this "consent" motion and expect to file our opposition early Friday morning.

Yahoo!  My Yahoo!  Mail                          Search:                                    Web Search

**YAHOO!** MAIL          Welcome, alexsliheet           Mail Home - Mail Tutorials - Help
                         [Sign Out, My Account]

**Donations needed in:    Michigan**

| Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | Mail For Mobile - Upgrades - Options |

Check Mail    Compose                        Search Mail    Search the Web

A card in 3 days
for bad credit*

| Folders | [Add - Edit] |
|---|---|
| **Inbox (200)** | |
| Draft | |
| Sent | |
| **Bulk (3)** | [Empty] |
| Trash | [Empty] |

See your
credit score: $0

Earn a degree
in 1 yr.

$200K loan as
low as $771/mo*

Get Yahoo! Mail
On BlackBerry.

Previous | Next | Back to Messages

Delete    Reply    Forward    Spam    Move

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

**From:**   "Vickie Fang" <fvickie@comcast.net>    View Contact Details    Add
            Mobile Alert

**To:**     Abnorden1@aol.com, "alex sliheet" <alexsliheet@yahoo.com>

**Subject:** Fw: Norden

**Date:**   Thu, 12 Oct 2006 16:03:36 -0400

----- Original Message -----
From: Henault, John (USADC)
To: Vickie Fang
Sent: Thursday, October 12, 2006 3:23 PM
Subject: RE: Norden

Thank you, I will do that.

From: Vickie Fang [mailto:fvickie@comcast.net]
Sent: Thursday, October 12, 2006 3:21 PM
To: Henault, John (USADC)
Subject: Re: Norden

John, I haven't had a chance to speak w/ my client yet. As of today, please
assume that we would oppose such a motion, but that we would support your
motion for an extension of time.

Vickie

----- Original Message -----
From: Henault, John (USADC)
To: Vickie Fang
Sent: Thursday, October 12, 2006 1:44 PM
Subject: Norden

Vickie,

As we discussed on the telephone, I want to file a motion to amend the

scheduling order to change the dispositive motion schedule to comport with our request in the 16.3 report. As you are aware, we agreed that dispositive motions should be due 45 days after the close of discovery, oppositions 30 days therefter, and replies 20 days after that. In the scheduling order, the Court set dispositiuve motions for a date that is prior to the close of discovery. Thus, I want to move to amend the order to set the motions, as we previously agreed, to the aforementioned schedule.

Please let me know your position prior to the end of the day, as it effects my motion for an extension of time to file the s.j. opposition. Thank you.

**John F. Henault**
**Assistant United States Attorney**
**United States Attorney's Office**
**555 4th Street, NW**
**Washington, DC 20530**
**(202) 307-1249**
**(202) 514-8780 (facsimile)**

    

Previous | Next | Back to Messages          Save Message Text | Full Headers

  

Copyright © 1994-2006 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy