UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETH M. NORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1232 (RMC) |
| | ) | |
| LAWRENCE M. SMALL, SECRETARY | ) | |
| SMITHSONIAN INSTITUTION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO WITHDRAW MOTION FOR AN EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Lawrence M. Small, in his official capacity as Secretary of the Smithsonian Institution, hereby withdraws his October 12, 2006 motion for an extension of time to oppose plaintiff's motion for summary judgment.

On October 12, 2006, defendant filed a motion for an extension of time to file an opposition to plaintiff's motion for summary judgment. As explained in that motion, defendant needed additional time to oppose plaintiff's motion because discovery in this matter has not yet closed and defendant has not yet deposed plaintiff. In accordance with an understanding that counsel for defendant believed he reached with counsel for plaintiff, defendant characterized the motion as a "consent" motion and requested that the Court extend the time for defendant to respond until the time agreed upon by the parties in their joint 16.3 report, or February 1, 2007.

On Friday, October 13, plaintiff filed an opposition to defendant's motion stating that defendant misrepresented her position and should not have captioned the motion as a "consent" motion. In light of plaintiff's opposition, and the apparent miscommunication between counsel

regarding the date to which defendant intended to request the opposition be extended to, defendant hereby withdraws his October 12, 2006 motion.

Neither defendant nor his counsel are in the business of misrepresenting facts to the Court or misrepresenting another party's position on a request. Accordingly, to the extent that defendant or its counsel did so, counsel apologizes to the Court and to plaintiff. Defendant will file a new motion for an extension of time to file an opposition to plaintiff's summary judgment motion.

October 16, 2006                                        Respectfully submitted,


                                              /s/
JEFFREY A. TAYLOR, D.C. Bar # 489610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

                                              /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)