UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| LAWRENCE M. SMALL, SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO**
**OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Lawrence M. Small, in his official capacity as Secretary of the Smithsonian Institution, respectfully requests that the Court extend the time for him to respond to plaintiff's motion for summary judgment until on or before February 1, 2007.  In support of this motion, defendant states the following:

On February 21, 2006, the parties filed their 16.3 report.  Regarding dispositive motions, the parties requested that the Court set the following schedule: "Summary Judgment motions and Motions to Dismiss should be filed within 45 days of the close of discovery, with oppositions to said motions due with 30 days of service and replies to the oppositions due within 20 days of the oppositions' service."  The parties also agreed that discovery in this matter should br completed on or before November 15, 2006.

In the Court's May 19, 2006 Scheduling Order, the Court set the deadline for the close of discovery as November 15, 2006.  However, the Scheduling Order also set the following schedule for dispositive motions: "Dispositive motions shall be filed no later than October 2, 2006. Oppositions shall be filed no later than November 1, 2006. Replies shall be filed no later

than November 21, 2006." In light of the fact that the Scheduling Order set dispositive motion as due prior to the close of discovery, defendant moved separately to request that the Court amend the Scheduling Order to comport with the agreement of the parties that dispositive motions be due 45 days following the close of discovery (January 2, 2007), that oppositions be due 30 days thereafter (February 1) and that replies be due 20 days after oppositions are served (February 21).

On October 2, plaintiff filed her motion for summary judgment. Accordingly, defendant's opposition is currently due on or before October 13, 2006. In light of defendant's pending motion to amend the scheduling order, however, defendant requests that the Court extend the deadline for him to respond to plaintiff's motion for summary judgment to the date requested in the motion to amend, or February 1, 2007. Moreover, if defendant is forced to respond to plaintiff's motion for summary judgment prior to the close of discovery, defendant will be forced to respond with a Rule 56(f) declaration explaining why it is unable to respond until after discovery closes and defendant has sufficient time to wade through the record in this case. Additionally, given counsel for defendant's schedule, it will be nearly impossible to respond to plaintiff's motion until after the new year. This schedule includes two cases for which discovery closes in December and January, two dispositive motions currently scheduled to be file in December, and two D.C. Circuit briefs due between now and Thanksgiving, as well as other dispositive motions and oppositions.

Pursuant to Local Civil Rule 7(m), plaintiff's counsel consents only to an extension until November 1.

October 16, 2006                                    Respectfully submitted,

                                                       /s/
                                   JEFFREY A. TAYLOR, D.C. Bar # 489610
                                   United States Attorney

                                                       /s/
                                   RUDOLPH CONTRERAS, DC BAR #434122
                                   Assistant United States Attorney

                                                       /s/
                                   JOHN F. HENAULT, D.C. Bar # 472590
                                   Assistant United States Attorney
                                   555 4th Street, N.W.
                                   Washington, DC 20530
                                   (202) 307-1249
                                   (202) 514-8780 (facsimile)