UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BETH M. NORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1232 (RMC) |
| | ) | |
| LAWRENCE M. SMALL, SECRETARY SMITHSONIAN INSTITUTION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER
REGARDING EXPERT DISCLOSURES**

Defendant Lawrence M. Small, in his official capacity as Secretary of the Smithsonian Institution, respectfully requests that the Court modify the Scheduling Order issued in this matter to extend the time for defendant to produce expert disclosures by one and a half weeks, or until November 1, 2006.

In support of this motion, defendant states the following: In the Court's May 19, 2006 Scheduling Order, the Court set the deadline for the disclosure of expert reports by plaintiff as August 17, 2006 and the deadline for defendant's expert disclosures as September 18, 2006. On August 11, 2006, with consent of defendant, plaintiff filed a motion to amend the Scheduling Order and requested that the Court extend the time for plaintiff to file an expert report until September 18, 2006, and also extend the time for defendant to file rebuttal reports on October 20, 2006.

Although defendant is in the process of preparing expert disclosures, defendant requires an extra week and a half to complete these disclosures. Accordingly, defendant respectfully requests that the Court extend the deadline for him to produce his expert disclosures to

November 1, 2006.  This extension will not effect any other deadlines in this action.

Pursuant to Local Civil Rule 7(m), plaintiff consents to this motion.

October 18, 2006                              Respectfully submitted,


     /s/
JEFFREY A. TAYLOR, D.C. Bar # 489610
United States Attorney

     /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

     /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)