# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| LAWRENCE M. SMALL, SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter comes before the Court on defendant's motion to amend the scheduling order. After considering the applicable pleadings, and the record herein, it is, this _____ day of _____, 2006,

ORDERED that defendant's motion is granted. The Scheduling Order issued on May 19, 2006 is hereby modified to reflect that defendant shall produce all expert disclosures on or before November 1, 2006.

_____
Rosemary M. Collyer
United States District Judge

cc:   Counsel of record via ECF