Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,**       ) | |
| ) | Case No. 051232 (RMC) |
| **Plaintiff**       ) | |
| ) | |
| v.       ) | CONSENT MOTION FOR TELEPHONIC |
| ) | ATTENDANCE OF PLAINTIFF'S COUNSEL |
| ) | AT THE NOVEMBER 21, 2006, STATUS |
| **Lawrence M. Small,**       ) | CONFERENCE, IF NECESARY |
| ) | |
| **Defendant**       ) | |

## CONSENT MOTION

Plaintiff's counsel, Vickie Fang, asks the Court to grant this consent motion that Ms. Fang be allowed to appear telephonically, if necessary, at the upcoming November 21, 2006, status conference.

<u>The motion is based on the following</u>:

a) Ms. Fang has had a reoccurrence of her back problems.

b) Two years ago, Ms. Fang had a ruptured disk which became very serious and required surgery.

    c) Presently, Ms. Fang now has another disk problem which is currently being treated with a combination of medication and physical therapy.

    d) Ms. Fang's ability to sit and drive and extend her legs is severely limited when the back pain is occurring.

    e) Ms. Fang's condition may prevent her from being able to physically attend the November 21, 2006, status conference.

    f) Plaintiff's counsel Alex Sliheet has been and is currently in California helping his father adjust to the loss of his mother due to cancer which occurred this year.  Mr. Sliheet will be present for all of Dr. Norden's trial should that event be scheduled.

Conclusion:

For all of the above reasons, Plaintiff asks the Court to grant the consent motion.

Dated: 11/19//06                                    Respectfully submitted,

                                                                               /s/
                                        Alex T. Sliheet, D.C. Bar No. 438977
                                        Vickie Inge Fang, *pro hac vice*
                                        Attorneys for Plaintiff Beth Norden
                                        8792 Nightingale Drive
                                        Lanham, MD  20706
                                        alexsliheet@yahoo.com
                                        fvickie@comcast.net
                                        (301) 552-4908

**DECLARATION OF VICKIE FANG**

I, Vickie Fang declare:

    1.    I am over the age of eighteen and competent to testify.

    2.    My address is 8702 Nightingale Drive, Lanham, MD.

3. I have recently had a reoccurrence of my back problems.

4. Two years ago, I had a ruptured disk which became very serious and required surgery.

5. Presently, I now have another disk problem which is currently being treated with a combination of medication and physical therapy.

6. My ability to sit and drive and extend my legs is severely limited when the back pain is occurring.

7. My condition may prevent me from being able to physically attend the November 21, 2006, status conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/19/06                               Respectfully submitted,


                                              _____/s/_____
                                              Vickie Fang


## DECLARATION OF ALEX SLIHEET

I, Alex Sliheet declare:

1. I am over the age of eighteen and competent to testify.

2. My address is 11604 Ranch Lane, North Potomac, MD 20878.

3. I have been and I am, currently in California helping my father adjust to the loss of my mother due to cancer which occurred this year. I will be present for all of Dr. Norden's trial should that event be scheduled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/19/06					Respectfully submitted,


					_____/s/_____
					Alex Sliheet
					Alex T. Sliheet, D.C. Bar No. 438977
					Vickie Inge Fang, *pro hac vice*
					Attorneys for Plaintiff Beth Norden
					8792 Nightingale Drive
					Lanham, MD  20706
					alexsliheet@yahoo.com
					fvickie@comcast.net
					(301) 552-4908