UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,**            ) | |
|                                ) | |
|    **Plaintiff**   ) | |
|                                ) | |
|    v.           ) | Civil Action No. 05-1232 (RMC) |
|                                ) | |
| **Lawrence M. Small,**         ) | |
|                                ) | |
|    **Defendant**   ) | |

### PROPOSED ORDER

It is hereby **ORDERED** that:

1. Plaintiff's consent motion that Ms. Vickie Inge Fang be allowed to appear telephonically at the November 21, 2006, status conference, if necessary, is **GRANTED**.

**SO ORDERED.**

November _____, 2006

_____
Judge Rosemary M. Collyer

cc:

Alex Tanas Sliheet
D.C. Bar No. 438977
8792 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908

John F. Henault Jr.
Assistant United States Attorney
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249 phone
(202) 514-8780 fax
John.Henault@usdoj.gov