UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE M. SMALL, SECRETARY )<br>  SMITHSONIAN INSTITUTION, )<br>)<br>    Defendant. )<br>_____) | No. 05-1232 (RMC) |

**ORDER**

This matter comes before the Court on plaintiff's motion for summary judgment and defendant's motion for summary judgment. After considering the applicable pleadings, applicable law, and the record herein, it is, this _____ day of _____, 2006,

ORDERED that plaintiff's motion for summary judgment is hereby DENIED. It is further ORDERED that defendant's motion for summary judgment is granted. Summary judgment is hereby entered in favor of defendant. This is a final, appealable Order.

_____
Rosemary M. Collyer
United States District Judge

cc:    Counsel of record via ECF