Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50- approved by GSA, RMS 2-

| 1 Name (Last, First, Middle) | 2 Social Security Number | 3. Date of Birth | 4 Effective Date |
|---|---|---|---|
| NORDEN, BETH B | 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 | 01/31/52 | 10/12/97 |

## FIRST ACTION

| 5-A Code | 5-B Nature of Action |
|---|---|
| 721 | REASSIGNMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | REG 335.102 |

| 5-E. Code | 5-F Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
MUSEUM SPECLST ZOOL
001       032204

**15. TO: Position Title and Number**
MUSEUM SPECLST ZOOL
001       039725

| 8 Pay Plan | 9 Occ Code | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ Code | 18.Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 05 | 43,442.00 | PA | GS | 1016 | 11 | 04 | 42,164.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 40,558.00 | 2,884.00 | 43,442.00 | .00 | 39,365.00 | 2,799.00 | 42,164.00 | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
SMITHSONIAN INSTITUTION (FEDERAL)
OFC OF THE PROVOST/SCIENCES
NAT'L MUSEUM NATURAL HISTORY
ENTOMOLOGY, DEPT OF

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25 Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 04/10/88 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**



GOVERNMENT EXHIBIT
SI-1

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| SMITHSONIAN INSTITUTION (FEDERAL) | *Bernice B. Abram* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | BERNICE B. ABRAM |
|---|---|---|---|
| SM 70 | 1536 | 06/19/98 | ASSISTANT DIRECTOR FOR MGMT SUPPORT |

TURN OVER FOR IMPORTANT INFORMATION
3-Part  50-315           2 – OPF Copy – Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/
NSN 7540-01-333-62