OPF Copy

# POSITION DESCRIPTION COVER SHEET

| REASON FOR THIS POSITION | | |
|---|---|---|
| ☒ 1 NEW | 2 IDENTICAL ADDITION TO THE ESTABLISHED PD NUMBER | 3 REPLACES PD NUMBER ☒ B2204 |

## RECOMMENDED

| 4 TITLE | 5 PAY PLAN | 6 SERIES | 7 GRADE |
|---|---|---|---|
| Museum Specialist | GS | 1016 | 11 |

| 8 WORKING TITLE (Optional) | 9 INCUMBENT (Optional) |
|---|---|
|  | Hartley, House |

## OFFICIAL

10 TITLE: Museum Specialist (Zoology)    #39725

| 11 PP | 12 SERIES | 13 FUNC | 14 GRADE | 15 DATE (MONTH/DAY/YEAR) | 16 I/A | 17 CLASSIFIER |
|---|---|---|---|---|---|---|
| GS | 1016 | — | 11 | 09 27 97 | ☐ Yes ☐ No | |

## 18 ORGANIZATIONAL STRUCTURE (Agency/Bureau)

| 1st | Smithsonian Institution | 5th | Collections Management Unit |
| 2nd | Office of the Provost | 6th | |
| 3rd | National Museum of Natural History | 7th | |
| 4th | Department of Entomology | 8th | |

GOVERNMENT EXHIBIT SJ-2

## SUPERVISOR'S CERTIFICATION

I certify that this is an accurate statement of the major duties and responsibilities of the position and its organizational relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violations of such statute or their implementing regulations.

| 19 SUPERVISOR'S SIGNATURE | 20 DATE | 22 SECOND LEVEL SUPERVISOR'S SIGNATURE | 23 DATE |
|---|---|---|---|
| Warren E. Steiner, Jr. | 17 April 97 | Daniel Furth | 17 April 97 |

| 21 SUPERVISOR'S NAME AND TITLE | 24 SECOND LEVEL SUPERVISOR'S NAME AND TITLE |
|---|---|
| Warren Steiner, Unit Manager | David G. Furth, Supervisory Museum Specialist |

## FACTOR EVALUATION SYSTEM

| FACTOR | 25 FLD/BMK | 26 POINTS | FACTOR | 25 FLD/BMK | 26 POINTS |
|---|---|---|---|---|---|
| 1. Knowledge Required | | | 6. Personal Contacts | | |
| 2. Supervisory Controls | | | 7. Purpose of Contacts | | |
| 3. Guidelines | | | 8. Physical Demands | | |
| 4. Complexity | | | 9. Work Environment | | |
| 5. Scope and Effect | | | 27. TOTAL POINTS ▶ | | |
| | | | 28. GRADE ▶ | | |

## CLASSIFICATION CERTIFICATION

I certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies directly, consistently with the most applicable published standards.

| 29 SIGNATURE | 30 DATE |
|---|---|
| Connie Royal | 09-27-97 |

31 NAME AND TITLE: Connie Royal, Personnel Mgmt. Specialist

32 REMARKS: OPM PCS for Museum Specialist/Technician, GS-1016-0, dtd 12/91. Career Ladder: GS-5 PD #39729, GS-7 PD #39727, GS-9 PD #39726

33 OPM CERTIFICATION NUMBER:

POSITION DESCRIPTION
Museum Specialist, GS-1016-11
Department of Entomology
Collections Management
Coleoptera/Diptera/Hymenoptera

INTRODUCTION:

This position is located in the Department of Entomology, National Museum of Natural History, Smithsonian Institution. The purpose of the position is to provide collection maintenance and curatorial improvement for the orders Coleoptera, Diptera, and Hymenoptera. Provides research assistance to assigned scientists within the Department.

The incumbent's collection activities and duties are broad. They necessitate a familiarity with systematic entomology and the general current and historical procedures used for insect collection maintenance and improvement plus a working understanding of microcomputers and the applications of collection-based taxon and specimen data. Management of the insect collections is required that maximizes the preservation of the specimens, promotes accessibility to their data and associated archival records, and enhances their potential in research; these goals require extensive experience working with such a collection.

MAJOR DUTIES:

The incumbent is involved in all technical phases of collections management that involve transportation, logistics, preparation, registration, preservation, storage, and utilization of the National Museum's holdings of insect specimens, specifically for the Coleoptera, Diptera, and Hymenoptera orders. In this capacity, the incumbent:

Assists visiting scientists and graduate students with collection access, proper handling of specimens, and use of library. Answers questions from the scientific community and general public on collection holdings, curatorial procedures, and archival materials. Assists Unit Manager in collections management of the orders Coleoptera, Diptera, and Hymenoptera.

Under the general direction of the Unit Manager, selects and prepares specimens for incorporation into the collections. In the preparation of specimens, uses a variety of diverse and often complex techniques including relaxing and restoring dried or damaged material, spreading winged insects, mounting on pins or paper points, preparation of specimen envelopes and data cards, preparation of specimens in alcohol, cleaning and degreasing specimens, final housing of alcoholic material into suitably labeled containers in the appropriate section of the collection. Extracts collection and other data from field manuals or handwritten notes or any other source and prepares labels and records therefrom. Provides appropriate labeling for restricted collections.

Assists Unit Manager in coordination and planning of long-term activities that ensure the basic maintenance and that improve curatorial conditions of the NMNH insect collection. Duties include: 1) assisting with the development of long-range curatorial objectives and

management programs, setting priorities and time schedules among projects, planning details for their execution, and helping to determine the impact of potential acquisitions on the collection; 2) integrating day-to-day assignments to ensure a smooth workflow and to maintain progress on long-term projects; 3) implementing maintenance improvements and collection-use policies designed to permanently upgrade the collection; 4) determining storage needs and planning for expansion and re-curation; 5) planning curatorial assignments to advance the retroactive computer inventory of the general collection, and 6) assists in preparing procedural manuals and technical guides on curation and management of NMNH entomological collections as a practical reference for use by the entomological community, 7) preparing supply budget requests, grant proposals, contract proposals, and reports as requested for supervisor's use and/or signature.

Assists Unit Manager(s) in participating in collections management activities and developmental programs at organizational levels beyond the local unit level. Serves as an authoritative source for providing information, including taxonomy, biology, and references on various taxa and on curatorial practices to the NMNH administration and staff and to other museums, government agencies, educational institutions, and the lay public. Actively participates (as budgets allow) in professional scientific and collection management societies, attending meetings and workshops and serving on societal committees.

Assists in the movement of Coleoptera, Diptera, and Hymenoptera collections or related equipment/supplies to and from the Natural History Museum Building, including sizable new acquisitions of such. Assists in Department Stockroom activities. Assists with the preparation, sorting, labeling, distribution, and storage of newly acquired and backlog specimen material. In certain situations may coordinate training of staff or others concerning entomological specimen preparation and management. Assists with verifying collections profiles. May serve as contact person for NMNH building and facility maintenance and security personnel. Assists Unit Manager in working with other parts of the NMNH to facilitate movement of collections to and from the Museum Support Center (MSC), including setting up and overseeing contractor projects and tracking and reporting specimen transfers. Assists Unit Manager and other staff in coordinating activities at the MSC, such as staff and visitor access and MSC collections improvement projects relating to the orders Coleoptera, Diptera, and Hymenoptera.

Assists in compiling and preparing reports pertaining to species distributions, faunal lists and accessions. Prepares tallies of specimens and assists in preparing reports for submittal to the Collections Manager. Incumbent may be required to maintain reports on the status of the Coleoptera, Diptera, and Hymenoptera collections and provide them upon request from the scientific community by presenting information verbally, in trade newsletters, and/or through presentations at scientific symposia. May assist in compiling or planning specific information retrieval from the collections.

In cooperation with the Unit Manager, selects appropriate units of collection under his/her care for curatorial improvement in line with categories established by the Collections Committee, aiming to improve the entire collection to a high level of curation where most of

the material is identified, integrated, and in soft bottom units; all header, drawer and cabinet labels completed, geographic codes added and proper spacing is left for expansion; and a species level inventory is completed.

Enters transaction information into the Museum's CRIS System for assigned groups. Assists with specimen accessions and prepares accession documents and reports of new specimens received. Assists with periodic reviews of outstanding loans for assigned orders. Responds to information queries and may be required to pull specimens from the collection, generate invoices, pack and wrap packages, keep track of loans on the CRIS System and return material to the collection.

As appropriate enters data on types and general collection specimens into the Departmental Type Catalog and Species Level Inventory Systems or other Department databases and corrects printouts for errors. Is responsible for keeping files current, entering data for material incorporated into the collections, as appropriate.

Assists departmental scientists, as assigned by Department Chair and supervisor, in conducting entomological research. Up to 50% of the incumbent's time may be utilized for providing research support to an assigned scientist.

As approved by supervisor, may participate in field collecting expeditions. Participation in such field work would including the following duties: securement of proper permits, coordination of supply needs and collecting efforts, preparation of specimens and attendant data, and arrangement for shipment and safe return of field collections.

Performs other duties as assigned.

FACTORS:

1.  Knowledge required by position.

Employee is responsible for a full range of collections management activities for their assigned groups, including implementation of collections logistics, specimen management, and assisting with coordination of activities at the MSC. The work requires the employee to apply a variety of handling and accountability procedures to collection specimens with differing conditions of value, fragility, methods of identification, and storage requirements. Knowledge of a wide range of concepts, principles, and procedures used in entomological research and collection management activities, sufficient to make decisions regarding the accessioning, cataloguing, and curating of specimens in the NMNH entomological collection. Basic requirements include: expert knowledge of collection management, curation, and specimen preparation techniques; grasp of the technical entomological literature sufficient to permit competent identification of the majority of specimens in assigned orders to the family level; knowledge to reference ancillary data sources and archival records (field notes and catalogs, accession files, etc.); and knowledge of the general policies and management procedures under which the Museum and the Department operate. Comprehension of laws and ethics governing

the collection and transportation of museum specimens, particularly regulated species, and the practical significance in conducting business are mandatory. Knowledge of the CRIS transaction system is required to enter transaction information and to process all types of CRIS transactions. Ability to use available word-processing software and Museum data management programs is crucial. Ability to interact with the public, such as providing tours and general information is necessary.

Employee may participate in field collection activities by applying established collecting, handling, sorting, identifying and labeling techniques, and preparing specimens for shipment. The employee conducts the sorts of field-collected material in the office and when appropriate identifies specimens by scientific name to various taxonomic levels and arranges them for storage and accessibility for further study. The employee prepares inventory and catalog records and places specimens in a structured storage system. Standardized preservation techniques are applied and the collection is checked periodically for signs of deterioration or infestation. The employee either takes or arranges for corrective action to protect the specimens so they are available for long term research efforts. The employee assists researchers by searching library and other sources for bibliographic information related to the study.

2.   Supervisory controls.

Incumbent is supervised by the Department Coleoptera/Diptera/Hymenoptera Unit Manager. Work is selected and prioritized by incumbent. Employee engages in preparatory activities independently, selecting the approach and methods for completion of the assignment and coordinating the work with others as necessary. Position related assignments are expected to be independently handled by employee, with supervisor consultation only when activities involve unusual aspects. Employee keeps the supervisor and research scientists informed of progress, potential problems or controversial matters, modifications to original plans, and far-reaching implications.

Completed work is reviewed annually or biannually from an overall standpoint in terms of compatibility with other work, effectiveness in meeting requirements or expected results, and for contribution to the overall objectives of the organization.

3.   Guidelines.

The work is performed in accordance with the established policies, procedures and operating instructions of the Institution, the Museum and the Department's collection management policy, the incumbent's accuracy and care being apparent in the normal course of the Department operations.

Guidelines include traditional maintenance/preparation techniques generally learned by observation during training or previous experience, various administrative files and records, and when necessary, contacting an authority in that field. Employee has authority to select appropriate methods to proceed with work, and is expected to use records and files at their

5

discretion. Incumbent must have working knowledge of the Department's Collection Profiling Standards for all the various storage methods and of the Departmental Collections Management Policy. The employee must use judgement and ingenuity in interpreting and modifying the guidelines as they exist. New guidelines must frequently be developed to allow for the incorporation of new methods and technologies in collection management as they arise. Employee must be able to secure the most current taxonomical publications and/or consult with specialists on a given group in order to be organize those portions of the collection.

4. Complexity.

Assignment involves numerous and varied activities, including preparation of batches of specimens presented to employee for examination of preservation status and the conditions (alcoholic, dried, pinned, slides, field labels) that effect further processing. Employee proceeds by selecting preparation methods by the use of knowledge and training, typically balancing a dozen projects at any given time. Is responsible for improvement of curatorial status of collection and is fully knowledgeable of the computer-based procedures necessary for its inventory based on taxonomy (e.g. species) and locality. The incumbent must possess the ability to integrate many unrelated processes involving entomology, including collection management and computer applications. The collections management profession is undergoing rapid change and modernization, a situation which contributes to the complexity and challenge of this position.

5. Scope and effect.

Duties involve planning, developing, organizing, and implementing collection management programs that are fundamental to the long-term care and research utility of the NMNH National Entomological Collection, one of the largest in the world. The curation, preservation, and accessibility of this collection and its associated archival data are critically important to the worldwide scientific community, and to the mission of the Smithsonian Institution.

6. Personal contacts.

Personal contacts commonly involve peers of the Department staff, members of the research staff within the Smithsonian Institution administrators, and researchers from different agencies (especially the U.S. Department of Agriculture (USDA), and the Department of Defense's Walter Reed Biosystematics Unit (WRBU) housed in the NMNH. Public contacts are made with visiting teachers, university students, foreign administrators and scientists, laymen with identification or information requests, and occasionally with school groups either at the museum or in their classroom, mainly for the purpose of communicating information about the collection, collection management, entomology, or providing tours of facilities.

7. Purpose of contacts.

Contacts within the Institution, USDA, and WRBU are mainly for the purpose of

planning, coordinating, and advising on Unit curatorial objectives and attendant resolution of problems, which may involve delicate situations and subtle motivational skills. Contacts with the public are primarily for the purpose of communicating or exchanging information and/or material and to provide service to coworkers and the scientific community.

8. Physical demands.

Work is primarily sedentary; however repeated bending, standing, reaching, carrying and minor lifting, and walking are required. Manual dexterity to properly handle, pin, and sort many minute organisms is required. Some work is repetitious and requires sitting for long periods. Prolonged periods of computer data entry is required. Occasional moving of heavy collections required. Field work may entail rigorous exercise in the form of walking over rough terrain and inclement weather conditions.

9. Work environment.

Work is primarily performed in an office/laboratory setting, although many tasks are performed in the Department's collection areas within NMNH and at the Museum Support Center. The incumbent is required to work with potentially dangerous chemical fixatives and preservatives. Government and institutional safety regulations must be observed. Gloves, safety goggles, and respirators may be required at times, as is adequate ventilation. Field work may be performed in a variety of outdoor settings under a broad range of conditions.

F:/HOME/ADMIN/PDS/pd-cdbu.11
MB:dgf:3/25/97

## MASTER RECORD/INDIVIDUAL POSITION DATA
*THIS SIDE TO BE COMPLETED BY THE CLASSIFIER*

### A. KEY DATA

| 1. FUNCTION (1) | 2. DEPT. CD./AGCY-BUR-CD. (4) | 3. SON (4) | 4. MR. NO. (6) | 5. GRADE (2) | 6. IP NO (8) |
|---|---|---|---|---|---|
| R ◄ A/C/D/I/R | SM-70 | 1536 | 39725 | 11 | 001 |

### B. MASTER RECORD

| 1. PAY PLAN (2) | 2. OCC. SER (4) | 3. OCC. FUNC. CD. (2) | 4. OFF. TITLE CD. (5) | 5. OFF. TITLE (38) |
|---|---|---|---|---|
| GS | 1016 | — | Z0011 | |

| 6. HQ FLD CD (1) | 7. SUP. CD. (1) | 8. CLASS. STD. CD (1) | 9. INTERDIS CD (1) | 10 DT CLASS (6) MO DAY YEAR |
|---|---|---|---|---|
| | 8 | | | 09 27 97 |

11. EARLY RET. CD. (1)
12. INACT/ACT (1)
13. DT. ABOL. (6)
14. DT. INACT/REACT (6)
15. AGCY USE (10)

16. INTERDIS. SER. (40)
17. INTERDIS. TITLE CD. (50)

### C. INDIVIDUAL POSITION

| 1. FLSA CD. (1) | 2. FIN. DIS. REQ. (1) | 3. POS. SCHED. (1) | 4. POS. SENS. (1) | 5 COMP LEV (4) |
|---|---|---|---|---|
| E | 0 | | 1 | |

6. WK. TITLE CD. (4)
7. WK. TITLE (38)

| 8. ORG. STR. CD. (16) 1st 2nd 3rd 4th 5th 6th 7th 8th | 9. VAC. REV CD (1) |
|---|---|
| 70 09 07 0400 00 | A |

| 10. TARGET GD. (2) | 11. LANG. REQ. (2) | 12. PROJ. DTY. IND. (1) | 13. DUTY STATION (9) State(2) City(4) County(3) | 14. BUS CD (4) | 15 DT LST AUDIT (6) | 16 PAS IND (1) | 17. DATE EST (6) |
|---|---|---|---|---|---|---|---|
| | | | 11 0010 001 | 0025 | | | |

18. GD. BASIS. IND. (1)
19. DT. REQ REC (6)
20. NTE. DT. (6)
21. POS ST BUD — Y

22. MAINT REV./CLASS. ACT. CD. (2): 33

23. DT. EMP ASGN. (6)
24. DT. ABOL. (6)
25. INACT/ACT (1)
26. DT. INACT/REACT (6)
27. ACCTG. STAT. (4): 0010
28. INT ASGN SER (4)
29. AGCY USE (6)

30. CLASSIFIER'S SIGNATURE: *Connie Royal*

31. DATE: 9/27/98

32. REMARKS:

ENTERED