Smithsonian                                                                  Memo

*National Museum of Natural History*
*Department of Systematic Biology*

Date   November 18, 2002

To     Beth Norden

cc     Ross Simons, ADRC, NMNH
       Wayne Mathis, Acting Section Head, Entomology, NMNH
       Ted Schultz, Research Entomologist, NMNH
       Marilyn Slomba, Labor Relations, OHR
       Michael Johnson, Employee Relations Specialist, OHR
       Dr. Thomas Lawford, Occupational Services Division, OSEM

From   Scott Miller, Acting Chair, Dept. of Systematic Biology

Subject   Temporary Limited Duty

The purpose of this memo is to inform you of the results of a review of the limited work plan that began with your return to work on 03 April 2002. You were temporarily scheduled to work 20 hours per week on limited assignments, as recommended by your physicians with the concurrence of Smithsonian's Occupational Health physician.

During the past two years, the Department of Systematic Biology has made a number of efforts to enable you to continue working despite your continuing illness by providing part-time hours and limited duties. As you know, the Department made these arrangements on a temporary basis. It was expected that within a reasonable period of time, as your health improved, you would gradually return to a full-time schedule and perform the essential duties of your position. This expectation, unfortunately, has not been met. You have often not even worked the 20 hours scheduled.

We regret that the Department cannot continue your limited-duty status. Your part-time schedule will not be continued after November 30, 2002. We have been informed by Michael Johnson of the Office of Human Resources that you are currently receiving partial pay through the periodic rolls of the Department of Labor and that he will advise you on conversion to the full reimbursement to which you are entitled.

We know that the past two years have been very difficult for you, and we are grateful for your efforts in the workplace during that time. We have tried to work with the limitations imposed by your illness in similar good faith. In that spirit, we believe that the decision described here is the best for all concerned, and we sincerely hope that it will accelerate your recovery to full health.

SMITHSONIAN INSTITUTION
National Museum of Natural History
10th & Constitution Ave., NW
Washington DC 20560-0105
202.357.2078 Telephone
202.786.2894 Fax



SI-0645