Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF 50-B approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NORDEN, BETH B | 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 | 01/31/52 | 11/30/02 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 460 | LWOP-NTE 11/03/03 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Q3K | 5 CFR, PART 353 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
MUSEUM SPECLST ZOOL
001       039725

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1016 | 11 | 07 | 55,760.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 50,018.00 | 5,742.00 | 55,760.00 | .00 |

14. Name and Location of Position's Organization
SMITHSONIAN INSTITUTION (FEDERAL)
UNDER SECRETARY FOR SCIENCE
NAT'L MUSEUM NATURAL HISTORY
ENTOMOLOGY SECTION

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | .00 | .00 |

22. Name and Location of Position's Organization

SM 703003342000000000    PP 13 2003

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 04/10/88 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks
) (OR EXPECTED TO) BE PAID UNDER 5 U.S.C CHAPTER 81.



GOVERNMENT EXHIBIT SJ4

SI-0023

| 46. Employing Department or Agency |
|---|
| SMITHSONIAN INSTITUTION (FEDERAL) |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| SM 70 | 1536 | 11/30/02 |

50. Signature/Authentication and Title of Approving Official
JULIE FORTIN
MANAGER, MGMT SUPPORT DIVISION

TURN OVER FOR IMPORTANT INFORMATION
Part 50-315              2 - OPF Copy - Long-Term Record - DO NOT DESTROY
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

703003342000000000    PP 13 1*2003*BATCH 15365898 000-00