

**Smithsonian**
*National Museum of Natural History*

Department of Systematic Biology
MRC 188
National Museum of Natural History
Smithsonian Institution
Washington, DC 20560-0188

5 November 2003

Dr. Beth Norden
112 Greenhill Road
Greenbelt, MD 20770

Dear Beth,

    This letter serves to notify you that I propose to separate you from your position of Museum Specialist (Zoology), GS-1016-11, and from the rolls of the Smithsonian Institution, not earlier than thirty (30) days from the date of your receipt of this notice. My reason for proposing this separation is that you are unable to perform the duties required for your position. I regret that administrative requirements mandate the formality of this action, but I want to be sure that the basis for my proposal is clear.

    Your claim for Office of Workers' Compensation Program (OWCP) benefits was initially accepted by the Department of Labor (DOL) on October 31, 2000, with leave elected, according to their records. Our records show your initial absence from work was from September 21, 2000 through March 7, 2001. You returned to work temporarily on a reduced schedule of 12 hours per week from March 8 through July 25, 2001, which concluded when you were no longer able to maintain that schedule. You were in a non-duty status, receiving full OWCP compensation payments, from July 26, 2001 through April 2, 2002.

    Your second return to duty on a temporary part time schedule of 20 hours per week began on April 3, 2002. While working that schedule, you missed approximately 20 percent of the scheduled time, due to your continuing illness. It was determined that the essential functions of your position were not being accomplished. On November 4, 2002, your claim was again accepted by DOL for full Periodic Roll payments. A recent review of DOL's report of your OWCP payments, which are charged back to the Smithsonian, shows that you have continued to receive Periodic payments from November 2002 through the present.

    During your return to work in 2002 on part-time status, you authorized your physicians to provide relevant medical information to Dr. Thomas Lawford of the Smithsonian's Occupational Health Services Center. He conveyed your physicians' recommendations regarding your work limitations. As of September 25, 2003, Dr. Lawford verified that he had not received any recent updates on your medical condition, and since that date he has not notified us otherwise.

    The primary work limitation recommended by your doctors in 2002 was the part time work schedule, which was in practice less than half of your full time schedule. Other limitations that affected your work included your need for flexible deadlines, your need for a flexible schedule due to frequent debilitating migraine headaches and sensitivity to hot summer weather temperatures, and your inability to work for long periods at a computer. Your Museum Specialist (Zoology) position requires that you work full time and that you work for long periods of time on complex tasks, many of which require the use of a computer and many of which involve deadlines.

**SI-0819**

SMITHSONIAN INSTITUTION
National Museum of Natural History
10th & Constitution Avenue NW
Washington DC 20560



Based on the information we have on your medical limitations, you cannot perform the essential functions of your position at this point in time or in the near future. We have received no information indicating that you are able to perform other functions for which there is an available vacant position. Therefore, I must propose your separation.

I must emphasize that your proposed separation is based solely upon the fact that you cannot perform the essential duties of your position of record. Your separation from the rolls of the Smithsonian Institution will not in any way interfere with decisions made by, or compensation being received from the Office of Workmen's Compensation. Please feel free to contact Michael Johnson, Employee Relations Specialist, 202-275-0939, or Carolyn Lohr, 202-275-0946, in the Smithsonian's Benefits Office if you desire information or assistance concerning your Worker's Compensation claim or concerning your eligibility to apply for disability retirement.

You have the right to reply to this proposal notice personally, in writing, or both. You may submit affidavits or other documentary evidence on your behalf that are relevant to this proposal and they will be considered before the final decision is made. If you choose to reply, you must present your reply to Wayne Mathis, Department of Systematic Biology, 202-357-1566, within ten (10) calendar days from receipt of this notice. Consideration will be given to extending the reply period if you submit a written request to Dr. Mathis describing the need for and length of the desired extension.

You may review the material relied on to support the reasons for this proposal, which are available in the office of the Department of Systematic Biology in the National Museum of Natural History. (The medical documents that you have submitted are available at the Occupational Health Services Center.)

If you wish to be represented or accompanied by a representative, you must identify that person in writing to Dr. Mathis as soon as possible. Any change in your choice of representation also requires written notification. An additional copy of this proposal is attached so that you may provide it to your representative, if you choose to have one.

If you find that you need assistance or advice regarding your rights or the proper procedure to follow, you may contact our Human Resources Specialist, Audrey Davis, 750 Ninth Street NW, Suite 6100, Washington, DC 20560, phone 202-275-1005.

Sincerely yours,

Ted R. Schultz
Research Entomologist
202-357-1311
schultz@lab.si.edu