112 Greenhill Road
Greenbelt, MD 20770

November 13, 2003

Wayne Mathis, Ph.D.
Ted Schultz, Ph.D.
National Museum of Natural History
10th & Constitution Ave., N.W.
Washington, D.C. 20560-0105
By Courier and by fax (202-786-2894)

Dear Wayne and Ted:

As you know, three years ago I nearly died from the Dengue Hemorrhagic Fever (DHF) that I contracted while doing field work for the Smithsonian. Since then, I've returned to work twice on "light duty" hours without any accommodations specific to the naphthalene sensitivity and other disabilities acquired as a result of the DHF.

During my last period of "light duty" hours, my doctors, the Smithsonian Health Professionals, and I made repeated, specific requests for accommodations, including flexible hours and a reduction of naphthalene exposure. As Ted acknowledge in his letter, information from my doctors was conveyed to you. Neither of you however, followed the advice of the doctors, nor did you give me the accommodations that have routinely been given to other department members with less serious needs. Instead, you relied upon legal counsel to draw up a restrictive, time specific return to work document that you used to prevent me from making up time missed as a result of medical appointments. Although I had spent the previous two decades working independently at the museum after hours and on weekends, I was suddenly perceived as incapable of working any time other than my new "agreed upon" hours in the presence of others. Not only was I not given the accommodations that I needed, I was treated as being less capable of independent judgment and initiative than I was before my illness. As a direct result of these restrictive regulations, there were several weeks in which I was unable to work twenty hours, even though I would have been capable of doing so if my time had not been restricted.

In response to my continued request for accommodations, you, legal counsel and others held a meeting in late October. Although medical personnel raised several viable accommodations, you chose not to adopt any of them. You also chose not to involve me in any of the discussion and decision making. Instead, you chose to terminate my light duty status. As a result of this meeting, I was given the attached memo terminating my light duty hours as of November 30, 2002.

Nothing in the memo suggests that the Smithsonian was prepared to accommodate my disability even if I were to work full time. After I was given the memo neither you nor anyone else in the department discussed accommodations or any other plan for my return. In fact, when I was given the memo I asked if I could discuss it and was told that I could not. On Nov. 29, 2002, I sent a memo by email to you and several

GOVERNMENT EXHIBIT
SI-0472

others asking, "Will anything dealing with my exposure be different upon return, or is my return based upon no longer being sensitive to naphthalene?" My only response was from Dr. Lawford who stated, "This is a 100% management question as to what they can offer you, so sorry, I can't speculate on this one."

I was told to contact Carolyn Lohr about any disability related questions. I made numerous attempts to reach her and sent her the attached emails asking how I could return to work. The only reply I received from her was that my doctor would have to determine when I could work full time. She, like the rest of Smithsonian management, declined to address my need for accommodations. Despite my ongoing, well-documented need for accommodations, I have not been offered anything other than temporary light duty, nor have I been given any sort of directions in regard to updating anyone as to my medical progress.

After you terminated the light duty, I continued to contact Dr. Lawford, who told me that my file was "inactive." We spoke informally at least once a month, primarily because Dr. Lawford took a personal interest in my near-fatal illness and continued recovery. After I left, he was sufficiently involved with my care to consult with one of my doctors on my medical status and history. He has never, however, suggested that I should be consulting with him on a more formal basis or that my file had been reactivated.

I have now received a letter from you noting that I had not updated Dr. Lawford as to my medical status and that you propose to remove me from the rolls. If my medical file at the Smithsonian is no longer "inactive" and Dr. Lawford is again able to review my doctors' reports, I would like him to do so because I very much want to come back to work for the Smithsonian. I am still a productive and capable scientist; in fact, I have continued to make significant contributions to the field of entomology even while out on disability.

In order for my doctors to be able to evaluate my ability to work full time, I need the following information as to my working environment:

1. How will my naphthalene sensitivity be accommodated?
2. Will I be given flexible working hours so that I can go to doctors' appointments or leave early if the migraines triggered by the DHF recur?
3. Will a protocol be put into place to protect me from retaliation or continued hostility to my need for accommodation?

I believe that I will be able to work full time if I am given appropriate accommodations, and I am deeply disappointed that I have not been allowed to do so thus far. After over 20 years of devoted service, the publication of more than 50 scientific papers, a Fulbright Scholarship, two Unsung Hero Awards, and a long and painful illness suffered as a result of doing work for the Smithsonian, I believe that I am now being treated as if I were too compromised by my illness to merit the routine considerations given to others. I hope that you or Wayne will contact my attorneys, Vickie Fang, Esq. and Alex Sliheet, Esq. They both can be reached at (301) 552-4908, by email at fvickie@comcast.net, or by mail at Law Office of Vickie Fang, 8702 Nightingale Drive, Lanham, MD 20706. I hope to have my questions as to

**SI-0473**

working conditions answered, and I hope to come back to work. I am looking forward to your reply.

Sincerely,

Beth Norden, Ph.D.

Enclosure

Cc: Christian Samper, Director, National Museum of Natural History

SI-0474