Work Plan

**MONTH 1**

Sort to family or genus 4 drawers for bees in cabinet CE 5th floor, cabinet J5 and incorporate into appropriate part of the collection. (2-3 days)

Return Hurd & McGinley material in cabinet CE 5th floor, cabinet O5 - Borrows and USNM material. With assistance from Supervisor, do the transaction paperwork, pack and ship the material that belongs to other institutions. Incorporate USNM material into the appropriate part of collection. (5 days)

Transfer 20 KVK Office Schmitts. (1 day)

Deals with box of "Beth CRIS paperwork" in KVK office. (1/2 day)
Moves drawers in KVK's office to cabinets in the range. (1/2 day)

Create and affix all drawer labels needed in the Neuropteroid pinned collection. (3 days)

With Supervisor, help shift flea slide boxes in the cabinets and incorporate 3 Level 4 slide boxes of fleas. (1 day)

Take data, create & affix labels to the flea collection drawers. (3 days)

Incorporate the 6 - Level 4 Bombus drawers in cabinet H28 (1 day)

Makes an electronic list including the family, genus & species of Voucher Sri Lankan Wasp Collection. Sends a copy of the list to Sri Lanka. Distributes material to appropriate Contact Person. (2 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 2**
Transfer 20 KVK Office Schmitts. (1 day)

Create and affix all drawer labels needed in the Neuropteroid alcohol collection. (3 days)

With Supervisor shifts Anoplura slide boxes in the cabinets. (1 day)

Take data, create & affix labels to the Anoplura collection 'rawers. (2 days)

Upgrade and inventory the Bethylid Collection. (13 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.



SI-2310

**MONTH 3**
Transfer 20 KVK Office Schmitts. (1 day)

Create and affix all drawer labels needed in the Odonate envelope collection. (3 days)

Take data, create & affix labels to the Mallophaga collection drawers. (3 days)

Upgrade and inventory the Tiphiid collection. (13 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 4**
Transfer 20 KVK Office Schmitts.(1 day)

Take data, create & affix labels to the Neuropteroid slide collection drawers. (1 day)

Upgrade and inventory the Scoliid Collection. (18 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 5**
Transfer 20 KVK Office Schmitts. (1 day)

Upgrade and inventory the Chrysidids Collection. (14 days)

Improves 2 drawers of Ant Types. (5 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 6**
Transfer 16 KVK Office Schmitts.(1 day)
Distributes and/or incorporates into the collection all KVK schmitt box material that had been transferred this year. (3 days)

Completes Ant Type collection upgrade. (16 days)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

SI-2311

**MONTH 7**
Upgrades and inventories Oxaeidae (1 drawer), Stenptritidae (1 drawer), Melittidae (5 Drawers) and Colletidae (39 drawers)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 8**
Upgrades and inventories Andrenidae (103 drawers)

Exceed: Creates labels for and affixes labels for 5 drawers of Departmental pinned backlog material assigned by Supervisor. Keeps material in trays and drawers that are sorted to order.

**MONTH 9**
Upgrades and inventories Megachilidae (112 drawers)

Pins, points and labels 5 Dept. Backlog batches of specimens of under 100 specimens each that Supervisor assigns.

**MONTH 10**
Upgrades and inventories Halictidae.

Exceeds: Pins, points and labels 5 Dept. Backlog batches of specimens of under 100 specimens each that Supervisor assigns.

**MONTH 11**
Start Upgrade and inventory Apidae (160 drawers NHB & 55 drawers at MSC)
Arrange for MSC Bombus drawers to be returned to NHB and incorporated into line collection.
Completes this month, the organizing and data capturing of 110 drawers.

Exceeds: Pins, points and labels 5 Dept. Backlog batches of specimens of under 100 specimens each that Supervisor assigns.

**MONTH 12**
Completes upgrade & inventory of Apidae. This should include the organizing and data capture of the other 105 drawers, printing, cutting and affixing the tray labels and creating and affixing all drawer labels.

Exceeds: Pins, points and labels 5 Dept. Backlog batches of specimens of under 100 specimens each that Supervisor assigns.

**SI-2312**

**NOTE:** Upgrading and inventorying includes:

Upgrading = organizing the collection alphabetically within the family, transferring all cork trayed material to foam trays, leaving expansion space in each drawer using empty trays, putting in drawer dividers, cleaning the glass, creating & affixing the drawer labels.

Inventorying = Taking the family, genus, species, author, countries of the world, states of North America, total number of specimens per species, putting that data into a FileMaker data base, printing tray labels from that program, cutting the tray labels and putting them in the trays.

SI-2313

SMITHSONIAN INSTITUTION
Performance Plan
[* indicates a critical element]
Beth B. Norden, SSN: 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
April 5, 2004 - March 31, 2005

PERFORMANCE ELEMENT No. 1 -- RESEARCH ASSISTANCE - HYMENOPTERA. *

**Subelement 1.** These duties are in support of research in Hymenoptera. Included are such museum tasks as specimen preparation, sorting, labeling; storage and preparation of specimens and data basing of specimens as specified in the attached Work Plan.

PERFORMANCE STANDARDS for Subelement 1.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on Hymenoptera well, including aspects of specimen preparation, sorting, labeling and data basing.

STANDARDS MET: Monthly duties specified in the attached Work Plan are met.

STANDARDS EXCEEDED: Monthly duties specified in the attached Work Plan are met and completes the Departmental Backlog specimen preparation listed under the Exceed portion of the attached Work Plan.

ACTUAL PERFORMANCE for Subelement 1.
Performance of this element . . .

☐ EXCEEDED   ☐ MET   ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-2307**

Performance Plan  
Beth B. Norden, SSN: 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  
April 5, 2004 - March 31, 2005

Page 2 of 3

PERFORMANCE ELEMENT No. 2 -- MISCELLANEOUS ORDERS UNIT.

**Subelement 2a.** Participates in Misc. Orders collection management projects on own or with one or more support staff members in the Miscellaneous Orders Unit in various short-term and long-term projects as outlined in the attached Work Plan and approved by the Unit Manager. These may include reorganization of collections, labeling or preparing specimens, upgrading collections in alcohol, data basing, assisting scientific visitors, and other collections related tasks.

---

PERFORMANCE STANDARDS for Subelement 2a.  
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Usually unavailable or unwilling to work on Unit projects.

STANDARDS MET: Participates regularly in Unit projects, assists scientific visitors in Miscellaneous Orders Unit collections when requested by supervisor.

STANDARDS EXCEEDED: In addition to fulfillment of the above duties, contributes significantly to Unit Projects and provides exceptional assistance to visitors.

---

ACTUAL PERFORMANCE for Subelement 2a.  
Performance in this element . . .

☐ EXCEEDED    ☐ MET    ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-2308**

Performance Plan
Beth B. Norden, SSN: 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
April 5, 2004 - March 31, 2005

Page 3 of 3

## PERFORMANCE ELEMENT No. 2 – MISCELLANEOUS ORDERS UNIT.

**Subelement 2b.**     **Prepares specimens for incorporation into collections.**

---

PERFORMANCE STANDARDS for Subelement 2b.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Inappropriate methods of preparation used resulting in frequent damage to specimens; specimens frequently incorrectly mounted and/or labeled.

STANDARDS MET: Prepares specimens for incorporation into collections using a variety of diverse and often complex techniques including: relaxing and restoring dried or damaged material; pinning or pointing specimens; preparing specimens from alcohol and other preserving media. Prepares labels and labels specimens. Demonstrates care and experience handling fragile material, with little damage resulting. Specimens are appropriately processed, correctly mounted and neatly labeled.

STANDARDS EXCEEDED: In addition to fulfillment of the above duties, performs the Exceed duties listed in the attached Work Plan.

---

ACTUAL PERFORMANCE for Subelement 2b.
Performance of this element . . .

☐ EXCEEDED     ☐ MET     ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-2309**