To: Marilyn Slomba, Esq.
To fax #: (202) 275-0144
From: Vickie Fang, Esq.
Fax #: (202) 552-4435
Re.: Dr. Norden
Date: April 19, 2004

Dear Ms. Slomba,

    Dr. Norden will not be able to report to work under the conditions set forth in the Smithsonian's Return to Work Document. Our further response to this document has been filed in the form of an informal complaint of retaliation with the OEEMA. Please feel free to email me at fvickie@comcast.net if you wish to discuss the matter.

SI-2300


GOVERNMENT EXHIBIT SJ 13