| | |
|---|---|
| **From:** | Thomas Lawford |
| **To:** | Slomba, Marilyn |
| **Date:** | 3/24/04 10:03AM |
| **Subject:** | Re: NMNH Agreement |

Thanks for the opportunity to review the most recent agreement with Beth Norden. I have read it carefully, and all medically related items appear to be reasonable and appropriate. I appreciate item 9 being in there, in that it would be important for us to get scheduled MD updates. Operating on a "no news is good news" basis would have been too loose an arrangement.

Tom Lawford MD
Occupational Medicine for SI
Tue Wed Thu 202 275-9286

>>> Marilyn Slomba 03/23/04 02:32PM >>>
Forwarding you the most recent copy with some revisions to clarify her terms. I don't think there are any changes on the ones addressing your role. Appreciate it if you would review to make certain of that. Please let me know if you have any concerns or questions before we submit it to her attorney for response.

**CC:**        Gover, Carol

SI-2326

