1. It is expected that Dr. Norden will return to full duty status, effective May 3, 2004, in her position of record PD# 39725 as a Museum Specialist, GS-1016-11.

2. Dr. Norden will need to notify the Department of Labor that she has returned to work at the Smithsonian at her full salary, and provide a copy of that notification to Smithsonian's Office of Human Resources.

3. Nancy Adams will serve as Dr. Norden's supervisor.

4. Dr. Norden's performance will be measured against a work plan specifying requirements consistent with her performance plan, which has been provided to her representative.

5. To comply with Dr. Norden's physicians' recommendation that she be protected from exposure to the low ambient levels of naphthalene present in the Natural History Building, and based on the recommendations of the Smithsonian Office of Safety and Environmental Management, the Smithsonian agrees to: (i) provide Dr. Norden with a fitted respirator, similar to one she has worn previously, and Dr. Norden agrees to use this respirator when accessing the collection cabinets; (ii) provide Dr. Norden with work space in the negative-pressure, ventilated Sorting Center, Room CE436; and (iii) relocate Dr. Norden's office to Room CE420, directly across from the Sorting Center on a floor that contains no permanent collections.

6. Dr. Norden will have an Alternative Work Schedule (AWS) to facilitate the scheduling of her medical appointments and to assist her in making up unscheduled leave. Her schedule will be as follows: Monday-Friday, 8:00 a.m. to 5:30 p.m., with the second Friday of the pay period off and the first Friday as her 8-hour work day (8:00 a.m. to 4:30 p.m.). Dr. Norden may work on the AWS day (second Friday) between 8:00 a.m. and 5:30 p.m. to make up any missed hours during the pay period. Dr. Norden will not perform work outside of these hours.

7. Dr. Norden's current annual leave balance is 25 hours and her sick leave balance is -4 hours. When she returns to duty status, she will accrue additional leave. Leave requests that exceed her accrued leave balances will be considered for approval as requests for leave without pay (LWOP).

8. Updates on Dr. Norden's medical condition should be provided to Smithsonian's Occupational Health physician on a quarterly and as-needed basis, so that he can review that information and keep Smithsonian management staff apprised of information relevant to her work. Dr. Norden's supervisors will also keep the Smithsonian physician informed of any relevant observations and concerns.

9. Dr. Norden's supervisors will review her performance and her attendance every 8 weeks and on an as-needed basis, to assess and provide feedback on her success in meeting the standards established in the performance plan as specified in her work plan.

**SI-2293**



GOVERNMENT EXHIBIT SI 17