**Smithsonian Institution**                                    Fax

Office of Human Resources

| | |
|---|---|
| To | Vickie Fang<br>Law Office of Vickie Fang<br>8702 Nightingale Drive<br>Lanham, MD 20706 |
| Fax | 301-552-4435 |
| Telephone | 301-552-4908 |
| Date | June 9, 2004 |
| From | Marilyn Slomba<br>Fax 202-275-0144<br>Telephone 202-275-1043 |
| Subject | Dr. Beth Norden |

Message

Dr. Norden's supervisors have considered the objections you raised in your April 30, 2004 letter that you sent in response to my April 22, 2004 memo. To that memo I had attached the plan for Dr. Norden's return to work, projected for May 3, 2004, which was planned in consideration of her request for accommodation and her doctor's recommendations. I had asked you to respond with any proposed alterations for discussion and consideration.

Your April 30 response objected to that plan but gave only one alternative - "simply returning her to her former research support position" and did not specify what that would entail. Her supervisors inform me that the plan is entirely consistent both with Dr. Norden's position description as a Museum Specialist and with the duties she performed before her illness, which involved constant exposure to low levels of naphthalene. Following the recommendations of a study done by Smithsonian's Office of Safety and Environmental Management, the plan is designed to minimize naphthalene exposure as much as possible within the requirements of her position. Those recommendations included moving her office to the fourth floor of the East Court, which has lower ambient naphthalene levels because it contains no permanent collections. Her office would be located almost directly across from the ventilated room, where it was recommended that she conduct her work.

Your letter also objected to the initial performance review schedule. The intention of the reviews is to provide Dr. Norden with feedback on her progress toward meeting clearly established performance goals. Furthermore, Dr. Norden's accumulated leave time has not been reduced while she is receiving OWCP benefits as you allege, and the Alternative Work Schedule was designed to facilitate scheduling of medical appointments and to assist her in making up unscheduled leave she may take.

The Smithsonian believes that this plan, which I will attach to this transmission as well, is a good faith effort to provide Dr. Norden with an opportunity for a successful return to work after her extended absence. Since receiving her November 13, 2003 letter expressing her desire to return to work, her supervisors have taken the

Victor Building. MRC 912
750 9th St. NW Suite 6100
Washington DC 20560-0912
Telephone    202.275.1102
Fax          202.275.1115



**SI-2284**

time to devise this plan and to consider her response. This has also provided Dr. Norden additional time for further recovery before resuming work. If it is still her intention to return to her position at NMNH, she should contact Nancy Adams (202-357-1897) by July 7, 2004, to plan her return to duty by July 12, 2004.

Further declination, or failure to contact her supervisors or to return to work as scheduled, will be considered as basis for a decision to separate Dr. Norden for inability to perform the duties required for her position, as was proposed on November 5, 2003. As that proposal stated, such a separation would not affect the Department of Labor's decisions on her OWCP benefits, which would continue to be charged back to the Smithsonian.

**SI-2285**

1. It is expected that Dr. Norden will return to full duty status, effective May 3, 2004, in her position of record PD# 39725 as a Museum Specialist, GS-1016-11.

2. Dr. Norden will need to notify the Department of Labor that she has returned to work at the Smithsonian at her full salary, and provide a copy of that notification to Smithsonian's Office of Human Resources.

3. Nancy Adams will serve as Dr. Norden's supervisor.

4. Dr. Norden's performance will be measured against a work plan specifying requirements consistent with her performance plan, which has been provided to her representative.

5. To comply with Dr. Norden's physicians' recommendation that she be protected from exposure to the low ambient levels of naphthalene present in the Natural History Building, and based on the recommendations of the Smithsonian Office of Safety and Environmental Management, the Smithsonian will: (i) provide Dr. Norden with a fitted respirator, similar to one she has worn previously, for Dr. Norden to use when accessing the collection cabinets; (ii) provide Dr. Norden with work space in the negative-pressure, ventilated Sorting Center, Room CE436; and (iii) relocate Dr. Norden's office to Room CE420, directly across from the Sorting Center on a floor that contains no permanent collections.

6. Dr. Norden will have an Alternative Work Schedule (AWS) to facilitate the scheduling of her medical appointments and to assist her in making up unscheduled leave. Her schedule will be as follows: Monday-Friday, 8:00 a.m. to 5:30 p.m., with the second Friday of the pay period off and the first Friday as her 8-hour work day (8:00 a.m. to 4:30 p.m.). Dr. Norden may work on the AWS day (second Friday) between 8:00 a.m. and 5:30 p.m. to make up any missed hours during the pay period. Dr. Norden will not perform work outside of these hours.

7. Dr. Norden's current annual leave balance is 25 hours and her sick leave balance is -4 hours. When she returns to duty status, she will accrue additional leave. Leave requests that exceed her accrued leave balances will be considered for approval as requests for leave without pay (LWOP).

8. Updates on Dr. Norden's medical condition should be provided to Smithsonian's Occupational Health physician on a quarterly and as-needed basis, so that he can review that information and keep Smithsonian management staff apprised of information relevant to her work. Dr. Norden's supervisors will also keep the Smithsonian physician informed of any relevant observations and concerns.

9. Dr. Norden's supervisors will review her performance and her attendance every eight weeks and on an as-needed basis, to assess and provide feedback on her success in meeting the standards established in the performance plan as specified in her work plan.

**SI-2286**