**From:** "Vickie Fang" <fvickie@comcast.net>
**To:** "Marilyn Slomba" <SlombaM@HR.si.edu>
**Date:** 07/07/2004 10:30:13 AM
**Subject:** Dr. Norden

Dear Ms. Slomba,

As I'm sure you're aware, Dr. Norden has a deep and long standing commitment both to her profession and to the Smithsonian, and therefore very much wants to return to work. Despite this desire, and despite her friendship with Nancy Adams, Dr. Norden can not accept an offer which is at such variance with her doctors' recommendations, the Smithsonian doctor's recommendations, and her lawyers' recommendations.

Dr. Norden further informs me that there are many positions at the Smithsonian for which she is well qualified and which do not require exposure to naphthalene. Have any such positions opened since the past fall, and do you anticipate that any such position will open in the near future?

Your help with this difficult situation is appreciated.

Very truly yours,

Vickie Fang

SI-2189


GOVERNMENT EXHIBIT SJ20