**From:** Marilyn Slomba
**To:** "fvickie@comcast.net".G.Gate
**Date:** Wednesday, July 07, 2004 12:35:15 PM
**Subject:** Re: Dr. Norden

Dear Ms. Fang,

We appreciate that you've provided notice of Dr. Norden's intentions regarding the return to duty that was scheduled for July 12. I have informed her supervisors at NMNH.

Your message asked that we consider reassigning Dr. Norden to another position for which she is qualified and which does not require exposure to naphthalene. Before taking further action on the pending proposal to remove for inability to perform the duties of her position, we will review current Smithsonian federal vacancies for such a position at or below her grade level.

To ensure that we have the most recent information on Dr. Norden's qualifications, we would appreciate your sending us an updated copy of her resume. It should be sent by fax to my attention (202-275-0144) by July 14, 2004. Lacking that, our staff would use the information in her Official Personnel File to determine her qualifications.

Yours truly,

Marilyn Slomba


>>> "Vickie Fang" <fvickie@comcast.net> 07/07/04 10:29AM >>>
Dear Ms. Slomba,

   As I'm sure you're aware, Dr. Norden has a deep and long standing commitment both to her profession and to the Smithsonian, and therefore very much wants to return to work. Despite this desire, and despite her friendship with Nancy Adams, Dr. Norden can not accept an offer which is at such variance with her doctors' recommendations, the Smithsonian doctor's recommendations, and her lawyers' recommendations.
   Dr. Norden further informs me that there are many positions at the Smithsonian for which she is well qualified and which do not require exposure to naphthalene. Have any such positions opened since the past fall, and do you anticipate that any such position will open in the near future?
   Your help with this difficult situation is appreciated.


Very truly yours,

Vickie Fang



SI-0829