**From:** Audrey Davis
**To:** abnorden@att.net; Norden, Beth
**Date:** 09/08/2004 1:19:56 PM
**Subject:** DUE: 9/23/04 Position Identified

Dear Beth,

As part of the Reasonable Accommodation process, we have identified a position for which you may qualify. It is in the attached vacancy announcement, 04SP-1223, Zoological Registration Specialist, GS-1001-09/11 within the Animal Programs, National Zoological Park.

In order to determine your qualifications for this position, I am asking you to review and respond to the selective factor listed in the announcement. **Please return your response to me within 10 working days. Your response is to be received in my office no later than August 23, 2004.**

Method of Delivery:
You may fax me directly at 202-312-2871, orYou may email it directly to me at davisa@hr.si.edu, orYou may mail it to: SI-OHR, P.O. Box 37012, MRC 912, 750 Ninth St, NW, Washington, DC 20013-7012 **ATTN: AUDREY DAVIS - IMMEDIATE DELIVERY,** orYou may hand carry it to: The Victor Building, 750 Ninth Street, NW, Suite 6100 Washington, DC 20560. **ATTN: AUDREY DAVIS - IMMEDIATE DELIVERY.**Please feel free to contact me at 202-275-1005 should you have questions regarding this communication. Have also placed a copy of this and attachment in the general mail.

Thanks much,

**Audrey L. Davis**
Audrey L. Davis
Human Resources Specialist
Smithsonian Institution
202-275-1005


CC:		Davis, Audrey; Gover, Carol; Slomba, Marilyn


SI-2202



# Smithsonian Institution

04SP-1223

Office of Human Resources

# Vacancy Announcement

24 HOUR DIAL-A-JOB: (202) 287-3102                               AN EQUAL OPPORTUNITY EMPLOYER

**OPENING DATE:** June 25, 2004

**CLOSING DATE:** July 16, 2004

| POSITION TITLE/ SERIES AND GRADE | ORGANIZATION | ANNOUNCEMENT NUMBER |
|---|---|---|
| Zoological Registration Specialist GS-1001-9/11 Salary: $41,815-$65,769 per annum | National Zoological Park Animal Programs | 04SP-1223 |

**DUTY LOCATION:** Washington, DC

**AREA OF CONSIDERATION:** All candidates may apply including individuals with a disability with eligibility under a special appointing authority and veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service. (If a competitive list of eligibles is requested, the applications of non-status candidates who meet the minimum qualification for the position will be referred to the Delegated Examining Unit (DEU) for consideration. Status candidates and candidates eligible under a special appointing authority, who wish to be rated under both merit placement and DEU's competitive procedures, must submit two complete applications. If only one application is received, it will be considered under the merit placement program.) **The Smithsonian provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for the application/hiring process, please call (202) 275-1102 (voice) or (202) 275-1110 (TTY).**

**DUTIES:** The incumbent provides assistance to the Registrar of the National Zoological Park (NZP) in the area of collections management, including monitoring NZP compliance with Federal, state, and local wildlife regulations and assisting NDP staff with applications for Federal, state, and local wildlife permits; development, planning, procedures and implementation of bureau policies as they relate to registration functions and activities; assists and/or directs the assembly and recording of all vital statistics (current and historical) on collection of animals; prepares reports on collections activity and management for the Registrar and Director and for other Institutional officials as scheduled and requested; responsible for establishing and coordinating any changes with NZP offices regarding methods and procedures for inventory and related records; reviews records and procedures of the Exhibit Teams, Department of Animal Health, Conservation and Research Center, in order to assure that complete records are kept for all zoo animals in a consistent fashion; reviews collections transactions proposed by curatorial staff for compliance with policy and for impact on legal, ethical and care standards; participates in the arrangement of domestic and/or international shipments of live animals and parts and products; responsible for preparation of an annual report of the collection, including a complete inventory by species, order and other categories, and an accounting of all acquisitions, removals, births, deaths and animals on loan; advises NZP staff in Interior, Agriculture, Treasury and other government requirements relating to collection activities.

**QUALIFICATIONS:** Applicants must have one year of specialized experience equivalent to the next lower grade level. Specialized experience is defined as experience which has equipped the applicant with the particular knowledge, skills and abilities to perform the duties of the position, and that is typically in or related to the work of the position as described above. **For the GS-9 level:** Applicants may also qualify if they posses a master's or equivalent degree or two (2) full years of progressively higher graduate education leading to such a degree or LL.B. or J.D., if related. A combination of qualifying education and experience may be used to meet the qualification requirements. **For GS-11:** Applicants may also qualify if they posses a Ph.D. or equivalent doctoral degree, or three (3) full years of progressively higher-level graduate education leading to such a degree or LL.M., if related. A combination of qualifying education and experience may be used to meet the qualification requirements.

**SI-2203**

**Selective Factors:** *(Applicants must meet all of these mandatory requirements in order to be considered qualified to compete for a position.)*

1. Knowledge of concepts, principles and practices of professional museum registration methods and collection management standards used in a zoo or similar wildlife setting.

**Quality Ranking Factors:** *(These factors are not mandatory to be considered for a position, but will be used to determine who are the highest qualified candidates among those who meet the selective factors.)*

1. Knowledge of concepts, principles and practices of professional museum registration methods and collection management standards used in a zoo or similar wildlife setting.
2. Knowledge of collections registration processes.
3. Knowledge of Federal, state and local laws and regulations covering wild animals.
4. Ability to interpret laws and regulations relating to collections.
5. Ability to organize and analyze data.
6. Ability to communicate orally.

**NOTE: RELOCATION EXPENSES WILL NOT BE PAID**

**How to Apply:**

1. The Smithsonian Institution does not require a standard application form, but we need certain information to evaluate your qualifications. You may apply using a resume, the Optional Application for Federal Employment, or any other written application form you choose, including an SF-171, Application for Federal Employment. See page 3 for further instructions. (Note: If you use an SF-171, do not answer questions 38-47. Job finalists will be asked to complete a Declaration for Federal Employment. The information on this form will be used to determine suitability for Federal employment and to authorize a background investigation, if required.)

2. Clearly describe in your resume or application your work experience, education and/or training as it relates to this vacancy. It is very important that you fully address how your work experience and education/training meet **both** the **specialized experience** requirement and the **selective factors**. This information will be used to determine whether or not you are qualified for this vacancy. Selective factors establish qualifications to be eligible to compete for the position. Quality Ranking Factors are not mandatory but are used to determine who are the highest qualified candidates among those eligible to compete for the position. Therefore, it is to your benefit to provide a full description of your experience, education/training relative to the job requirements of this vacancy.

3. **Current Federal employees** should submit a copy of their most recent annual performance appraisal and a copy of most recent complete SF-50.

Applications must be **received** by the closing date and may be submitted in the following ways:

**Mail:** Smithsonian Institution, Office of Human Resources, P.O. Box 50638, Washington, DC 20091.
**Fax:** 202-275-1114
**Hand Deliver or FEDEX:** 750 Ninth Street, N.W. Suite 6100, Washington, DC. 20560

To obtain information on the Federal Hiring Process, hear about other Smithsonian vacancies, or request vacancy announcements, an Optional Application for Federal Employment (OF-612), or an SF-171, call our automated Jobline on (202) 287-3102 (accessible 24 hours, 7 days a week).

For further information please call (202) 275-1117 (voice) or (202) 275-1110 (TTY).

**SI-2204**

Page 2, 04SP-1223