**From:** Marilyn Slomba
**To:** "fvickie@comcast.net".G.Gate
**Subject:** Re: Dr. Norden

Dear Ms. Fang,
Thank you for the timely response to inform us that Dr. Norden is not interested in the zoological registration position.

By informing Dr. Norden of that vacancy we did not intend to indicate a lack of appreciation for her specialized knowledge based on her work in entomological research. We have looked for Smithsonian vacancies in that field, but the only vacancy identified for which the personnel specialist thought she might be qualified was this one at the National Zoo.

Marilyn Slomba

>>> "Vickie Fang" <fvickie@comcast.net> 09/23/04 01:34PM >>>
September 23, 2004

Dear Ms Slomba,

I am glad that the Smithsonian has been conducting a search for Dr. Norden these past couple months, though I can not understand why the search hasn't been carried out for the past couple years. Dr. Norden and I have reviewed your suggestion that she apply for a position as a zoological registration specialist. This position is in no way similar to the work Dr. Norden has spent her career performing. The specialized knowledge it requires, the duties, the responsibilities, and the working conditions are entirely different from the specialized knowledge, duties, responsibilities, and working conditions of an entomologist. Dr. Norden does not have a J.D. or an LLM, and her Ph.D. and subsequent years of experience are in science, not zoo management. Her experience and training do not include zoo "compliance with federal, state and local wildlife regulations and implementation of bureau policies as they relate to registration functions and activities. . .legal, ethical and care standards. . .domestic and/or international shipments of live animals. . . Interior, Agriculture, Treasury and other government requirements relating to collection activities."

Dr. Norden has come very close to giving her life in the performance of entomological research for the Smithsonian. On both moral and legal grounds, she deserves to be offered a position that would allow her to use the unique and highly specialized scientific background for which she has sacrificed so much. So that a more appropriate position can be found, I will state what Dr. Norden's background is and what she has been doing for the Smithsonian for the past twenty years.

Dr. Norden performs research and research support in the highly specialized field of entomology, focusing primarily on an ecological and taxonomic understanding of aculeate Hymenoptera. She is highly familiar with the Order's morphology, with her field's current literature, with the research methods specific to adult and larval aculeate, with entomology as a discipline, and with systemic and evolutionary biology in general. She is very skillful with the intricate and difficult techniques for making genitalia and other microdisections and SEM mounts, and she has the ability to adapt techniques from other disciplines and to develop new techniques for SEM study of Hymenoptera. She has published over 50 research papers, and

SI-2252



her work has been sufficiently impressive for her to be awarded a Fulbright Scholarship. Even while on disability, she has continued to advance the science of entomology through her volunteer work at the USDA and elsewhere.

If you would like any further explanation of Dr. Norden's experience and expertise, I will be happy to provide it. I am sure that you are already aware of the requirement that she be placed in a position comparable to her previous position. The position that you have suggested is not even in the same profession and does not make use of any of her specialized skills. Dr. Norden will therefore not apply for this opportunity to register animals for the zoo, although she continues to look forward to the opportunity to resume a full time position in entomological research.

Very truly yours,

Vickie Fang


Dear Ms. Fang,

As you know, the Smithsonian has been conducting a vacancy search for Dr. Norden since July 16, 2004, when we received her resume. The Human Resources Specialist working on this, Audrey Davis, has identified a vacancy for which Dr. Norden may be qualified.

I've just be informed of this and that Ms. Davis has already sent Dr. Norden an e-mail message this afternoon asking the best method to contact her regarding this vacancy. I've asked Ms. Davis to copy me on her communication forwarding the vacancy announcement, so that I can forward it to you with a further explanation of the process involved.

Marilyn Slomba

SI-2253