Performance Evaluation, <u>Page 1</u>
Beth B. Norden, SSN: 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
June 1, 2001 - May 31, 2002

*B. Norden 26 Aug. 2002 ( I have read this evaluation and sincerely hope that the coming year will bring more health & productivity).*

**TO:**        Beth B. Norden Personnel File

**FROM:**    Ted R. Schultz, Supervisor    *Ted Schu...*

**SUBJECT:**  Norden Performance Evaluation, June 1, 2001 to May 31, 2002

**DATE:**      23 July 2002

## GENERAL COMMENTS:

The unusual circumstances reported in last year's evaluation memo have continued throughout the current review year. For this reason I am once again undertaking an evaluation that does not include formal assessments of standards (i.e., "not met" / "met" / "exceeded").

In general, I think it would be most accurate to say that Norden has performed her job better than might be expected under exceedingly trying and restrictive circumstances, and given the drastically reduced number of hours worked.

As it did during the 2000 to 2001 year, Norden's illness (a hemorrhagic form of dengue fever, contracted while on the job in Manaus, Brazil, in August 2000) has continued to complicate her job performance during the 2001-2002 year. On advice of physicians, Norden worked a reduced schedule of 12 hours per week from 08 March to 25 July 2001 (evenly divided 6/6 between Schultz and Epstein). She was entirely absent from work from 26 July 2001 to 02 April 2002. She returned to work on a reduced schedule of 20 hours per week from 03 April 2002, and this schedule continued until last week (again, evenly divided 10/10 between Schultz and Epstein).

During the period since April 2002, Norden's health has not been optimal. For the period from 03 April to 12 July, Norden worked 223 out of 294 hours expected from her half-time schedule. Of the missed 71 hours, 51 were due to sick leave and 20 were due to annual leave. The illness is persistent: 5 of the 8 pay periods during this time span included sick leave. As documented by physicians (including SI physician Thomas Lawford), certain aspects of Norden's job have been shown to exacerbate her condition. These include: working around napthalene vapors, prolonged work at a computer screen, commuting, and exposure to hot summer weather. Steps are being taken to deal with the first problem, including the use of a breathing mask and a negative air-flow filter, but the latter three problems still present a challenge.

Norden's time has been evenly divided between support of my research and support of collections under the supervision of Marc Epstein. Thus, from 08 March to 25 July 2001, Norden worked 6 hours per week research support and 6 hours per week collections support, and from 03 April 2002 to present she has worked 10 hours per week for research support and 10 hours per week for collections support. Given the short total hours, this 50/50 division has proven to be, in my opinion, a very poor arrangement.

Since Norden's duties (as outlined in her Performance Plan) were formulated with a 40-hour week in mind, Norden's reduced hours have been inadequate to address the totality of her duties. She has nonetheless persevered.

GOVERNMENT EXHIBIT
SJ 26

Performance Evaluation, Page 2
Beth B. Norden, SSN: 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
June 1, 2001 - May 31, 2002

PERFORMANCE ELEMENT No. 1 -- RESEARCH ASSISTANCE - FORMICIDAE.*

Subelement 1a.  These duties are in support of research on Formicidae directed by Ted Schultz, and will occupy 50% of Norden's time. Included are such museum tasks as specimen preparation, sorting, labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens and some lab procedures for DNA sequencing; databasing of specimens and of bibliographic references; manuscript preparation, proofreading, and review; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, other specialists, and outside agencies for supporting services contributing to research on ants. Field work may be required at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

During the 2001-2002 year, Norden's performance in support of TRS's research consisted mainly of databasing, CRISing, bar-coding, and labeling specimens (including holotypes and paratypes) associated with two species descriptions, and with databasing and returning specimens borrowed in association with these descriptions. This required learning a new database system designed by TRS. Norden also produced SEM's of ants for a web project.

Significant service: Norden is a coauthor on the following publication:

Schultz, T.R., S.A. Solomon, U.G. Mueller, P. Villesen, J.J. Boomsma, R.M.M. Adams, and B. Norden. Cryptic speciation in the fungus-growing ants *Cyphomyrmex longiscapus* Weber and *Cyphomyrmex muelleri* Schultz and Solomon, new species (Formicidae: Attini). *Insectes Sociaux.* In press.

--TRS

Performance Evaluation, Page 3
Beth B. Norden, SSN: 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
June 1, 2001 - May 31, 2002

PERFORMANCE ELEMENT No. 1 -- RESEARCH ASSISTANCE - FORMICIDAE.*

Subelement 1b.        Administrative/clerical.

Tasks in this element provide administrative and clerical support for the Research
Scientists including letter/memo/report writing; photocopying; S.I. Press and other
couriering; library retrievals and returns; reprint mailing; reprint folder typing and
filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab
sign-up coordination; current price lists and supply ordering; updating of computer
files for mailing lists, etc.; and maintaining stock of necessary office/research supplies
in appropriate rooms.  These duties will be carried out during the 50% time
allotment described in Performance Element No. 1a.

During the 2001-2002 year, Norden's hours have been insufficient to include any
administrative or clerical duties. --TRS

PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA,
HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT. *

Subelement 2a.        Participates in special collection management projects with one or
                      more support staff members in the Hymenoptera, Hemiptera,
                      Arachnida and Lepidoptera (HHAL) Unit in various short-term and
                      long-term projects as approved by the Chair.  These duties will occupy
                      approximately 50% of Norden's time.  These may include
                      reorganization of collections, labeling or preparing specimens,
                      upgrading collections in alcohol, fieldwork (if time permits), assisting
                      scientific visitors, and other collections related tasks, including the
                      move.

Much of Beth's time in this subelement has been spent on the Krombein cleanup, as
suggested by her "co-supervisors." This involved a combination of going through the files in
preparation for their deposition in the SI Archives and returning specimens from Krombein's
Schmidt boxes to unit trays. Beth also was efficient in sending off chunks of reprints to both
Archbold and Sri Lanka. She has now completed the donation of specimens (collected at
Archbold) to Archbold, having hand-carried most of them on personal time. This will make the
completion of the transfer of the remaining specimens to unit trays more efficient. She also did a
great job working with SI Archives to get the Krombein materials deposited.
--Epstein

Performance Evaluation, Page 4
Beth B. Norden, SSN:  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
June 1, 2001 - May 31, 2002

## PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT.*

Subelement 2b.          Facilitates making collection available to outside scholars by processing loans, accessions, and using the CRIS system as a TM User:  Promptly prepares transaction forms.  Returned loans promptly acknowledged and returned to appropriate place in collection; consults supervisor as necessary.

_Beth has wisely become reacquainted with the CRIS system under consultation with Debbie Feher.  This has allowed her to handle the outstanding loans, in many cases closing them because they had been returned to Krombein but not recorded.  This was particularly efficient because she found the correspondence indicating returns while cleaning up the Krombein files and verified their return in the collections. --Epstein

## PERFORMANCE ELEMENT No. 3 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT: *

Subelement 2c.          Prepares specimens for study and incorporation into collections.

Nothing from Epstein on this Element. --TRS

## PERFORMANCE ELEMEN T No. 3-- DEPARTMENT-WIDE DUTIES:

Subelement 3a.          Interaction with the public:  Assists visitor/public in approved instances, representing the Department of Entomology to other NMNH departments, units or outside institutions and/or while on official travel; may participate in special public relations events.

Norden hosted two visitors, Jonas Schubart and John Ascher, in June and July 2002. --TRS
Although Beth has not had much opportunity for interaction with the unit, she helped coordinate with Maureen in dealing with visitors and help her in looking for missing specimens.
--Epstein

## PERFORMANCE ELEMENT No. 4  - DEPARTMENT-WIDE DUTIES:

Subelement 3b.          General Departmental duties.

Norden read her e-mails daily and did not have any assigned stockroom duties in 2000-2001. --TRS

**Memorandum**

| | |
|---|---|
| **To:** | Dr. Thomas Lawford |
| | Smithsonian Health Services |
| **From:** | Ted Schultz    *Ted Schulz* |
| | NMNH, Department of Systematic Biology, MRC 188 |
| **Date:** | 08 February 2002 |
| **Subject:** | Job duties, Dr. Beth Norden |
| **Cc:** | Scott Miller, Chair, Department of Systematic Biology |
| | Marilyn Slomba, Office of Human Resources |

Recently I supplied you with a copy of Dr. Beth Norden's Performance Plan, which outlines in general terms the duties that her position is intended to fulfill. The purpose of this memo is to provide additional details about Dr. Norden's job requirements.

As Beth Norden's supervisor I was involved in a previous return to work by Beth in March 2001, a return that followed six months of sick leave during which she was 100% absent from the job (September 2000 to March 2001). My recollection is that a single physician, encouraged by Beth's eagerness to return to work, authorized the March 2001 return, limiting Beth's work schedule to 12 hours per week. In spite of this very limited schedule, Beth's health deteriorated over the following five months to the point that, in August 2001, multiple physicians required Beth to take an extended leave from work -- overriding Beth's own wishes to continue working.

Now, five months later, I wish to avoid a repetition of the events of March 2001. Then, as now, Beth was impatient to return to work. Regrettably, during March to August of 2001 I witnessed Beth unsuccessfully trying to carry out her job, limited by a 12-hour-per-week schedule as well as by overall frailty. The result was that Beth's job did not get done, Beth became increasingly frustrated, and, over time, Beth became increasingly ill. This time around it is my personal imperative to be sure beyond reasonable doubt that Beth Norden's medical problems will not be exacerbated by another premature return to work.

To achieve this goal, I describe below the details of Beth's job. I especially wish to emphasize that a large portion of my own duties over the next five years are defined by the requirements of a five-year National Science Foundation (NSF) grant that largely funds my research activities. This grant represents a contract with NSF for specific work to be carried out. Because a minimum of 50% of Beth Norden's duties are in support of my research, she will (as per the terms of her Performance Plan) be required to participate in much of this work. Her new Performance Plan, when it is written, will specifically reflect this requirement. I am attaching relevant pages from the NSF proposal for your information.

I think it is fair to say that, in general, Beth Norden's job requires high degrees of stamina, intellectual acuity and focused concentration, fine manual dexterity, and the capacity to process and execute multiple complex scientific tasks in parallel over the course of hours, days, and weeks. Because there are many tasks to be done and because there is considerable time pressure driving our ambitious goals, Beth needs to execute these tasks rapidly and with high efficiency. A particularly important feature of Beth's job is that, largely unsupervised, she frequently must make complex decisions; these decisions impact complex project goals and affect the progress and efficiency of various subprojects being carried out by myself, collaborators, postdocs, and students.

**SI-0552**

The use of multiple technologies is an everyday feature of Beth's job. These technologies include computerized relational databasing of specimens and specimen label data on a very large scale, involving > 750,000 specimens (increasing to over a million during the next five years); computerized databasing of scientific literature (in excess of 10,000 items); computer-mediated electronic microscopic imaging; computerized editing of digitized images and other graphics; computerized generation of data labels and of barcoded specimen labels; scanning electron microscopy; digitally imaged light microscopy; fine preparation of insect specimens; microscopic dissections; use of liquid-nitrogen cryostorage facilities for archiving and retrieving specimens, tissues, and DNA extracts; live culture of insects, fungi, and bacteria; extraction and PCR amplification of DNA utilizing an array of molecular biological technologies (micropipettors, PCR machines, gel rigs, microcentrifuges, automated DNA sequencers, various chemicals and reaction kits, etc.); large-scale sorting and processsing of field-collected specimens; technical library searches; field work, sometimes in rugged environments; and various clerical tasks such as correspondence, xeroxing, specimen loan processing, hosting of visitors, etc. Beth must carry out these tasks with a minimum of supervision; in many cases, she is in charge of project goals spanning months or years. Indeed, at times she is required to supervise contract workers, students, and interns employed by or otherwise involved in the project.

A typical day for Beth might require her to perform any combination of the above tasks, as well as to move between our laboratories in the Natural History Building and in the Museum Support Center in Suitland. For example, in one day Beth might be required to feed, water, and otherwise maintain live ant cultures; prepare, database, and appropriately preserve ant specimens; take a shuttle from the Natural History Building out to the Museum Support Center in Suitland; retrieve frozen specimens from among tens of thousands in an array of liquid-nitrogen cryostorage units; extract DNA from those specimens; prepare a PCR amplification; return to the Natural History Building; and catch up on clerical tasks.

As you can see, Beth's job is by its very nature stressful and demanding. As her supervisor, I want to be sure that she is healthy enough to handle these stress levels. I have provided the information in this memo so that you will have as much information as possible in making this judgement.

Thanks.

**SI-0553**

Performance Evaluation, <u>Page 1</u>
Beth B. Norden, SSN: 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
June 1, 2000 ~ May 31, 2001

**TO:**       Beth B. Norden Personnel File

**FROM:**   Ted R. Schultz, Supervisor  *Ted Schultz*

**SUBJECT:**  Norden Performance Evaluation, June 1, 2000 to May 31, 2001

**GENERAL COMMENTS:**

    Due to the unusual circumstances of this past year, as detailed below, and in consultation with Ms. Marilyn Slomba of the SI Office of Human Resources and with Dr. Marc Epstein and Dr. Scott Miller of the NMNH Section of Entomology, I have chosen to prepare Dr. Beth Norden's 2000-2001 Performance Evaluation as a narrative, without any formal evaluation of standards (i.e., "not met" / "met" / "exceeded").

    This has been an unusual and, indeed, difficult year for Beth Norden. In August 2000 she contracted a hemorrhagic form of dengue fever while serving in research support capacity in Amazonian Brazil. Her subsequent illness resulted in many months of absence (sick leave from 21 September 2000 to 08 March 2001) followed by a reduced work schedule (at the time of this writing set at 12 hours per week). I think it would be most accurate to say that Norden has performed her job as well as could be expected under these trying and restrictive circumstances.

    From June to September 2000, Norden's job was divided between Schultz research (50%), Krombein research (20%), and collections support (Epstein/HHAL unit, 30%). This was a difficult situation because of the demands of all three "supervisors," and because Krombein in particular had immense problems limiting his expectations to his allotted time. My impression is that this problem was exacerbated by Norden's overwhelming loyalty to Krombein, and by her associated predilection to devote extra time to Krombein's work. From mid-September 2000, when Krombein ceased coming in to NMNH, Norden's time has been divided between Schultz (50%) and Epstein/HHAL (50%). As noted above, however, the productivity of this arrangement was severely impacted by Norden's ongoing illness and associated long-term absence from work. The duties outlined in the performance plan below were formulated with a 40-hour week in mind, and, as would be expected, Norden's reduced hours due to illness have been inadequate to address the totality of these duties. In order to fairly evaluate her accomplishments under these limiting circumstances, therefore, no formal evaluation of standards was attempted this year, and, instead, a strictly narrative evaluation has been undertaken.

    In general, I'd say that Norden has done her best this year under trying circumstances, and that any shortcomings are largely due to a genuinely serious illness that has affected her ability to work. It is worth emphasizing that this illness was contracted while she was in the employ of the NMNH.

Performance Evaluation, Page 2
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

## PERFORMANCE ELEMENT No. 1 -- RESEARCH ASSISTANCE - FORMICIDAE.*

**Subelement 1a.**  **These duties are in support of research on Formicidae directed by Ted Schultz, and will occupy 50% of Norden's time. Included are such museum tasks as specimen preparation, sorting, labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens and some lab procedures for DNA sequencing; databasing of specimens and of bibliographic references; manuscript preparation, proofreading, and review; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, other specialists, and outside agencies for supporting services contributing to research on ants. Field work may be required at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.**

Norden's performance in support of my own research generally has been excellent. The primary problem is that, as noted in my "General Comments" above, her illness has significantly affected the quantity of such support that she was able to render during the review period.

Significant service: From June to September 2000, prior to the onset of her illness, Norden: (1) maintained a collection of live ant cultures; (2) played a central role in bringing our joint Women's Committee web design project to completion; (3) provided research support on travel to Brazil in August; and (4) initiated two series of novel biological observations connected with the Brazil trip: (i) locating two larvae of a psychodid fly (*Tonnoria* sp. n.) that parasitizes fungus gardens of the attine ant *Cyphomyrmex faunulus*, and (ii) collecting and documenting attine foraging on non-specific fungi, lichens, and other substrates. Between September 2000 and March 2001, Norden was absent due to illness. Since 08 March 2001, she has worked on a reduced schedule and has accomplished a number of administrative/clerical tasks that are listed under Subelement 1b below.

In 2000, Norden was a coauthor on the following publications:

Adams, R.M.M., U.G. Mueller, T.R. Schultz, and B. Norden. 2000. Agro-predation: Usurpation of attine fungus gardens by *Megalomyrmex* ants. *Naturwissenschaften* 87: 549-554.

Adams, R.M.M., U.G. Mueller, T.R. Schultz, and B. Norden. 2000. Usurpers and marauders: The social predator *Megalomyrmex sp. nov.* (Formicidae: Solenopsidini) pillages both garden and brood from fungus-growing ants (Attini). *Abstracts of International Congress of Entomology, Volume 2*, p. 8666. International Congress of Entomology (21: 2000: Foz do Iguassu). Londrina, Brasil: Embrapa Soja.

Krombein, K.V. and B.B. Norden. Notes on trap-nesting Sri Lankan wasps and bees (Hymenoptera: Vespidae, Pompilidae, Sphecidae, Colletidae, Megachilidae). *Proceedings of the Entomological Society of Washington* 103: 274-281.

Performance Evaluation, Page 3
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

PERFORMANCE ELEMENT No. 1 -- RESEARCH ASSISTANCE - FORMICIDAE.*

Subelement 1b.    Administrative/clerical.

Tasks in this element provide administrative and clerical support for the Research Scientists including letter/memo/report writing; photocopying; S.I. Press and other couriering; library retrievals and returns; reprint mailing; reprint folder typing and filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab sign-up coordination; current price lists and supply ordering; updating of computer files for mailing lists, etc.; and maintaining stock of necessary office/research supplies in appropriate rooms. These duties will be carried out during the 50% time allotment described in Performance Element No. 1a.

During the 2000-2001 year, Norden carried out a fair amount of routine xeroxing, specimen preparation and organization, and other numerous important clerical/administrative tasks. Her performance in this area was fully satisfactory, but her output naturally suffered from her absence due to illness. Significant service under this category includes: (1) supervision of volunteer Graceann Caffio and, on one project, contractor Ted Suman; (2) coordination of research travel for two Brazil trips; (3) supervision of the transition of volunteer Graceann Caffio from our lab to the Insect Zoo; (4) supervision of the sorting of the Akey Hung ant reprint collection, acquired in 2001; and (5) supervision of the creation of our "Ant Lab" in CE517, and the associated move of Norden's offices into CE518.

PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT. *

Subelement 2a.    Participates in special collection management projects with one or more support staff members in the Hymenoptera, Hemiptera, Arachnida and Lepidoptera (HHAL) Unit in various short-term and long-term projects as approved by the Chair. These duties will occupy approximately 50% of Norden's time. These may include reorganization of collections, labeling or preparing specimens, upgrading collections in alcohol, fieldwork (if time permits), assisting scientific visitors, and other collections related tasks, including the move.

Beth's participation in unit activities was appreciated when such participation was possible. Her other accomplishments include a number of tasks relating to closing up shop for Karl Krombein, who no longer is able to work at the museum.

Performance Evaluation, Page 4
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

# PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT.*

**Subelement 2b.**      **Facilitates making collection available to outside scholars by processing loans, accessions, and using the CRIS system as a TM User: Promptly prepares transaction forms. Returned loans promptly acknowledged and returned to appropriate place in collection; consults supervisor as necessary.**

Beth was unable to perform many duties related to specimen loan transactions due to her illness. In addition to transactions performed, she helped facilitate CRIS transactions by others in Hymenoptera and placed donated specimens by Evans in the collections.

# PERFORMANCE ELEMENT No. 3 – INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT: *

**Subelement 2c.**      **Prepares specimens for study and incorporation into collections.**

Beth was able to label and affix slides for the mite project.

# PERFORMANCE ELEMEN T No. 3-- DEPARTMENT-WIDE DUTIES:

**Subelement 3a.**      **Interaction with the public: Assists visitor/public in approved instances, representing the Department of Entomology to other NMNH departments, units or outside institutions and/or while on official travel; may participate in special public relations events.**

Norden was occasionally contacted for information about bees and pollination by writers, journalists, and outside scholars. She hosted numerous visitors, including research associates and other long-term visitors.

# PERFORMANCE ELEMENT No. 4  - DEPARTMENT-WIDE DUTIES:

**Subelement 3b.**      **General Departmental duties.**
Norden read her e-mails daily and did not have any assigned stockroom duties in 2000-2001.

# SMITHSONIAN INSTITUTION
## Summary Performance Appraisal

SI-777 rev. 6-17-87
754-98

| | | | |
|---|---|---|---|
| 1. | *Beth B. Norden, SSN: 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* | 2. | *Department of Entomology, NMNH* |
| | (Name) | | (Organization) |
| 3. | *Ted R. Schultz* | 4. | *June 1, 2000 – May 31, 2001* |
| | (Rating Official) | | (Period covered by appraisal) |

5. ☐ **OUTSTANDING. Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.**

☐ **HIGHLY SUCCESSFUL. Performance has exceeded the standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements met or exceeded.**

☒ **FULLY SUCCESSFUL. Performance on all elements, critical and non-critical has met the performance standards.**

☐ **IMPROVEMENT NEEDED. Performance on all critical elements has met performance standards. However, improvement is needed to meet standards for one or more non-critical elements.**

☐ **UNACCEPTABLE. Performance on one or more critical performance elements has not met the performance standards. (Indicate action taken and/or recommended BELOW.)**

Comments:

EXHIBIT

_Ted Schultz_      02 JULY 2001

(Rating Official)         (date)

6. ☒ I have reviewed the completed Performance Plan and the proposed Summary Appraisal. *Comments if any. (Additional comments may be attached on a separate sheet of paper.)*

(Reviewing Official)         7/02/01

            (date)

7. ☒ This evaluation has been discussed with me and I have been given a copy. *Comments if any. (Additional Comments may be attached on a separate sheet of paper.)*

_Beth B. Norden_      10 July 2001

(Employee)           (date)

Previous editions of this form are obsolete      **SI-1320**

SI-778c 8-3-87
754-346

# SMITHSONIAN INSTITUTION
## Performance Plan

PAGE_____of_____

Initial when plan is written and given to employee:    Appraisal Period __6/1/00___ to __.5/31/01__

Beth B. Norden, SSN: 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    Museum Specialist, GS-1016-11    *BBN 10 July 2:*
(Employee Name)    (Position Title, Series, Grade)    (Initials, Date)

Ted Schultz    *TRS 02 JULY 2001*    Scott E. Miller    *Sm*
(Rating Official)    (Initials, Date)    (Reviewing Official)    (Initials, Date)

Initials after progress review(s):    _____    _____
(Employee, Date)    (Rating Official, Date)

Use a separate page to describe each performance element, the performance standards and the level of
performance achieved. At the end of the appraisal period, complete the ACTUAL PERFORMANCE section
for each element and check the appropriate column below to indicate whether the employee met, exceeded
or did not meet the standards for each element. Mark critical elements with an asterisk.

Performance
Elements

Performance Standards

| Number | * | Exceeded | Met | Not Met |
|--------|---|----------|-----|---------|
| 1 | ✳ |  | ✕ |  |
| 2 | ✳ |  | ✕ |  |
| 3 | ✳ |  | ✕ |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |

Signature of Rating Official: *Ted Schultz*    Date: __02 JULY 2001__

**SI-1321**

Performance Plan, Page 1
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

SMITHSONIAN INSTITUTION
Performance Plan
[* indicates a critical element]
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

## PERFORMANCE ELEMENT No. 1 – RESEARCH ASSISTANCE - FORMICIDAE.*

**Subelement 1a.**          **These duties are in support of research on Formicidae directed by Ted Schultz, and will occupy 50% of Norden's time. Included are such museum tasks as specimen preparation, sorting, labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens and some lab procedures for DNA sequencing; databasing of specimens and of bibliographic references; manuscript preparation, proofreading, and review; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, other specialists, and outside agencies for supporting services contributing to research on ants. Field work may be required at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.**

PERFORMANCE STANDARDS for Subelement 1a.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on ants well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc. (as detailed above).

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well (receiving positive feedback from colleagues), when a new approach/technique is created and achieves positive results.

**SI-1322**

Performance Plan, Page 2
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

ACTUAL PERFORMANCE for Subelement 1a.
Performance of this element . . .

☐ EXCEEDED        ☒ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:

    Norden's performance in support of my own research generally has been excellent. The primary problem is that, as noted in my "General Comments" below, her illness has significantly affected the quantity of such support that she was able to render during the review period.

    <u>Significant service</u>: From June to September 2000, prior to the onset of her illness, Norden: (1) maintained a collection of live ant cultures; (2) played a central role in bringing our joint Women's Committee web design project to completion; (3) provided research support on travel to Brazil in August; and (4) initiated two series of novel biological observations connected with the Brazil trip: (i) locating two larvae of a psychodid fly *(Tonnoria* sp. n.) that parasitizes fungus gardens of the attine ant *Cyphomyrmex faunulus,* and (ii) collecting and documenting attine foraging on non-specific fungi, lichens, and other substrates. Between September 2000 and March 2001, Norden was absent due to illness. Since 08 March 2001, she has worked on a reduced schedule and has accomplished a number of administrative/clerical tasks that are listed under Subelement 1b below.

    In 2000, Norden was a coauthor on the following publications:

    Adams, R.M.M., U.G. Mueller, T.R. Schultz, and B. Norden. 2000. Agro-predation: Usurpation of attine fungus gardens by *Megalomyrmex* ants. *Naturwissenschaften* 87: 549-554.

    Adams, R.M.M., U.G. Mueller, T.R. Schultz, and B. Norden. 2000. Usurpers and marauders: The social predator *Megalomyrmex sp. nov.* (Formicidae: Solenopsidini) pillages both garden and brood from fungus-growing ants (Attini). *Abstracts of International Congress of Entomology, Volume 2,* p. 8666. International Congress of Entomology (21: 2000: Foz do Iguassu). Londrina, Brasil: Embrapa Soja.

    Krombein, K.V. and B.B. Norden. Notes on trap-nesting Sri Lankan wasps and bees (Hymenoptera: Vespidae, Pompilidae, Sphecidae, Colletidae, Megachilidae). *Proceedings of the Entomological Society of Washington* 103: 274-281.

**SI-1323**

Performance Plan, Page 3
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

## PERFORMANCE ELEMENT No. 1 — RESEARCH ASSISTANCE - FORMICIDAE.*

**Subelement 1b.        Administrative/clerical.**

**Tasks in this element provide administrative and clerical support for the Research Scientists including letter/memo/report writing; photocopying; S.I. Press and other couriering; library retrievals and returns; reprint mailing; reprint folder typing and filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab sign-up coordination; current price lists and supply ordering; updating of computer files for mailing lists, etc.; and maintaining stock of necessary office/research supplies in appropriate rooms. These duties will be carried out during the 50% time allotment described in Performance Element No. 1a.**

PERFORMANCE STANDARDS for Subelement 1b.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Administrative and clerical duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur.

STANDARDS MET: Duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Subelement 1b.
Performance of this element . . .

☐ EXCEEDED        ☒ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:

During the 2000-2001 year, Norden carried out a fair amount of routine xeroxing, specimen preparation and organization, and other numerous important clerical/administrative tasks. Her performance in this area was fully satisfactory, but her output naturally suffered from her absence due to illness. Significant service under this category includes: (1) supervision of volunteer Graceann Caffio and, on one project, contractor Ted Suman; (2) coordination of research travel for two Brazil trips; (3) supervision of the transition of volunteer Graceann Caffio from our lab to the Insect Zoo; (4) supervision of the sorting of the Akey Hung ant reprint collection, acquired in 2001; and (5) supervision of the creation of our "Ant Lab" in CE517, and the associated move of Norden's offices into CE518.

**SI-1324**

Performance Plan, Page 4
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

**PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT. \***

Subelement 2a.        **Participates in special collection management projects with one or more support staff members in the Hymenoptera, Hemiptera, Arachnida and Lepidoptera (HHAL) Unit in various short-term and long-term projects as approved by the Chair. These duties will occupy approximately 50% of Norden's time. These may include reorganization of collections, labeling or preparing specimens, upgrading collections in alcohol, fieldwork (if time permits), assisting scientific visitors, and other collections related tasks, including the move.**

PERFORMANCE STANDARDS for Subelement 2a.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Usually unavailable for Unit projects.

STANDARDS MET: Participates regularly in Unit projects, assists scientific visitors in Hemiptera or Arachnida collections when requested by supervisor.

STANDARDS EXCEEDED: Shows initiative in daily work and in long-range planning of Unit projects.

ACTUAL PERFORMANCE for Subelement 2a.
Performance in this element . . .

☐ EXCEEDED        ☒ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:

Beth's participation in unit activities was appreciated when she was able to do so. Among her other accomplishments include a number of tasks relating to closing up shop for Karl Krombein, who no longer is able to work at the museum.

**SI-1325**

Performance Plan, Page 5
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

**PERFORMANCE ELEMENT No. 2 -- INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT.\***

**Subelement 2b.**  **Facilitates making collection available to outside scholars by processing loans, accessions, and using the CRIS system as a TM User:  Promptly prepares transaction forms.  Returned loans promptly acknowledged and returned to appropriate place in collection; consults supervisor as necessary.**

PERFORMANCE STANDARDS for Subelement 3b.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Requires frequent assistance.  Loan papers not processed promptly and boxed specimens not immediately delivered to mail room with appropriate paper work.  Acknowledgment of returned specimens is delayed and specimens are not promptly returned to appropriate part of collection.  Fails to enter transactions into CRIS (incoming and outgoing).

STANDARDS MET: With minimal assistance, loan requests filled, mailed and processed in CRIS, loans indicated taxonomically by withdrawal note in appropriate part of collection, and acquisitions processed in CRIS, then incorporated in to collection.  Return of loan promptly acknowledged to returnee, and specimens returned to appropriate part of collection (with removal of note of numbers of specimens loaned and to whom) within one month.

STANDARDS EXCEEDED: Complete responsibility, with no assistance from supervisor for filling all loan requests, keeping of loan files, and transactions/CRIS processing.

ACTUAL PERFORMANCE for Subelement 2b.
Performance of this element . . .

☐ EXCEEDED      ☒ MET      ☐ DID NOT MEET

standards in the following ways and for the following reasons:

Beth was unable to perform many duties related to transactions due to her illness.  She has also helped facilitate CRIS transactions by others in Hymenoptera and placed donated specimens by Evans in the collections.

**SI-1326**

Performance Plan, Page 6
Beth B. Norden, SSN:  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
June 1, 2000 - May 31, 2001

**PERFORMANCE ELEMENT No. 3 – INTERACTIONS WITHIN HEMIPTERA, HYMENOPTERA, ARACHNIDA AND LEPIDOPTERA UNIT: ***

**Subelement 2c.        Prepares specimens for study and incorporation into collections.**

PERFORMANCE STANDARDS for Subelement 3c.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Inappropriate methods of preparation used resulting in frequent damage to specimens; specimens frequently incorrectly mounted and/or labeled.

STANDARDS MET: Prepares specimens for study or for incorporation into collections using a variety of diverse and often complex techniques including: relaxing and restoring dried or damaged material; pinning or pointing specimens; preparing specimens from alcohol and other preserving media, sometimes involving critical point drying techniques; cleaning and degreasing specimens.  Prepares label orders and labels specimens. Demonstrates care and experience handling fragile material, with little damage resulting. Specimens are appropriately processed, correctly mounted and neatly labeled.

STANDARDS EXCEEDED: In addition to fulfillment of the above duties, demonstrates initiative, innovation and ability to continually complete projects earlier than anticipated when negotiated.

ACTUAL PERFORMANCE for Subelement 2c.
Performance of this element . . .

☐ EXCEEDED        ☒ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:
Beth was able to label and affix slides for the mite project.

**SI-1327**

Performance Plan, Page 7
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

**PERFORMANCE ELEMENT No. 3– DEPARTMENT-WIDE DUTIES:**

**Subelement 3a.**    **Interaction with the public:  Assists visitor/public in approved instances, representing the Department of Entomology to other NMNH departments, units or outside institutions and/or while on official travel; may participate in special public relations events.**

PERFORMANCE STANDARDS for Subelement 4a.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Forgets scheduled arrivals of visitors or hinders their work in some way; receives complaints.

STANDARDS MET: Supervisor receives no complaints from visitors and public.

STANDARDS EXCEEDED: Regular compliments are received on helpfulness and courtesy.

ACTUAL PERFORMANCE for Subelement 4a.
Performance of this element . . .

☐ EXCEEDED      ☒ MET      ☐ DID NOT MEET

standards in the following ways and for the following reasons:

Norden was occasionally contacted for information about bees and pollination by writers, journalists, and outside scholars.  She hosted numerous visitors, including research associates and other long-term visitors.

**SI-1328**

Performance Plan, Page 8
Beth B. Norden, SSN: 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
June 1, 2000 - May 31, 2001

PERFORMANCE ELEMENT No. 3 - **DEPARTMENT-WIDE DUTIES:**

**Subelement 3b.**      **General Departmental duties.**


PERFORMANCE STANDARDS for Subelement 4b.
(Quality, quantity, timeliness or other measures)

     STANDARDS NOT MET:   Does not perform regular stockroom duties as assigned. Does not read E-mail daily.

     STANDARDS MET: Performs regular stockroom duties as assigned. Reads E-mail daily.

     STANDARDS EXCEEDED: Attends stockroom duty promptly or communicates make-up arrangements with stockroom supervisor.


ACTUAL PERFORMANCE for Subelement 4b.
Performance of this element . . .

     ☐ EXCEEDED      ☒ MET      ☐ DID NOT MEET

standards in the following ways and for the following reasons:

     Norden read her e-mails daily and did not have any assigned stockroom duties in 2000-2001.


**SI-1329**

Performance Plan, Page 9
Beth B. Norden, SSN:  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
June 1, 2000 - May 31, 2001

**GENERAL COMMENTS:**

This has been an unusual and, indeed, difficult year for Dr. Beth Norden.  In August 2000 she contracted a hemorrhagic form of dengue fever while serving in research support capacity in Amazonian Brazil.  Her subsequent illness resulted in many months of absence (sick leave from 21 September 2000 to 08 March 2001) followed by a reduced work schedule (at the time of this writing set at 12 hours per week).  I think it would be most accurate to say that Norden has performed her job as well as could be expected under these trying and restrictive circumstances.

From June to September 2000, Norden's job was divided between Schultz research (50%), Krombein research (20%), and collections support (Epstein/HHAL unit, 30%).  This was a difficult situation because of the demands of all three "supervisors," and because Krombein in particular had immense problems limiting his expectations to his allotted time.  My impression is that this problem was exacerbated by Norden's overwhelming loyalty to Krombein, and by her associated predilection to devote extra time to Krombein's work.  From mid-September 2000, when Krombein ceased coming in to NMNH, Norden's time has been divided between Schultz (50%) and Epstein/HHAL (50%).  As noted above, however, the productivity of this arrangement was severely impacted by Norden's ongoing illness and associated long-term absence from work.

Overall, I'd say that Norden has done her best this year under trying circumstances, and that any shortcomings are largely due to a genuinely serious illness that has affected her ability to work.  It is worth emphasizing that this illness was contracted while she was in the employ of the NMNH.  It is also worth noting that her efforts to obtain compensation for lost time through Workman's Compensation insurance have so far been unsuccessful, and that the role of our OHR in these efforts has so far been inadequate.

**SI-1330**

# SMITHSONIAN INSTITUTION
## Summary Performance Appraisal

SI-777 rev. 6-17-?7
754-98

1. **Beth B. Norden, SSN: 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**

   (Name)

2. **Department of Entomology, NMNH**

   (Organization)

3. **Ted R. Schultz**

   (Rating Official)

4. **June 1, 1999 – May 31, 2000**

   (Period covered by appraisal)

5. [X] **OUTSTANDING. Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.**

   [ ] **HIGHLY SUCCESSFUL. Performance has exceeded the standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements met or exceeded.**

   [ ] **FULLY SUCCESSFUL. Performance on all elements, critical and non-critical has met the performance standards.**

   [ ] **IMPROVEMENT NEEDED. Performance on all critical elements has met performance standards. However, improvement is needed to meet standards for one or more non-critical elements.**

   [ ] **UNACCEPTABLE. Performance on one or more critical performance elements has not met the performance standards. (Indicate action taken and/or recommended BELOW.)**

Comments:

*See attached*

EXHIBIT
10

**SI-0174**

_Ted Schultz_     26 JULY 2000

(Rating Official)     (date)

6. [ ] I have reviewed the completed Performance Plan and the proposed Summary Appraisal. *Comments if any.* *(Additional comments may be attached on a separate sheet of paper.)*

   (Reviewing Official)     (date)

7. [✓] This evaluation has been discussed with me and I have been given a copy. *Comments if any.* *(Additional Comments may be attached on a separate sheet of paper.)*

_Beth B. Norden_     27 July 2000

(Employee)     (date)

Previous editions of this form are obsolete

**Summary Performance Appraisal**

Norden B. Norden, SSN 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

Department of Entomology, NMNH

June 1, 1999-May 31, 2000

Prepared by: Ted Schultz (17 July 2000)

GENERAL COMMENTS

Beth Norden has exceeded the requirements of her job during the 1999-2000 period

The thing I have come to appreciate most about Norden is that she is highly self-motivated and genuinely interested in her work. She is here at SI because she wants to make a contribution, and she works best when she is given a complex task and a reasonable degree of autonomy. She is happiest when the results of her work produce some obvious benefit -- however modest -- to the department, to the collections, or to the advancement of science in general. This is not to say that Norden shirks mindless, routine work, however; in fact, a large part of her time is occupied with such tasks, and she takes them seriously and carries them out in an exemplary fashion. Whatever, the task, Norden always does a good job.

Norden's job is not an easy one, because she is required to divide her time between Schultz research (50%), Krombein research (20%), and collections support (Epstein and the HHAL unit, 30%). All three taskmasters ask more of Norden than she can provide during these weekly time percentages, and Norden is thus required to continually prioritize, schedule, and shift between tasks, all the while keeping each of her three "supervisors" informed of how and why particular tasks must be parceled out and performed over a period of time. Krombein in particular has had trouble modifying his needs to accomodate this arrangement, placing extra pressure on Norden. Because Norden is task-oriented and derives job satisfaction from seeing tasks through to completion, she often copes with this difficult situation by working in excess of the time percentages listed above. This is a problem that both Epstein and I have tried to address during the past year, because this is entirely unfair to Norden.

Overall, I'd say that Norden has made a significant contribution to the Department this year, and, as in the past, I rate Norden's overall performance as outstanding.

**SI-0175**

SI-778c 8-3-87
754-346

# SMITHSONIAN INSTITUTION
## Performance Plan

PAGE____of____

Initial when plan is written and given to employee:

Appraisal Period **6/1/99** to **5/31/00**

Beth B. Norden, SSN: 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          Museum Specialist, GS-1016-11          *BBN*

(Employee Name)                                (Position Title, Series, Grade)          (Initials, Date)

Ted Schultz                    *TS*              Scott E. Miller          *SM*

(Rating Official)              (Initials, Date)   (Reviewing Official)      (Initials, Date)

Initials after progress review(s):    _____    _____

                                        (Employee, Date)            (Rating Official, Date)

Use a separate page to describe each performance element, the performance standards and the level of performance achieved. At the end of the appraisal period, complete the ACTUAL PERFORMANCE section for each element and check the appropriate column below to indicate whether the employee met, exceeded or did not meet the standards for each element. Mark critical elements with an asterisk.

Performance Elements | Performance Standards

| Number | * | Exceeded | Met | Not Met |
|--------|---|----------|-----|---------|
| 1 | ✗ | ✓ | | |
| 2 | ✗ | ✓ | | |
| 3 | | ✓ | | |
| 4 | | ✓ | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

**SI-0176**

Signature of Rating Official: _____    Date: _____

PERFORMANCE ELEMENT NO. 1: Research Assistance, Formicidae

Performance Standards (Subelements 1a and 1b): EXCEEDED.

Norden's performance in support of my own research has been excellent. The only problem with her research support is that, as she and I both acknowledge, demands from her other two elements (collections and in particular Krombein support) on average serve to reduce the actual time commitment in this element from its intended 50%.

During the past year Norden has: (1) Maintained my many live ant cultures, a difficult and tedious chore; (2) prepared SEM's of adult and larval ants both in connection with a series of Web pages we are designing and in connection with a number of research projects; (3) worked closely with NMNH Research Training Program intern Sadie Solomon; (3) worked closely with molecular systematics technician Rachelle Adams; (4) worked in a supervisory role for contractor Ted Suman and volunteer Graceann Caffio; (5) hosted numerous visitors, including a number of long-term ones that occupied her office (e.g., SI Research Associate Matt Kane); (6) participated with R. Adams, U. Mueller, and I on a study of a new *Megalomyrmex* species that attacks fungus-growing ants, reported in a paper that is about to be submitted; (7) learned molecular systematic techniques from R. Adams and me out at the LMS, performing exceedingly well; (8) participated in the creation of a Smithsonian "Ants" Web site as one of the recipients (along with me) of an SI Women's Committee award; and (9) coordinated research travel, organized specimens, and otherwise performed numerous minor but very important tasks.

**SI-0177**

<u>PERFORMANCE ELEMENT NO. 1</u>: Research Assistance, Hymenoptera

Performance Standards (Subelements 1a and ab): EXCEEDED.

Norden has served as Karl Krombein's research support person as 20% of her work duties during the past year, although due to Krombein's expectations as well as due to his needs, both Norden and I are quite sure that 20% underestimates the actual time commitment involved. Norden is coauthor on several manuscripts with Krombein that are currently in review or accepted. One coauthored paper was published in 2000. Norden planned a field trip to Archbold Biological Station for Spring 2000 and accompanied Krombein. She dealt with Krombein's stroke in October, which included notifying colleagues and otherwise serving as Krombein's representative while he recuperated. This also included (and continues to include) a constellation of personal aid. Norden prepared and coordinated for Krombein the unsuccessful Senior-level SI Fellowship application of Arkady Lelej. During the move from the West Wing to the East Court, Norden moved every bit of Krombein's office and enitrely reconstructed it for him; this alone must have accounted for massively greater than a 20% weekly time commitment.

In sum, it appears to me that during the past year Krombein's program could not have continued without Norden's detailed maintenance.

SI-0178

PERFORMANCE ELEMENT NO. 3: Interactions within Hemiptera, Hymenoptera, Aracnida, and Lepidotera Unit

Subelement 3a. Performance Standards: EXCEEDED.

Subelement 3b. Performance Standards: MET.

Subelement 3c. Performance Standards: EXCEEDED.

The performance ratings above for Subelements 3a, 3b, and 3c were assigned by HHAL Unit Manager Marc Epstein. I will give Epstein the opportunity to supply additional commentary separately for this element, which may be added to Norden's file. Based on conversations with him, however, I know that he is generally very satisfied with Beth's performance, especially in relation to the move of the Hymenoptera collections. Norden was involved in every aspect of planning and physically moving the collections.

**SI-0179**

PERFORMANCE ELEMENT NO. 4: Department-wide duties

Performance Standards (Subelements 1a and 1b): EXCEEDED.

I will just give a few examples of Norden's extensive activities in this element.  During 1999-2000, she: (1) Participated in making S. Batra an SI Research Associate; (2) acted as a judge of student projects in the Intel Science Search; (3) carried out various grant and manuscript reviews, including reviews of an NSF grant proposal and of a book manuscript for SI Press; (4) provided SEMs for the National Arboretum's "Big Bugs" exhibit; (5) served as the subject of a profile for the SI/National Academy of Science "Scientist Card Deck"; (6) served as the subject of a profile in *The Torch;* and (7) acted as an evaluator of student proposals for the SI Research Training Program (a task for which she was nominated by Wayne Mathis).

SI-0180

SMITHSONIAN INSTITUTION
Performance Plan
[* indicates a critical element]
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

## PERFORMANCE ELEMENT No. 1 – RESEARCH ASSISTANCE - HYMENOPTERA.*

These duties are in support of aculeate Hymenoptera research and will occupy a variable amount of time depending on contracts to be negotiated. Included are such tasks as manuscript preparation, proofreading, and review; suggestions for future research and possible approaches; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, botanists, and outside agencies for supporting services contributing to biosystematic studies of Ceylonese wasps and other Hymenoptera research contributions. Field work includes such tasks as collection and behavioral studies conducted at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

PERFORMANCE STANDARDS for Element 1.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on aculeate Hymenoptera well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc. (as detailed above).

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well (receiving positive feedback from colleagues) or when a new approach/technique is created and achieves positive results.

ACTUAL PERFORMANCE for Element 1.
Performance of this element . . .

SI-0181

[✓] EXCEEDED    [ ] MET    [ ] DID NOT MEET

standards in the following ways and for the following reasons:

Performance Plan                                    Page 2 of 4
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

## PERFORMANCE ELEMENT No. 2 – RESEARCH ASSISTANCE - FORMICIDAE.*

These duties are in support of research on Formicidae, and will occupy 45% of
Norden's time. Included are such museum tasks as specimen preparation, sorting,
labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens
and some lab procedures for DNA sequencing; databasing of specimens and of
bibliographic references; manuscript preparation, proofreading, and review;
scientific writing of field data and laboratory analysis; literature searches and library
research; correspondence with authorities on specific research topics; micro-
dissection of specimens for microscopic analysis and special mounts; SEM
preparation of specimens including unique uncoated material; preparation of photos
and tables for illustrative plates; coordination with illustrators, SEM technicians,
other specialists, and outside agencies for supporting services contributing to
research on ants. Field work may be required at domestic and foreign sites in
support of research projects and to obtain specimens for the National Collection.

PERFORMANCE STANDARDS for Element 2.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on ants well, including aspects of
manuscript preparation and review, literature and library work, correspondence, field work,
etc. (as detailed above).

STANDARDS MET: Various duties are conducted in a timely fashion with minimal
supervision. There are no serious errors, and publication results. Field work yields
quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well (receiving
positive feedback from colleagues), when a new approach/technique is created and
achieves positive results.

ACTUAL PERFORMANCE for Element 2.
Performance of this element . . .

[✓] EXCEEDED        [ ] MET        [ ] DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0182**

Performance Plan                                   Page 3 of 4
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

PERFORMANCE ELEMENT No. 3 -- **ADMINISTRATIVE/CLERICAL.**

**Tasks in this element provide administrative and clerical support for the Research Scientists including letter/memo/report writing; photocopying; S.I. Press and other couriering; library retrievals and returns; reprint mailing, and reprint and Hymenoptera Catalog requests; reprint folder typing and filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab sign-up coordination; current price lists and supply ordering; updating of computer files for mailing lists, etc.; and maintaining stock of necessary office/research supplies in appropriate rooms. These duties will occupy a variable amount of time depending on contracts to be negotiated.**

**Department-wide duties include: Outreach with permission of supervisor; reads SI e-mail daily.**

PERFORMANCE STANDARDS for Element 3.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Administrative and clerical duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur.

STANDARDS MET: Duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 3.
Performance of this element . . .

[✓] EXCEEDED      [ ] MET      [ ] DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0183**

Performance Plan                                      Page 4 of 4
Beth B. Norden, SSN:  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
June 1, 1998 - May 31, 1999

PERFORMANCE ELEMENT No. 4 — **CURATORIAL.**

**These duties are in support of the Hymenoptera Collections Management Unit, this will occupy a variable amount of time depending on contracts to be negotiated and consist of CRIS loan transactions of aculeate taxa under the responsibility of Schultz.**

PERFORMANCE STANDARDS for Element 4.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Collections duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur

STANDARDS MET:  Collections duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic or innovative problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 4.
Performance of this element . . .

☑ EXCEEDED        ☐ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0184**

# SMITHSONIAN INSTITUTION
## Summary Performance Appraisal

SI-777 rev. 6-17-37
754-98

| 1. | *Beth B. Norden, SSN: 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* | 2. | *Department of Entomology, NMNH* |
|---|---|---|---|
| | (Name) | | (Organization) |
| 3. | *Ted R. Schultz* | 4. | *June 1, 1998 – May 31, 1999* |
| | (Rating Official) | | (Period covered by appraisal) |

5.  [X]  **OUTSTANDING. Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.**

[ ]  **HIGHLY SUCCESSFUL. Performance has exceeded the standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements met or exceeded.**

[ ]  **FULLY SUCCESSFUL. Performance on all elements, critical and non-critical has met the performance standards.**

[ ]  **IMPROVEMENT NEEDED. Performance on all critical elements has met performance standards. However, improvement is needed to meet standards for one or more non-critical elements.**

[ ]  **UNACCEPTABLE. Performance on one or more critical performance elements has not met the performance standards. (Indicate action taken and/or recommended BELOW.)**

Comments:

*Beth has made important contributions to the Department this year. I have detailed these in my ~~description~~ comments about of each of the performance elements. Your contributions are greatly appreciated.*

**SI-0185**

_____ Ted R Schultz _____    17 June 99
(Rating Official)                      (date)

6.  [✓]  I have reviewed the completed Performance Plan and the proposed Summary Appraisal. *Comments if any.* (Additional comments may be attached on a separate sheet of paper.)

_____    7-7-99
(Reviewing Official)              (date)

7.  [✓]  This evaluation has been discussed with me and I have been given a copy. *Comments if any.* (Additional Comments may be attached on a separate sheet of paper.)

pp. 17  9/2/99    *Beth B. Norden*    7/14/99
V.C.              (Employee)              (date)

Previous editions of this form are obsolete

SI-778c 8-3-87
754-346

### SMITHSONIAN INS ~~Originals~~
Performance

*(needed to submit to Marie after completion)*

PAGE____of____

Initial when plan is written and given to employee:

Appraisal Period __6/1/98__ to __5/31/99__

---

**Beth B. Norden, SSN: 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**        **Museum Specialist, GS-1016-11**        *BBN 2 July 19:8*

(Employee Name)                               (Position Title, Series, Grade)              (Initials, Date)

**Ted Schultz**              *TRS 07/02/98*    **David G. Furth**                          *MFL 7/9/8*

(Rating Official)           (Initials, Date)   (Reviewing Official)                        (Initials, Date)

Initials after progress review(s):  _____        _____

                                      (Employee, Date)                 (Rating Official, Date)

---

Use a separate page to describe each performance element, the performance standards and the level of performance achieved. At the end of the appraisal period, complete the ACTUAL PERFORMANCE section for each element and check the appropriate column below to indicate whether the employee met, exceeded or did not meet the standards for each element. Mark critical elements with an asterisk.

| Performance Elements | | Performance Standards | | |
|:---:|:---:|:---:|:---:|:---:|
| Number | * | Exceeded | Met | Not Met |
| 1 | ✳ | X | | |
| 2 | ✱ | X | | |
| 3 | | X | | |
| 4 | | X | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

**SI-0186**

Signature of Rating Official: _Ted R Schultz_        Date: __17 June 99__

Summary Performance Appraisal

Beth B. Norden, SSN 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

Department of Entomology, NMNH

June 1, 1998-May 31, 1999

Prepared by: Ted Schultz (15 June 1999)    *Ted Schultz*

## GENERAL COMMENTS

Beth has exceeded the requirements of her job during the 1998-99 period. Once again she has successfully juggled the difficult, conflicting demands of support for Karl Krombein, support for me, and support for the collections.

Everything I wrote about this situation last year remains true: Beth has responded to the strong demands from each of these three separate sets of duties (Krombein, Schultz, collections) by working longer and harder. For example, when faced with the task of CRISsing the large amount of backlogged loan material in Krombein's office, Beth made the time to accomplish this goal (at times during evenings and weekends) and, as a result, the task is now largely accomplished. Beth has also served as contractor Ted Suman's *de facto* supervisor, and she has performed such non-required duties as writing for *Ranger Rick Magazine,* serving as an online expert for the Discovery Channel, participating in BugFest, and serving as the subject of a profile in *The Torch.*

Overall, I'd say that Beth has made a significant contribution to the Department this year, and I rate Beth Norden's overall performance as outstanding.

**SI-0187**

<u>PERFORMANCE ELEMENT NO. 1</u>: Research Assistance, Hymenoptera

Performance Standards: EXCEEDED.

According to Karl Krombein, Beth's unofficial supervisor for Element 1, performance in this element was, again, outstanding. Under Krombein's direction, Beth has: helped to complete a coauthored paper, now in press as a *Smithsonian Contributions* ("Biodiversity of the domatia occupants [ants, bees, waspes, and others] of the Sri Lankan myrmecophyte Humboldtia laurifolia Vahl [Fabaceae]" by K.V. Krombein, B.B. Norden, M.M. Rickson, and F.R. Rickson); carried out SEM studies resulting in the description of a new species of Sapygidae; and conducted two weeks of field research at Archbold Research Station in Florida, collecting behavioral data on a species of *Perdita* bee. Under Karl's direction, Beth also coordinated the visit of the Russian scientist Arkady Lelej and the acquisition of Suzanne Batra's collection of Asian bees.

SI-0188

<u>PERFORMANCE ELEMENT NO. 2</u>: Research Assistance, Formicidae

Performance Standards: EXCEEDED.

I also rank Beth's performance for 1998-99 as outstanding. She has: continued to take wonderful care of my many live ant cultures, a difficult and tedious chore; prepared SEM's of adult and larval ants for a project on a *Megalomyrmex* species that attacks fungus-growing ants; conducted literature searches and carried out tedious amounts of xeroxing, especially in connection with my *Insect Lives* book project; continued to database (along with Rachelle Adams) the ant specimen collections; served as host to a short-term visiting scientist from Cuba, Jorge Luis Fontenla; and served as a co-applicant in our successful grant proposal to the Women's Committee ("A modest pilot project for disseminating educational and scientific information about ants on the World Wide Web").

SI-0189

<u>PERFORMANCE ELEMENT NO. 3</u>: Administrative/Clerical

Performance Standards: EXCEEDED.

     Beth has exceeded her duties for this element.  As mentioned above, for Schultz she retrieved large amounts of material from the SI libraries and xeroxed thousands of pages.  She also mailed out numerous reprints.

     Although "outreach" is only a minor and non-required component of Beth's performance plan, it bears emphasizing that during this review period: Beth received $2100 (turned over to the Deparment) for an article in *Ranger Rick Magazine,*; coordinated the work schedule of contractor Ted Suman, who underwent heart surgery during this period; participated in BugFest;  served as the "online expert" on Hymenoptera for one week for the Discovery Channel; and was the subject of an article in *The Torch* ("Spare Time: Bee-friendly is how Beth Norden keeps her yard").

**SI-0190**

PERFORMANCE ELEMENT NO. 4: Curatorial

Performance Standards: EXCEEDED.

In 1998-99, Beth spent 4 to 8 hours per week CRISsing backlogged loan material and new incoming/outcoming ant and other aculeate hymenoptera loans. She also carried out various duties (e.g., aiding in the mapping of the East Court cabinet range) connected with the upcoming move.

SI-0191

SMITHSONIAN INSTITUTION
Performance Plan
[* indicates a critical element]
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

## PERFORMANCE ELEMENT No. 1 – RESEARCH ASSISTANCE - HYMENOPTERA.*

These duties are in support of aculeate Hymenoptera research and will occupy a variable amount of time depending on contracts to be negotiated. Included are such tasks as manuscript preparation, proofreading, and review; suggestions for future research and possible approaches; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, botanists, and outside agencies for supporting services contributing to biosystematic studies of Ceylonese wasps and other Hymenoptera research contributions. Field work includes such tasks as collection and behavioral studies conducted at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

---

**PERFORMANCE STANDARDS for Element 1.**
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on aculeate Hymenoptera well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc. (as detailed above).

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well (receiving positive feedback from colleagues) or when a new approach/technique is created and achieves positive results.

---

**ACTUAL PERFORMANCE for Element 1.**
Performance of this element . . .

☒ EXCEEDED     ☐ MET     ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0192**

Performance Plan
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

## PERFORMANCE ELEMENT No. 2 -- RESEARCH ASSISTANCE - FORMICIDAE.*

These duties are in support of research on Formicidae, and will occupy 45% of Norden's time. Included are such museum tasks as specimen preparation, sorting, labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens and some lab procedures for DNA sequencing; databasing of specimens and of bibliographic references; manuscript preparation, proofreading, and review; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; micro-dissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, other specialists, and outside agencies for supporting services contributing to research on ants. Field work may be required at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

---

PERFORMANCE STANDARDS for Element 2.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on ants well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc. (as detailed above).

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well (receiving positive feedback from colleagues), when a new approach/technique is created and achieves positive results.

---

ACTUAL PERFORMANCE for Element 2.
Performance of this element . . .

☒ EXCEEDED      ☐ MET      ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0193**

Performance Plan                                    Page 3 of 4
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

PERFORMANCE ELEMENT No. 3 – ADMINISTRATIVE/CLERICAL.

Tasks in this element provide administrative and clerical support for the Research Scientists including letter/memo/report writing; photocopying; S.I. Press and other couriering; library retrievals and returns; reprint mailing, and reprint and Hymenoptera Catalog requests; reprint folder typing and filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab sign-up coordination; current price lists and supply ordering; updating of computer files for mailing lists, etc.; and maintaining stock of necessary office/research supplies in appropriate rooms. These duties will occupy a variable amount of time depending on contracts to be negotiated.

Department-wide duties include: Outreach with permission of supervisor; reads SI e-mail daily.

PERFORMANCE STANDARDS for Element 3.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Administrative and clerical duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur.

STANDARDS MET: Duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 3.
Performance of this element . . .

☒ EXCEEDED        ☐ MET        ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0194**

Performance Plan                                  Page 4 of 4
Beth B. Norden, SSN: 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
June 1, 1998 - May 31, 1999

PERFORMANCE ELEMENT No. 4 -- CURATORIAL.

**These duties are in support of the Hymenoptera Collections Management Unit, this will occupy a variable amount of time depending on contracts to be negotiated and consist of CRIS loan transactions of aculeate taxa under the responsibility of Schultz.**

PERFORMANCE STANDARDS for Element 4.
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Collections duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur

STANDARDS MET: Collections duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic or innovative problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 4.
Performance of this element . . .

☒ EXCEEDED     ☐ MET     ☐ DID NOT MEET

standards in the following ways and for the following reasons:

**SI-0195**

# SMITHSONIAN INSTITUTION
## Summary Performance Appraisal

SI-777 rev. 6-1-87
754-98

1. _Beth B. Norden, SSN: 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_    2. _Department of Entomology, NMNH_
   (Name)                                    (Organization)

3. ~~Warren E. Steiner, Jr.~~ TED SCHULTZ  4. _June 1, 1997 - May 31, 1998_
   (Rating Official)                          (Period covered by appraisal)

5. [X] **OUTSTANDING.** Performance has exceeded standards for all critical elements. Performance has met or exceeded standards for all non-critical elements.

   [ ] **HIGHLY SUCCESSFUL.** Performance has exceeded the standards for 50% or more of the critical elements. Standards for remaining critical elements have been met and the standards for all non-critical elements met or exceeded.

   [ ] **FULLY SUCCESSFUL.** Performance on all elements, critical and non-critical has met the performance standards.

   [ ] **IMPROVEMENT NEEDED.** Performance on all critical elements has met performance standards. However, improvement is needed to meet standards for one or more non-critical elements.

   [ ] **UNACCEPTABLE.** Performance on one or more critical performance elements has not met the performance standards. (Indicate action taken and/or recommended BELOW.)

Comments:

_See attached Sheet_

**SI-0196**

_Ted R Sxley_        26 June 98
(Rating Official)        (date)

6. [✓] I have reviewed the completed Performance Plan and the proposed Summary Appraisal. _Comments if any._ (Additional comments may be attached on a separate sheet of paper.)

   _David K Nutter_        30 June '98
   (Reviewing Official)        (date)

7. [✓] This evaluation has been discussed with me and I have been given a copy. _Comments if any._ _Additional Comments may be attached on a separate sheet of paper.)_

   _Beth B. Norden_        2 July, 1998
   (Employee)        (date)

Previous editions of this form are obsolete

SI-778c 8-3-87
754-346

# SMITHSONIAN INSTITUTION
## Performance Plan

PAGE_____ of _____

Initial when plan is written and given to employee:            Appraisal Period __6/1/97__ to __5/31/98__

| Beth B. Norden, SSN: 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 | Museum Specialist, GS-1016-11 | *BBN 1 July 1997* |
|---|---|---|
| (Employee Name) | (Position Title, Series, Grade) | (Initials, Date) |

| Ted Schultz | *TS 24 June 97* | David G. Furth | *DGF 24/Jun/97* |
|---|---|---|---|
| (Rating Official) | (Initials, Date) | (Reviewing Official) | (Initials, Date) |

Initials after progress review(s): _____*BBN 2 July 1998*_____     _____*TRS 26 June 98*_____
                                              (Employee, Date)                    (Rating Official, Date)

Use a separate page to describe each performance element, the performance standards and the level of performance achieved. At the end of the appraisal period, complete the ACTUAL PERFORMANCE section for each element and check the appropriate column below to indicate whether the employee met, exceeded or did not meet the standards for each element. Mark critical elements with an asterisk.

| Performance Elements | | Performance Standards | | |
|---|---|---|---|---|
| Number | * | Exceeded | Met | Not Met |
| 1 | ✳ | ✓ | | |
| 2 | ✳ | ✓ | | |
| 3 | | ✓ | | |
| 4 | ✳ | ✓ | | |
| 5 | | | ✓ | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

**SI-0197**

Signature of Rating Official: _____*Ted R Schultz*_____     Date: __26 June 98__

SI-778c 8-3-87
754-346

# SMITHSONIAN INSTITUTION
## Performance Plan

PAGE_____of_____

Initial when plan is written and given to employee:    Appraisal Period  **6/1/97**  to  **5/31/98**

| | | |
|---|---|---|
| Beth B. Norden, SSN: 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 | Museum Specialist, GS-1016-11 | *BBN* 6/20/97 |
| (Employee Name) | (Position Title, Series, Grade) | (Initials, Date) |
| TED SCHULTZ | | |
| ~~Warren E. Steiner, Jr.~~ | *W.E.S.* 6/20/97  David G. Furth | *DGF* 27/Sep/9; |
| (Rating Official) | (Initials, Date)        (Reviewing Official) | (Initials, Date) |

Initials after progress review(s):    *BBN 2 July 1998*    *TS 26 June 98*
(Employee, Date)                    (Rating Official, Date)

Use a separate page to describe each performance element, the performance standards and the level of performance achieved.  At the end of the appraisal period, complete the ACTUAL PERFORMANCE section for each element and check the appropriate column below to indicate whether the employee met, exceeded or did not meet the standards for each element.  Mark critical elements with an asterisk.

Performance Elements                 Performance Standards

| Number | * | Exceeded | Met | Not Met |
|--------|---|----------|-----|---------|
| 1 | ✳ | ✓ | | |
| 2 | ✳ | ✓ | | |
| 3 | | ✓ | | |
| 4 | ✳ | ✓ | | |
| 5 | | | ✓ | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

**SI-0198**

Signature of Rating Official: _Ted R Schultz_        Date: 26 June 98

Summary Performance Appraisal
Beth B. Norden, SSN 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
Department of Entomology, NMNH
June 1, 1997–May 31, 1998
Prepared by: Ted Schultz (26 June 1998)

## GENERAL COMMENTS

It is not generally understood by members of the Department of Entomology that Dr. Beth Norden is subject to a series of difficult conflicting pressures. Technically she has a single supervisor, but essentially she has two: myself and Karl Krombein. Aside from having to juggle the frequently conflicting needs generated by this situation, she is also subject to expectations from other Museum Support staff about her role with regard to curatorial duties, including CRIS transactions, gluing of foam-bottom trays, etc. The way that Beth deals with these demands on her time is to work additional hours in the evenings and on weekends.

She deserves credit for these extra hours, as well as for the non-required services she performs such as advising a Sri Lankan graduate student, representing our department at the ESA tribute to Margaret Collins, writing entomological articles for children's magazines, and participating in Congressional Night.

For these long hours and voluntary outreach services, as well as for through and excellent work in her required duties, I rate Beth Norden's overall performance as outstanding.

SI-0199

<u>PERFORMANCE ELEMENT NO. 1</u>: Research Assistance, Hymenoptera
Performance Standards: EXCEEDED.

According to Karl Krombein, Beth's unofficial supervisor for Element 1,
performance in this element has been nothing less than outstanding.  Under
Krombein's direction, Beth has: carried out SEM studies of a large number of
subjects, including a new species of pompilid wasp from Sri Lanka; opened and
examined the contents of 85% of the internodes of the ant-plant <u>Humboldtia</u>
collected in Sri Lanka; submitted a coauthored paper on <u>Humboldtia</u> to S.I. Press;
completed SEM's for <u>Bethsmyrmilla,</u> a new mutillid from Sri Lanka; and carried out
field research with Krombein in Florida for two weeks during the spring.  In Florida,
Beth and Krombein delivered a talk at the Archbold Research Station and collected a
new species of <u>Eusapyga</u>.

**SI-0200**

<u>PERFORMANCE ELEMENT NO. 2</u>: Research Assistance, Formicidae
Performance Standards: EXCEEDED.

    I also rank Beth's performance as outstanding. She has: continued to take wonderful care of my many live ant cultures, a difficult and tedious chore; prepared numerous SEM's of adult and larval ants for a series of projects; conducted massive literature searches and carried out prodigious amounts of xeroxing; databased (along with Rachelle Adams) over 1000 separate records of ant specimen collections; and completed six of the seven tasks listed as specific work goals for the year in the 97/98 Performance Plan. Beth adapted quickly to a sudden need on my part in April for intensive library research and xeroxing in connection with a book project.

**SI-0201**

<u>PERFORMANCE ELEMENT NO. 3</u>: Administrative/Clerical
Performance Standards: EXCEEDED.

There is no doubt that Beth has exceeded her duties for this element. As mentioned above, for Schultz she xeroxed a massive amount of material. She also mailed out numerous reprints.

Although "outreach" is only a minor and non-required component of Beth's performance plan, it bears emphasizing that during this review period: Beth was one of the few members of the Department of Entomology to participate in Congressional Night (see attached letter of thanks from Walt Brown); she had two articles published in *Ranger Rick Magazine*, resulting in an influx of funds to the Department; she delivered an invited talk at the annual ESA meetings in Nashville entitled "A tribute to Margaret S. Collins: A biologist with a passion for termites"; and she arranged for a short-term visitor's grant in order to host/supervise a graduate student from Sri Lanka.

SI-0202

PERFORMANCE ELEMENT NO. 4: Curatorial

Performance Standards: EXCEEDED.

Beth's duties in this element were mostly eliminated by the hiring of contract workers Matt Kweskin and (subsequently) Ted Suman to carry out the curatorial tasks originally described in Beth's plan.  As a result, Beth's revised plan for 1997-98 required no curatorial component; nonetheless, during that time she has been active in CRIS processing of old Ceylon Insect Project and Karl Krombein Sri Lankan loans; CRISsing of ant loans; supervision of contract person Ted Suman in packing and sending loans; and otherwise clearing up CRIS problems for taxa under my purview.  She also glued foam bottoms into trays for the entirety of the 1997/98 year.

SI-0203

PERFORMANCE ELEMENT NO. 5: Personal Research

Performance Standards: MET.

As also outlined above under outreach, Beth delivered an invited talk at the annual ESA meetings in Nashville entitled "A tribute to Margaret S. Collins: A biologist with a passion for termites"; she arranged for a short-term visitor's grant in order to host and supervise a graduate student from Sri Lanka; and she obtained Sudila bees from Sri Lanka, required for DNA work being carried out by Dr. Bryan Danforth at Cornell. Krombein has expressed concern that Beth has not taken the time to write up the results of her personal research carried out during February to May 1997 in Sri Lanka.

**SI-0204**

Performance Plan
Beth B. Norden, SSN 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
June 16, 1997 to May 31, 1998
* indicates a critical element

## PERFORMANCE ELEMENT No. 1: RESEARCH ASSISTANCE, HYMENOPTERA*

These duties are in support of aculeate Hymenoptera research and will occupy 50% of Norden's time from October 20, 1997 to January 31, 1998. Included are such tasks as manuscript preparation, proofreading, and review; suggestions for future research and possible approaches; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; microdissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, botanists, and outside agencies for supporting services contributing to biosystematic studies of Ceylonese wasps and other Hymenoptera research contributions. Field work includes such tasks as collection and behavioral studies conducted at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

PERFORMANCE STANDARDS for Element 1
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on aculeate Hymenoptera well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc., as detailed above.

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well, receiving positive feedback from colleagues, or a new approach/technique is created and achieves positive results.

ACTUAL PERFORMANCE for Element 1
Performance of this element was:

    X EXCEEDED        __ MET         __ NOT MET

*See attached Sheet*

**SI-0205**

PERFORMANCE ELEMENT No. 2: RESEARCH ASSISTANCE, FORMICIDAE*

These duties are in support of research on Formicidae, and will occupy 90% of Norden's time from June 16, 1997 to October 17, 1997 and 50% of her time thereafter. Included are such museum tasks as specimen preparation, sorting, labeling; maintenance of ~75 live ant colonies; storage and preparation of specimens and some lab procedures for DNA sequencing; databasing of specimens and of bibliographic references; manuscript preparation, proofreading, and review; scientific writing of field data and laboratory analysis; literature searches and library research; correspondence with authorities on specific research topics; micro-dissection of specimens for microscopic analysis and special mounts; SEM preparation of specimens including unique uncoated material; preparation of photos and tables for illustrative plates; coordination with illustrators, SEM technicians, other specialists, and outside agencies for supporting services contributing to research on ants. Field work may be required at domestic and foreign sites in support of research projects and to obtain specimens for the National Collection.

PERFORMANCE STANDARDS for Element 2
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not support research on ants well, including aspects of manuscript preparation and review, literature and library work, correspondence, field work, etc., as detailed above.

STANDARDS MET: Various duties are conducted in a timely fashion with minimal supervision. There are no serious errors, and publication results. Field work yields quantifiable results in terms of numbers or value of specimens and/or data obtained.

STANDARDS EXCEEDED: Difficult tasks or situations are handled well, receiving positive feedback from colleagues, or a new approach/technique is created and achieves positive results.

ACTUAL PERFORMANCE for Element 1
Performance of this element was:

    ✕ EXCEEDED    __ MET    __ NOT MET

*See attached sheet*

**SI-0206**

PERFORMANCE ELEMENT No. 3: ADMINISTRATIVE/CLERICAL

Tasks in this element provide administrative and clerical support for the Research Scientists including letter/memo/report writing; photocopying; S.I. Press and other couriering; library retrievals and returns; reprint mailing, and reprint and Hymenoptera Catalog requests; reprint folder typing and filing; FAX sending and receiving; routine phone/correspondence inquiries; SEM lab sign-up coordination; current price lists and supply ordering; updating of computer files for mailing lists, etc.; and maintaining stock of necessary office/research supplies in appropriate rooms.

Department-wide duties include: Stockroom tray gluing as necessary; outreach with permission of supervisor; reads SI e-mail daily.

PERFORMANCE STANDARDS for Element 3
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Administrative and clerical duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur.

STANDARDS MET: Duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic or innovative problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 1
Performance of this element was:

    ✗ EXCEEDED        __ MET        __ NOT MET

See attached sheet

**SI-0207**

PERFORMANCE ELEMENT No. 4: CURATORIAL*

These duties are in support of the Hymenoptera/Coleoptera Collections Management Unit under the supervision of Warren Steiner and will occupy 50% of Norden's time from February 1, 1998 to May 31, 1998.

PERFORMANCE STANDARDS for Element 1
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Collections duties are not performed in an efficient and timely fashion so that unacceptable delays and confusion occur.

STANDARDS MET: Collections duties are accomplished in a timely fashion, are error free, and require no supervision.

STANDARDS EXCEEDED: Diplomatic or innovative problem solving is noted by supervisor, a special project is undertaken that benefits the Department, more efficient methodology is invented, or a large amount of productivity is accomplished.

ACTUAL PERFORMANCE for Element 4
Performance of this element was:

    ✕ EXCEEDED        __ MET        __ NOT MET

*See attached sheet*

**SI-0208**

PERFORMANCE ELEMENT No. 5: PERSONAL RESEARCH

These duties are in support of Beth Norden's personal research and comprise 10% of her time (i.e., 4 hours per week) from June 1, 1997 to October 17, 1997. After October 18, the proportion will be renegotiated. For 1997-98 these duties will include preparation of the paper to be delivered at the Annual National ESA Meeting in the session entitled "A tribute to Margaret S. Collins: A biologist with a passion for termites" and collaboration with Karl Krombein on projects based on the 1997 expedition to Sri Lanka.

PERFORMANCE STANDARDS for Element 5
(Quality, quantity, timeliness or other measures)

STANDARDS NOT MET: Does not pursue personal research.

STANDARDS MET: Performs a minimal amount of personal research.

STANDARDS EXCEEDED: Performs a fair amount of personal research, including collaborative work with SI and other investigators.

ACTUAL PERFORMANCE for Element 5
Performance of this element was:

__ EXCEEDED          X MET          __ NOT MET

*See attached sheet*

**SI-0209**

Specific work goals for the year:

PERFORMANCE ELEMENT No. 2: RESEARCH ASSISTANCE, FORMICIDAE

a) Upgrade live ant nests to new, clean boxes; pour new plaster-bottomed boxes; clean old boxes for future use (estimated time = 24 hours)
b) SEM's of key characters of Acromyrmex octospinosus, A. echinatior, and A. sp. nov. (estimated time = 8 hours)
c) Non-destructive SEM's of Myrmicocrypta sp. nov. (estimated time = 8 hours)
d) Complete SEM's of Mycocepurus and Myrmicocrypta larvae (all instars) (estimated time = 8 hours)
e) Prepare ~ 30 wing and ~20 mouthpart slide mounts of attine ants (estimated time = 40 hours)
f) Help to complete Schultz move into new quarters, including mounting wall shelves, countertops, etc. (estimated time = 32 hours)
g) Sort, mount, label, and database attine ant specimens (estimated time = 320 hours)

**SI-0210**