## Lawford, Thomas

**From:** Beth Norden [nordenb.NMNH2.NHB]
**Sent:** Tuesday, February 26, 2002 4:36 PM
**To:** Lawford, Thomas
**Subject:** Re: RTW timetable

Thank you for all your hard efforts with this rtw. Is it usually this difficult? Also, I do think the naphthalene problem is important because most of the work Marc wants me doing involves the pinned collection (with naphthalene). Anyway, thanks, and I will continue to wait...maybe I will be 100 per cent by the time I get the official return announcement!

>>> Thomas Lawford 02/26/02 16:12 PM >>>
Beth, things went well. Ted at first didnt know how he could parse jour job down into less, but as we conversed, Marilyn Slomba LER explained how it is done. I have emailed Ted the final version, copy to you, or the rtw advisory. The next step is up to Ted. He will have to confer with Mark, gone Thursday, on what the parsed down performance plan for 90 days will say, run it by dept head. He said "My personal deadline is early next week, not a promise, but a goal." He will then email you that all is ready, and when to come on back to work.

One of Ted's discomforts with this is assuming a parent child relationship toward you, saying "Beth, its Friday, youve used up your remaining 4 hours of this week, uh ...... ...... dont you think you ought to go home now?"

The outcome is, looks like you will be at work shortly. I didnt read that Ted bears any resentment. I feel that he just will now have to do some manager things: Write a performance plan each 90 days parsing up what you should accomplish, monitor your time there each week, coopt Mark into the plan, act as a policeman on your time at work.

The problem was discussed of dual supervision feeding more work into your hopper than should be given for 20 hours. He didnt have an immediate answer to this one. Probably needs to confer with Mark about that.

Marilyn Slomba was very helpful in steering our meeting along to a good concordance an conclusion.

I did mention the naphthalene problem, once I saw that Ted couldnt use that as an excuse to say "Oh, in that case, we just cant take her back." Once it had become clear that Marilyn was saying "She is ready, willing and able to work, we need to get on with this." But I have not included it in the written advisory.

I am optimistic things will settle into normality once you are back. Keep me posted as things progress. Dr. Tom

**SI-3993**

