I made the point that for the past two years the job position assigned to Beth Norden has not been carried out. I also made the point that the requirements of this position include: (1) 100% time (40 hours per week), (2) commuting, (3) extensive work in front of computer screens, and (4) extensive work with specimens associated with residual napthalene. The two OHR representatives offered this advice for management: If we feel that Beth is unable to fulfill the requirements of her position, we have two options: (1) We can simply state that the job is a full-time job, and that anything less than a full-time schedule is unacceptable. Since Beth's physicians will not allow her to work full time, this would result in Beth going onto Workers' Compensation at 100% time. (2) We can set in motion an "Action to Remove." Based on this advice, we agreed to observe Beth's progress through December and if at that time she is still unable to fulfill the requirements of her position, to proceed with one of these two actions (preferably the first one).

Since leaving the meeting I have wondered if the decision to wait an additional 3.5 months before responding was indeed the correct one. I would appreciate your input on this matter.

Finally, please note that we all agreed to keep the proceedings of the meeting confidential. We especially do not wish for Beth to feel under any pressure to alter her behavior over the next three months, as the factors involved with her progress are associated with her disease and, as such, are entirely out of her control.

---

To: Beth Norden

From: Ted Schultz

Date: 30 September 2002

Re: Tasks for 30 September to 25 October 2002

EXHIBIT

P/f's 14

KH F-23-06

Beth:

Since you just got back today and tomorrow I will leave on travel until 24 October or later, I am going to list the things you should be working on during my absence. This list is based on the cover sheet of your most recent performance plan.

Tasks to be working on:

1. Reintegration of backlogged returned ant loans to the collection. This includes barcoding and databasing the returned specimens, physically relocating the returned specimens to the collection, and generating new tray, drawer, and cabinet labels as necessary. Ask Eugenia for help if necessary, since she's the one who has the most experience with this system.

2. Completion of unfinished Ant Type Collection project. This includes barcoding, databasing, and labeling of the Ant Type Collection.

If you have problems with napthalene, I strongly encourage you to work with specimens in the ventilated room on the fourth floor. This advice is based on conversations with the Safety people. Also, if you wish, you can begin exploring the possibility of a flat-screen monitor if you

GOVERNMENT EXHIBIT

SJ29

SI-1932

feel that might alleviate the medical problems associated with screen flicker. I have talked to Scott Miller about this, and he's receptive to the idea of obtaining such a monitor. It may take a few months to get one, however. Maybe ADP or Linda Sims can help with this.

I'd like you to keep a log of hours worked and tasks carried out on a per-day basis, so I can catch up on what's been done when I get back.

Thanks!

---

SEE ATTACHMENT
17 October 2002
Memo from Thomas Lawford and Kathryn Makos, SI OSEM
"Napthalene exposure control options for Beth Norden"

---

**SI-1933**