COPY

1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3

4    BETH M. NORDEN,                    )

5            Plaintiff,                 )

6            vs.                        )    Civil Action No.

7    LAWRENCE M. SMALL, SECRETARY       )    05-1232  (RMC)

8    OF THE SMITHSONIAN INSTITUTION,    )

9            Defendant.                 )

10                 -    -    -    -    -

11          The 30(b)(6) deposition of THEODORE ROBERT

12   SCHULTZ was taken on Wednesday, August 23, 2006,

13   commencing at 10:25 a.m., at the Department of

14   Justice, 501 Third Street, N.W., Fourth Floor,

15   Washington, D. C., before Karen Hinnenkamp,

16   Registered Merit Reporter and Notary Public.

17                 -    -    -    -    -

18

19

20

21

22

2

```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4          VICKIE FANG, ESQ.

 5          Attorney At Law

 6          8702 Nightingale Drive

 7          Lanham, Maryland    20706

 8          (301) 552-4908

 9          fvickie@comcast.net

10

11   ON BEHALF OF THE DEFENDANT:

12          JOHN F. HENAULT, JR., ESQ.

13          U.S. Department of Justice

14          United States Attorney's Office

15          Assistant U.S. Attorney, D.C.

16          555 Fourth Street, N.W.

17          Washington, D. C.    20530

18          (202) 307-1249

19          John.Henault@usdoj.gov

20

21

22
```

3

1          A P P E A R A N C E S (Continued)

2

3     ON BEHALF OF THE DEFENDANT:

4          FARLEIGH EARHART, ESQ.

5          Assistant General Counsel

6          Smithsonian Institution

7          1000 Jefferson Drive, S.W.

8          Room 302

9          Washington, D. C.    20560-0012

10         (202) 633-5095

11

12    ALSO PRESENT:  Beth M. Norden.

13

14

15

16

17

18

19

20

21

22    (Index appears following the transcript.)

Schultz

4

1    Whereupon --

2                    THEODORE ROBERT SCHULTZ

3    a witness, called for examination, having been

4    first duly sworn, was examined and testified as

5    follows:

6            EXAMINATION BY COUNSEL FOR PLAINTIFF

7                    BY MS. FANG:

8        Q        Could you please state your name for the

9    record.

10       A        Theodore Robert Schultz.

11       Q        What is your position at the

12   Smithsonian?

13       A        I'm a research entomologist and

14   currently chair of the Department of Entomology.

15       Q        Okay, good.  Can you tell us a little

16   bit about your background, educational and

17   experience.

18       A        Relevant to my job?

19       Q        Yes, please.

20       A        I have a bachelor's degree in evolution,

21   evolutionary biology from the University of

22   California at Berkeley.  That was in 1988.  I have

Schultz

114

1    telling where something was collected, when it was

2    collected, who collected it.

3        Q    Was there bar coding involved?

4        A    Yes.

5        Q    Tell me how that works.

6        A    Most or maybe even all objects entered

7    into the database are assigned a bar code label,

8    which is a unique eight-digit identifier, and that

9    label is affixed to the object, whether it's put on

10    a pin or stuck into a vile.

11        Q    Oh, I see.  Could you have done that

12    from the fourth floor?

13        A    Yes.

14        Q    You're not sure which room though.

15        A    No, she could have done it from the

16    fourth floor ventilated room.

17        Q    Oh, there was a computer in there.

18        A    There are computer connections in the

19    fourth floor ventilated room.  It may have required

20    setting up a computer.  There may have already been

21    a computer in there.  I don't remember.

22        Q    Okay.  Is it fair to say that in order

Schultz

115

1    to use the fourth floor room she needed to have a

2    computer that ran your program there so she could

3    use it in conjunction with her microscope?

4        A    Only for the databasing part of her job.

5        Q    But as I understand, this is very

6    precise work with very precious specimens.  Would

7    you have wanted her going from floor to floor, sort

8    of carrying the bar code, the labels, back and

9    forth, or jotting down information and going to

10   another floor and typing it in?

11       A    The specimens would have been

12   transported in drawers so they would be in trays

13   within drawers and it's a simple matter to

14   transport the drawers from one floor to another.

15   They have to be pulled from the cabinets and

16   transported to wherever you're going to work on

17   them.

18       Q    Was anything ever set up so that Beth

19   would have a computer to use in the fourth floor

20   room?

21            MR. HENAULT:  Ever?

22            MS. FANG:  Ever.

Schultz

116

1           MR. HENAULT:  Okay.

2           THE WITNESS:  I would say the answer to

3    that is yes.  If you include the office that we set

4    up for Beth on the fourth floor.

5           BY MS. FANG:

6      Q     In 2003?

7      A     Yes.

8      Q     During the period of 2002 was there

9    anything set up for her to use the computer on the

10   fourth floor?

11     A     Okay, first of all, I don't know if

12   there was a computer there.  If there was a

13   computer there, she could have used it.  We never

14   installed Filemaker Pro on any computer in the

15   ventilated room.

16     Q     Okay.  So at the time she was working

17   there in 2002, assuming that the ant holotypes

18   could survive the very strong air flow, she would

19   not have had the computer there to database the

20   information, is that correct?

21     A     I'm having trouble with the would part.

22     Q     She didn't have a computer.

Schultz

1    A    We could have fairly easily set that up.

2    Q    Okay.  Why didn't you?

3    A    For a long time prior to that, ever

4  since the naphthalene issue came up, the safety

5  people encouraged Beth as one of the high priority

6  solutions to the naphthalene exposure to use the

7  fourth floor ventilated room.  To my knowledge Beth

8  never used the fourth floor ventilated room.

9    Q    Did you ever speak to her about that?

10    A    Yes.

11    Q    What did you say?

12    A    I strongly encouraged her to use the

13  fourth floor ventilated room.

14    Q    And how did she respond?

15    A    I don't remember, except that she never

16  used it.

17    Q    Okay.  When did you discover she was not

18  using it?

19    A    I think I was aware of it all along.

20    Q    Did you ever counsel her about her

21  failure to take appropriate steps to accommodate

22  her disability?

Schultz

268

1          MR. HENAULT:  Objection.  Go ahead, sir.

2          THE WITNESS:  Well, there is two

3    possibilities.  There is three possibilities.

4    Whatever way they are organized in Karl's office

5    they are also organized in the main collection.

6    Whether that's correct or incorrect, no problem.

7    The specimens in Karl's office are correctly

8    organized but the main collection isn't, main

9    collection has to be updated.  Specimens in Karl's

10   office are incorrectly organized but the main

11   collection is correctly organized, those specimens

12   need to be returned to the correct places in the

13   collection where they really belong.

14         BY MS. FANG:

15    Q    Might they be incorrect because the

16   taxonomy changes over the years?

17    A    Yes.  That would be an exact reason why,

18   yes.

19    Q    So if you had something that was labeled

20   as belonging to a particular family or some other

21   particular category, it might have been correct

22   when it was labeled in 1940 but then in the year

Schultz

269

1    2000 it actually is considered to belong to a

2    different family or some other kind of grouping, is

3    that correct?

4        A    Yes.

5        Q    Okay.  Would it involve some research on

6    Beth's part to ascertain that the specimens had the

7    up to date labels, the up to date taxonomic

8    categorizations consistent with the museum's main

9    collection?

10       A    Under the premise that we're talking

11   about scenario two or three where they don't match

12   each other, it would require minimally referring to

13   a catalog.  Much of this work may have already been

14   done and presented.  For instance, for most of the

15   North American material there is a catalog which is

16   fairly up to date that could be used.  So it might

17   involve varying degrees of research.

18       Q    Okay.  And let's get some understanding

19   of what the range is if some updating needed to

20   happen.  At a minimum it might involve looking at a

21   catalog.  What further research might be involved

22   if that didn't work?

Schultz

270

```
1      A     In some cases you would have to go to

2   the primary literature because you would have to

3   know in some way that the name had been changed.

4   And if that change was not reflected in a survey

5   work such as a catalog, you would only know about

6   it by going to the primary literature.

7      Q     What is primary literature?

8      A     It's the original papers, journals that

9   these changes are published in.

10     Q     Okay.  Is it fair to say that because

11  Beth had worked closely with Dr. Krombein for so

12  long and supported his research that she was fairly

13  knowledgeable about the status of these specimens?

14     A     Probably.  I'm not -- I really don't

15  know.

16     Q     Would she have been more knowledgeable

17  than Nancy Adams?

18           MR. HENAULT:  Object to the form.  Go

19  ahead and answer, sir.

20           THE WITNESS:  Yes.

21           BY MS. FANG:

22     Q     Now I'm not asking about the deeper
```

Schultz

271

1    scientific understanding at this point.  I'm just

2    asking about her knowledge of what's in the boxes

3    and whether they have been updated or not.  Would

4    she have been more knowledgeable than you?

5        A    Yes.

6        Q    Okay.  So if Beth were to say that she

7    had already done a substantial amount of

8    reassimilating the easier, more likely to be

9    correct specimens into the collection and that what

10   was left consisted largely of the problem, out of

11   date specimens, do you have any reason to think she

12   would be incorrect?

13            MR. HENAULT:  Object to the form of the

14   question.  You may answer, sir.

15            THE WITNESS:  Incorrect about what?

16            BY MS. FANG:

17       Q    As to whether or not she had already

18   pulled the easy, up to date stuff and that what was

19   left behind in these boxes were the more

20   problematic specimens that would require some

21   substantial research.

22       A    Okay.  If Beth were to come to me and

Schultz

1    make that statement, I would have no reason to

2    doubt her.

3        Q    Okay.  I guess I have a very simple

4    question at this point.  What does 20 KVK Office

5    Schmitts mean?  I mean is that 20 individual

6    specimens?

7        A    I rather suspect it means 20 Schmitt

8    boxes.

9        Q    How many boxes, I mean how many

10   specimens were likely to be in a box?

11       A    Boy, I don't know.  Schmitt box is about

12   the size of a large cigar box.  It could be -- it

13   could range from 10 to 50 to maybe even a hundred

14   specimens.

15       Q    Okay.  So taking the smallest number

16   first, this means 200 specimens, and then going all

17   the way up to possibly as many as 2,000 specimens,

18   is that correct?

19       A    Well, I didn't -- oh, you mean

20   represented by 20 boxes.

21       Q    Yes.

22       A    Yeah, using the estimates I just gave.

. Schultz

273

1    Q    Yeah.  Okay.  Was the primary research

2    on the very tiny wasp?

3    A    Primary research, yes.

4    Q    So more of them could fit in a box than

5    say if they had been big beetles.

6    A    Right.

7    Q    So we're looking at returning 200 to

8    2,000 specimens to their correct place in the

9    larger collection and it's necessary to be sure

10   that they are accurately identified, and accurately

11   identifying them may involve some research, either

12   looking in a catalog or something more extensive in

13   the primary literature.  Is that correct?

14           MR. HENAULT:  Object to the form.  You

15   may answer, sir.

16           THE WITNESS:  Well, I don't know that

17   that applies in this particular case.

18           BY MS. FANG:

19   Q    Right.  You don't know whether or not it

20   would involve research and updating.

21   A    Right.

22   Q    Okay.  But if it did, then she would

Schultz

274

1    have to go to a catalog, go to the primary

2    literature, and also might she be required to go to

3    Dr. Krombein's notes?

4              MR. HENAULT:  Objection.  Go ahead, sir.

5              THE WITNESS:  Possibly.  I'm having

6    trouble thinking of a case where that might be

7    true.

8              BY MS. FANG:

9        Q      Were all the boxes labeled?

10       A      I paid very little attention to the

11   boxes, but they were arranged like books on the

12   shelf and what is the equivalent of the spine of

13   the book had some sort of label on it.

14       Q      Every one of them as far as you know?

15       A      As far as I know, but I could be wrong.

16       Q      Okay.  Bearing in mind that this

17   collection went back a number of decades and that

18   the taxonomy changes over time, do you believe that

19   Beth would have been capable of transferring 200 to

20   2,000 specimens from the old Krombein collection to

21   the larger collection in an accurate way that had

22   the names consistent with the larger collection in

Schultz

275

1    one day?

2              MR. HENAULT:  Objection to the form.  Go

3    ahead, sir.

4              THE WITNESS:  Yes.

5              BY MS. FANG:

6    Q    Is that calculation based on the premise

7    that very few of the specimens would require

8    research?

9    A    No.

10   Q    What's it based on?

11   A    It's based on two things.  Number one,

12   Nancy Adams was going to participate in this

13   process so it would be two people; and number two,

14   that task is currently being carried out by two

15   people in our department and it's roughly at that

16   rate, and they don't know anything about these

17   particular groups of insects.

18   Q    If they don't know anything about these

19   groups of insects, are they going into the main

20   collection accurately?

21   A    I believe it reflects the fact that

22   Karl's collection and the main collection are using

Schultz

276

1    pretty much overall the same taxonomy.  So there

2    are few challenges for figuring out which tray to

3    return these things to.

4          Q     Who is doing the work currently?

5          A     Mary Jo Molineaux and Brian Harris.  Two

6    museum specialists.

7          Q     Okay.  And they are not familiar with

8    Hymenoptera, is that correct?

9          A     Yeah, not -- well, they are familiar

10   with Hymenoptera but neither of them has curator

11   Hymenoptera as their main duty.

12         Q     Neither of them have Beth's level of

13   expertise, is that correct?

14         A     Right.  That's correct.

15         Q     Okay.  And I apologize if I have to ask

16   some things in a really simple level, but remember,

17   I'm not an entomologist and none of the lawyers

18   associated with this case are going to have much

19   knowledge of it.  If I were given some very basic

20   training and I personally tried to do this job, not

21   having Beth's level of expertise, how would I know

22   whether a particular small wasp was labeled in a

Schultz

277

1     way that was consistent with a larger collection?

2               MR. HENAULT:  Object to the form.  You

3     can answer, sir.

4               THE WITNESS:  Every wasp in Karl's

5     collection I imagine, or certainly the majority of

6     them because it was a reference collection, had a

7     name label on it.

8               BY MS. FANG:

9          Q     Right.

10         A     There is very, very kind of simple

11    ordering that reflects the way we name organisms

12    that's reflected in the organization of the

13    collection, so once you had figured out where each

14    family was and within that family where each genus

15    was and within that genus where each species was,

16    the challenge would be for any given specimen to

17    return it to the collection.  You know what it is.

18    You have to find the drawer that contains that

19    genus and species and return that specimen to the

20    proper tray.  All the trays are labeled with the

21    names.  All the drawers are labeled with the names.

22    All the cabinets are labeled with the names.  So

Schultz

278

1  that would be how you would put away, you know, the

2  specimens.

3       Q       Within the field of Hymenoptera we have

4  mentioned before that there are taxonomic changes.

5  Does a wasp that had been correctly identified in

6  1930 as belonging to a particular species become

7  reidentified say in the year 2000 as belonging to a

8  different species?

9       A       Does that ever happen?

10      Q       Yes.

11      A       Yes.

12      Q       Often?

13      A       Well, often is a relative term.

14      Q       I'm not talking about some bizarre,

15  freakish incident.  Does it happen from time to

16  time?

17      A       Yes.  From time to time, yes.

18      Q       Okay.  So if I've got -- can you just

19  give me a name of a wasp species?  Just any old one

20  I can use as an example.

21      A       Vespa crabro.  V-E-S-P-A.  Second word,

22  lower case, C-R-A-B-R-O, which I believe is a

Schultz

279

1    hornet.

2       Q     If I look at a little wasp that has the

3    label Vespa crabro -- when I say I, I mean me --

4    and there are little wasps labeled Vespa crabro in

5    the main collection, how do I know to put the

6    Krombein 1930 Vespa crabro in with the other Vespa

7    crabros?

8       A     If you're trying to accomplish the task

9    of putting away this giant mess, you go to -- if

10   you find a tray that says Vespa crabro on it and it

11   has a bunch of other things that don't look

12   dramatically different from the things you have

13   with a label on it, you stick it in that tray and

14   you move on to the next one.  If in any given case

15   there was a mistake and the thing was mislabeled,

16   it actually was something else, it would be no

17   worse and it would be a lot better than the current

18   state of the collection because in any given tray

19   there may be a number of misidentified specimens.

20      Q     Again I'm not talking about something

21   Dr. Krombein might have misidentified in 1930 or

22   the like.  It might be a tray of Vespa crabros that

Schultz

280

1    in 1970 might have been termed to be yellow jackets

2    or some other wasp.

3         A    Right.

4         Q    Would you expect someone on Beth's level

5    of Hymenoptera expertise to put the Vespa crabros,

6    the things that were labeled Vespa crabros in with

7    the other things that were labeled Vespa crabros

8    without knowing whether or not the taxonomy was

9    still correct?

10        A    Yes, I would expect that, because none

11   of us know the taxonomy at the species level for

12   anything more than a small group of things.  For

13   the most part if I went out in the collection to do

14   this task with the ants, I would probably 90

15   percent of the time, if I found a tray with that

16   name on it, I would stick it in there.  You have

17   accomplished a tremendous amount of organization by

18   doing that because -- well, I probably shouldn't go

19   into it.

20        Q    Go ahead.

21        A    If the concept of Vespa crabros had

22   changed between 1930 and now, say that what was

Schultz

281

1    formerly called Vespa crabros is now actually

2    considered to be two different species, there is

3    going to be a tray in the collection, and say the

4    collection reflects that update, there is going to

5    be two trays in the collection.  One is going to be

6    labeled Vespa crabros, under the new concept,

7    limited to only one-half of what we formerly called

8    Vespa crabros, and another tray is going to have a

9    different name on it that is the other half of what

10   we formerly called Vespa crabros.  The worst that's

11   going to happen is you're going to stick that pin

12   into the wrong one of those two trays.  That's

13   tremendously more organized than previously when

14   the thing is sitting out in Karl's office on a

15   shelf.

16           So I think that that is the task we were

17   expecting of Beth and Nancy.  Not, you know,

18   redoing the taxonomy of either the collection or of

19   Karl's specimens.

20       Q     Would those two trays be next to each

21   other?

22       A     Not necessarily, because they are

Schultz

282

1    arranged in alphabetical order.   Crabro starts with

2    a C.  Whatever this new thing is starts with some

3    other letter and it's somewhere else.   However,

4    there are catalogs that would reflect these things.

5    I rather expect that something that happened in

6    1930 probably would be reflected, that had been

7    changed since 1930 probably would be in a catalog.

8         Q     So if Beth did this job at her level of

9    expertise, would you be expecting her to do any

10   research say on the level of checking in a catalog,

11   would you expect her to do more involved research

12   say involving going through Dr. Krombein's notes

13   and the primary literature, or would you like her

14   to just match names in effect?

15        A     I would like her to -- I think the idea

16   of this job was to put away as many specimens as

17   possible.  If there is one that genuinely presents

18   problems, set it aside and move on to the next one.

19   There may be a residue at the end of a small number

20   of boxes of things that weren't easy to put away

21   and then we would decide is that a high priority

22   for us or should we get on to the next task.

Schultz

283

1           This is the way the natural history

2      collection has to run because we do not have the

3      power to spend, you know, human years finessing.

4      So you want to have as many specimens put away as

5      possible.  And that was certainly the intent here.

6           Q      Moving on to month number two, you have

7      upgrade and inventory the Bethylid collection --

8      please correct my pronunciation if need be -- 13

9      days.

10               MR. HENAULT:  That's spelled

11      B-E-T-H-Y-L-I-D.

12               BY MS. FANG:

13           Q      Has this work been done?

14           A      No, I don't think so.

15           Q      Was there any research still in progress

16      on this work at the time that Dr. Krombein died?

17           A      On this collection.

18           Q      Yes.

19           A      We currently have no one at the museum

20      that works on Bethylids.

21           Q      What does upgrade the Bethylid

22      collection mean?

Schultz

1       A       Probably what it would mean is that

2    there currently -- they are in less than optimal

3    storage conditions in some way.  Generally they are

4    in trays that don't have a nice foam bottom.  They

5    might have an older cork bottom.  Moving them into

6    foam trays makes them much more accessible to

7    anybody that wants to work on them, which could

8    involve outside researchers and visitors.  The

9    trays themselves might have crudely written hand

10   labels.  Possibly this would involve producing nice

11   computer printed labels.  It could involve any

12   number of things.

13      Q       About how large was the Bethylid

14   collection?

15      A       I don't know.

16      Q       How did the 13 days get determined if

17   you don't know how large the collection is?

18      A       Certainly that reflects Nancy Adams'

19   thinking.  There may have been some input from Dave

20   Furth.  But Nancy Adams had years of experience

21   doing this kind of work and was one of the most

22   knowledgeable people in our department for knowing

·Schultz

285

1    how to very efficiently get major jobs done.  So

2    this probably reflects Nancy Adams' assessment.

3         Q    Did Beth have her level of efficiency

4    for this sort of work?

5              MR. HENAULT:  Object to the form of the

6    question.  Go ahead and answer, sir.

7              THE WITNESS:  Well, I think, you know,

8    Nancy was much more well known for this sort of

9    efficiency than Beth was.

10             BY MS. FANG:

11        Q    When Beth worked with specimens, either

12   in collection support or research support, did she

13   spend most of her time moving them say from foam

14   bottom trays to cork bottom trays and retyping the

15   label or did she spend more of her time possibly

16   doing that but also ascertaining that they were

17   correctly labeled and doing whatever research was

18   necessary to make sure that they were correctly

19   labeled?

20             MR. HENAULT:  Object to the form of the

21   question.

22             THE WITNESS:  I have no knowledge of

Schultz

286

1    which of those things she did more of under Karl

2    Krombein's supervision.  Under my supervision she

3    did no taxonomy.  She didn't do the latter, making

4    sure the names were right, checking the taxonomy.

5    She did none of that.  She did some moving from

6    cork to foam bottom but not -- it was not a major

7    component of what she did for me.

8              BY MS. FANG:

9        Q    Well, what did she do primarily for you?

10   I'm not just talking about the second return to

11   work but the six years that you supervised her.

12       A    Well, that's probably best reflected by

13   that memo that I wrote to Dr. Lawford describing

14   her duties.  She did everything from xeroxing,

15   sending letters, looking up things in the library,

16   you know, going down to the travel office and

17   booking my travel, to handling incoming and

18   outgoing loans because I was responsible for all

19   incoming and outgoing loans for a certain part of

20   the collection, certainly for all the ants.

21   Preparation of specimens.  Mounting specimens.

22   Labeling species members.

Schultz

1     Q    And when she mounted and labeled

2  specimens, how did she know how to label them?

3     A    They would be -- well, I'm talking about

4  data labeling so name of collector, location,

5  locality collected in, date of collection, that

6  sort of thing.

7     Q    It wouldn't include identifying the

8  specimen?

9     A    No, it wouldn't.

10    Q    Okay.

11    A    Hosting visitors.  Managing in some

12  cases contractors.  Doing scanning electron

13  microscopy.  Other things that I can't think of at

14  the moment.

15    Q    Okay.  Is that sort of work reflected in

16  this plan?

17    A    Well, some of the work I described is

18  reflected here.

19    Q    Which of the work is reflected here?

20    A    To my way of thinking all the

21  collections, all the curation of collections.

22    Q    Curation of collections does not involve

Schultz

288

1    identifying the specimens accurately?

2        A    No.  Not necessarily, no.

3        Q    Turning to month four, what does upgrade

4    and inventory the Scoliid collection mean?

5             MR. HENAULT:  That's spelled

6    S-C-O-L-I-I-D.

7             THE WITNESS:  It's another family of

8    Hymenoptera.  It means the same thing as the one

9    about the Bethylid.

10            BY MS. FANG:

11       Q    Put it in foam backed trays?

12       A    Well, I only listed examples of what it

13   might mean.  It implies that there are things about

14   the way the Scoliid collection is currently curated

15   that are less than optimal.  We have a very sort of

16   precise grading system for collection health and it

17   could involve any of a number of upgrades.  But

18   yes, it could involve things like moving from cork

19   to foam bottom trays, improving labeling, improving

20   the labeling of the drawers.

21       Q    I've just got a note here that they were

22   already in foam bottom trays.  Do you know what was

·Schultz

289

1    involved in upgrading the Scoliid collection?

2        A      No.

3        Q      Okay.  But you feel pretty satisfied

4    that it could be done in 18 days?

5        A      Simply based on the fact that that was

6    Nancy's assessment.

7        Q      Okay.  So you relied a good deal on her

8    assessment.

9        A      Yes.

10       Q      Would Nancy have known whether the

11   Scoliid collection labels and organization were

12   correct in a taxonomic sense of the word?

13              MR. HENAULT:  Objection.  Go ahead, sir.

14              THE WITNESS:  Probably not without

15   referring to some catalog or paper.

16              BY MS. FANG:

17       Q      Was the Scoliid collection at the Museum

18   of Natural History or was it elsewhere?

19       A      I believe the Scoliid collection is at

20   the museum's support center where we have a

21   substantial portion of our collections.

22       Q      Did Nancy Adams work out there on a

Schultz

290

1    regular basis?

2        A    Yes, at that time she did.

3        Q    Do they also do a fair amount of DNA

4    work out there?

5        A    Yes.

6        Q    Does Beth have substantial background in

7    DNA extraction and supporting DNA research?

8        A    No.

9        Q    Does she have any background in it?

10       A    Yes.

11       Q    Okay.  Moving to month five, what does

12   improves two drawers of ant types mean?

13       A    Well, in that case I have more

14   knowledge.  The ant types have gone through a

15   number of changes so my problem is remembering at

16   what state they were in there.  But I believe at

17   that point they had been moved to foam bottom trays

18   and were labeled, the trays had new labels, and

19   that there was a large residue of things that

20   weren't easily -- oh, I remember.  I'm sorry.  Many

21   of the trays did not have proper labels.  As well

22   there was a large residue of additional ant type

Schultz

291

1    specimens that it was unclear where they belonged.

2         Q       Would that involve a fair amount of

3    research then if they weren't properly labeled or

4    they weren't labeled or there were specimens that

5    weren't clear as to where they belonged?

6         A       No.

7         Q       What would it involve?

8         A       It would involve, you know, typing into

9    a computer the new labels and printing them out and

10   instantly getting all the labels fixed.  And

11   possibly for those, you know, it is a little hard

12   to explain this, but there is a residue of the

13   ants, ant types, with names on them that the

14   contractor who did this work previously was unable

15   to look up in a catalog, a very current catalog of

16   ant names.  So the only thing we could do is

17   recheck his work, simply look each of those names

18   up in a catalog, confirm they don't appear in the

19   catalog, and then at that point regard them as

20   manuscript names, which means cease to deal with

21   them.  Set them aside, cease to deal with them.

22              MR. HENAULT:  Could you hold on one

Schultz

1    second?  Just looking at my clock, as you know,

2    under the federal rules, depositions are limited to

3    seven hours of testimony.  This deposition was

4    scheduled to start at 10:00.  The witness and the

5    court reporter were here at 10:00 ready to start.

6    Figuring an hour worth of breaks that we had, it is

7    now just after 6:00.  That is seven hours.  And I

8    guess I'm not going to cut you off right now and

9    say it's seven hours, you need to stop, but we are

10   getting on 6:00.  I would like an estimate.  I mean

11   if you tell me you have another 10, 15 minutes for

12   the witness, with the indulgence of everyone else

13   in the room, that's fine, but I don't think it's

14   fair to keep the witness.

15              MS. FANG:  Sure.  Fifteen minutes.

16              MR. HENAULT:  Okay.

17              MS. FANG:  Okay.  Thank you.

18              BY MS. FANG:

19       Q      Did that contractor who had worked on

20   the ant types and hadn't been able to identify some

21   of them, had he worked with Beth on this

22   collection?

Schultz

293

1      A      Yes.

2      Q      Would Beth be in a pretty good position

3   then to know how much was involved in upgrading or

4   improving this collection?

5      A      Yeah.

6      Q      Okay.

7              MS. FANG:  Madam court reporter, if you

8   would sequentially label that.  It just says PD at

9   the top.  It does not have a Smithsonian number on

10  it.

11             MR. HENAULT:  Do you have the rest of

12  this?  There was a listing of duties I believe that

13  was produced.

14             MS. FANG:  No, I'm not concerned with

15  the list of duties, just this.

16                    (The document referred to was

17                    marked Plaintiff's Exhibit

18                    No. 19 for identification.)

19             BY MS. FANG:

20     Q      This is the cover sheet of the PD that

21  accompanied the attempted third return to work

22  offer.  Do you recognize it, Dr. Schultz?