COPY                                                  1

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLUMBIA

3

4      BETH M. NORDEN,                )

5      Plaintiff,                     )

6           vs.                       )    Civil Action

7      LAWRENCE M. SMALL,             )    No.

8      Defendant.                     )    05-1232 (RMC)

9

10

11

12              -      -      -      -      -

13              The deposition of **SCOTT MILLER** was

14     taken on Monday, November 13, 2006, commencing

15     at 9:10 a.m., at the offices of the Department

16     of Justice, United States Attorney's Office, 501

17     3rd Street, N.W., Washington, D.C., before Debra

18     L. Maheux, Notary Public.

19              -      -      -      -      -

20

21

22

2

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4            VICKIE INGE FANG, ESQ.

 5            8792 Nightingale Drive

 6            Lanham, Maryland  20706

 7            301-552-4908

 8            Email:  Fvickie@comcast.net

 9

10    ON BEHALF OF DEFENDANT:

11            JOHN F. HENAULT, JR., ESQ.

12            Assistant U.S. Attorney

13            District of Columbia

14            555 4th Street, N.W.

15            Washington, D.C.  20530

16            202-307-1249  Fax:  202-514-8780

17            Email:  John.Henault@usdoj.gov

18            and

19

20

21

22
```

3

1       **FARLEIGH EARHART, ESQ.**

2       Assistant General Counsel

3       Smithsonian Institution

4       1000 Jefferson Drive, Southwest

5       Room 302

6       Washington, D.C.   20560-0012

7       202-633-5095 Fax:   202-357-4310

8       Email:   earhart@si.edu

9

10      (Index appears following the transcript.)

11

12

13

14

15

16

17

18

19

20

21

22

4

MILLER

```
 1              P R O C E E D I N G S
 2                  -    -    -    -    -
 3    Whereupon--
 4                      SCOTT MILLER
 5    a witness, called for examination, having been
 6    first duly sworn, was examined and testified as
 7    follows:
 8              THE WITNESS:   I do.
 9                     EXAMINATION
10              BY MS. FANG:
11         Q.    Would you state your name for the
12    record, please?
13         A.    Scott Miller.
14         Q.    What is your position at the
15    Smithsonian?
16         A.    Current position is senior program
17    officer in the office of the Undersecretary for
18    science.
19         Q.    What do you do in that position?
20         A.     I represent the Undersecretary in
21    science in all nature of science program issues.
22         Q.    Can you give me an example?
```

. MILLER

1   duty status.

2       Q.   Did you know that Gary Heble had come

3   and spoken to her to say good-bye to her that

4   morning?

5           MR. HENAULT:   Object to the form of the

6   question.   You may answer, sir.

7           THE WITNESS:   I did not know that.

8           BY MS. FANG:

9       Q.   Did Dr. Norden try to speak to you when

10  you gave her the memo to ask you questions about

11  it?

12      A.   She did ask us some questions about it,

13  yes.

14      Q.   What questions did she ask?

15      A.   The one question that I remember her

16  asking is what happens when she can return to

17  duty, and I told her that was the process that

18  she had already been through before, that she

19  had also watched Karl Krombine go through, which

20  was basically, get a doctor's authorization that

21  you can come back to work full time, and --

22      Q.   Did you discuss whether she would have