DECLARATION OF DAVID FURTH

I, David Furth, do state:

1. I am the Collections Manager for the Department of Entomology of the Smithsonian Institution's National Museum of Natural History.

2. Upon my arrival at the Smithsonian in the summer of 1994, I undertook an effort to eliminate the use of naphthalene in the entomology collection, beginning with the removal of naphthalene supplies and implementing a freezing process for new specimens. Beginning in mid-2001, the department began removing loose trays of naphthalene from the storage drawers holding old specimens. The work on the 5th floor of the East Court (where Beth Norden's office was located) was completed in January to February 2003; the work on the 6th floor was completed in May 2003; the work on the 7th floor (end of East Court infill building) was completed in May 2003; work on the 5th floor of the East Wing was completed by April 2004. Crystallized naphthalene remains in the perimeter wells of the drawers of the older drawers in air tight cabinets on all floors.

3. My e-mail dated 4/19/01 was to the Department of Entomology. This is not necessarily the Museum's policy or the Smithsonian's policy. I declared this policy independent of any higher level policy and I don't know that one exists at a higher level.

4. My office is located on the 4th floor of the East Court (CE-419) of the museum, across from the vented 4th floor Sorting Center (CE-436). I have a key to this vented 4th floor sorting room and oversee use of the room. I am not responsible for giving out keys, but I would have assisted Norden in getting a key through the routine process of the Department's administrative office and the Smithsonian locksmith had she needed one for regular use. I would have allowed Norden access to the room whenever she needed it. I do not recall her ever asking me for access. I do not recall her asking me for a key. I did not tell her she could not have a key.

5. Specimens, including holotypes, can be (and are) handled safely in the vented 4th floor sorting center. Department employees use microscopes to look at specimens in this room. The room was designed for working with specimens. I know of no incidents of specimens being damaged by the vents in the room.

6. Sometime around September 2002, during Norden's second effort to return to work, I transferred trays of specimens stored in her office to new drawers that were naphthalene-free.

7. The Department of Entomology was re-organized in 1997 to prepare for the department's move within the museum and to be able to manage the collections more efficiently in the future.

8. The 1997 reorganization was not intended to be temporary for the move. Among other things, it was intended to ensure that all of the collection (including the specimens that Smithsonian research entomologists do not use for their own research) was cared for by a museum specialist.

9. As part of the re-organization, all of the GS-11 museum specialists, including Norden, were issued new position descriptions with the number 39725. I prepared the position description with the assistance of Marie Blair, the administrative officer of the Department of Entomology.

10. As part of the reorganization, three collection units were organized and three GS-12 supervisory unit manager positions were created and filled by Warren Steiner, Marc Epstein, and Nancy Adams. The GS-11 museum specialists and others were assigned to one of these three units, supervised by the GS-12s.

11. Norden was assigned to the unit responsible for Coleoptera, Diptera, and Hymenoptera.

13. Collections work was always part of Norden's job. For example, when she worked under my supervision, she was responsible for two wasp groups at Museum Support Center, which were not affiliated with Krombein's research.

14. When Norden informed the department that she was able to return to work at the end of 2003, we made efforts to accommodate her conditions for return.

15. In anticipation of Norden's third return to work in 2004, the department moved the computer, file cabinets, boxes, books, printer from Norden's 5th floor office into a 4th floor office and cleared space for her to use as lab space in the 4th floor sorting center.

16. Of the staff with supervisory responsibilities, Nancy Adams seemed to be a good fit to supervise Norden. Adams and Norden had a good relationship, and Adams had not been involved in any of Norden's previous efforts to return to work. All of the research entomologists already had museum specialist supporting them. I did not have the ability to supervisor Norden in addition to my other duties.

17. I helped review the work plan drafted by Nancy Adams in anticipation of Norden's return to work in 2004. The plan was designed to incorporate work with bees, which would draw on her interest and expertise and work with the wasp collections she had worked on with Krombein. It included work on ant types related to Ted Schultz's research. It included work on the wasp collections (not related to Krombein's research) that she had previously been responsible for.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____          20 November 2006
David Furth                                                    Date

2