DECLARATION OF WAYNE MATHIS

I, Wayne Mathis, do state:

1.     I am a Research Entomologist in the Smithsonian Institution's National, Museum of Natural History.

2.     In 2002, I was the chairman of the Entomology section of the Department of Systematic Biology.

3.     During the summer of 2002, Beth Norden discussed with me the idea of her working at the USDA lab in Beltsville, Maryland.   Norden had been experiencing difficulty with heat, commuting downtown and naphthalene in the department and she believed working in the Beltsville lab might alleviate these problems.

4.     I was in favor of exploring the possibility of such an arrangement.   I called Jeff Aldrich at the USDA Agricultural Research Service, to discuss the possibility of Norden working at the USDA on a detail. I informed Aldrich that the Smithsonian was amenable to detailing Norden to the USDA if the USDA could reimburse the Smithsonian for a reasonable portion of Norden's salary, which the department needed in order to hire someone to perform her work while she was at the USDA.   Aldrich agreed to call me back with the details of the financial arrangement and timing of the detail.

5.     A few months later, Aldrich called and informed me that the USDA had some funds with which it could reimburse the Smithsonian. The amount was far less than originally anticipated and insufficient to allow us to hire someone to perform Norden's duties while she was on detail.

6.     Norden never discussed with me the possibility that the gap between the amount offered by USDA and the department's expense of hiring a replacement might be paid for through Workers Compensation.

7.     Norden did not pursue the idea of the detail with me after the department ended her light duty schedule in November 2002.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.


_____
Wayne Mathis

_____
17 Nov 2006
Date