DECLARATION OF CAROL YOUMANS

I, Carol Youmans, do state:

1. I currently work at the Smithsonian Institution as a Management Support Specialist in the Invertebrate and Vertebrate Zoology Departments of the National Museum of Natural History.

2. From September 1995 to September 2003, I worked as a Secretary/Special Assistant in the Entomology Department of the Natural History Museum.

3. I am acquainted with Beth Norden professionally.

4. From approximately September 1999 to March 2003 my office was located on the 6th floor of the west wing on the Natural History Museum on the same hallway as the Chairman of the Entomology Department and the administrative offices for the department.

5. The Smithsonian's Equal Employment Opportunity posters, which contain information about how to file a claim, were displayed in several places in the Natural History Museum.

6. The places I recall seeing the posters during the time Ms. Norden worked at the Smithsonian are in the hallway outside of the Departmental Management Support Specialist's office (Marie Blair's office, next door to mine and the Entomology Chairman's Office on the 6th floor west wing); the hallway outside of the museum director's office on the 3rd floor (main building); near the staff cafeteria, and on the 3rd floor (East Court) outside of the elevators, next to the stairway entrance that leads to the Kirby Room, which is used as a staff meeting room for events, lectures, and meetings.

7. The EEO poster on the Entomology Department Chair's hallway was posted there soon after the administrative offices moved there in approximately 1999.

8. Ms. Norden used the 6th floor hallway from time to time. She visited my office on several occasions, which would have required her to pass the poster.

9. As the Special Assistant for the department, I was responsible for ordering supplies and equipment.

10. On June 21, 2002, Ms. Norden forwarded me a June 17, 2002, e-mail from Ted Schultz, which instructed her to contact me to request the purchase a respirator and any other equipment recommended by the Safety office for Ms. Norden. (Youmans Ex. 1, SI 1733)

11. On June 21, 2002, Ms. Norden faxed me details about a respirator. On the same day, Ms. Norden called me and told me to hold off on ordering it because her doctors were concerned that wearing it might cause her to faint. I noted that on the fax cover sheet. (Youmans Ex. 2, SI 1680) During this call, Ms. Norden told me her doctors were recommending a fume hood rather than the respirator.

12. Ms. Norden sent an e-mail to me, Dr. Lawford, Kathy Makos, and Ted Schultz on July 5, 2002, confirming that I was waiting to hear back from her before ordering a respirator and stating that she had received varying medical opinions about whether wearing one was a problem for her. I understood from this e-mail that Ms. Norden preferred a desk air purifying unit rather than a respirator. (Youmans Ex. 3, SI 1734).

13. Following these exchanges, Ms. Norden never requested that I order the respirator. If she had asked me to do so, I would have purchased it for her.

1

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____   _11/17/06_____
Carol Youmans                Date

*Hold off on order per Beth —*
*FAX not allowed to wear respirator Due to fainting spells*

# FAX

Department of Entomology
National Museum of Natural History
Smithsonian Institution
Mail Stop 105
10th & Constitution Ave., NW
Washington, DC 20560
Fax: (202) 786-2894
Confirm: (202) 357-2078

Date: 21 June 2002          Number of Pages: _____
                            (Including cover sheet)

To: Carol Youmans
Phone: _____              Fax: 786-3141

From: _____
Phone: _____

Instructions or Comments (if any):                    **SI-1680**

*Ordering info. from Kathy Makos. Thanks — Please let me know if there is any problem with ordering.*

```
Date: Fri, 21 Jun 2002 09:43:01 -0400
From: "Beth Norden" <Norden.Beth@NMNH.SI.EDU>
To: "Carol Youmans" <Youmans.Carol@NMNH.SI.EDU>
Cc: <schultz@onyx.si.edu>
Subject: Re: Fwd: respirator/equipment
```

Carol, Attached is Ted's e-mail to me saying to coordinate
with you to order the respirator and other equipment needed
for me to work with naphthalene. I will fax to you a copy
of the memo Kathy Makos provided which lists the necessary
ordering info. Thank you for your help in getting this
equipment. Beth

Beth B. Norden, Ph. D.
Dept. of Systematic Biology
NHB, MRC-188
Smithsonian Institution
Washington, D.C. 20560

Phone: 202-357-1821
FAX: 202-786-2894

```
Received: from MNH-WEBSHIELD.nh.si.edu
        (mnh-webshield.si.edu [160.111.81.18])
        by mnhgwia.si.edu; Mon, 17 Jun 2002 18:47:30 -0400
Received: FROM lms.si.edu BY MNH-WEBSHIELD.nh.si.edu ; Mon Jun 17 16:16:58 2002 -0400
Received: from [160.111.87.201] (Myrmicocrypta.si.edu [160.111.87.201])
        by lms.si.edu (8.11.3/8.9.1 Randall Downer 10.4.98) with ESMTP id g5HKGvn22179;
        Mon, 17 Jun 2002 16:16:58 -0400 (EDT)
Mime-Version: 1.0
Message-Id: <p0510030bb933f378f9c1@[160.111.87.201]>
In-Reply-To: <sd09be5f.055@gwsmtp.si.edu>
References: <sd09be5f.055@gwsmtp.si.edu>
Date: Mon, 17 Jun 2002 16:15:54 -0400
To: "Beth Norden" <Norden.Beth@NMNH.SI.EDU>
From: Ted Schultz <schultz@lms.si.edu>
Subject: Re: Fwd: respirator/equipment
Cc: "Carol Youmans" <Youmans.Carol@NMNH.SI.EDU>
Content-Type: text/plain; charset="us-ascii"
```

Beth:

I am just now reading accumulated e-mail messages. I would appreciate it if you would submit a memo
(e-mail is OK) directly to Carol (copy me) requesting the purchase of the specified respirator and any
other equipment recommended by Safety. We already have Scott's commitment to purchase that equipment,
so it's just a matter of Carol knowing what exactly to order.

Thanks.

Ted
--

---

Ted Schultz
Research Entomologist
Smithsonian Institution
PO Box 37012
NHB, CE516, MRC 188
Washington, DC 20013-7012
U.S.A.

schultz@lms.si.edu
Phone (Voice and Fax): 00-1-202-357-1311

**SI-1733**

```
Date: Fri, 05 Jul 2002 10:29:32 -0400
From: "Beth Norden" <Norden.Beth@NMNH.SI.EDU>
To: "Carol Youmans" <Youmans.Carol@NMNH.SI.EDU>,
    "Thomas Lawford" <LAWFOTH@OEMS.SI.EDU>,
    "Kathryn Makos" <makoska@OEMS.SI.EDU>, <schultz@onyx.si.edu>
Subject: naphthalene/respirator
```

I am sending this e-mail as an update, and to request further assistance. Because of an additional medical problem I have experienced, Carol was waiting to hear back before ordering the respirator. It may or may not be a problem for me wearing one (I have varying medical opinions). However, I have since realized that often times I do things around a collection containing naphthalene that I cannot do with a respirator on. For example, on Mon. I was looking at some type specimens with a visitor. There was a problem with a type that required careful use of the microscope and detailed conversation. It was obvious to me that a desk unit that purified the ambient air would be much better than having to take a respirator off to use the microscope and be able to talk effectively. Reducing rather than eliminating naphthalene that I'm exposed to seems more reasonable given the kinds of things that I need to be able to do (and my inclination to do them even when it means removing the respirator). It also seems better to be putting money into something that others can use too. (A size small respirator won't fit too many others in the dept.). Therefore...can an appropriate air purifying unit be suggested? And, can it be ordered reasonably soon? Thank you all for your help, and I apologize for the extra work this situation has caused.    Beth

Beth B. Norden, Ph. D.
Dept. of Systematic Biology
NHB, MRC-188
Smithsonian Institution
Washington, D.C.  20560

Phone:  202-357-1821
FAX:    202-786-2894

**SI-1734**