Interview of _Tracey L. Cones_
In the Complaint of Ms. Beth Norden
SI Number 03-20-082603

I, **Tracey L. Cones**, provide the following answers freely and voluntarily to Karen E. Margensey who has identified herself to me as an EEO Compliance Specialist employed by the Office for Equal Employment and Minority Affairs, Smithsonian Institution, investigating a complaint of discrimination filed by Ms. Beth Norden, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party (those with a legal right to know). I hereby respond as follows:

1. Please provide your full name and present position title, organizational unit, and duty location (building, room number).
   *Tracey LaVerne Cones, Program Analyst, Operations Office, National Museum of Natural History, room 422.*

2. When (month/year) did you commence working for the Smithsonian Institution? *February 1993*

3. How long have you been in your present position? In your present work location? *June 2000*

4. Are you acquainted with Ms. Beth Norden? How (personally/professionally)? *No*

5. Are you acquainted with the Smithsonian's EEO poster? *Yes*

6. Have you seen the EEO poster posted in your building? Where, specifically? *Yes, a wall adjacent to the staff cafeteria, on the 3rd floor beside the elevator in the east court, on the Director's hallway near the community kitchen, on the 6th floor west wing beside the department of entomology's bulletin boards (no longer their due to renovation), and there was one posted on all department bulletin boards as directed.*

Page 1 of 2                                                    Initials _TLC_

Interview of _Tracey L. Cones_  
In the Complaint of Ms. Beth Norden  
SI Number 03-20-082603

Page 103 of 108

7. Are EEO posters located in well-traveled or prominent areas where they would be seen by most employees? *Yes, by the staff cafeteria, bulletin boards for each department.*

8. When did you see the EEO poster in your building? When was it first posted, if you can recall? *I see them when I go to the cafeteria, saw it today. I am not certain of the actual date but I gave the directive to have them posted within days of receiving them from OEEMA. I believe it was the winter of 2000 or 2001.*

9. In 2002, did you receive any communications from your manager/supervisor regarding employee EEO rights, such as SI directives, memoranda, notices, or brochures? What did you receive? How was it communicated to you? When was this? *Nothing that I can recall in 2002. Received other related documents in previous years.*

10. Do you have any knowledge about any complaints of discrimination or harassment that Ms. Norden may have raised here at the Smithsonian? What, specifically? When was this? *On May 7th while discussing Ms. Norden's current claim of not being aware of the 45-day complaint initiation period with her former supervisor informed me that she had filed an informal sexual harassment complaint against another employee some time ago. They shared documents with me that were kept in the Chairman's administrative file.* ✱See Attached 18 Aug. 1988 memo. TLC

11. Do you recall whether Ms. Norden ever spoke with you about making a complaint of discrimination or the time limitations for contacting an EEO Counselor? If so, when was this? Please provide a detailed statement of your recollections and copies of any documents you may have on this subject. *No. I don't recall knowing about this or any previous complaints involving Ms. Norden.*

Page 2 of 2   Initials _TLC_

Interview of TRACEY L. Cones
In the Complaint of Ms. Beth Norden
SI Number 03-20-082603

12. Are there any individuals who can provide additional information regarding whether Ms. Norden knew of the time limitations for contacting an EEO counselor? Name(s), contact information. *Additional information may be provided by Wayne Mathis, Ted Schultz, Carol Youmans or Marie Blair (no longer employed here).* ~~I'm told that Shadella Davis was the EEO professional who counseled Ms. Norden when she inquired about the sexual harassment complaint.~~ TLC TED Schultz told me that Ms. NORDEN may have been told of the time limitation in 1988 during her sexual harassment case investigation. TLC

13. Have you discussed the subject matter of this interview with anyone at the Smithsonian? With whom? For what purpose? When? What was the content of your discussion? *Just informed Susan Fruchter on May 12 2004 to give her a status of the case since she is my supervisor and monitoring this case. I let her know that others were going to be interviewed today, May 14th. Told her that Ted Schultz asked about his rights as an interviewee and that I shared with him the policy on management and employee rights during a formal investigation. Letting him know that he should provide a full and honest testimony. Discussed the interview with Karen Margensey on May 11 – 14, 2004* date, time + place TLC

14. Is there anything else you believe would be helpful in the investigation of this matter? *No.*

I declare under penalty of perjury that the foregoing testimony by me is true and correct to the best of my knowledge, information and belief.

TRACEY L. Cones                    /s/ Tracey L. Cones
_____        _____
Print Name                              (Signature)

Signed this 14 day of MAY, 2004

/s/ Karen Margensey
_____
Date: 5/14/04
Investigator