DECLARATION OF NATHAN ERWIN

I, Nathan Erwin, do state:

1. I am the Manager of the O. Orkin Insect Zoo in the Smithsonian Institution's National Museum of Natural History.

2. The O. Orkin Insect Zoo falls under the direction of the Associate Director for Public Programs. It is not part of the Entomology Department.

3. During the fall of 2002, Beth Norden expressed an interest in working in the O. Orkin Insect Zoo.

4. At that time, I did not have a funded vacancy in the O. Orkin Insect Zoo and I told Dr. Norden I was not able to hire anyone.

5. I had a staff member leave in October 2002, but because of museum budget constraints, I was not able to advertise to fill that position until March 2004. I have had no other vacancies in the O. Orkin Insect Zoo.

6. The O. Orkin Insect Zoo is open to the public 364 days a year and we maintain live insect collections. The staff members are required to work regular hours during the time the museum is open to the public, covering seven-days-a week. We cannot not have alternative work schedules or flex time.

7. At the O. Orkin Insect Zoo, we actively work to improve best practices for the care of the live insects, disseminate that information, and conduct museum education programs about insects for visitors, but scientific research and publication of research is not part of our work.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____          Nov. 15, 2006
Nathan Erwin                              Date