DECLARATION OF KAREN MARGENSEY

I, Karen Margensey, do state:

1.  I am the EEO Compliance Specialist in the Smithsonian Institution's Office of Equal Employment and Minority Affairs.

2.  My entry on duty date with the Smithsonian was October 1, 2001. At the time I entered duty, a notice regarding employees' Equal Employment Opportunity rights, responsibilities, and time frames for filing complaints was available on the Smithsonian Institution's internal website, PRISM. That information has remained accessible through PRISM during the duration of my employment.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____          November 14, 2006
Karen Margensey                          Date