DECLARATION OF CYNTHIA LANCASTER MURPHY

I, Cynthia Lancaster Murphy, do state:

1. I am a museum specialist in the Entomology Department of the Smithsonian Institution's National Museum of Natural History.

2. As part of my duties, I record the time and attendance of Entomology Department employees every pay period.

3. I record the time and attendance based on information provided to me by the employees at or near the pay period for which the time is recorded.

4. I maintain the time and attendance records in the ordinary course of business.

5. I have reviewed the time and attendance records for Beth Norden created and maintained by me in the ordinary course or business.

6. The attached chart correctly summarizes the hours recorded for Ms. Norden for the period between March 24, 2002, and November 30, 2002.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____                              _____
Cynthia Lancaster Murphy                                November 15, 2006
                                                        Date

| Dates | Doc No. | Regular Time (Worked) | Leave Without Pay | Annual Leave Used | Sick Leave Used | Other Leave Taken (Federal Holidays) |
|---|---|---|---|---|---|---|
| 11-17-02 to 11-30-02 | SI 3716 | 40 | 40 | | | |
| 11-3-02 to 11-16-02 | SI3718 | 33 | 40 | | | 7 |
| 10-20-02 to 11-2-02 | SI 3720 | 40 | 40 | | | |
| 10-6-02 to 10-19-02 | SI 3722 | 34 | 40 | | | 6 |
| 9-22-02 to 10-5-02 | SI 3724 | 20 | 20 | | 40 | |
| 9-8-02 to 9-21-02 | SI3726 | | | 72 | 8 | |
| 8-25-02 to 9-7-02 | SI 3728 | | | 72 | | 8 |
| 7-28-02 to 8-10-02 | SI 3730 | 33.5 | 46.5 | | | |
| 7-14-02 to 7-27-02 | SI 3732 | 40 | 40 | | | |
| 6-30-02 to 7-13-02 | SI 3734 | 34 | 46 | | | |
| 6-16-02 to 6-29-02 | SI 3737 | 21 | 59 | | | |
| 6-2-02 to 6-15-02 | SI 3739 | 20 | 20 | 40 | | |
| 5-19-02 to 6-1-02 | SI 3743 | 33 | 40 | | | 7 |
| 5-5-02 to 5-18-02 | SI 3745 | 34 | 46 | | | |
| 4-21-02 to 5-4-02 | SI 3748 | 40 | 40 | | | |
| 4-7-02 to 4-20-02 | SI 3750 | 27 | 53 | | | |
| 3-24-02 to 4-6-02 | SI 3752 | 14 | 66 | | | |
| Total Hours | | 463.5 | 636.5 | 184 | 48 | 28 |

Murphy Attachment 1