Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,** )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>**Lawrence M. Small,** )<br>**Defendant** )<br>) | Case No. 051232 (RMC)<br><br>**STATEMENT OF ERRATA** |

The Opposition Memorandum on p. 36 incorrectly cites to "[Norden depo., p.123]" twice at the bottom of the page. Both citations to "[Norden depo., p. 123]" should be changed to "[Ex: 20, Norden depo., 91-94]." Exhibit 20 is also added as another exhibit and attached herein.

Respectfully submitted,

DATED:  12/26/06

_____/s/_____
Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
(301) 552-4908

1

**EXHIBIT 20**

91

```
 1     Q    That you knew that because of Dengy you had issues
 2  with exposure to naphthalene.
 3     A    You're asking me when I realized naphthalene was
 4  causing my problems?
 5     Q    I think you just testified that, consistent with
 6  your declaration in support of summary judgment, that you
 7  discovered that naphthalene was problematic for you in April
 8  of 2002, correct?
 9     A    That's correct.
10     Q    Okay.  Isn't it true that you actually knew that
11  prior to April 2002?
12     A    That's the question you just asked me.
13     Q    Right.
14     A    And I --
15     Q    Let's just -- we'll --
16     A    -- don't know how to answer that --
17     Q    Okay.
18     A    -- because I may have suspected naphthalene was a
19  problem but I was sure of it in April of 2002.
20          MR. HENAULT:  This is 12, correct?
21          COURT REPORTER:  Correct.
22          (Norden Deposition Exhibit Number 12 marked for
23  identification.)
24          BY MR. HENAULT:
25     Q    Ma'am, what has been marked as Exhibit 12 is a
```

1   Tuesday, February 26, 2002 e-mail from you to Dr. Lawford,
2   correct?
3       A   Yes.
4       Q   And in this you are telling Dr. Lawford that you do
5   think a naphthalene -- the naphthalene problem is important
6   because a lot of the work that Marc wants you to do involves
7   naphthalene exposure, correct?
8       A   I think you might be taking this out of context.
9       Q   My question was, isn't it correct that you say to
10  Dr. Lawford, you do think the naphthalene problem is important
11  because most of the work Marc wants you doing involves pin
12  collection with naphthalene.  Isn't that correct, ma'am?  Did
13  I read your words in this e-mail correctly?  Did I read your
14  words that you wrote in this e-mail correctly?
15      A   You read my words correctly --
16      Q   Okay.
17      A   -- and it's taken out of context.
18      Q   Okay.  How is that out of context, ma'am?
19      A   It's out of context in that you don't know the
20  discussion that I had with him prior to this about
21  naphthalene.  He actually initiated the conversation about
22  naphthalene in conjunction with the early childhood center
23  that is in our building on the ground floor.  He brought up
24  with me the possibility of naphthalene being a problem because
25  of what they called sick building syndrome.

1                He initiated a conversation with me about the
2   possibility because of my bleeding problems with hemorrhagic
3   dengy, that perhaps naphthalene, which had been complained
4   about by others in our building, not entomology floors but
5   others that were in the building that smelled the fumes, and
6   also parents of the children, the day care center because the
7   fumes were so strong that as you came through the main doors
8   and rounded that corner.
9                He brought up the possibility and I was actually
10  answering him that I was going to be doing a lot of work with
11  pinned material in the collection because we were in the
12  process of finalizing the move which was the lepidoptera
13  material, butterfly material, and that was all pinned in old,
14  old drawers with a lot of naphthalene, so I was responding to
15  something he had initiated.
16               Yes, naphthalene has always been something on my
17  mind. I went through the -- we were required a training
18  course -- again, I'd have to pull my old documents. We had to
19  be certified. We were each issued a pair of these big blue
20  rubber gloves. We weren't allowed to touch naphthalene to
21  recharge the drawers without wearing our rubber gloves, so I
22  was very aware, and also the fact that Liz Claptor (phonetic)
23  had been out for nine months of her pregnancy because she had
24  several miscarriages due to bleeding that they thought was
25  related to naphthalene.

1              So, you know, to answer your question accurately, I
2    have been aware of naphthalene as a potential problem for a
3    long time.  Dr. Lawford brought it up in conjunction of a sick
4    building syndrome and when I was really aware of it, I had the
5    problem, was when I did that second return to work in April
6    and having been out and then seeing the reaction I had, that's
7    when I was sure.  But did I think about it prior to that?
8    Yes, I did and, and this was out of context in that he had
9    initiated something about sick building syndrome prior.
10         Q    Prior to your second return to work did you have any
11   discussions with, with Dr. Lawford about specifically not
12   putting in the return to work document anything about
13   naphthalene?
14              MS. FANG:  Objection as to form.
15              THE WITNESS:  Could you ask me the question again?
16   You said not?
17              BY MR. HENAULT:
18         Q    Prior to your second return to work --
19         A    Yes.
20         Q    -- did you have any discussions, correspondence, any
21   interaction with Dr. Lawford where you, you and he discussed
22   specifically not including anything relating to naphthalene in
23   the second return to work?
24         A    Not including?
25         Q    Yes, ma'am, intentionally leaving that out.