**From:** Carol Gover
**To:** Norden, Beth
**Date:** 12/04/2002 1:39:52 PM
**Subject:** Re: Norden/Naphthalene

My full e-mail address is goverc@si.edu
I generally do not get involved in Workers Comp processing. That's why I wanted to make sure Mike J. was involved. Take care, Carol

>>> Beth Norden 12/04/02 12:50PM >>>
Yes, I am very thankful for the good people.
I tried to forward some additional info. to you, but it bounced back. What is the best e-mail address for reaching you if I am not on a string such as this? I hope (and you would know better than I the best people to contact), that some good/changes might come from my case. It seems that the S.I. does not have a good interface with DOL. I know that Audrey submitted paperwork for me 4-5 times yet nothing went through as it should have. It took me over two years (Mike J. can attest to the fact) to finally get an audience with someone with the clot to "fix" the problems. Audrey & Dr. T. actually had a face to face meeting with DOL which changed little. Marge Isley basically saved my life when the hospital essential was told that I had no insurance. Mike J. and Dr. Lawford (and Audrey F.) can best fill you in on how difficult dealing with WC & a tropical illness can be. If we can do anything to help prevent another employee from the same problems, I would be very happy. I shall copy this message to Chandra and Dr. T. too, as they might have some good ideas. Something good must come from all the frustration and pain. Thanks, Beth

>>> Carol Gover 12/04/02 11:13 AM >>>
Beth,
Thanks for letting me know about your coordination efforts. You're working with good people who will truly do their best to assist you.
Carol

>>> Beth Norden 12/04/02 07:49AM >>>
I will appreciate any information that you can provide. I have copied both Mike Johnson & Dr. Lawford on this e-mail since they both can provide the best insights into the difficulties of working with DOL on my case. I have always done my best to keep Mike (Audrey Fowler previously) and Dr. T. updated on various contacts/paperwork/problems. They can confirm that Eleanor Shields the claims examiner with DOL prior to my contacting Ed Ducan, was not an easy person to resolve problems with. Mike Huff actually called me just before Thanksgiving. I think I left a voice message for Mike J. Yesterday, I spoke briefly with Dr. Lawford, but we have not completed the update from neurology. Since I see my primary care doctor on Thurs., I will provide all new info. then. I want to assure you that I am (and have) done everything possible to keep everyone informed. Perhaps that is a little bit why I was so confused and caught off balance when I was told to go out again. I hope we have through this process somehow helped to better communication. Best, Beth

>>> Carol Gover 12/03/02 16:35 PM >>>
Hi Beth,
I certainly sympathize with your situation. I want to clarify the statements that you referenced from our conversation this morning.

I will contact Mike Johnson in OHR's benefits division to make sure he is aware that you received information from DOL yesterday. If DOL told you that your full-time workers comp payments will not begin until Dec. 28, Mike needs to know this information so that he can look into it. In the future, I suggest you keep Mike informed of your conversations with DOL since he oversees the information necessary to ensure your continued compensation. I will certainly let you know what I learn about the current situation.

I said it was my belief that the museum's reason for returning you to full-time workers comp at this time was a staffing issue. I am not certain what role the napthalene plays in your doctors' decisions to limit

**SI-2090**

your schedule to 20 hours each week. I did not participate in NMNH's decision to return you to workers comp on a full-time basis after Nov. 30.

I'm glad you followed-up with EAP. They are there to support Smtihsonian employees during stressful situations. Please take advantage of them if they can help you.

Finally, I have not heard anyone mention discharging you from the Smithsonian. You have been returned to full-time workers compensation (the same status that you were on before your part-time schedule in April). The goal if for you to successfully return to your job full-time.
Carol

Carol Gover
AA/Diversity/Disability Program Manager
Office of Equal Employment & Minority Affairs
Smithsonian Institution
(202) 275-0150

>>> Beth Norden 12/03/02 12:53PM >>>
Carol,
  Thanks for speaking with me this morning. I appreciate your concern for my furstration and wish that it was not. My attempts to understand my current situation and work towards returning to a "normal" life are my way of not letting things become defeating. I appreciated your offer to look into the money concerns for Dec. (please let me know when you learn something). I also appreciated your letting me know that Ted did not indicate that my work was inferior in any way. You also seemed to feel with some certainty that naphthalene was not part of the decision to have me go out of the museum again. You also had the impression that it was my doctors which indicated that 40 hrs/wk was not possible yet. I assume that this has been a recent decision. Please correct me if I misunderstood anything that you told me. I know that it is too late to undue the memo to go out, but I am trying to understand what needs to occur now to pick up. I did contact the EAP office and will follow-up with them. When I started at the S.I. in 1984 as a pre-doc. I never envisioned going out in this fashion. I do appreciate your help and honesty during these difficult times for us all. Beth

>>> Carol Gover 12/02/02 17:14 PM >>>
Beth,
I'm not familiar with the Oct. 17 memo. Let's discuss your questions on Tuesday.
Carol

Carol Gover
AA/Diversity/Disability Program Manager
Office of Equal Employment & Minority Affairs
Smithsonian Institution
(202) 275-0150

>>> Beth Norden 11/29/02 01:40PM >>>
In order to keep my records updated, as well as to best work towards the future, I ask for the following information:
1. What meetings (dates), people present, decisions, etc. resulted from the 17 Oct. 2002 memo pertaining to my sensitivity to naphthalene?
2. After today, I am removed from light duty in my dept. How do I know when it might be safe to return if it is the naphthalene which is activating the current blood problems?
3. Will anything dealing with my exposure be different upon return, or is my return based upon no longer being sensitive to naphthalene?
Please excuse my confusion, but major changes have occurred in a short two weeks and I am unclear what I need to do and why I am not part of the decision process. Thank you for your help in providing me with these facts. Beth

**SI-2091**