## Memorandum

**To:**  Scott Miller
Chair, Department of Systematic Biology
Wayne Mathis
Acting Chair, Section of Entomology

**From:** Ted Schultz
Section of Entomology

**Date:** 22 March 2002

**Subject:** Norden supervision

    I would like to be relieved of the direct supervision of Beth Norden. I have been doing this job for six years, and I do not wish to continue in this role. Most recently, I have spent hours dealing with issues initiated by Beth even though she is currently on leave without pay. The current "negotiations" about the conditions under which she will return, conducted through the intermediary of SI Dr. Tom Lawford, provide an instructive example.

    In a meeting yesterday between Marilyn Slomba (OHR), Tom Lawford, Beth, and me, Beth suggested that perhaps I should not continue as her supervisor. This further encouraged me to make this request, which, as you know, I've been considering for some time.

    My personal opinion, based on my experience with Beth, is that she is extremely dissatisfied with her position here. I believe she wishes that her job had remained as it was when she assisted Karl Krombein, including an unrestricted schedule, a fair amount of research travel, and a stron