```
                  UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x
BETH M. NORDEN,               :

        Plaintiff,            :

v.                            :   Case No: 05-1232(RMC)

LAWRENCE M. SMALL, SECRETARY, :

SMITHSONIAN INSTITUTION,      :

        Defendant             :
- - - - - - - - - - - - - - - x
                                       Washington, D.C.

                                       November 7, 2006
```

Whereupon,

                 BETH M. NORDEN

the Witness, called for examination by Counsel for the Defendant, pursuant to notice and agreement of counsel as to time and place, at 501 3rd Street, NW, 4th Floor, Washington, D.C., where were present on behalf of the parties:

```
 1  APPEARANCES:

 2              On Behalf of the Plaintiff:

 3              VICKIE FANG, Esquire

 4              8702 Nightingale Drive

 5              Lanham, Maryland  20706

 6              301-552-4908

 7

 8              On Behalf of the United States:

 9              JOHN F. HENAULT, Esquire

10              U.S. Department of Justice

11              555 4th Street, NW

12              Washington, DC  20530

13

14              On Behalf of the Smithsonian Institution:

15              FARLEIGH EARHART, Esquire

16              Office of General Counsel

17              1000 Jefferson Drive, SW

18              Washington, DC  20230

19              202-633-5095

20

21

22

23

24

25
```

1           P R O C E E D I N G S
2                                                      (9:53 a.m.)
3  Whereupon,
4                        BETH M. NORDEN
5  was called as a witness and after having been first duly
6  sworn, was examined and testified as follows:)
7                     DIRECT EXAMINATION
8         BY MR. HENAULT:
9     Q    Good morning, ma'am.  Could you please state your
10 name for the record and spell it.
11    A    Beth Mary Norden, B-e-t-h, M-a-r-y, N-o-r-d-e-n.
12    Q    Thank you, Ms. Norden.  As you know, my name is John
13 Henault and I'm with the United States Attorney's Office here
14 in DC and I represent the Smithsonian in the case you filed in
15 Federal court.  You've just been given an oath that you will
16 provide truthful testimony.  You are aware of what that means,
17 correct?
18    A    Yes.
19    Q    Is there any reason today why you cannot give honest
20 and truthful testimony?
21    A    No.
22    Q    Okay.  Before we get into the questioning I just
23 want to give a couple preliminary instructions.  I know you've
24 sat through some depositions.  You're, you're aware of most of
25 these but I would ask that all your responses be verbal.  If

1   Q   Okay. Now run me through from there to your
2 employment with the Smithsonian, your first employment with
3 the Smithsonian. Can you give me, from the time you were at
4 Towson until the first time you were employed, what other
5 employment positions did you have?
6   A   Okay. I wish I had my resume sitting in front of
7 me. I got my masters degree and I took a teaching position,
8 again with Baltimore County Public School system. This was
9 now Baltimore County again but a different school. It was in
10 Dundalk area. The school is no longer in operation.
11   Q   Okay.
12   A   Again, it was a middle school and I was teaching
13 primarily 7th, 8th and 9th graders.
14   Q   What's the date range for that position, roughly?
15   A   I did that for about two years.
16   Q   Okay.
17   A   And then my husband persuaded me to go on for a
18 Ph.D. and he had completed his masters at that point and was
19 employed and so I applied to a graduate school program at
20 University of Maryland. I was able to get a position with the
21 USDA in Beltsville.
22   Q   What did you do at the USDA?
23   A   Well, I was, I was working in a lab with -- did work
24 with insects and plants. There was a bee specialist there and
25 that was part of the attraction, being able to work with her

1  and learn more about hymenoptera which is my field that I was
2  drawing into.
3      Q    For --
4      A    Hymenoptera.
5      Q    Thank you, just for the court reporter.  H-y or --
6      A    Easier to --
7      Q    Thank you.
8      A    Bees, wasps, ants.
9      Q    And just for, you know, like we did with the other
10 depositions, there will be several times --
11     A    Sure.
12     Q    -- during the course of this just because some of
13 the terms --
14     A    Yes.
15     Q    -- we're using are not going to be something that --
16     A    Yes.
17     Q    -- he'll be familiar with.
18     A    Of course.
19     Q    Okay.
20     A    Of course.
21     Q    So how long did you work --
22     A    At --
23     Q    -- for the USDA?  I'm sorry.
24     A    At that period of time -- yeah, let me --
25     Q    Yeah, please, please.

1    A    I was also able to get what they called a broad form
2 cooperative agreement with the University of Maryland where I
3 was attending graduate school, so I did some work in the
4 entomology department at the University of Maryland as well as
5 working for the USDA and that was during the period of time,
6 so approximately four years while I was working on my Ph.D.
7         The last year of my Ph.D. work, an outgrowth of one
8 of the ecology courses I took was to apply for grants and I
9 decided I would apply for a pre-doc fellowship at the
10 Smithsonian. I was awarded the pre-doctoral fellowship and
11 that basically was able then to finance my last year of
12 graduate school and that's how I came to know the Department
13 of Entomology at the Smithsonian.
14    Q    What is entomology?
15    A    The study of insects.
16    Q    Thank you. Okay, so your pre-doctoral fellowship
17 with the Smithsonian ended in November of '85, correct?
18    A    I believe so.
19    Q    And in November of '85, you began your first full
20 time employment with the Smithsonian, correct?
21    A    Correct.
22    Q    And that was as a GS-9, museum specialist, right?
23    A    Correct.
24    Q    Okay.
25    A    1016 series zoology.

```
 1         BY MR. HENAULT:
 2    Q    Okay.  Do you allege that this is, this is
 3  manufactured or false?
 4    A    I have no way of knowing if it's manufactured or
 5  false.  I just know that I have never seen it before.  I do
 6  not believe these were ever my duties.  I would like to go
 7  back to 1997 and '98, '99, and look at my specific plan for
 8  those years which will show what I did do in that period of
 9  time which was not this.
10         MR. HENAULT:  Let's mark this as the next exhibit
11  please.  This is number 8?
12         COURT REPORTER:  That's 7.
13         MR. HENAULT:  Oh, 7, I'm sorry.
14         (Norden Deposition Exhibit Number 7 marked for
15  identification.)
16         THE WITNESS:  That was fast.
17         BY MR. HENAULT:
18    Q    Ma'am, take a look at what has been marked Exhibit
19  Number 7, and let me know when you're ready.
20         (Long pause.)
21         THE WITNESS:  Yes.
22         BY MR. HENAULT:
23    Q    You ready?  Before we get into that, ma'am, are you
24  aware that in 1997, the department was reorganized?
25    A    We were in the process of preparing for a major move
```

```
 1      A    Okay.  You do know that office no longer exists.
 2      Q    Okay.  Prior to November of 2002, had you ever been
 3 to the entomology chairman's office on the sixth floor?
 4      A    Yes.
 5      Q    Okay.  Did you ever see EEO posters on the wall
 6 outside that office?
 7      A    No.
 8      Q    Okay.  Do you assert that there were no such posters
 9 on that wall?
10      A    I don't know.
11           MS. FANG:  Objection as to form.
12           THE WITNESS:  I don't know if there were posters or
13 were not posters.  I'm aware there's a -- there was a bulletin
14 board there.  I was aware of how covered with miscellaneous
15 papers.  It had been there for many, many years.  Did I look
16 specifically at anything on there?  No.
17           BY MR. HENAULT:
18      Q    Okay.  Had you ever been to the cafeteria?
19      A    I didn't eat in the cafeteria.
20      Q    Had you ever been to the cafeteria?
21      A    The old cafeteria, not the new cafeteria, yes.
22      Q    Prior to November 2002 -- let me put a time frame on
23 it because my question is very broad.  Prior to November 2002,
24 had you ever been to the cafeteria?
25      A    Which cafeteria?
```

1  Q    Any cafeteria.
2  A    Of course. I've been to --
3  Q    Of the Smithsonian.
4  A    -- the cafeterias in my lifetime --
5  Q    The Smithsonian.
6  A    Yes.
7  Q    Okay. Were you aware of there being EEO posters on
8  the wall in the cafeteria?
9         MS. FANG: Objection as to form when you say the
10 cafeteria.
11        BY MR. HENAULT:
12 Q    Of any Smithsonian cafeteria that you had ever been
13 in?
14 A    I was not aware of a bulletin board or posters.
15 Q    Okay. Do you allege that there were no such posters
16 in any Smithsonian cafeteria?
17 A    I don't know if there were or --
18 Q    Okay.
19 A    -- were not. I didn't see.
20 Q    Prior to November 2002, had you ever been to -- in
21 the hallway where the director's office was located?
22 A    My former office during the 1985, when I returned to
23 work in 1991, returned to my job in 1991, it was located on
24 what became the director's --
25 Q    Okay.

1   A   Yes.

2   Q   Are you aware of there being EEO posters prior to
3   November 2002, or up to November 30, 2002, are you aware of
4   there being EEO posters on the wall in that hallway?

5   A   No.

6   Q   Do you allege that there were no such posters on
7   that wall?

8   A   I remember cabinets lining those walls. I don't
9   remember a bulletin board or posters during the time my office
10  was up there.

11  Q   Okay. Do you allege that there were no such -- or
12  do you claim that there no such posters there though?

13  A   I don't know if there were or weren't.

14  Q   Okay. You had visited Ms. Youmans' office prior to
15  November 30, 2002, correct?

16  A   Carol Youmans' --

17  Q   Yes.

18  A   -- office is the office you referred to on the sixth
19  floor.

20  Q   Okay.

21  A   You've already asked about that, yes.

22  Q   Okay, fair enough. Did you have access to PRISM, P-
23  R-I-S-M?

24  A   On my computer system --

25  Q   Yes.

1   A    -- at the Smithsonian?

2   Q    Yes, ma'am.

3   A    I had limited access, yes.

4   Q    Okay. And PRISM is the intranet that is, that is at
5 the Smithsonian, correct?

6   A    I don't know what's there right now.

7   Q    Okay. When you --

8   A    It was a new system that I was aware existed. I had
9 never used it.

10  Q    Okay. Were you -- so this logically falls from that
11 but I have to ask. So were you aware of there being EEO
12 materials contained on the PRISM system?

13  A    I never used the PRISM system.

14  Q    So the answer is no?

15  A    No.

16  Q    Okay. Now you see why I said that logically falls
17 but I have to ask it.

18  A    Yeah.

19  Q    So okay.

20       MR. HENAULT: Let's mark this as the next exhibit
21 please.

22       COURT REPORTER: 15.

23       MR. HENAULT: 15? Thank you, sir.

24       (Norden Deposition Exhibit Number 15 marked for
25 identification.)

```
 1                CERTIFICATE OF NOTARY REPORTER
 2         I, DAN HAWKINS, hereby certify, as the Notary
 3   Reporter, that the witness, BETH M. NORDEN, whose testimony
 4   appears in the foregoing deposition, was duly sworn by me,
 5   that the testimony of said witness was duly recorded and
 6   accurately transcribed by me or under my direction; further,
 7   that said proceedings are a true and accurate record of the
 8   testimony given by said witness; and that I am neither counsel
 9   for, related to, nor employed by any of the parties to the
10   action in which this deposition was taken; and, further, that
11   I am not relative or employee of any of the parties or counsel
12   employed by the parties, and I am not financially or otherwise
13   interested in the outcome of the action.
14
15
16                              /s/
17                       ---------------------------
18                       Dan Hawkins, Reporter
19                       Notary Public in and for
20                       the District of Columbia
21
22
23   My Commission Expires:
24   October 14, 2009
25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947