## DECLARATION OF CAROL GOVER

I, Carol Gover, do state:

1. I am the Affirmative Employment/Disability Program Manager within the Office of Equal Employment and Minority Affairs at the Smithsonian Institution. I have held this position since 1988.

2. I am not an EEO counselor. It is not part of my job to accept complaints of discrimination from Smithsonian employees. The EEO Counselors are Shadella Davis (since 1994) and Angela Roybal (since 1997).

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_Carol Gover_     1/9/07
                  Date

1