## DECLARATION OF FARHANA HOSSAIN

I, Farhana Hossain do state:

1. I am a Human Resources Benefits Specialist in Office of Human Resources at the Smithsonian Institution. Within the Office of Human Resources, I am responsible for the National Museum of Natural History.

2. On an annual basis, the Smithsonian pays the Department of Labor for the payments made by the Office of Workers' Compensation Programs to current and former Smithsonian employees.

3. I have reviewed recent quarterly chargeback reports from the Department of Labor, which list all cases and costs for which the Smithsonian is charged on its yearly bill, and have confirmed that the chargeback includes Beth Norden's workers compensation payments.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____     _____1-8-2007_____
                                          Date

1