## DECLARATION OF MARILYN SLOMBA

I, Marilyn Slomba do state:

1. I am a Human Resources Specialist (Employee Relations) in the Labor and Employee Relations Department of the Office of Human Resources at the Smithsonian Institution.

2. The Official Personnel Files (OPFs) of Smithsonian employees are maintained in the regular course of business within the Office of Human Resources. In my position as a Human Resources Specialist in the Office of Human Resources, I have access to the OPFs.

3. I have reviewed the attached position description (Def's SJ Ex. 2), including the cover sheet indicating listing the Position Description number as 39725. It is identical to the Position Description in Beth Norden's Official Personnel Folder.

4. Dr. Norden's OPF also contains the attached SF-50 (Notification of Personnel Action) showing her reassignment to that position effective October 12, 1997.

5. 039725 is the position description number consistently referenced in subsequent SF-50s (including notifications of annual pay increases, locality pay adjustments, performance awards, and step increases) in her OPF.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____   1-8-07
Marilyn Slomba                    Date

1