UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BETH M. NORDEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 05-1232 (RMC) |
| CRISTIAN SAMPER[1]<br>Acting Secretary, Smithsonian Institution, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. No. 17] and Motion for Summary Adjudication [Dkt. No. 20] are **GRANTED IN PART AND DENIED IN PART**; Plaintiff's Motions are denied with respect to her failure-to-accommodate claim arising from the termination of her light-duty assignment in 2002, and her Motions are granted with respect to her claims arising from the Smithsonian's return-to-work proposal and termination of her employment in 2004. It is further

**ORDERED** that Defendant's Cross-Motion for Summary Judgment [Dkt. No. 34] is **DENIED**.

**SO ORDERED**.

Date: August 3, 2007                        /s/
                                     ROSEMARY M. COLLYER
                                     United States District Judge

---

[1] Dr. Norden brought this suit against Lawrence Small in his official capacity as Secretary of the Smithsonian. Cristian Samper, the current acting Secretary, is substituted for Mr. Small pursuant to Fed. R. Civ. P. 25(d)(1).