## DECLARATION OF CAROL GOVER

I, Carol Gover, do state:

1.  I am the Affirmative Employment/Diversity Program Manager within the Office of Equal Employment and Minority Affairs at the Smithsonian Institution.

2.  In my position, I develop and monitor Smithsonian EEO policies for compliance with EEOC directives. I am responsible for ordering the posters used by the Smithsonian to inform employees of their equal employment rights and responsibilities.

3.  The attached photographs depict the only poster in use by the Smithsonian from the spring of 2001 until the fall of 2004, when the poster was updated. (A flash bulb reflection obscures some of the text in each photograph).

4.  The poster included the following language explaining the time limits for filing a complaint:

> As an applicant or employee of the Smithsonian Institution, you have the right to file a complaint if you believe you have been discriminated against because of race, color, sex, religion, national origin, age or disability. You can also file a complaint if you believe you have been retaliated against for previously participating in equal employment opportunity activity.
>
> An employee or applicant for employment must contact the Office of Equal Employment and Minority Affairs within **forty-five (45) calendar days** of the alleged discrimination or the effective date of a personnel action.

5.  The poster contained the phone number and address of OEEMA.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____      ___8/16/07_____
                                     Date



20 x 24 inch EEO Poster located on Sixth Floor, NMNH mall building, outside Office of Associate Director for Research and Collections, on May 14, 2004.



# Smithsonian Institution

20 x 24 inch EEO Poster located outside entrance to NMNH staff cafeteria, Main Floor, NMNH Mall Building, on May 14, 2004.

## EQUAL EMPLOYMENT OPPORTUNITY

**ANNOUNCEMENT 00-006**
**November 28, 2000**

**Subject:** DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY

The Smithsonian Institution reflects the growing contributions of our diverse population through its magnificent display of programs, activities, and exhibits. As we seek to further our understanding of this mosaic that is our national identity, we must demonstrate our appreciation for, and achievement of, diversity at all levels and in every aspect of the Institution's operations. I am personally committed to creating and maintaining a workforce at the Smithsonian that ensures all employees are treated equitably in an environment that is free from discrimination regardless of one's race, color, national origin, religion, gender, age, disability, or sexual orientation. Therefore, I ask you to join me in making this a reality through your conformance with and support of this policy.

Our approach will be based on maximum inclusion, cooperation, and respect for the uniqueness that a diverse people can bring to any successful venture. All personnel practices, including recruitment, hiring, promotion, assignments, training, and separation, will be conducted in a manner that ensures fair treatment of all individuals. In addition to diversity in our workforce, we will have full diversity in our programs, exhibits, and educational activities to attract new audiences who previously have not been represented in these areas.

To achieve true diversity, we will have to do more than focus on representation. We will demonstrate our understanding and respect for all contributions and capitalize on our physical, cultural, and social differences. Every employee is a partner in fostering a workplace where everyone is valued and has confidence that merit is the basis for employment decisions. Managers at all levels, and their supervisors who report to them, are responsible for achieving diversity and will be held accountable through annual performance appraisals. All supervisors must attend the "EEO for Supervisors" course as well as recommended training in personnel management.

When embraced and managed effectively, diversity increases productivity, broadens perspectives, improves morale, and fosters creativity. Our success will be evident by our ability to attract and retain employees who are committed to moving us toward our goal of connecting Americans with their history and their culture.

Lawrence M. Small
Secretary

### APPLICABLE LAWS

Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination in employment on the basis of race, color, religion, sex, or national origin.

Section 501 of the Rehabilitation Act of 1973, as amended, prohibits employment discrimination against qualified individuals with disabilities.

The Age Discrimination in Employment Act of 1967, as amended, protects applicants and employees 40 years of age or older from discrimination in employment on the basis of age.

The Equal Pay Act of 1963, as amended, and Title VII of the Civil Rights Act of 1964, as amended, prohibit sex discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

In addition, retaliation against a person who files a charge of discrimination, participates in an investigation or opposes an unlawful employment practice is prohibited.

### EEO RIGHTS AND RESPONSIBILITIES

As an applicant or employee of the Smithsonian Institution, you have the right to file a complaint if you believe you have been discriminated against because of race, color, sex, religion, national origin, age or disability. You can also file a complaint if you believe you have been retaliated against for previously participating in equal employment opportunity activity.

An employee or applicant for employment must contact the Office of Equal Employment and Minority Affairs within **forty-five (45) calendar days** of the alleged discrimination or the effective date of a personnel action.

We encourage employees to try to resolve the complaint with first- and/or second-level supervisors or other appropriate management personnel. Supervisors and managers should make reasonable attempts to address the employee's concerns.

For assistance with additional issues or concerns, you may contact the Ombudsman, a union representative, an Employee Assistance Program counselor, or Labor and Employee Relations in the Office of Human Resources. **However, contact with these individuals does not initiate the EEO process.**

### EMPLOYMENT OF INDIVIDUALS WITH DISABILITIES

The Smithsonian Institution is committed to the employment and advancement of qualified individuals with disabilities who with or without reasonable accommodation can … the duties of a job. The law further requires the S… …lified applicants and employees with disab… …ations that do not impose undue hards…

In general, employees a… …of their disabilities if they do n… …hen an accommodation is need… …m their supervisors or the Office of… …Affairs of their disabilities and suggest… …ey are also responsible for obtaining med… …bilities upon request.

For further information on any of these topics, you may contact the

**Office of Equal Employment and Minority Affairs**
**750 Ninth Street, N.W., Suite 8100**
**Washington, DC 20560-0921**
**Telephone: (202) 275-0145**
**TTY: (202) 275-0756**

The information contained on this poster is available in large print, braille, cassette tape, and computer disk.