Smithsonian Institution

Office of the Chief Information Officer
380 Herndon Parkway
Herndon, VA. 20170

## DECLARATION OF MIGNON ERIXON-STANFORD

I, Mignon Erixon-Stanford, do state:

1.    I am the Smithsonian Institution Internet Coordinator.

2.    I have been responsible for the oversight of the Smithsonian's intranet, Prism, from its inception in 1995.

3.    I was responsible for uploading and revising content provided by the Office of Equal Employment and Minority Affairs (OEEMA) until 2006, when OEEMA took over responsibility for making changes to its content.

4.    I have reviewed the archival copies of the content of the Prism webpage for the Office of Equal Employment and Minority Affairs (OEEMA).

5.    OEEMA was one of the first offices to provide content for the Prism site. The earliest version of the OEEMA webpage included the following language explaining the time limits for filing a complaint:

> 9. What are my responsibilities?
> You are responsible for:
> •        Reading and understanding the provisions of this pamphlet
> •        Contacting an EEO official (OEEMA/Counselor) within 45 calendar days of the alleged discriminatory event or the effective date of the actions;
> •        Stating the basis(e), issue(s), and requested remedy or remedies; and
> •        Advising OEEMA of the identity, address and telephone number of representative
>
>     * * *
>
> 20. When can I file a formal complaint?
> If you decide to file a complaint, you must file a complaint within (15) calendar days after the final interview with an EEO Counselor provided that you had

contacted the counselor within forty-five (45) calendar days of the discriminatory act and received counseling on the matter.

An employee or applicant for employment must contact the Office of Equal Employment and Minority Affairs within **forty-five (45) calendar days** of the alleged discrimination or the effective date of a personnel action. (Attachment 1)

6.    By March 25, 2002, the webpage had changed slightly. From March 25, 2002 to at least May 2004, the webpage provided the following language explaining the time limits for filing a complaint:

4. When can I initiate an EEO discrimination complaint? You must contact an EEO Counselor or OEEMA within forty-five (45) calendar days of the matter alleged to be discrimination or, or in the case of a personnel action, within 45 days of the effective date of the action. (Attachment 2)

7.    The webpage has always contained the phone number and address of OEEMA.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_Nigora Eitor-Stanford_          9-17-07
                                  Date

# POLICY

- **Responsibilities before entering the EEO Complaints Process**
- **EEO Complaint Process Stage One: Precomplaint Procedures**
- **EEO Complaint Process Stage Two: Formal Procedure**

The policy of the Smithsonian Institution (SI) is to provide equal employment opportunity for all employees and applicants for employment regardless of race, color, religion, sex (including sexual harassment), national origin, age or disability.

## RESPONSIBILITIES BEFORE ENTERING THE EEO COMPLAINTS PROCESS

If an employee or applicant for employment believes that s/he has been discriminated against based on race, color, religion, sex (including sexual harassment), national origin, age or disability, the individual must first try to resolve the complaint with first- and second-level supervisors or appropriate management personnel. Supervisors and managers must make every reasonable attempt at informal resolution.

| 1. What is discrimination? |
| --- |
| The ability or power to see or make fine distinctions. |

| 2. What is unlawful discrimination? |
| --- |
| Unfair treatment or denials of normal privileges to persons because of their race, color, religion, sex (including sexual harassment), national origin, age, or disability. |

### 3. Whom can I ask for assistance?

You have the option of seeking assistance from the Office of Equal Employment and Minority Affairs (OEEMA), unit EEO Officers and EEO Counselors.

You may also discuss your concerns with the Ombudsman, a union representative, or Labor and Employee Relations in the Office of Human Resources (OHR).

### 4. When can I initiate an EEO discrimination complaint?

You must contact an EEO Counselor or OEEMA within forty-five (45) calendar days of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action.

## EEO COMPLAINT PROCESS

## STAGE ONE:

## PRECOMPLAINT PROCEDURES

### 5. What is precomplaint counseling?

Precomplaint counseling is the first step in the discrimination complaints process. It is the mutual effort to address an aggrieved person's concerns. It facilitates communication between management and employees in an effort to informally resolve employment issues. EEO Counselors notify the aggrieved persons of their rights and responsibilities (as they relate to the complaint process) and provide an unbiased fact-finding inquiry into the alleged discrimination. The precomplaints program is resolution focused.

---

6. How do I initiate precomplaint counseling?

---

In order to initiate the process, you must request precomplaint counseling. Your request must be based on your perception that you have been discriminated against because of your race, color, sex (including sexual harassment), religion, national origin, age, or disability and must be related to an employment matter.

OEEMA processes EEO complaints (informal and formal) within the Smithsonian Institution.

---

7. Who are the EEO Counselors?

EEO Counselors are a cadre of well-trained, impartial Smithsonian employees who:

- conduct informal and objective fact-finding inquiries;
- assist the parties in attempting to reach an informal resolution; and
- provide documentation of the precomplaint process

Names and telephone numbers of EEO Counselors are available on an EEO Counselor Poster and by contacting OEEMA.

---

## 8. What are my rights?

You have the right to:

- pre-complaint counseling;
- anonymity; and
- representation of your choice.

---

## 9. What are my responsibilities?

You are responsible for:

- reading and understanding the provisions of this pamphlet;
- contacting an EEO official (OEEMA/Counselor) within 45 calendar days of the alleged discriminatory event or the effective date of the action;
- stating the basis(e), issue(s), and requested remedy or remedies; and
- advising OEEMA of the identity, address and telephone number of representative

## 10. Why must I see an EEO Counselor?

29 C. F. R. Part 1614 requires aggrieved persons to seek precomplaint counseling prior to the initiation of a formal discrimination complaint.

## 11. How long will counseling last?

Precomplaint counseling must be completed within thirty (30) calendar days. Counseling may be extended an additional thirty (30) calendar days, with the agreement of the aggrieved person. Cases involving mediation attempts (successful and unsuccessful) may be extended an additional thirty (30) calendar days.

12. Is there an alternative to the counseling process?

Yes, OEEMA offers mediation as an Alternative Dispute Resolution (ADR) process to resolve EEO disputes during the counseling stage.

13. What is Mediation?

Mediation is a voluntary, informal, and confidential process used to assist parties in negotiating the issues of an EEO dispute. Mediation involves a trained, impartial third party, the mediator, who assists the parties in clarifying issues and identifying underlying causes to help the concerned parties reach an agreement on their own. Mediators do not decide what the solution ought to be.

14. What is a settlement?

A settlement is an agreement between the aggrieved person and management to conditions that will resolve a dispute or concern.

15. How does Mediation work?

A typical mediation conference may last from two to eight hours (conducted in one or more sessions). The mediator(s) establishes the "ground rules" for each session and assists the parties in resolving the issues(s). Mediators do not make decisions. A dispute may be resolved by voluntary withdrawal of the precomplaint or a settlement agreement. If an agreement is reached, the mediator(s) will assist the parties in preparing a written draft of the proposed settlement. After the agreement has been approved by all parties and signed, the precomplaint is withdrawn. The mediator will provide copies of the agreement to each party and to OEEMA. If there are any unresolved issues, the aggrieved person maintains his/her rights to continue in the precomplaint process in accordance with the EEO guidelines. The timeframe for the precomplaint process (counseling and mediation) may be extended up to 90 days.

---

16. Who may participate in Mediation?

---

The parties to a mediation conference include the aggrieved person, the responsible management official(s), and other appropriate employees as determined by OEEMA and the mediator. Participation is voluntary.

Mediation will only be offered to individuals located in the Washington D.C. metropolitan area.

---

17. When is Mediation initiated?

After the Request for Counseling Form is submitted, OEEMA reviews the allegation and notifies the aggrieved person of his/her rights during the complaint process. The aggrieved person will receive preliminary information on the OEEMA mediation program. OEEMA will offer the aggrieved person(s) the opportunity to participate in mediation. If mediation is agreed upon, the aggrieved person must sign the "Agreement to Participate in Mediation/Extend Counseling" form.

OEEMA will contact other concerned parties, select a mediator(s), and schedule the mediation conference, usually within 21 days from the date of the "Agreement to Participate in Mediation/Extend Counseling" form.

18. What are the benefits of Mediation?

The mediation process:

- encourages active participation of concerned parties to resolve disputes themselves
- provides concerned parties with a neutral environment to clarify and discuss their concerns and conditions for resolution;
- offers opportunity for early resolution of issues without costly litigation;
- expands the range of possible solutions; and
- enhances working relationships by opening the lines of communication

<u>EEO COMPLAINT PROCESS</u>

<u>STAGE TWO:</u>

<u>FORMAL PROCEDURE</u>

19. Who can file a formal complaint?

Any SI employee (federal or trust) or applicant for SI employment who believes that s/he has been discriminated against on the basis of race, color, religion, sex (including sexual harassment), national origin, age, or disability may file a complaint.

| 20. When can I file a formal complaint? |
| --- |
| If you decide to file a complaint, you must file a complaint within (15) calendar days after the final interview with an EEO Counselor provided that you had contacted the counselor within forty-five (45) calendar days of the discriminatory act and received counseling on the matter. |

21. How do I file a formal complaint?

You must submit your written complaint to either OEEMA, the Secretary of the SI, or the unit EEO Officer. You must be specific and provide dates and circumstances. (EEO Counselors may assist.)

(Regarding age discrimination complaints under the Age Discrimination in Employment Act:

- If administrative complaint is filed, complainant must comply with that process;
- However, an aggrieved person may bypass the administrative process and go directly to U.S. District Court if certain conditions are met.)

22. What are my rights in the Formal Process?

You have the right to:

- file an individual or class complaint;
- select or request a representative;
- request a hearing at the Equal Employment Opportunity Commission (EEOC);
- request a decision by the Secretary of the SI or his designee;
- appeal the decision to EEOC;
- file a civil action in U.S. District Court (Trust employees may or may not have the right to file a civil action in the U.S. District Court); and
- be free of reprisal actions for having filed a complaint.

23. What are my responsibilities in the Formal Process?

You are responsible for:

- knowing and understanding the progress of the EEO complaint process;
- prosecuting the complaint or withdrawing it;
- cooperating with SI; and
- keeping SI informed of your mailing address and telephone number

24. Will my complaint be investigated?

If your complaint is accepted by OEEMA, an Investigator is assigned. Upon completion of the investigation, the Investigator will provide you with a copy of the ROI (Report of Investigation).

25. What is the role of the Investigator?

Investigators collect evidence related to the complaint. They also decide which witnesses will be interviewed and which documents will be collected. Investigators do not make or recommend decisions about whether a law has been violated. They do not give advice to management, the aggrieved, or witnesses.

During each interview, Investigators will:

- introduce themselves;
- show a letter of authority and explain the purpose of the contact;
- answer questions about the rights and obligations of witnesses in the complaints process and state the desire of the Smithsonian to process the complaint as promptly as possible;
- take testimony by asking questions; and
- collect documentary evidence and statistical data.

26. Are Smithsonian employees required to participate in investigations?

All Smithsonian employees are required to cooperate with EEO Investigators. An employee may be asked to:;

- meet with the Investigator and answer questions
- sign a sworn statement summarizing answers provided during the interview;
- give the Investigator the names of other people with information about the complaint; and
- provide documentary evidence related to the complaint.

---

**27. What happens after the investigation?**

The complainant is furnished a copy of the investigative report and may request a hearing before an Administrative Judge or a final decision by SI without a hearing.

---

**28. What is a hearing?**

A hearing is an administrative proceeding at which evidence is presented to an Administrative Judge of the EEOC who will recommend either a finding of discrimination or of no discrimination to SI and to the aggrieved.

---

**29. What happens after the hearing?**

SI may accept, modify, or reject the Administrative Judge's recommendation.

---

### 30. When and to whom may I appeal?

If you are dissatisfied with the SI final decision, you may appeal to EEOC.

---

### 31. When may I take my complaint to court?

You may file a civil action in an appropriate United States District Court within the following time frames (Trust employees may or may not have the right to file a civil action in the U.S. District Court):

- within ninety (90) calendar days of receipt of the final SI decision if no appeal was filed by you;
- after one hundred and eighty (180) calendar days from the date of filing the formal complaint, if an appeal has not been filed and a final decision has not been issued;
- within ninety (90) calendar days of receipt of the EEOC decision on an appeal; or
- after one hundred and eighty (180) calendar days from the date of filing an appeal with EEOC, if there has been no final decision on the appeal by EEOC

32. What can the EEO complaint process do for me?

To make the EEO complaint process work appropriately and effectively for you, you need to know what it can and cannot do. The EEO complaint process can correct management actions that are proven to be unlawful under EEO laws. It cannot substitute for trying to resolve normal workday issues with your supervisor, other managers, and coworkers. And it cannot correct management actions solely because you perceive them as unfair. It is your responsibility to decide whether the EEO process is the right place to address your charges and whether you believe the evidence will support your charges. EEO Counselors, investigators, and OEEMA staff can give you information about EEO laws and procedures, but they cannot act as your representatives or advocates. The aggrieved is responsible for providing/presenting evidence to prove an allegation(s). The burden of proof is on the complainant to prove that the issues raised in the complaint were based on prohibited discrimination.

Back to Main Page

# The EEO Complaints Process

| Smithsonian Policy | Responsibilities Before Entering the EEO Complaints Process | Stage One: Precomplaint Procedures | Stage Two: Formal Procedure |
| --- | --- | --- | --- |

## POLICY

The policy of the Smithsonian Institution (SI) is to provide equal employment opportunity for all employees and applicants for employment regardless of race, color, religion, sex (including sexual harassment), national origin, age or disability.

Top of document

# RESPONSIBILITIES BEFORE ENTERING THE EEO COMPLAINTS PROCESS

If an employee or applicant for employment believes that s/he has been discriminated against based on race, color, religion, sex (including sexual harassment), national origin, age or disability, the individual must first try to resolve the complaint with first- and second-level supervisors or appropriate management personnel. Supervisors and managers must make every reasonable attempt at informal resolution.

Top of document

| 1. What is discrimination? | The ability or power to see or make fine distinctions. |
| --- | --- |

| 2. What is unlawful discrimination? | Unfair treatment or denial of normal privileges to persons because of their race, color, religion, sex (including sexual harassment), national origin, age, or disability. |
| --- | --- |
| 3. Whom can I ask for assistance? | You have the option of seeking assistance from the Office of Equal Employment and Minority Affairs (OFEMA), unit EEO Officers and EEO Counselors.<br><br>You may also discuss your concerns with the Ombudsman, a union representative, or Labor and Employee Relations in the Office of Human Resources (OHR). |
| 4. When can I initiate an EEO discrimination complaint? | You must contact an EEO Counselor or OEEMA within forty-five (45) calendar days of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the action. |

Top of document

# EEO COMPLAINT PROCESS
# STAGE ONE:
# PRECOMPLAINT PROCEDURES

| | |
|---|---|
| **5. What is precomplaint counseling?** | Precomplaint counseling is the first step in the discrimination complaints process. It is the mutual effort to address an aggrieved person's concerns. It facilitates communication between management and employees in an effort to informally resolve employment issues. EEO Counselors notify the aggrieved persons of their rights and responsibilities (as they relate to the complaint process) and provide an unbiased fact-finding inquiry into the alleged discrimination. The precomplaints program is resolution focused. |
| **6. How do I initiate precomplaint counseling?** | In order to initiate the process, you must request precomplaint counseling. Your request must be based on your perception that you have been discriminated against because of your race, color, sex (including sexual harassment), religion, national origin, age, or disability and must be related to an employment matter. OEEMA processes EEO complaints (informal and formal) within the Smithsonian Institution. |
| **7. Who are the EEO Counselors?** | EEO Counselors are a cadre of well-trained, impartial Smithsonian employees who:<br><br>• conduct informal and objective fact-finding inquiries;<br>• assist the parties in attempting to reach an informal resolution; and<br>• provide documentation of the precomplaint process.<br><br>Names and telephone numbers of EEO Counselors are available on an EEO Counselor Poster and by contacting OEEMA. |

| | |
|---|---|
| **8. What are my rights?** | You have the right to:<br>• precomplaint counseling;<br>• anonymity; and<br>• representation of your choice. |
| **9. What are my responsibilities?** | You are responsible for:<br>• reading and understanding the provisions of this pamphlet;<br>• contacting an EEO official (OEEMA/Counselor) within 45 calendar days of the alleged discriminatory event or the effective date of the action;<br>• stating the basis(e), issue(s), and requested remedy or remedies; and<br>• advising OEEMA of the identity, address and telephone number of representative. |
| **10. Why must I see an EEO Counselor?** | 29 C. F. R. Part 1614 requires aggrieved persons to seek precomplaint counseling prior to the initiation of a formal discrimination complaint. |
| **11. How long will counseling last?** | Precomplaint counseling must be completed within thirty (30) calendar days. Counseling may be extended all additional thirty (30) calendar days with the agreement of the aggrieved person. Cases involving mediation attempts (successful and unsuccessful) may be extended an additional thirty (30) calendar days. |
| **12. Is there an alternative to the counseling process?** | Yes, OEEMA offers mediation as all Alternative Dispute Resolution (ADR) process to resolve EEO disputes during the counseling stage. |

| | |
|---|---|
| **13. What is Mediation?** | Mediation is a voluntary, informal, and confidential process used to assist parties in negotiating the issues of an EEO dispute. Mediation involves a trained, impartial third party, the mediator, who assists the parties in clarifying issues and identifying underlying causes to help the concerned parties reach an agreement on their own. Mediators do not decide what the solution ought to be. |
| **14. What is a settlement?** | A settlement is an agreement between the aggrieved person and management to conditions that will resolve a dispute or concern. |
| **15. How does Mediation work?** | A typical mediation conference may last from two to eight hours (conducted in one or more sessions). The mediator(s) establishes the "ground rules" for each session and assists the parties in resolving the issues(s). Mediators do not make decisions. A dispute may be resolved by voluntary withdrawal of the precomplaint or a settlement agreement. If an agreement is reached, the mediator (s) will assist the parties in preparing a written draft of the proposed settlement. After the agreement has been approved by all parties and signed, the precomplaint is withdrawn. The mediator will provide copies of the agreement to each party and to OEEMA. If there are any unresolved issues, the aggrieved person maintains his/her rights to continue in the precomplaint process in accordance with the EEO guidelines. The time frame for the precomplaint process (counseling and mediation) may be extended up to 90 days. |

| | |
|---|---|
| **16. Who may participate in Mediation?** | The parties to a mediation conference include the aggrieved person, the responsible management official(s), and other appropriate employees as determined by QEEMA and the mediator. Participation is voluntary.<br><br>Mediation will only be offered to individuals located in the Washington D. C. metropolitan area. |
| **17. When is Mediation initiated?** | After the Request for Counseling Form is submitted, OEEMA reviews the allegation and notifies the aggrieved person of his/her rights during the complaint process. The aggrieved person will receive preliminary information on the OEEMA mediation program. OEEMA will offer the aggrieved person (s) the opportunity to participate in mediation. If mediation is agreed upon, the aggrieved person must sign the "Agreement to Participate in Mediation/ Extend Counseling" form.<br><br>OEEMA will contact other concerned parties, select a mediator(s), and schedule the mediation conference, usually within 21 days from the date of the "Agreement to Participate in Mediation/Extend Counseling" form. |
| **18. What are the henefits of Mediation?** | The mediation process:<br>• encourages active participation of concerned parties to resolve disputes themselves;<br>• provides concerned parties with a neutral environment to clarify and discuss their concerns and conditions for resolution;<br>• offers opportunity for early resolution of issues without costly litigation;<br>• expands the range of possible |

|  |  |
|---|---|
|  | solutions; and<br>• enhances working relationships by opening the lines of communication. |

Top of document

---

# EEO COMPLAINT PROCESS
# STAGE TWO:
# FORMAL PROCEDURE

| **19. Who can file a formal complaint?** | Any SI employee (federal or trust) or applicant for SI employment who believes that s/he has been discriminated against on (the basis of race, color, religion, sex (including sexual harassment), national origin, age, or disability may file a complaint. |
|---|---|
| **20. When can I file a formal complaint?** | If you decide to file a complaint. you must file a complaint within (15) calendar days after the final interview with an EEO Counselor provided that you had contacted the counselor within forty-five (45) calendar days of the discriminatory act and received counseling on the matter. |
| **21. How do I file a formal complaint?** | You must submit your written complaint to either OEEMA, the Secretary of the SI, or the unit EEO Officer. You must be specific and provide dates and circumstances. (EEO) Counselors may assist.)<br><br>(Regarding age discrimination complaints under the Age Discrimination in Employment Act:<br><br>• If administrative complaint is filed, complainant must comply |

with that process;
- However, an aggrieved person may bypass the administrative process and go directly to U.S. District Court if certain conditions are met.)

| | |
|---|---|
| **22. What are my rights in the Formal Process?** | You have the right to:<br>• file an individual or class complaint<br>• select or request a representative;<br>• request a hearing at the Equal Employment Opportunity Commission (EEOC);<br>• request a decision by the Secretary of the SI or his designee;<br>• appeal the decision to EEOC;<br>• file a civil action in U.S. District Court (Trust employees may or may not have the right to file a civil action in the U.S .District Court); and<br>• be free of reprisal actions for having filed a complaint. |
| **23. What Are my responsibilities in the Formal Process?** | You are responsible for:<br>• knowing and understanding the progress of the EEO complaint process;<br>• prosecuting the complaint or withdrawing it; cooperating with SI; and<br>• keeping SI informed or your mailing address and telephone number. |

| | |
|---|---|
| **24. Will my complaint be investigated?** | If your complaint is accepted by OEEMA, an investigator is assigned. Upon completion of the investigation. the investigator will provide you with a copy of the ROI (Report of Investigation). |
| **25. What is the role of the Investigator?** | Investigators collect evidence related to the complaint. They also decide which witnesses will be interviewed and which documents will be collected. Investigators do not make or recommend decisions about whether a law has been violated. They do not give advice to management, the aggrieved, or witnesses.<br><br>During each interview, Investigators will:<br><br>• introduce themselves;<br>• show a letter of authority and explain the purpose of the contact; answer questions about the rights and obligations of witnesses in the complaints process and state the desire of the Smithsonian to process the complaint as promptly as possible;<br>• take testimony by asking questions; and<br>• collect documentary evidence and statistical data. |
| **26. Are Smithsonian employees required to participate in investigations?** | All Smithsonian employees are required to cooperate with EEO Investigators. An employee may be asked to:<br><br>• meet with the Investigator and answer questions;<br>• sign a sworn statement summarizing answers provided during the interview;<br>• give the Investigator the names of other people with information about the complaint; and |

|  | • provide documentary evidence related to the complaint. |
|---|---|
| **27. What happens after the investigation?** | The complainant is furnished a copy of the investigative report and may request a hearing before an Administrative Judge or a final decision by SI without a hearing. |
| **28. What is a hearing?** | A hearing is an administrative proceeding at which evidence is presented to an Adminiistrative Judge of the EEOC who will recommend either a finding of discrimination or of no discrimination to SI and to the aggrieved. |
| **29. What happens after the hearing?** | SI may accept, modify, or reject the Administrative Judge's recommendation. |
| **30. When and to whom may I appeal?** | If you are dissatisfied with the SI final decision, you may appeal to EEOC. |
| **31. When may I take my complaint to court?** | You may file a civil action in an appropriate United States District Court within the following time frames (Trust employees may or may not have the right to file a civil action in the U.S. District Court):<br><br>• within ninety (90) calendar days of receipt of the final SI decision if no appeal was filed by you;<br>• after one hundred and eighty (180) calendar days from the date of filing the formal complaint, if an appeal has not been filed and a final decision has not been issued;<br>• within ninety (90) calendar days of receipt of the EEOC decision on an appeal; or<br>• after one hundred and eighty |

| | |
|---|---|
| | (180) calendar days from the date of filing an appeal with EEOC, if there has been no final decision on the appeal l)y EEOC. |
| **32. What can the EEO complaint process do for me?** | To make the EEO complaint process work appropriately and effectively for you, you need to know what it can and cannot do. The EEO complaint process can correct management actions that are proven to be unlawful under EEO laws. It cannot substitute for trying to resolve normal work day issues with your supervisor, other managers, and coworkers. Arid it can not correct management actions solely because they are perceived by you as unfair. It is your responsibility to decide whether the EEO process is the right place to address your charges and whether you believe the evidence will support your charges. EEO Counselors, investigators, and OEEMA staff can give you information about EEO laws and procedures, but they can riot act as your representatives or advocates. The aggrieved is responsible for providing/presenting evidence to prove an allegation(s). The burden of proof is on the complainant to prove that the issues raised in the complaint were based on prohibited discrimination. |

Top of document

Office of Equal Employment and Minority Affairs (OEEMA)
915 L'Enfant Plaza, S.W.
Washington, D.C. 20560 202-287-3508 (Voice)
202-287-3494 (TOD)

Copies of this document are available from OEEMA in Braille and on audio cassette.

[Top of document](#)

[Back to Prism](#)