1      A     Yes.

2      Q     Are you aware of there being EEO posters prior to
3  November 2002, or up to November 30, 2002, are you aware of
4  there being EEO posters on the wall in that hallway?

5      A     No.

6      Q     Do you allege that there were no such posters on
7  that wall?

8      A     I remember cabinets lining those walls.  I don't
9  remember a bulletin board or posters during the time my office
10 was up there.

11     Q     Okay.  Do you allege that there were no such -- or
12 do you claim that there no such posters there though?

13     A     I don't know if there were or weren't.

14     Q     Okay.  You had visited Ms. Youmans' office prior to
15 November 30, 2002, correct?

16     A     Carol Youmans' --

17     Q     Yes.

18     A     -- office is the office you referred to on the sixth
19 floor.

20     Q     Okay.

21     A     You've already asked about that, yes.

22     Q     Okay, fair enough.  Did you have access to PRISM, P-
23 R-I-S-M?

24     A     On my computer system --

25     Q     Yes.

```
 1      A    -- at the Smithsonian?
 2      Q    Yes, ma'am.
 3      A    I had limited access, yes.
 4      Q    Okay.  And PRISM is the intranet that is, that is at
 5 the Smithsonian, correct?
 6      A    I don't know what's there right now.
 7      Q    Okay.  When you --
 8      A    It was a new system that I was aware existed.  I had
 9 never used it.
10      Q    Okay.  Were you -- so this logically falls from that
11 but I have to ask.  So were you aware of there being EEO
12 materials contained on the PRISM system?
13      A    I never used the PRISM system.
14      Q    So the answer is no?
15      A    No.
16      Q    Okay.  Now you see why I said that logically falls
17 but I have to ask it.
18      A    Yeah.
19      Q    So okay.
20           MR. HENAULT:  Let's mark this as the next exhibit
21 please.
22           COURT REPORTER:  15.
23           MR. HENAULT:  15?  Thank you, sir.
24           (Norden Deposition Exhibit Number 15 marked for
25 identification.)
```