UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05cv1232 (RMC) |
| ) | |
| CRISTIAN SAMPER, ACTING SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Renewed Motion for Summary Judgment, the Opposition thereto, and the entire record in this case; and the Court having found that there is no issue of material fact in dispute, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendant's Renewed Motion for Summary Judgment is hereby GRANTED, and it is further

ORDERED, that Judgment be entered in favor of the Defendant on Plaintiff's 2002 discrimination claim.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE