Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD 20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden,<br><br>            Plaintiff<br><br>       v.<br><br>Cristian Samper,<br>Acting Secretary<br>Smithsonian Institution,<br><br>            Defendant | Case No. 051232 (RMC)<br><br>AFFIDAVIT OF SUSANN BRADEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR RENEWED SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR RENEWED SUMMARY ADJUDICATION |

### AFFIDAVIT OF SUSANN BRADEN

1. My name is Susann Braden.

2. I am over the age of 21 and competent to testify.

3. My address is 11015 Woodlawn Blvd., Upper Marlboro, Maryland.

4. I worked at the Smithsonian continuously for many years until I retired in 2003.

1

5. My title when I retired from the Smithsonian was Museum Specialist.

6. I worked on the ground floor of the Main Building at the SEM Laboratory, which functioned as a separate department.

7. The East Court Building is a building within a building at the Smithsonian. The East Court Building had its own bank of elevators and was not easily accessible from the other Smithsonian buildings that comprised the Museum of Natural History.

8. I was sometimes required to go from my office on the Ground Floor of the Main Building to the Director's Office on the Sixth floor of the Main Building. In order to do this, it was necessary to go via the East Wing elevators to the Sixth Floor, and this trip took me approximately ten minutes each way. Part of the delay was caused by the wait for the Smithsonian's slow elevators.

9. I knew Beth Norden well and was aware that she did not eat in the cafeteria prior to and throughout the 2002 year.

10. Prior to 2000, it was Dr. Norden's habit to eat lunch with Karl Krombein in his office.

11. Prior to the summer of 2000, when Dr. Krombein was not available for lunch, Dr. Norden either ate in her own office or with me in my office.

12. During the period between the summer of 2000 and the fall of 2002, when Dr. Norden worked part time at the Smithsonian or was home on disability, she continued her habit of eating in the office when she was at the Smithsonian. Dr. Norden either ate lunch in her own office or with me in my office.

13. I do not remember being given an EEO poster to display, nor do I remember any EEO information being displayed in or near the SEM Laboratory. This was true prior to the 2002 year and throughout the 2002 year.

14. I used my computer frequently at the Smithsonian; however, I was unaware that a PRISM system existed. I did not know of any way to access EEO information online. I was never given a PRISM orientation by the EEO or by anyone else. This was true prior to the 2002 year and throughout the 2002 year as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/24/07                     Respectfully submitted,

                                    *Susann Braden*
                                    Susann Braden

3