Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD 20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden, ) | Case No. 051232 (RMC) |
| ) | |
| ) | AFFIDAVIT OF JESSICA H. MELTZER IN |
| Plaintiff ) | SUPPORT OF PLAINTIFF'S OPPOSITION |
| ) | TO DEFENDANTS' RENEWED MOTION |
| ) | FOR SUMMARY JUDGMENT AND |
| v. ) | PLAINTIFF'S CROSS MOTION FOR |
| ) | RENEWED SUMMARY JUDGMENT OR IN |
| ) | THE ALTERNATIVE FOR RENEWED |
| ) | SUMMARY ADJUDICATION |
| Cristian Samper, ) | |
| Acting Secretary ) | |
| Smithsonian Institution, ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT OF JESSICA H. MELZER

1. My name is Jessica H. Meltzer.

2. I am over the age of 21 and competent to testify.

3. I am a current employee of the Smithsonian and have worked at the Smithsonian full time since 1986.

1

4. My address is I-G Northway Road, Greenbelt, MD.

5. I use the Smithsonian PRISM system on a regular basis.

6. Currently, the PRISM web page appears on most of the computers I use when I access email or otherwise access the intranet.

7. Prior to 2003, however, I accessed email at the Smithsonian through "groupwise" and not through PRISM.

8. PRISM was still being developed in 2003, and I did not use PRISM to access email until 2007.

9. Prior to 2003, only some computers at the Smithsonian could even access PRISM.

10. I was never trained in the use of PRISM or given any orientation in PRISM.

11. On October 21, 2007, I walked through much of the East Wing, East Court Building, Public Area, West Wing, and West Court Section with Dr. Norden.

12. There was no EEO information at 1) the main entrance to the National Museum of Natural History ("NMNH"), 2) in the main lobby of the NMNH, 3) in the hallway leading into the East Wing, either before or after the bank of elevators leading to the East Court Building, 4) in either elevator leading to the East Court Building offices, 5) anywhere in the hallway of the 5th floor in the East Court Building.

13. There was no EEO information on or near the Herpetology Department bulletin board.

14. There was a new EEO poster near the employee cafeteria, but EEO information has not been consistently posted near the employee cafeteria.

15. There is a stairway near Dr. Norden's former office on the 5th floor of the East Court Building.

16. This stairway leads to a door very close to the Kirby Room on the 3rd floor of the East Court Building. There is no EEO information posted near this stairway entrance on the 3rd floor. There is no EEO information posted on the stairway either.

17. I printed out the attached floor plan of the NMNH through the PRISM system. It appears to me to be an accurate floor plan.

18. My work requires me to go between the various sections that comprise the NMNH. I estimate that it takes me ten minutes to go from the ground floor of the West Wing to the third floor of the East Court Building.

19. Dr. Norden routinely ate lunch with Dr. Krombein in his office during the 1990s. After Dr. Krombein became too disabled to work at the Smithsonian, Dr. Norden continued her habit of eating lunch in the office. I never knew her to eat in the cafeteria.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/24/2007

Respectfully submitted,

Jessica H. Meltzer

3