UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 05-1232 (RMC) |
| ) | |
| **Cristian Samper, Acting** ) | |
| **Secretary Smithsonian Institution** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**PROPOSED ORDER**

Having considered the moving papers and the oppositions thereto, it is hereby order that:

1) Plaintiff's motion for summary judgment on the issue that under 29 CFR 1614.105(a)(2), she timely filed her informal complaint on her claim that the defendant failed to provide her reasonable accommodations during the 2002 period, is hereby _____

2) Plaintiff's motion for summary judgment on her claim that the defendant failed to provide her reasonable accommodations during the 2002 period, is hereby _____

**SO ORDERED.**

Dated:_____

_____
Judge Rosemary M. Collyer

cc:

Alex Tanas Sliheet, esq.
 D.C. Bar No. 438977
Vickie Fang, esq.
8702 Nightingale Dr.
Lanham, MD 20706
alexsliheet@yahoo.com
(301) 552 -4908


Dennis C. Valdez, esq.
D.C. Bar No. 420232
Assistant United States Attorney
District of Columbia
555 4th Street, N.W.
Washington, DC 20530
(202) 307-2843 phone