UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| CRISTIAN SAMPER, ACTING SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, through undersigned counsel, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, to December 19, 2007, to file a Response to Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant states as follows:

1. Plaintiff filed an Amended Complaint on August 22, 2006, alleging that Defendant failed to accommodate her disability under section 501 of the Rehabilitation Act, 29 U.S.C. § 791 and retaliated against her for participation in protected activity. See Am. Compl. ¶¶ 142-163.

2. On August 3, 2007, this Court denied Defendant's Motion for Summary Judgment. With respect to the claims regarding the 2002 return to work, the Court denied summary judgment because the Court found that a material fact remained in dispute as to Plaintiff's knowledge of the 45-day requirement for contacting an Equal Employment Opportunity (EEO) Counselor, specifically, whether the language on the Smithsonian's EEO posters was reasonably geared towards informing Plaintiff of the 45-day deadline. August 3, 2007, Mem. Op. at 21.

3. On October 18, 2007, Defendant filed a Renewed Motion for Summary Judgment on the 2002 return to work claim, providing the Court with photographs of the actual Smithsonian posters located throughout Plaintiff's workplace, and further providing information regarding the availability of EEO information on the Smithsonian's intranet website, which demonstrated that Plaintiff was (at least) on constructive notice of her obligation to seek informal EEO counseling within 45 days of the alleged discriminatory event.

4. In response to Defendant's Motion, Plaintiff filed a Cross-Motion for Summary Judgment and an Opposition to Defendant's Motion for Summary Judgment on November 19, 2007. Dkt. Nos. 42 and 47.

5. Defendant's Cross-Opposition and Reply are currently due on December 3, 2007.

6. An enlargement of time is needed to prepare a Cross-Opposition and Reply memorandum because counsel for the Defendant has been in a two-week long trial before the Honorable Magistrate Judge Deborah Robinson in the matter of Czekalski v. Peters, 04cv1403 (DAR). In addition, counsel for the Defendant has been involved in several other matters that have occupied his time and attention, including an appellate memorandum in Summers v. U.S. Dept. of Justice, 07-5315, as well as discovery matters in Shea v. Rice, 02cv577 (JR); Rochon v. Gonzales, 03-958(RCL); and in the consolidated matters of Ascom v. USPS, 00cv1401, Neopost, Inc. V. USPS, 00cv2089, and Francotyp Postalia v. USPS, 01cv804 (PLF), and has been unable to complete a Cross-Opposition/Reply.

7. Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff's counsel to discuss the above motions. Plaintiff's counsel stated that Plaintiff consents to the requested enlargement.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time to file a response to the Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment up to and including December 19, 2007.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1232 (RMC) |
| ) | |
| CRISTIAN SAMPER, ACTING SECRETARY ) | |
| SMITHSONIAN INSTITUTION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to file an Opposition/Reply to Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, and the fact that Plaintiff consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment on or before December 19, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE