UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BETH M. NORDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-1232 (RMC) |
| | ) |
| CRISTIAN SAMPER, ACTING SECRETARY SMITHSONIAN INSTITUTION, | ) ) |
| | ) |
| Defendant. | ) |
_____)

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
PLAINTIFF'S RESPONSE TO DEFENDNAT'S OPPOSITION TO PLAINTIFF'S MSJ.**

Plaintiff, through undersigned counsel, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, to January 11, 2008, to file a Reply to Defendant's Opposition to Plaintiff's MSJ which has also been given an extension of time and is now due on or before December 19, 2007. [Docket No. 48]

In support of this motion, Plaintiff states as follows:

1. On October 18, 2007, Defendant filed a Renewed Motion for Summary Judgment.

2. In response to Defendant's Motion, Plaintiff filed an Opposition and a Cross-Motion for Summary Judgment on November 19, 2007.  [Docket No.'s 42-47]

3.  Defense counsel called Plaintiff's counsel asking for an extension of time, and Plaintiff's counsel gave its consent to an extension until December 19, 2007, [a full 30

CONSENT MOTION FOR ENLARGEMENT OF TIME        No. 05-1232 (RMC)    1

days after the original filing of Plaintiff's MSJ on November 19, 2007], on condition that Plaintiff's counsel would also be given an extension of time to January 11, 2008, to file its response to Defendant's opposition. Defendant's counsel consented. Plaintiff so conditioned the extension because December 19, 2007, would put Plaintiff's response due during the Holidays where both Plaintiff and Plaintiff's counsel Ms. Vickie Fang, would be traveling, as well as the fact that Plaintiff anticipates the need to obtain additional affidavits for its response.

    4. Thus, Pursuant to Local Rule 7(m), counsel for the Plaintiff and Defendant have previously discussed the above and Defendant's counsel consented to the requested enlargement for Plaintiff to file its response on or before January 11, 2008.

    For the foregoing reasons, Plaintiff respectfully requests that the Court enlarge the time to January 11, 2008, for Plaintiff to file its response to Defendant's opposition to Plaintiff's MSJ.

                  Respectfully submitted,

                    _____/s/_____
                    Alex T. Sliheet, D.C. Bar No. 438977
                    Vickie Inge Fang, pro hac vice
                    Attorneys for Plaintiff Beth Norden
                    8702 Nightingale Drive
                    Lanham, MD 20706
                    alexsliheet@yahoo.com
                    fvickie@comcast.net
                    (301) 552-4908  (619)-666-6548