## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

_____
BETH M. NORDEN,                          )
                                         )
       Plaintiff,                  )
                                         )
       v.                          ) No. 05-1232 (RMC)
                                         )
CRISTIAN SAMPER, ACTING SECRETARY        )
SMITHSONIAN INSTITUTION,                 )
                                         )
       Defendant.                  )
_____)

## ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to file a response to Defendant's opposition to Plaintiff's MSJ, and the fact that Defendant consents to the enlargement of time, it is this _____ day of _____, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Plaintiff shall file its response to Defendant's Opposition to Plaintiff's MSJ on or before January 11, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE