Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| **From:** | "Vickie Fang" <fvickie@comcast.net>   View Contact Details   Add Mobile Alert |
| **To:** | "alex sliheet" <alexsliheet@yahoo.com> |
| **Subject:** | Fw: Norden v Samper, Civil Action Number 05-1232 |
| **Date:** | Thu, 20 Dec 2007 09:09:09 -0500 |

```
----- Original Message -----
From: <Michael_Terry@cadc.uscourts.gov>
To: <alexsliheet@yahoo.com>; <darrell.valdez@usdoj.gov>;
<fvickie@comcast.net>
Cc: <gchuzi@kcnlaw.com>
Sent: Friday, November 16, 2007 12:23 PM
Subject: Norden v Samper, Civil Action Number 05-1232


>
> We have appointed the following individual as your mediator in the
 above
> matter:
>
> George M. Chuzi, Esquire
> Kalijarvi Chuzi & Newman, PC
> 1901 L Street, NW
> Suite 610
> Washington, DC 20036
>
> 202/331-9260
>
> The mediation procedures can be found in local rule 84. Please get in
> touch
> with your mediator to schedule a meeting.
>
```