**From:** George Chuzi
**To:** fvickie@comcast.net ; alexsliheet@yahoo.com ; darrell.valdez@usdoj.gov
**Cc:** Michael_Terry@cadc.uscourts.gov
**Sent:** Thursday, December 13, 2007 9:10 AM
**Subject:** FW: Norden v Samper -- Mediation

Ms. Fang, Mr Sliheet and Mr Valdez --

When I didn't receive any response from Mr Valdez to my initial letter, I contacted him this morning. Evidently, Mr Valdez did not receive my November 26 correspondence and he is unavailable on December 17. To ensure his availability, I've re-set the mediation for January 10, 2008, at 10 am in my offices. I apologize for this, particularly to Mr Sliheet who may incur a penalty for re-doing his air travel, but under the circumstances I don't think it can be avoided.

I've already received the Plaintiff's Mediation Statement, and I look forward to receiving the Defendant's Statement in sufficient time to digest it.

I hope you all have a very Happy Holiday, and please extend my courtesies to Dr Norden.

George Chuzi