Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 294-6839

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**Beth M. Norden,**          )
                             )          **Case No. 05-1232 (RMC)**
       **Plaintiff**         )
                             )
                             )          **PLAINTIFF'S MOTION TO**
                             )          **AMEND/CORRECT**
                             )          **THE SCHEDULING ORDER REGARDING**
                             )          **PLAINTIFF'S REPLY DATE TO**
                             )          **DEFENDANT'S UPCOMING**
                             )          **JANUARY 7, 2008, OPPOSITION**
**Cristian Samper,**         )
**Acting Secretary**         )
**Smithsonian Institution,** )
                             )
       **Defendant**         )
_____)

COMES NOW Plaintiff, Beth Norden, Ph.D., by and through counsel, and files this motion to amend/correct the Scheduling Order regarding Plaintiff's January 11, 2008, reply date to Defendant's upcoming January 7, 2008, opposition to Plaintiff's MSJ.

**Memorandum**

On November 19, 2007, Plaintiff filed an opposition to Defendant's MSJ and a cross MSJ as well. [Dkt. 41-46]

Plaintiff consented to Defendant's 1st motion for an extension of time to allow Defendant to file its opposition on December 19, 2007, if Defendant would allow Plaintiff until January 11, 2008, to file its reply [which would give Plaintiff 23 days to reply.] Defendant consented, and the court granted Defendant's consent motion to file its opposition on December 19, 2007 [Dkt. #48], and the court granted Plaintiff's consent motion to file her reply on January 11, 2007.[Dkt. #49]

On December 19, 2007, Defendant filed its 2nd motion for an extension of time [Dkt. 50] to which Plaintiff filed an opposition.[Dkt.51]  The court granted the extension giving Defendant until January 7, 2007, to file its opposition.

However, as the scheduling order currently sits, Plaintiff's reply is still due on January 11, 2008, which will give Plaintiff only 4 days to file her reply.  Plaintiff anticipates the necessity of obtaining additional affidavits for her reply.  Defendant, due to its 2nd request for an extension, will have had 50 days to file its reply.

Plaintiff only asks that the original 23 days which was consented to by Defendant be amended/corrected on the scheduling order based on the court granting Defendant's 2nd request for an extension to file its opposition on January 7, 2008.   This would make Plaintiff's reply due on January 30, 2008, instead of January 11, 2008.

Dated: January 2, 2008	Respectfully submitted,


    /s/   Alex Sliheet
Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 294-6839