UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 05-1232 (RMC) |
| ) | |
| **Cristian Samper** ) | |
| **Acting Secretary** ) | |
| **Smithsonian Institution** ) | |
| ) | |
| **Defendant** ) | |

## ORDER

Upon consideration of Plaintiff's motion, and any opposition thereto, it is this

_____ day of January, 2008:

ORDERED that the motion is GRANTED, and it is further

ORDERED that Plaintiff shall file her reply to Defendant's Opposition to Plaintiff's motion for summary judgment on or before January 30, 2008.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Serve: All counsel via ECF

1                                                   05-1232 (RMC)