## Memorandum

**To:** Beth Norden
NMNH Section of Entomology

**From:** Ted Schultz
NMNH, Section of Entomology

**Date:** 06 March 2002

**Subject:** Return to work

**Cc:** Scott Miller, Chair, Department of Systematic Biology
Wayne Mathis, Chair, Section of Entomology
Marc Epstein, Section of Entomology
Marilyn Slomba, SI Office of Human Resources
Thomas Lawford, SI Health Services

I have recently been informed by Dr. Lawford that all five of your physicians agree that you are now well enough to return to work on an initial trial basis of 20 hours per week. That's great news! I'm glad to hear that your health has improved so dramatically, and I want to take this opportunity to welcome you back to work.

In his memo addressing your return, Dr. Lawford indicates a number of important restrictions. The purpose of this memo is to outline my intepretation of these restrictions as precisely as possible. I understand that you would no doubt prefer to work without these restrictions; I, too, wish that I was not required to enforce them. However, based on conversations with Dr. Lawford and M. Slomba, I am persuaded that these restrictions are necessary in order to make sure that your health continues to improve.

Dr. Lawford recommends that you work no more than 20 hours per week, with the expectation that you would initially be accomplishing less than 50% of a full work load during those 20 hours. Based on this recommendation, these terms will apply until further notice: You will work an average of four hours a day, with work on any particular day never to exceed six hours. (Time taken for meals and breaks -- not to exceed one hour -- is not included in the calculation of "work hours.") Your typical week will consist of five days, but hours worked in excess of four per day can count toward "flex time" so that some work weeks could consist of four days. Work must take place between the hours of 8 AM and 5 PM weekdays; the exact times will be determined by mutual agreement after you arrive. As with your previous return to work, I am afraid that, for the sake of your health, we need to insist that the total time that you spend here in the building cannot exceed 20 work hours, that you cannot be present in the building at times other than Monday through Friday 8 AM to 5 PM, and that you cannot be present in the building on federal holidays.

Your first day of work will be Monday, 11 March 2002.

I am told that your physicians will reassess the state of your health in two months (i.e., in May 2002), and that it is anticipated that the amount of time you are able to work will increase with successful performance and additional time. When your doctors recommend that increase, I will reassess the terms outlined in this memo.

Perhaps understandably, Dr. Lawford could not tell us when you might be able to return to a full-time schedule, although he indicated that such a return would be unlikely prior to Fall 2002. Because the duties expected from your position are based on an assumption of 40 hours per week, your return to this position is predicated on the assumption that the part-time schedule outlined



above is temporary and on the expectation that you will return to a full-time schedule over a reasonable period of time.

I am currently planning the work you will be assigned for the next two months. I will outline this work in a separate "Temporary Work Plan" document, which I will produce later this week. For now, I just want to point out that you will be returning to a very different work environment. Ant collections and research support is structured around multiple parallel projects, and carried out by an integrated team consisting of Faridah Dahlan, Maureen Mello, Eugenia Okonski, and Ted Suman. Postdoctoral researcher Chris Marshall and visitor Corey Washington round out the group, and additional graduate students and postdocs will soon join us. I would very much like for you to become an equal member of this team, and I hope you will enjoy that, too.

I apologize for the formality of this memo, but it's necessary for me to state things as clearly as possible for the benefit of all parties, including you.

Once again, I'm glad you're doing so much better. The Ant Lab team looks forward to your return!

SI-0997