

# Georgetown University Hospital

**Department of Neurology**
**1st Floor Bles**

10 October 2001

To Whom It May Concern:

Beth Norden has been my patient since January of 2001 for neurologic problems relating to her recent diagnosis of Dengue hemorrhagic fever. The neurologic sequelae she has had include cognitive deficits and severe headaches. Her cognitive assessment by Dr. Marybeth Quig, a neuropsychologist, revealed impairments of complex attention and information processing speed. The overall test results were consistent with subcortical brain dysfunction, which is consistent with the damage that has been acknowledged to occur in the central nervous system as a result of Dengue fever. Her headaches are most likely related to cerebral edema also reported with Dengue fever.

The above symptoms have rendered Ms. Norden unable to function in her usual manner, particularly with respect to her work. By Ms. Norden's own report (and substantiated by Dr. Quig's evaluation) her cognitive deficits have clearly precluded her from functioning at her previous high level. I think work that she attempted to perform at this time may be fraught with error and inconsistency. Further, the stress of the workplace environment is contributing further to her cognitive impairments and headaches. Dr. Quig noted in her report that time pressures and stress negatively impact even further on Ms. Norden's cognitive function.

It is my impression, based on my knowledge of Ms. Norden and the reports generated by Dr. Quig, that Ms. Norden is disabled, and has been disabled, from employment from August 2001. I hope that these problems will improve over time and that she may no longer be disabled as on November.

Sincerely,

Pamela Blake, MD
Assistant Professor,
Department of Neurology

| Michael D. Sirdofsky, MD | Pamela Blake, MD | Pavel Klein, MD | John R. Richert, MD | Manuel Yepes, MD |
|---|---|---|---|---|
| *Interim Chairman* | *Assistant Professor* | *Assistant Professor* | *Professor* | *Instructor* |
| Paul S. Aisen, MD | Heidi Crayton, MD | Jonathan Pincus, MD | Carlo Tornatore, MD | |
| *Professor* | *Instructor* | *Professor and Chairman Emeritus* | *Assistant Professor* | |



MDA Clinic

*MedStar Health*

3800 Reservoir Road, NW, Washington, DC 20007-2197
*phone:* 202 687 8525  •  *fax:* 202 784 2261