

# Georgetown University Hospital
## Lombardi Cancer Center

A Designated Comprehensive Cancer Center

November 26, 2001

RE: BETH NORDEN, PHD
MRN: 5067177
DOB: 01/31/52
WC Claim #25-0565940

To Whom It May Concern:

Dr. Beth Norden is a 49-year-old white female entomologist for the Smithsonian Institution. She was first seen by my colleague and me in October, 2000, for evaluation of significant easy bruisability and acute onset of eccymotic lesions over her total body. We evaluated her extensively and could not find any abnormalities in her coagulation protein function or her platelet function. However, the patient did have evidence of increased capillary fragility and an increased bleeding time that is consistent with a disease process damaging the endothelial cell lining of the blood vessels.

We were initially unable to detect the cause of this abnormality, although we suspected a bacterial or viral illness. Once the diagnosis of dengue fever was established, the symptoms were, in retrospect, quite compatible. The patient has continued to experience easy bruisability and has had prolonged effects of the dengue fever.

From the hematologic perspectives, the patient has improved over time but certainly during the period of August, 2001, and October, 2001, appeared to manifest progressive systemic effects of the dengue fever. These have included severe exaggerated easy fatigability and cognitive dysfunction which were objectively evaluated by neuropsychological testing. It is clear that stressful situations, both personally and professionally, exacerbate all her symptoms including the neurologic and hematologic findings. There is no question that Dr. Norden was disabled.

I was gratified by her improvement when I saw her in September, as her symptoms were dissipating quite rapidly. However, a cold virus in November apparently reactivated the effects of the dengue, causing the symptoms to recur (multiple viruses can do that at times). We are currently watching this situation.

If you have any other questions or concerns, please do not hesitate to contact me.

Sincerely yours,

Craig M. Kessler, MD
Professor of Medicine and Pathology
Chief, Division of Hematology/Oncology

cc: Audrey Fowler, OHR, Smithsonian Inst.
Fax: (202) 275-1111



**MedStar Health**

3800 Reservoir Road, NW, Washington DC, 20007
phone: 202 687 2198 • website: lombardi.georgetown.edu

