

# Georgetown University Hospital

**Department of Medicine**
**Division of Dermatology**

December 17, 2001

Re:   Beth Norden, Ph.D.
MR:   #5067177
DOB:  01/31/52

To Whom It May Concern:

Dr. Beth Norden is a 49-year-old white entomologist who works for the Smithsonian Institution. She was admitted to Georgetown on September 20, 2000, with worsening of headache, persistent fevers, ecchymoses and orthostatic changes. The concern at that time was a viral infection. Despite aggressive hydration and control of her excruciating joint pain, predominantly involving joints and bones, she remained in the hospital, extremely ill for over a week. At that time, we were called to see her to do a dermatology consultation. Blanching macules, and petechiae were noted on her torso and extremities, with accentuation over the joint areas. In addition, spontaneous ecchymoses were noted in proximity to the large joints.

The most striking feature of her examination on several occasions during her hospitalization in September of 2000, was that during our visits to perform skin evaluations, Ms. Norden had waxing and waning of consciousness. She would go from being alert and oriented x3, to being drowsy and barely arousable. We have continued to follow to follow her in Dermatology clinic at four-month intervals over the last year. Although the macules and petechiae have resolved, she continues to have areas of spontaneous ecchymoses in the vicinity of large joints. Of note, the biopsy obtained in September of 2000 was consistent with dengue fever; the upper dermis contained a perivascular inflammatory infiltrate with focal extravasated erythrocytes. In addition, Ms. Norden has had several dysplastic nevi removed with us, although these appeared to be totally unrelated to her dengue fever as they preceded the fevers by several years.

In conclusion, it appears that due to the recurrence of spontaneous ecchymoses, Ms. Norden appears to have some ongoing effect of the dengue infection. It is entirely possible and indeed probable that similar microscopic bleeds may be occurring elsewhere in the body. It appears overall however, that the severity of the ecchymoses and petechiae appear to be resolving over the last 15 months. I am hopeful, that over the next year or two, the majority of these symptoms will entirely resolve, although this has been a difficult and protracted course of

*MedStar Health*

3800 Reservoir Road, NW, Washington, DC 20007-2197
*phone:* 202 687 8550  •  *fax:* 202 687 2082



dengue fever up to his point. Should you have any other questions or concerns, please do not hesitate to contact me at 202-687-8550.

Sincerely yours,

*Lisa Kauffman*

C. Lisa Kauffman, M.D.
Chief, Division of Dermatology

cc:   Audrey Fowler
      Smithsonian Institution
      OHR
      1000 Jefferson Drive, S.W.
      Washington, D.C. 20560

      Beth Norden, Ph.D.
      112 Greenhill Road
      Greenbelt, MD  20770

**SI-0454**