# Marie Blair - Fwd: Beth Norden - off one month

**From:**    Scott Miller <miller.scott@nmnh.si.edu>
**To:**      "Marie Blair" <BLAIR.MARIE@NMNH.SI.EDU>
**Date:**    9/4/02 10:17 PM
**Subject:** Fwd: Beth Norden - off one month

>Date: Wed, 4 Sep 2002 17:13:18 -0400
>To: Wayne Mathis <Mathis.Wayne@NMNH.SI.EDU>, miller.scott@NMNH.SI.EDU
>From: Ted Schultz <schultz@lms.si.edu>
>Subject: Fwd: Beth Norden - off one month
>X-Scanned: SI-EMS border system (SI+SA)
>X-Razor-id: 156b9b749e9c9f8caa95961147601d525ae37b0b
>
>Wayne and Scott:
>
>Marilyn Slomba recently requested a medical update on Beth Norden from SI
>physician Tom Lawford. She did so because, during a conversation with me,
>she noticed that one of the conditions of Beth's return to work was that
>he would produce such an update 2 months after her return.
>
>I reproduce the update below.
>
>Note that Beth is being ordered by her physicians to take one month
>off. Wayne, you may recall from our conversation with Beth that -- on
>advice from her lawyer -- this month will NOT be covered by Workman's Comp
>as "leave without pay".
>
>When Beth returned to work (I think it was in March), we were told she
>might return to full-time status sometime in the fall. We are being told
>below, quite firmly, that this will not happen before January 2003 at the
>earliest.
>
>Ted
>
>
> >Date: Mon, 02 Sep 2002 18:14:06 -0400
> >From: "Thomas Lawford" <LAWFOTH@OEMS.SI.EDU>
> >To: <schultz@lms.si.edu>
> >Cc: "Marilyn Slomba" <SlombaM@HR.si.edu>, "Marge Isley"
> <ISLEYMA@OEMS.SI.EDU>,
> >  "Thomas Lawford" <LAWFOTH@OEMS.SI.EDU>, "Juanita L. TUTT" <TUTTJU@si.edu>
> >Subject: Beth Norden - off one month
> >
> >This is an update advisory on the medical status of Beth Norden. I have
> >just been in contact by telephone with her treating physician Dr. David
> >Granite. We had an in depth conversation on August 28 about her progress
> >during the past 6 months as well as future projections.
> >
> >Dr. Granite is the central physician in her case, and has all of the
> >updates from her team of Georgetown physicians in his files. He feels that
> >there has been a gradual improvement in her condition over the past 6
> >months. Heat is definitely a stressor for Beth. She has discussed with him
> >the effects
> >that this inordinately hot summer have had on her, especially the past month
> >of August with its 10-day strings of 95 - 98F days. Dr. Granite recommends
> >/ approves of / endorses the plan for her to take off for one month. He is
> >quite positive that this does not represent a reversal in her improvement
> >trend. Rather it is a tactical maneuver to even the score with the heat
> >stress she has experienced. He anticipates a continued gradual improvement
> >on her part over the long run.
> >
> >I asked about her work hours when she returns from this one month
> >'sabattical'. Dr. G advised me that we should continue on with the 20 work



```
> >hours per week as before, to run through Dec 31 2002.  He will revisit the
> >issue of her working hours at that time.
> >
> >I will file this email advisory in her chart so as to make it part of her
> >medical record.  Please feel free to call me if you have any questions. I
> >will be back tomorrow as usual (Tuesday Sept 3)
> >
> >Tom Lawford MD
> >Occ Med Specialist for SI
> >202-275-2222
>
>
>--
>_____
>Ted Schultz
>Research Entomologist
>Smithsonian Institution
>PO Box 37012
>NHB, CE516, MRC 188
>Washington, DC 20013-7012
>U.S.A.
>
>schultz@lms.si.edu
>Phone (Voice and Fax): 00-1-202-357-1311
>
>Use above address for U.S. Post Office (including Express Mail).
>
>Use address below for private carriers (e.g, Fed Ex, UPS, DHL).
>
>Ted Schultz
>National Museum of Natural History, MRC 188
>10th & Constitution Aves. NW, West Loading Dock
>Smithsonian Institution
>Washington, DC 20560-0188
>
>00-1-202-357-1311 / 00-1-202-357-2078 (Entomology Section Main Office)
```

SI-1738