9 Aug. 2002

Ted,

Welcome back — hope it was a good trip!

All reprints for scanning by Ptfs are in two boxes in my room (desk nearest door), & are marked "fragile" (#5) or "non-fragile" (#50). I sent several e-mails to John Yokley and Faridah sent one, but we got no response. We did not have the phone #. Hope you can contact him soon and get a test run completed.

Attached is a leave slip for me for this coming week (12-16 Aug.). The high temps. of last week caused internal bleeding & my doctors want me to lay low. I hate to be dealing with this again and don't want to stir up any more trouble. The reason I request the use of a week's annual leave is because I do have the leave (donated time) and cannot miss any more pay at this point. I have not been paid via ~~⬛~~ (DOL) since June and my partial pay checks are not covering the current expenses. (Both Heather & John have college bills that are due this month). At least when I use AL I get paid. {Leave w/o Paid} is not working very well because of the slow (often non-response) from WC (DOL). Thanks for your support. See you on Mon., 19 Aug 2002.

Beth