# GNA
## GEORGETOWN NEUROPSYCHOLOGY ASSOCIATES

## REPORT OF NEUROPSYCHOLOGICAL EVALUATION

NAME: NORDEN, Beth
AGE: 50
TEST DATE: 1/21/02

### REFERRAL INFORMATION:

Beth Norden is a 50 year old, married, right-handed, Caucasian female with 20 years of formal education referred by Dr. Pamela Blake for follow-up neuropsychological evaluation. She is diagnosed with Dengue Hemorrhagic Fever.

### RELEVANT HISTORY:

Neuropsychological assessment performed on 4/5/01 and 5/2/01 revealed impaired performance on measures of complex attention and information processing speed. Performance on measures of simple attention span and novel learning (encoding) was viewed as mildly below expectation. In contrast, Dr. Norden performed well on all measures of language function, delay memory and untimed measures of mental flexibility. Overall performance on measures of learning and memory revealed mildly deficient encoding skills in the context of entirely intact consolidation and retrieval abilities. There was no evidence of organic amnesia. This pattern of performance has been demonstrated in patients with encephalopathy, among other possibilities. Personality test results revealed no evidence of clinical psychopathology. Dr. Norden did report some health-related anxiety entirely consistent with her medical history. The overall pattern of neuropsychological test results was considered consistent with persistent subcortical dysfunction. Test results were consistent with both Dr. Norden's self-report and medical history. Dr. Norden is currently considering returning to work at her position as an Entomologist at the Smithsonian Institution.

### TESTS ADMINISTERED:

Wechsler Adult Intelligence Scale - III (Digit Span and Digit Symbol subtests)
California Verbal Learning Test
Trail Making Test
Verbal Fluency Test
Boston Naming Test
Paced Auditory Serial Addition Test



### BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:

Dr. Norden arrived for her follow-up appointment on time. There was no evidence of dysnomia or dysarthria in her responses to test items or during conversational speech. She had no difficulty following test instructions. Her mood appeared stable. Her affect was well-regulated. The following results are considered an accurate reflection of her current level of mentation.

NORDEN, Dr. Beth
Page 2

## TEST FINDINGS:

*Attention and Information Processing Speed:* Dr. Norden's level of performance on multiple measures of visual scanning speed, simple attention and sustained attention moved from the impaired range on 5/2/01 to within normal limits. For example, performance on a measure requiring visual scanning and tracking moved from the impaired range on 5/2/01 (Trailmaking Test - Part A, 47 seconds, 3rd percentile) to within normal limits today (Trailmaking Test - Part C, 25 seconds, 68th percentile). Performance on a measure of auditory attention span moved from the impaired range on 5/2/01 (Digit Span subtest: 6 digits forward, 3 digits backwards, 16th percentile) to within normal limits (7 digits forward, 5 digits backwards, 52nd percentile). Performance on a measure of sustained visual attention was entirely within normal limits. This finding suggests improved ability to maintain her attention over time. In contrast, her overall performance on a particularly challenging measure requiring auditory attention, working memory and information processing speed (Paced Auditory Serial Addition Test) remains below expectation.

*Learning and Memory:* Dr. Norden's overall performance on a serial word list learning task moved from the High Average range on 5/2/01 (77th percentile) to the Superior range (97th percentile). On this word list learning test, she was able to recall 15 of the 16 word list items after the third presentation of the list. This places her level of verbal learning one standard deviation above the mean for her age and education. After a 5-minute delay, she retained 16 words, and after a 20 minute delay, she retained 15 of the 16 words. Recognition memory was entirely intact.

*Language:* There is no evidence of acquired or developmental language dysfunction. Performance on a confrontation naming task was intact. There was no evidence of word finding difficulty, circumlocution or even mild paraphasia. On verbal associative fluency testing Dr. Norden again performed in the Superior range for her age and education generating 50 words beginning with three specified letters in three minutes and 35 items to the category "Animals" in sixty seconds. Receptive language abilities are intact. She is able to accurately repeat both simple and complex phrases.

*Frontal Lobe/Executive Function:* Dr. Norden performed well on <u>untimed</u> measures of frontal/executive function (i.e. conceptual reasoning, mental flexibility, deductive and inductive reasoning). When the requirement to systematically apply a novel sequencing rule was added to a visual scanning and tracking task, her performance remained below expectation for her age and education (Trailmaking Test - Part B, 74 seconds, 17th percentile). This finding appeared to be due to reduced information processing speed and not difficulty with mental flexibility.

## SUMMARY AND RECOMMENDATIONS:

Neuropsychological assessment reveals significantly improved performance on measures of simple attention span, visual scanning and tracking speed, novel encoding and sustained attention. Her

SI-0484

NORDEN, Dr. Beth
Page 3

performance on measures of information processing speed, however, remains below expectation. Dr. Norden continues to perform well on all measures of language function, delay memory and untimed measures of mental flexibility. Continued cognitive recovery is expected.

The current test results would support a graduated return to work. Importantly, however, it appears clear that Dr. Norden's level of cognitive function is integrally related to her level of physical function. As her general medical health continues to be rather unpredictable (especially with respect to migraine headaches and the underlying vascular profile), so too will her access to cognitive function. This has been demonstrated in patients with Lyme's disease, among other conditions. As such, it appears that the decision to return to work should be primarily based on her current level of physical function.

Recommendations:
(1) Test results reveal that at this time, Dr. Norden's level of cognitive function is negatively impacted by time pressures. During her continued recovery, she will benefit from additional time (particularly while completing cognitively complex tasks).

(2) During her continued cognitive recovery, Dr. Norden is recommended to complete tasks in as linear a manner as possible. She will likely benefit from brief, frequent breaks throughout the day as well.

(3) Dr. Norden's level of cognitive and physical health is negatively impacted by stress, migraine headaches and fluctuating vascular factors. As she continues to recover from Dengue Hemorrhagic Fever, increased stabilization of the these factors will likely yield cognitive benefit. A plan will need to be decided upon with her medical team if she experiences a migraine while at work during her continued recovery.

(4) Dr. Norden may benefit from continued Cognitive Retraining specifically in the areas of attention and information processing speed.

(5) Abbreviated follow-up neuropsychological testing is recommended to track her anticipated continued cognitive recovery.

Thank you for referring Dr. Norden for neuropsychological assessment. If you have any further questions please do not hesitate to contact me.

Mary Elizabeth Quig, Ph.D.
Clinical Neuropsychologist
Licensed Psychologist (DC, VA)
Clinical Instructor, Department of Neurology

SI-0485