Feb-11-02   05:14pm   From-Neurology Dept            +2027842261            T-044   P.002/002   F-942





# Georgetown University Hospital

**Department of Neurology**
**1st Floor Bles**

February 8, 2002

To Whom It May Concern:

Ms. Beth Norden is under my care for the neurologic sequelae of Dengue fever. She has been off work because of her neurologic symptoms, which include cognitive changes and headache and which have now improved significantly, and we feel that it is appropriate for her to attempt return to work at this time. While Ms. Norden is greatly improved medically, she is not yet completely back to her baseline, although we do anticipate that she will return to her usual level of function. Her schedule must therefore be arranged in a manner that will allow her to gradually return to her pre-morbid level of activity and function without posing undue physical stresses that will slow done her recovery. To that end, I recommend the following. Ms. Norden should work half-time upon returning to work, and continue at this level until she feels ready to move to a ¾-time schedule then on to full time. Each increase in work hours should be made as she tolerates. Even when Ms. Norden is at her full-time schedule, she may still require intermittent leave for any temporary recurrence of symptoms or for medical visits.

Please contact us if further information is required regarding Beth Norden's schedule for returning to work.

Sincerely

Pamela Blake, M.D.
Assistant Professor,
Department of Neurology

Michael D. Sirdofsky, MD
Interim Chairman

Paul S. Aisen, MD
Professor

Pamela Blake, MD
Assistant Professor

Heidi Crayton, MD
Instructor

Pavel Klein, MD
Assistant Professor

Jonathan Pincus, MD
Professor and
Chairman Emeritus

John R. Richert, MD
Professor

Carlo Tornatore, MD
Assistant Professor

Manuel Yepes, MD
Instructor

MDA Clinic

MedStar Health
3800 Reservoir Road, NW, Washington, DC 20007-2197
phone: 202 687 8525 • fax: 202 784 2261