FYI – Ted



## Georgetown University Hospital

**Department of Neurology**
**1st Floor Bles**

September 2, 2001

**RE: Beth Norden**

TO WHOM THIS MAY CONCERN:

    Ms. Norden is under my care in Department of Neurology at Georgetown University Hospital for neurologic symptoms related to her recent bout of dengue fever. Ms. Norden has had numerous neurologic complications from dengue, including severe headaches and cognitive changes. These are commonly accepted neurologic complications of dengue fever. She has also had other medical problems, including bleeding disorders. The neurologic symptoms of dengue are clearly worsened under conditions of high temperature, pollution during code red days, and even stress. I have supported fully Ms. Norden's decision to stop working for the months of August, September, and October, to minimize her exposure to environmental conditions that can worsen her neurologic problems and allow her to achieve a full recovery.

    Please feel free to contact me if any further information is required regarding Ms. Norden.

Sincerely,

Pamela Y. Blake, M.D.
Assistant Professor
Department of Neurology

PYB:jil

cc: Ms. Audrey Fowler
    Ms. Beth Norden



| Michael D. Sirdofsky, MD<br>*Interim Chairman* | Pamela Blake, MD<br>*Assistant Professor* | Pavel Klein, MD<br>*Assistant Professor* | John R. Richert, MD<br>*Professor* | Manuel Yepes, MD<br>*Instructor* |
|---|---|---|---|---|
| Paul S. Aisen, MD<br>*Professor* | Heidi Crayton, MD<br>*Instructor* | Jonathan Pincus, MD<br>*Professor and Chairman Emeritus* | Carlo Tornatore, MD<br>*Assistant Professor* | MDA Clinic |

**MedStar Health**

3800 Reservoir Road, NW, Washington, DC 20007-2197
phone: 202 687 8525 • fax: 202 784 2261