**From:**    Beth Norden
**To:**       Erwin, Nathan; Heilman, Chandra; Johnson, Michael; Lawford, Thomas; Makos, Kathryn
**Date:**     10/9/02 10:18AM
**Subject:**  solutions

Dear All,

   This is an awkward e-mail to send, but one that is probably needed to ensure honest communication. As you know, I have been dealing with various health issues since contracting hemorrhagic dengue. Working in entomology collections with naphthalene has become an increasing problem. There is no real way to avoid the off-gasing from our collection, even when all reservoirs of naphthalene are removed. I had hoped that a transfer from dead to live bugs might be a solution. I believe that you all have had some contact on this possibility. Yesterday I learned (and am grateful for the straightforward, honest discussion), that there are other factors that prevent this solution at this time. I have been a member of the NHB community for enough years to realize how complex our organization is, and how many personalities must come together in certain ways, if we are to work well. I am not sure what to do at this point. I do not think working with naphthalene is a choice. I am open to any solutions anybody can suggest. Thank you, Beth

Beth B. Norden, Ph. D.
Dept. of Systematic Biology
NHB, MRC-188
Smithsonian Institution
Washington, D.C.  20560

Phone: 202-357-1821
FAX:  202-786-2894

