To: "Carol Youmans" <Youmans.Carol@NMNH.SI.EDU>,
   "Thomas Lawford" <LAWFOTH@OEMS.SI.EDU>,
   "Kathryn Makos" <makoska@OEMS.SI.EDU>, <schultz@onyx.si.edu>
Subject: naphthalene/respirator

I am sending this e-mail as an update, and to request
further assistance. Because of an additional medical
problem I have experienced, Carol was waiting to hear back
before ordering the respirator. It may or may not be a
problem for me wearing one (I have varying medical
opinions). However, I have since realized that often times
I do things around a collection containing naphthalene that
I cannot do with a respirator on. For example, on Mon. I
was looking at some type specimens with a visitor. There
was a problem with a type that required careful use of the
microscope and detailed conversation. It was obvious to me
that a desk unit that purified the ambient air would be much
better than having to take a respirator off to use the
microscope and be able to talk effectively. Reducing rather
than eliminating naphthalene that I'm exposed to seems more
reasonable given the kinds of things that I need to be able
to do (and my inclination to do them even when it means
removing the respirator). It also seems better to be
putting money into something that others can use too. (A
size small respirator won't fit too many others in the
dept.). Therefore...can an appropriate air purifying unit
be suggested? And, can it be ordered reasonably soon?
Thank you all for your help, and I apologize for the extra
work this situation has caused. Beth

Beth B. Norden, Ph. D.
Dept. of Systematic Biology
NHB, MRC-188
Smithsonian Institution
Washington, D.C. 20560

Phone: 202-357-1821
FAX: 202-786-2894

---

Date: Mon, 22 Jul 2002 11:01:39 -0400
From: "Beth Norden" <Norden.Beth@NMNH.SI.EDU>
To: "Thomas Lawford" <LAWFOTH@OEMS.SI.EDU>
Cc: "Wayne Mathis" <Mathis.Wayne@NMNH.SI.EDU>, <schultz@onyx.si.edu>
Subject: Norden work at USDA, Beltsville

Dr. Lawford,
   I just had a discussion with Wayne Mathis and Ted
Schultz about the potential of my temporarily working (6-12
months) at the lab in Beltsville. I know we have previously
discussed my concerns about the naphthalene here in SI and
the metro/heat commuting problems. Wayne suggested that a
memo from you in support of my "loan" to the USDA might be a
good idea. If you would be able to provide your input as
part of the paperwork we submit, it would be much
appreciated. Thanks, Beth



Beth B. Norden, Ph. D.
Dept. of Systematic Biology
NHB, MRC-188
Smithsonian Institution
Washington, D.C. 20560

Phone: 202-357-1821
FAX: 202-786-2894

>>> LAWFORDT 07/23/02 10:48 >>>

I just got an email from Beth Norden stating that both you and Ted had said that a memo from me re Beth's potential loan to USDA would be helpful. I will send this email as that memo, but can easily put in in a word document if you so wish.

---

Beth Norden has told me of a potential loan of her services to USDA in Beltsville. We have discussed the pro's and con's medically of such a move. I don't see any medical 'cons', and I do see some significant medical 'pros'.

Naphthalene: This has been a fairly difficult problem for Beth in her work as it presently exists. I realize that naphthalene is difficult to get rid of in a quick time frame. It is evanescent, gets into things and then outgasses, so just vacuuming up the flakes is only the beginning step. Beth experiences some very bothersome, and painful symptoms if she works near the specimen drawers, and to a lesser degree if she is just in her office. USDA would not challenge her with ambient naphthalene. That would be to the good. Very much so.

Transportation: Beth finds that riding on the metrorail, can, at times in juxtaposition with other stresses trigger a migraine.
Not always, but sometimes. She has detailed to me what the transportation chain would be from her home to the USDA and it would be much shorter time in transit with no metrorail trains. That is also to the good (medically).

I think that the loan would be a very positive thing for Beth, in that it would allow faster healing of her dengue related problems. I do anticipate a time when she will be 100% over any residual dengue problems, and the loan to USDA would speed up our reaching that endpoint.

Please feel free to call me if you have any questions.


Tom Lawford MD
Occupational Medicine for SI
Tue Thu 202 275-9286

TO:         Beth B. Norden Personnel File

SI-0658