DECLARATION OF RICHARD FREEMAN

I, Richard Freeman, do state:

1. I am the Technology Manager at the National Museum of the American Indian, Cultural Resource Center, at the Smithsonian Institution.

2. I served as the Network Administrator at the National Museum of Natural History from 1989 to 2004.

3. PRISM is the Smithsonian employee intranet site. It has been functioning since 1996.

4. PRISM functions like a web page with links to different categories of information such as the staff telephone directory, news flashes, software and hardware upgrade recommendations, administrative forms, and internal policies.

5. Training is not necessary to use PRISM.

6. Smithsonian employees who regularly use Smithsonian computers to perform their work are assigned individual network accounts. A network account permits the employee to use Smithsonian computers (for access to local computer programs and storage) and allows access to the SI network which has servers, network applications, network storage and internet, and intranet access, where PRISM is located.

7. Beth Norden had a network account as an employee of the National Museum of Natural History prior to her illness and extended absence and throughout the period following her illness when she worked part-time. Beth Norden also had a Groupwise e-mail account.

8. As an employee with a network account at the National Museum of Natural History, Beth Norden had access to PRISM in 2002 and before.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_R. A. Freeman_   11/29/07
Signature                    Date