DECLARATION OF ANGELA ROYBAL

I, Angel Roybal do state:

1. I am a Program Manager in the Office of Equal Employment and Minority Affairs at the Smithsonian Institution.

2. As part of my duties, I serve as a complaints counselor for EEO complaints. I have served in that capacity since July 1997.

3. I have reviewed Plaintiff's Exhibit 1, a February 10, 2003 letter from Bruce Goodman addressed to me.

4. I had never seen this letter prior to November 19, 2007.

5. It is my practice to respond to correspondence like Plaintiff's Exhibit 1 in writing, using return receipt mail.

6. It is my practice to provide employees or their counsel with the OEEMA complaint form and brochures in response letters like Plaintiff's Exhibit 1.

7. It is my practice to maintain records of incoming and outgoing correspondence related to complaints and to incorporate them into the complaint file once an employee completes the complaint form.

8. I have reviewed my files and the files related to Ms. Norden's 2003 complaint and none of them contain Plaintiff's Exhibit 1 or a response to it.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____          _____
Angela Roybal                      November 29, 2007
                                   Date

1