ORIGINAL

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4  - - - - - - - - - - - - - - - x
 5  BETH M. NORDEN,                :
 6         Plaintiff,               :
 7  v.                             :  Case No: 05-1232(RMC)
 8  LAWRENCE M. SMALL, SECRETARY,  :
 9  SMITHSONIAN INSTITUTION,        :
10         Defendant                :
11  - - - - - - - - - - - - - - - x
12                                    Washington, D.C.
13                                    November 7, 2006
14
15
16
17  Whereupon,
18                      BETH M. NORDEN
19  the Witness, called for examination by Counsel for the
20  Defendant, pursuant to notice and agreement of counsel as to
21  time and place, at 501 3rd Street, NW, 4th Floor, Washington,
22  D.C., where were present on behalf of the parties:
23
24
25
```

```
 1  APPEARANCES:
 2              On Behalf of the Plaintiff:
 3              VICKIE FANG, Esquire
 4              8702 Nightingale Drive
 5              Lanham, Maryland  20706
 6              301-552-4908
 7
 8              On Behalf of the United States:
 9              JOHN F. HENAULT, Esquire
10              U.S. Department of Justice
11              555 4th Street, NW
12              Washington, DC  20530
13
14              On Behalf of the Smithsonian Institution:
15              FARLEIGH EARHART, Esquire
16              Office of General Counsel
17              1000 Jefferson Drive, SW
18              Washington, DC  20230
19              202-633-5095
20
21
22
23
24
25
```

1 insights, his thoughts. I don't think I would -- saw, you
2 know, what the doctors were saying, what they were discussing
3 but before anything was finalized, he did ask my opinion and
4 did tell me what he was thinking and why.
5     Q    Okay.
6     A    He was very careful about that.
7     Q    Now, on -- just to set the parameters, this, what
8 I'm going to refer to as the second return to work, began in
9 April of 2002, and ended November 30, 2002, correct?
10    A    And ended the end of November. That's when I was
11 forced out.
12    Q    Okay. That's what -- I'm just trying to set the
13 parameters so that --
14    A    Yes.
15    Q    -- when we're discussing what I'm going to call the
16 second return to work that we have in the record the
17 parameters, the beginning and end of that period.
18    A    Yes.
19    Q    Okay. During your second return to work you were
20 allowed to work the light duty, 20 hours per week, correct?
21    A    Correct.
22    Q    Okay. And your schedule was modified from a
23 proposed, original proposal of five days a week, four hours a
24 day, to three days a week, correct?
25    A    Correct. Longer three days, no commute on two of

```
 1  the days.
 2      Q    And that was at your request?
 3      A    That was at the suggestion of my neurologist, I --
 4      Q    Okay.
 5      A    -- believe, Dr. Blake (phonetic.)
 6      Q    At the suggestions of your physicians though as
 7  something that would be better for you?
 8      A    Yes.
 9      Q    And that's something the Smithsonian agreed to?
10      A    Yes.
11      Q    Okay.  Now, you took off approximately a month in
12  August of 2002, correct?
13           MS. FANG:  Objection as to form.
14           THE WITNESS:  I don't know what you're talking
15  about.
16           BY MR. HENAULT:
17      Q    In 2002, did there come a time when you took almost
18  a full month off?
19           MS. FANG:  Objection as to form.
20           MR. HENAULT:  What's -- may I ask what's wrong with
21  the question?
22           MS. FANG:  The took off.
23           MR. HENAULT:  Okay.
24           BY MR. HENAULT:
25      Q    When -- during 2002, was there a period of -- in --
```

1    Q    Fair enough, ma'am. During your second return to
2  work, you're aware that the 5th floor was routinely tested for
3  naphthalene exposures, correct?
4         MS. FANG: Objection as to form.
5         THE WITNESS: I remember Kathy Makos, the industrial
6  hygienist, had set up some monitoring. I only was aware that
7  that was going on during a period of about a week, the only
8  time I was aware that that was occurring.
9         BY MR. HENAULT:
10   Q    Okay. During your second return to work were
11 specimens stored in naphthalene transferred to naphthalene
12 free drawers for you to be able to use?
13   A    During --
14        MS. FANG: Objection as to form.
15        BY MR. HENAULT:
16   Q    Go ahead, ma'am.
17   A    That second return to work I was using material from
18 many different places. Some of the drawers, for example, in
19 the type collection were loaded with naphthalene -- the old
20 drawers that had actual naphthalene sitting in the edges of
21 the, the drawers. Some of the specimens in Dr. Krombein's
22 office that I was cleaning up because he no longer was able to
23 come in, these loads had to be sent back, had been placed in
24 new drawers so were naphthalene free.
25        I am aware that David Furth provided me with new

1  drawers to put a batch of collection of Dr. Krombein's in so
2  that I didn't have to use old drawers that were loaded with
3  the, the naphthalene vapors, but there were a variety of
4  drawers that I was using during that period of time.
5        There were also drawers in the ant lab during that
6  period of time that had open trays of naphthalene sitting in
7  them because Ted Suman (phonetic), our contractor, was pinning
8  ants at home for Ted as per his contract, was bringing them in
9  and there was the fear that they could have domestic beatles
10 that could contaminate the collection so Ted had advised
11 naphthalene to be used in -- drawers.
12     Q    During the second return to work you were encouraged
13 to work in the ventilated fourth floor room.  Isn't that
14 correct?
15        MS. FANG:  Objection as to form.
16        THE WITNESS:  During my second return to work,
17 towards the end of that period of time when I repeatedly asked
18 for help to avoid naphthalene because I was having daily nose
19 bleeds and the respirator had not been provided, an air filter
20 for my desk had not been provided, the fourth floor was
21 proposed as a possibility.  I did go down to the fourth floor
22 and check out that room, but this was, this was late in that
23 return to work period of time.
24        The door was always kept locked.  I did not have a
25 key.  The day David Furth let me in, it became very clear to

1  me that delicate specimens could not be worked on because the
2  air draft is so great. I mean it's, it's powerful air
3  current.
4      BY MR. HENAULT:
5  Q   Let me just -- I think, again --
6  A   So --
7  Q   -- we're off track from my question. My only
8  question is during the second return to work were you
9  encouraged to use the ventilated room on the fourth floor?
10 A   If you say encouraged I have to say no.
11 Q   Okay.
12 A   Suggested I might check it out, yes.
13 Q   Okay, fair enough. Now, you say the fourth floor
14 was, was a locked room?
15 A   Yes.
16 Q   That the -- and when I say the room, I'm referring
17 to on the fourth floor there is a ventilated room, correct?
18 A   Correct.
19 Q   And it is ventilated so that it draws the
20 naphthalene away from the person working on the specimen,
21 correct?
22 A   Or whatever fume.
23 Q   Okay. Did you ever ask anyone for a key to that
24 room?
25 A   Yes, I did.

A F T E R N O O N   S E S S I O N

(2:11 p.m.)

MR. HENAULT: Back on?

COURT REPORTER: Back on.

BY MR. HENAULT:

Q   All right. Ms. Norden, before we move on I want to follow up on a couple questions. You said that you anticipated returning back to work full time in December of 2002. Did your doctors clear you to work full time in December 2002?

A   I never had that meeting.

Q   With your doctors?

A   With my doctors.

Q   Okay.

A   It was scheduled for before Christmas, December 2002, and it never occurred.

Q   Okay. Did your doctors clear you to go back to work any time, full time any time before November of 2003?

A   November of 2003, I don't know if I asked specifically may I work 40 hours a week with any of my doctors during that period of time. My doctors were all aware that I wanted to return to work. I don't think a number of hours was ever discussed. The goal had always been to return to full time work.

Q   Okay. Prior to December 2003, though -- excuse me

1  2002, until the time this letter was written on November 5,
2  2003, you never informed Smithsonian personnel that you were
3  able to come back to work, did you?
4      A    That is not --
5          MS. FANG:  Objection as to form.
6          THE WITNESS:  That is not true, and in fact, I
7  noticed he says here during this time that I didn't provide
8  medical information.  I believe we wrote a letter in response
9  to this and we corrected that and Dr. Lawford confirmed I was
10 in constant contact.
11         BY MR. HENAULT:
12     Q    Okay.  Maybe you misunderstood my question, ma'am.
13 My question was did you inform Smithsonian personnel that you
14 were ready to come back to work full time?
15         MS. FANG:  Objection as to form.
16         THE WITNESS:  I informed them that I was ready to
17 return to work.  I don't think I used the term full time.
18         BY MR. HENAULT:
19     Q    Okay.  You informed them that you were ready to come
20 back to work on November 13, 2003, correct?  You informed the
21 Smithsonian that you were ready to come back to work by letter
22 written by you on November 13, 2003, correct?  We'll get into
23 that in a minute, but that's -- is that right?
24     A    That is one of the times I informed them.
25     Q    Prior to November 5, 2003, and after November 30,

1 | 2003, who did you tell that you were prepared to come back to
2 | work?
3     A   When I was forced out I asked how I knew when I
4 | could come back and how I was to do that. I was told, in an
5 | e-mail, that I -- it was up to my doctors. It was a medical
6 | decision. So I assumed at that point that what I needed to do
7 | was to keep Dr. Lawford informed and it was Dr. Lawford that I
8 | gave updated medical records to. It was Dr. Lawford that knew
9 | I was wanting to return to work.
10     Q   Okay. Between November 30, 2002, and November 5,
11 | 2003, did you -- what information did you provide to Dr.
12 | Lawford stating that you were ready and able to come back to
13 | work?
14     MS. FANG: Objection as to form. You can answer.
15     THE WITNESS: During that period of time there were
16 | numerous e-mails with Dr. Lawford. There were numerous phone
17 | conversations with Dr. Lawford. If you need specific dates I
18 | would have to look at my calendar.
19     BY MR. HENAULT:
20     Q   Okay. And it's your testimony that you specifically
21 | told him that you were ready to come back to work, ready and
22 | able to come back to work? Is that right or wrong?
23     A   I specifically told him that my goal was to return
24 | to work. I was trying to return to work. I can't make a
25 | medical decision so my doctors needed to coordinate with Dr.

1  Lawford.

2  Q   Between November 30, 2005 (sic) and November 5,
3  2003, are you aware of any information provided to Dr. Lawford
4  by your doctors that said you were ready and able to come back
5  to work at the Smithsonian?

6  A   I'm not aware of a specific document.

7  Q   Okay. Other than your interaction with Dr. Lawford,
8  between November 30, 2002, and November 5, 2003, did you tell
9  anyone else at the Smithsonian that you were ready and able to
10 come back to work?

11 A   I never used the words ready and able but I had been
12 in conversation with Debbie Burney in the Employee Assistance
13 program. Basically asked me why I wanted -- would want to
14 return to work where I wasn't wanted. I had been in
15 conversations with Chandra Heilman. I had sent e-mails that
16 were requesting information on how to return to work but none
17 of that came.

18 Q   Okay.

19 A   I was also told I was supposed to take a year.

20 Q   Okay. My question is any of these people you just
21 named, did you tell them in sum or substance, words to the
22 effect, anything implying this, that you were medically able
23 and willing to return to work between November 30, 2002, and
24 November 5, 2003?

25 A   Dr. Lawford is the only person that I said I think

1  medically I am able and that needs to be discussed with my
2  doctors.
3      Q   So it's your testimony that you said to Dr. Lawford
4  that you think you're medically able to come back to work?
5      A   You're sort of putting a word in my mouth.  I didn't
6  say I think I'm medically able.  I told him that I wanted to
7  return to work and he needed to have a conversation with my
8  medical providers.  He knew who all of them were.
9      Q   When did this conversation take place?
10     A   Again, I don't know the exact date.  I was under the
11 impression at that point that I was supposed to wait a year
12 and this is within that period of time.  When the letter came
13 proposing to sever me, I realized it was time to put something
14 in writing and that's why the letter followed shortly after
15 getting this letter.
16     Q   Okay.  And let's, let's talk about this letter.
17         MR. HENAULT:  Can we mark this the next exhibit
18 please, sir.
19         (Norden Deposition Exhibit Number 16 marked for
20 identification.)
21         BY MR. HENAULT:
22     Q   Ma'am, what has been marked as Exhibit 16 is a
23 letter that you sent to Dr. Mathis and Dr. Schultz on November
24 13, 2003, correct?
25     A   Yes.

209

1  A  I started working with Dr. Webb (phonetic) on West
2  Nile virus mosquitos at the lab that I had proposed to have me
3  loaned while I was avoiding naphthalene. I started working
4  there and as a volunteer, hoping that it would become a
5  position. It didn't so I continued on as a volunteer.
6  Q  How many hours a week do you volunteer at the USDA?
7  A  It varies.
8  Q  Varies from what to what?
9  A  It varies depending on month and season because
10 during the summer months when his student volunteers go -- and
11 collect mosquito eggs, then I could spend eight hours a day
12 with a microscope identifying. Right now I'm not putting in
13 any time, in part because I have to focus my attention
14 elsewhere.
15 Q  So but during the season do -- did you inspect --
16 no, I want to break this down. The season, as you just stated
17 --
18 A  Mosquito season.
19 Q  -- for mosquitos is the summer months? Or why don't
20 you tell me when the season is.
21 A  For most entomological research, insects are not
22 active when temperatures are below 55 degrees. Mosquitos will
23 come out in the spring. Depending on the spring temperatures
24 it could be April. It may be May or even June. July, August
25 are usually peak times and then in September, as things cool

```
 1                 CERTIFICATE OF NOTARY REPORTER
 2          I, DAN HAWKINS, hereby certify, as the Notary
 3   Reporter, that the witness, BETH M. NORDEN, whose testimony
 4   appears in the foregoing deposition, was duly sworn by me,
 5   that the testimony of said witness was duly recorded and
 6   accurately transcribed by me or under my direction; further,
 7   that said proceedings are a true and accurate record of the
 8   testimony given by said witness; and that I am neither counsel
 9   for, related to, nor employed by any of the parties to the
10   action in which this deposition was taken; and, further, that
11   I am not relative or employee of any of the parties or counsel
12   employed by the parties, and I am not financially or otherwise
13   interested in the outcome of the action.
14
15
16
17              _Dan Hawkins /BL_
18              Dan Hawkins, Reporter
19              Notary Public in and for
20              the District of Columbia
21
22
23   My Commission Expires:
24   October 14, 2009
25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947