## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRISTIAN SAMPER, ACTING SECRETARY )<br>  SMITHSONIAN INSTITUTION, )<br>)<br>Defendant. )<br>_____) | No. 05cv1232 (RMC) |

## **ORDER**

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment, the Opposition thereto, and the entire record in this case; it is this _____ day of _____, 2008, hereby

ORDERED, that the Plaintiff's Cross-Motion for Summary Judgment is hereby DENIED, and it is further

ORDERED, that Judgment be entered in favor of the Defendant on Plaintiff's 2002 discrimination claim.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE