Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, pro hac vice
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,** | ) |
| **Plaintiff** | ) Case No. 05cv1232 (RMC) |
| v. | ) PLAINTIFF'S AFFIDAVIT IN |
| | ) SUPPORT OF MOTION FOR SUMMARY |
| **Cristian Samper, Acting** | ) JUDGMENT, OR IN THE ALTERNATIVE |
| **Secretary Smithsonian** | ) SUMMARY ADJUDICATION ON THE 45 |
| **Institution,** | ) DAY ISSUE AND THE ISSUE OF THE |
| | ) SMITHSONIAN'S FAILURE TO |
| | ) ACCOMMODATE IN THE 2002PERIOD. |
| **Defendant** | ) |

### AFFIDAVIT OF BETH NORDEN

1. My name is Beth Norden. I am over the age of eighteen and competent to testify. My address is 112 Greenhill Road, Greenbelt, Maryland. I am a former Smithsonian employee who holds a Ph.D. in entomology. I worked at the Smithsonian for over 15 years, and consistently received the highest possible performance evaluation – "outstanding."

2. I am a creature of habit, and I habitually note events on my calendar contemporaneously with their occurrence. Specifically on March 12, 2003, Bruce Goodman called me and he specifically said that he had received some paperwork from the Smithsonian and that he could fill most of it out, but needed to know my direct supervisor's name and my department name. I gave him the information, and then I immediately calendared the March 12, 2003, phone call after speaking with Bruce Goodman, and wrote: "Spoke w/lawyer B. Goodman EEO Form completed-Supervisor names depts…" I was always operating under the belief that this "EEO Form" that I helped Mr. Goodman fill out on March 12, 2003, was the EEO Form that he sent to the Smithsonian on April 7, 2003, and that constituted my complaint. I believed that a complaint had to be filled out on a complaint form.

3. The main floor cafeteria is not even visible from the East Court Building and is a good 5 minute walk through the crowded public entrance and main hall, and the cafeteria sits close to the West Wing Building. During 2002, I limited any unnecessary activities and movements at the Smithsonian in order to conserve energy due to the remaining effects of DHF including fatigue and bleeding.

4. Avoiding unnecessary contact with people was a concern for me because the common cold virus was suspected by my hematologist of causing the dengue virus to activate and cause more bleeding.

5. The Kerby Room does not have fixed seating. Museum-wide meetings or lectures were usually held in the Baird auditorium, for example, when our department held a memorial service for Margaret Collins and when I got the Smithsonian unsung

hero award. Also, lectures of visiting entomologists and entomology department socials were usually held in the smaller and more intimate Waldo Schmidt room.

6. At the Entomology Department/East Court/4th floor, my time keeper, Cindy Murphy, was the person I usually saw to sign my time sheets. The Entomology Department/East Court/ 4th floor office had all the needed supplies and is where I sent faxes and made photocopies, and my mail was sent and received at the East Court Building.

7. The entomology department was going through a moving transition during 1999, and as of 2002, the main Entomology department had been temporarily located in the West Wing 6th floor with about half of the other entomology staff offices, including mine, being located in the new East Court building on the other side of the Natural History Building. Entomology is a very large dept. due to all our many insect collections (95% of life on earth is insect). Our dept. was already spread out on several floors & wings of the NMNH. It took years to pack our collections & move our offices to new quarters in the new building in the East Court. At the end of 1999 & beginning of 2000 I and Hymenoptera, including USDA Hymenopterists, were moved to the East Court. But, probably half of Entomology was still left in the main building or the West Wing. At about the time I was moving, Carol Youmans, Marie Blair and Dept. Chair Scott Miller were moved to the 6th floor West Wing. It was intended to be temporary until the entomology floors 6-7 of the East Court were completed. Because of the time & effort needed to get from the East Court to the West Wing, it was decided to set

up a 2nd Entomology office on the 4th floor East Court for the half of us who were now in the new East Court.

8. During 2002, I saw no bulletin boards and no EEO posters in my Entomology Department/ East Court.

9. On October 21, 2007, I and Ms. Meltzer did a specific walk through the National Museum of Natural History and the Entomology Department/East Court. There was no EEO information at 1) the main entrance to the National Museum of Natural History ("NMNH"), 2) in the main lobby of the NMNH, 3) in the hallway leading into the East Wing, either before or after the bank of elevators leading to the East Court Building, 4) in either elevator leading to the East Court Building offices, 5) anywhere in the hallway of the 5th floor in the East Court Building.

10. My migraines greatly increased during the 2002 return to work because of the triggers of naphthalene and the lack of accommodations for this trigger.

11. I needed flex-time which was not given. For example, being allowed to work nights and weekends to make up lost hours due to triggers like naphthalene or heat or due to doctors appointments.

12. I had always enjoyed the flex hours of working nights and weekends until I contacted DHF in 2000.

13. I believe that I could have met the full 294 hours simply by working nights and weekends as necessary, and as I had done in the past.

14. During August or September of 2002, I would have traveled on the metro during the cooler evening hours and/or my husband would have driven me to the Smithsonian if I had been allowed to work nights or weekends.

15. There were multiple USDA personnel working on the 5th floor East Court with me. The USDA and the Smithsonian are interrelated and have a long history of cooperation. The two federal agencies work closely together in many areas of entomology research and collections management.

16. The "National Insect Collection" at the Smithsonian is under the care of the USDA, but housed at the Smithsonian Institution's NMNH.

17. Exhibit 1 is a true and correct copy of the February 10, 2003, letter that I received in the mail.

18. Exhibit 2 is a true and correct copy of the envelope that the February 10, 2003, letter was contained in when it arrived in the mail.

19. Exhibit 3 is a true and correct copy of my March 2003 calendar page.

20. Exhibit 4 is a true and correct copy of Dr. Kessler's November 26, 2001, letter.

21. Exhibit 5 is a true and correct copy of Dr. Lawford's September 2, 2002, email.

22. Exhibit 6 is a true and correct copy of Dr. Blake's letter of February 8, 2002.

23. Exhibit 7 is a true and correct copy of October 15, 2002, email from Chandra Heilman (Ombudsman) after meeting with Mr. Ross Simons, Associate Director of the National Museum of Natural History.

24. Exhibit 8 is a true and correct copy of redacted USDA (SEL) individuals who work at the Smithsonian National History Building (NHB).

25. Exhibit 9 is a true and correct copy of redacted the Smithsonian's SI-USDA-MSC STAFF INTERNET ADDRESSES.

26. Exhibit 10 is a true and correct copy of an article by Pamela Henson of the Smithsonian Institution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

Respectfully submitted,

_____
Dr. Beth M. Norden

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 28 Jan. 2008

Respectfully submitted,

*Beth M. Norden, Ph.D.*
Dr. Beth M. Norden