IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BETH M. NORDEN          *

    PLAINTIFF        *

vs.                            * CASE No. 05 CV 1232 (RMC)

CRISTIAN SAMPER          *
SMITHSONIAN INSTITUTION  *

    DEFENDANT        *
*************************************************************************

**AFFIDAVIT**

**STATE OF MARYLAND**        )

    ) TO WIT:

**COUNTY OF PRINCE GEORGES** )

    **BE IT KNOWN** that on the 24th day of January 2008, before me, a Notary Public in and for the County and State aforesaid, personally appeared **BRUCE E. GOODMAN**, Affiant, personally known to me to be the Affiant in the above-entitled action, and made oath in due form of law that the following was true and correct to the best of knowledge and belief:

    a.    My work address is: 6231 Crain Hwy., SE, Upper Marlboro, MD 20772.

    b.    My office telephone number is (301) 952-0380 and cellular telephone number is (240) 601-8327.

    c.    Some time ago, I represented the Plaintiff in this matter regarding the filing of a complaint with the Smithsonian Institution under the Americans with Disabilities Act. As I recall, the issue dealt with a disease she contracted while on an assignment for the Smithsonian in a foreign country.

    d.    I sent a letter on February 10, 2003, to the Smithsonian Institution, by first class United States mail, postage pre-paid, setting forth the particulars of her complaint and a copy of the

letter to Dr. Norden. It is the practice of my office that I send copies of all letters to the addressee as well as my client. I do not recall receiving the letter back from the Smithsonian as having been undeliverable.

**I DO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

_____
Bruce E. Goodman, Esq.

AS WITNESS my hand and notarial seal this 24th day of January 2008.

_____
Reginald M. Sealey - Notary Public

My Commission Expires: Dec 1, 2010