Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, pro hac vice
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beth M. Norden,**  ) | |
| ) | Case No. 05cv1232 (RMC) |
| **Plaintiff** ) | |
| ) | |
| v. ) | ARNOLD NORDEN AFFIDAVIT IN |
| ) | SUPPORT OF MOTION FOR SUMMARY |
| **Cristian Samper, Acting** ) | JUDGMENT, OR IN THE ALTERNATIVE |
| **Secretary Smithsonian** ) | SUMMARY ADJUDICATION ON THE 45 |
| **Institution,** ) | DAY ISSUE AND THE ISSUE OF THE |
| ) | SMITHSONIAN'S FAILURE TO |
| ) | ACCOMMODATE IN THE 2002PERIOD. |
| **Defendant** ) | |

### AFFIDAVIT OF ARNOLD NORDEN

1. My name is Arnold Norden. I am over the age of eighteen and competent to testify. My address is 112 Greenhill Road, Greenbelt, Maryland. I am Dr. Beth Norden's husband of some 33 years.

2. During August or September of 2002, or at any time, I would have driven my wife to her office, and then picked her up, if she would have been allowed to work nights or weekends.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 1-26-08

Respectfully submitted,

Arnold Norden