**EXHIBIT 1**

**BRUCE E. GOODMAN**
**ATTORNEY AT LAW**
**7676 NEW HAMPSHIRE AVENUE - SUITE 114**
**TAKOMA PARK, MARYLAND 20912**
**TELEPHONE: (301) 408-2445 FACSIMILE: (301) 439-7090**

February 10, 2003

ATTN: MS. ANGELA ROYBAL
SMITHSONIAN INSTITUTION
OFFICE OF EQUAL EMPLOYMENT
AND MINORITY AFFAIRS
P.O. BOX 37012 MRC 921
WASHINGTON, DC 20013-7012

Re: ADA Complaint
Dr. Beth Norden

Dear Ms. Roybal:

Please be advised that I have been retained by Dr. Beth Norden to represent in her with respect to charges against the Smithsonian Institution for violations of the Americans With Disabilities Act (ADA). Please direct all inquires and/or correspondence to my attention at the above-noted address and/or telephone number.

In August 2000, Dr. Norden contracted hemorrhagic fever during the course of performing fieldwork for the Smithsonian Institution. As a result, Dr. Norden has developed an acute sensitization to naphthalene, a chemical being used throughout her department, the Department of Systemic Biology in the National Museum of Natural History. In October 2002, the Office of Safety and Environmental Management requested that Dr. Norden's department develop a plan to control her exposure to naphthalene, i.e., to accommodate her disability. The Department has failed and refused to accommodate Dr. Norden's disability and terminated her part-time work schedule effective November 30, 2002. In light of the foregoing, please consider this letter to be an informal or a formal complaint under the ADA.

Please contact the undersigned to schedule a meeting with Dr. Norden to obtain any further details of this matter, including an affidavit, if necessary and/or required.

Sincerely,

Bruce E. Goodman

Bruce E. Goodman

**EXHIBIT 2**

MR. BRUCE E. GOODMAN, ESQ.
7676 NEW HAMPSHIRE AVENUE
SUITE 114
TAKOMA PARK, MD 20912

SUBURBAN MD PROC 208
PM
11 FEB
2003

Photo copy x5

DR. BETH B. NORDEN
112 GREENHILL ROAD
GREENBELT, MD 20770

20770+1662 03



**EXHIBIT 3**



2003 Calendar
Treasures *from the*
Smith College Libraries

March 2003

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | ? imipramine | | March | | 1 Bulb Show opens |
| 2 | 3 Smith College charter granted | 4 | 5 Ash Wednesday | 6 | 7 Heather home | 8 10 AM Heather interview |
| 9 | 10 Beth w/Bergenweiss 11:45 | 11 funeral Winston Lewis 11 AM St. Mary's | 12 Spoke w/lawyer B. Goodman EEO form completed - Supervisor names dates - will send me copy - Have to write & will send me | 13 | 14 | 15 Spring recess begins |
| 16 H-son Ship | 17 St. Patrick's Day | 18 9:30 Beth w/Granite | 19 | 20 Mom's Birthday | 21 11:30 Beth w/Blake | 22 |
| 23 Spring recess ends | 24 | 25 | 26 Jessie Colonbsky | 27 Beth w/ Granite 9:30 | 28 Smith New England Society symposium and exhibition in Smith College Museum of Art | 29 |
| 30 | 31 | February 2003 | April 2003 | | 2003 SMITH COLLEGE This is about Smith. | |

3013451697

JAN 25, 2008 19:10

**EXHIBIT 4**



Georgetown University Hospital

*Lombardi Cancer Center*

*A Designated Comprehensive Cancer Center*

November 26, 2001

RE: BETH NORDEN, PHD
MRN: 5067177

To Whom It May Concern:

Dr. Beth Norden is a 49-year-old white female entomologist for the Smithsonian Institution. She was first seen by my colleague and me in October, 2000, for evaluation of significant easy bruisability and acute onset of eccymotic lesions over her total body. We evaluated her extensively and could not find any abnormalities in her coagulation protein function or her platelet function. However, the patient did have evidence of increased capillary fragility and an increased bleeding time that is consistent with a disease process damaging the endothelial cell lining of the blood vessels.

We were initially unable to detect the cause of this abnormality, although we suspected a bacterial or viral illness. Once the diagnosis of dengue fever was established, the symptoms were, in retrospect, quite compatible. The patient has continued to experience easy bruisability and has had prolonged effects of the dengue fever.

From the hematologic perspectives, the patient has improved over time but certainly during the period of August, 2001, and October, 2001, appeared to manifest progressive systemic effects of the dengue fever. These have included severe exaggerated easy fatigability and cognitive dysfunction which were objectively evaluated by neuropsychological testing. It is clear that stressful situations, both personally and professionally, exacerbate all her symptoms including the neurologic and hematologic findings. There is no question that Dr. Norden was disabled.

I was gratified by her improvement when I saw her in September, as her symptoms were dissipating quite rapidly. However, a cold virus in November apparently reactivated the effects of the dengue, causing the symptoms to recur (multiple viruses can do that at times). We are currently watching this situation.

If you have any other questions or concerns, please do not hesitate to contact me.

Sincerely yours,

Craig M. Kessler MD

Craig M. Kessler, MD
Professor of Medicine and Pathology
Chief, Division of Hematology/Oncology

cc: Andrey Fowler, OHR, Smithsonian Inst.
Fax: (202) 275-1111