# **EXHIBIT 5**

## Mail Message

Novell.

Close  Previous  Next  Forward  Reply to Sender  Reply All  Move  Delete  Properties

**From:** Thomas Lawford
**To:** Ted Schultz
**CC:** Marilyn Slomba, Marge Isley, Thomas Lawford, Juanita L. TUTT
**Date:** Monday - September 2, 2002 6:14 PM
**Subject:** Beth Norden - off one month

This is an update advisory on the medical status of Beth Norden. I have just been in contact by telephone with her treating physician Dr. David Granite. We had an in depth conversation on August 28 about her progress during the past 6 months as well as future projections.

Dr. Granite is the central physician in her case, and has all of the updates from her team of Georgetown physicians in his files. He feels that there has been a gradual improvement in her condition over the past 6 months. Heat is definitely a stressor for Beth. She has discussed with him the effects that this inordinately hot summer have had on her, especially the past month of August with its 10-day strings of 95 - 98F days. Dr. Granite recommends / approves of / endorses the plan for her to take off for one month. He is quite positive that this does not represent a reversal in her improvement trend. Rather it is a tactical maneuver to even the score with the heat stress she has experienced. He anticipates a continued gradual improvement on her part over the long run.

I asked about her work hours when she returns from this one month 'sabattical'. Dr. G advised me that we should continue on with the 20 work hours per week as before, to run through Dec 31 2002. He will revisit the issue of her working hours at that time.

I will file this email advisory in her chart so as to make it part of her medical record. Please feel free to call me if you have any questions. I will be back tomorrow as usual (Tuesday Sept 3)

Tom Lawford MD
Occ Med Specialist for SI
202-275-2222

# **EXHIBIT 6**




# Georgetown University Hospital

Department of Neurology
1st Floor Bles

February 8, 2002

To Whom It May Concern:

Ms. Beth Norden is under my care for the neurologic sequelae of Dengue fever. She has been off work because of her neurologic symptoms, which include cognitive changes and headache and which have now improved significantly, and we feel that it is appropriate for her to attempt return to work at this time. While Ms. Norden is greatly improved medically, she is not yet completely back to her baseline, although we do anticipate that she will return to her usual level of function. Her schedule must therefore be arranged in a manner that will allow her to gradually return to her pre morbid level of activity and function without posing undue physical stresses that will slow down her recovery. To that end, I recommend the following. Ms. Norden should work half-time upon returning to work, and continue at this level until she feels ready to move to a ¾-time schedule then on to full time. Each increase in work hours should be made as she tolerates. Even when Ms. Norden is at her full-time schedule, she may still require intermittent leave for any temporary recurrence of symptoms or for medical visits.

Please contact us if further information is required regarding Beth Norden's schedule for returning to work.

Sincerely,

Pamela Blake, M.D.
Assistant Professor,
Department of Neurology

| | | | | |
|---|---|---|---|---|
| Michael D. Sirdofsky, MD<br>*Interim Chairman* | Pamela Blake, MD<br>*Assistant Professor* | Pavel Klein, MD<br>*Assistant Professor* | John R. Richert, MD<br>*Professor* | Manuel Yepes, MD<br>*Instructor* |
| Paul S. Aisen, MD<br>*Professor* | Heidi Crayton, MD<br>*Instructor* | Jonathan Pincus, MD<br>*Professor and Chairman Emeritus* | Carlo Tornatore, MD<br>*Assistant Professor* | MDA Clinic |

MedStar Health

3800 Reservoir Road, NW, Washington, DC 20007-2197
phone: 202 687 8525 • fax: 202 784 2261

# **EXHIBIT 7**

Mail Message                                                                    Novell.

From: Michael Johnson
To: Chandra Heilman, Beth Norden, Thomas Lawford, Kathryn Makos
Date: Tuesday - October 15, 2002 3:44 PM
Subject: Re: My meeting with Ross today

Well, I guess we go back to the drawing board. Is anything available at USDA which would not impact Beth's condition.
Mike

>>> Chandra Heilman 10/15/02 03:18PM >>>
I spoke with Ross Simons this morning. He says that positions are in short supply at NH and SERC and he would not be able to transfer Beth with her position anywhere else in the museum or outside. The position at the Insect Zoo is frozen now. If it were to be filled, it would be announced and Beth could apply for it and would be considered with other candidates. However, he did think detailing her, on a reimburseable basis, to another agency or bureau was a possibility if we could identify a position elsewhere that could pay her salary.

I thought it would be a good idea for all of us to meet to realistically discuss Beth's options and pros and cons of each with Beth, so that we would all have the same information with which to work. Please let me know your availability next week. Thanks.

# **EXHIBIT 8**

Case 1:05-cv-01232-RMC   Document 56-6   Filed 01/30/2008   Page 7 of 15

## NMNH Department of Entomology (SI)

| Tel no. | Last Name | First Name | Position | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| 35 97 | Adams | Nancy E. | NOIS Unit Mgr. | NHB | W-306 | 105 |
| 35 67 | Blair | W. Marie | Mgmt. Specialist | NHB | W-310 | 105 |
| 35 68 | Burns | John M. | Res. Entomologist | NHB | S-401 | 127 |
| 35 48 | Coddington | Jonathan A. | Res. Entomologist | NHB | W-305 | 105 |
| 35 67 | Davis | Donald R. | Res. Entomologist | NHB | S-410 | 127 |
| 35 44 | Epstein | Marc | HAL Unit Mgr. | NHB | W-303 | 105 |
| 35 109 | Erwin | Terry L. | Res. Entomologist | NHB | W-501 | 169 |
| 35 172 | Faitoute | Robin A | Mus. Specialist | NHB | W-606 | 169 |
| 35 55 | Faycik | Ronald J. | Mus. Specialist | NHB | 552 | 165 |
| 35 124 | Feher | Deborah R. | Reg. Syst. Coord. | NHB | 544 | 165 |
| 35 46 | Furth | David G. | Coll. Manager | NHB | 444 | 165 |
| 35 25 | Hall | Juanita B. | Secretary | NHB | 544 | 165 |
| 35 4 11 | Harvey | Donald J. | Mus. Specialist | NHB | S-403 | 127 |
| 35, 2. 17 | Hevel | Gary F. | Publ. Info. Officer | NHB | 442 | 165 |
| 766 2 57 | House | Gloria N. | Mus. Specialist | NHB | W-605 | 169 |
| 357 18 | Larcher | Scott F. | Mus. Specialist | NHB | W-304 | 105 |
| 357 7 | Louton | Jerry A. | Supv. Mus. Spec. | NHB | 543 | 165 |
| 766 9 | Malikul | Vichai | Sci. Illustrator | NHB | S-406 | 127 |
| 357 6 | Mathis | Wayne N. | Res. Entomologist | NHB | W-619 | 169 |
| 357 4 | McGinley | Ronald J. | Res. Entomologist | NHB | W-300 | 105 |
| 357 | Mello | Maureen J | Mus. Specialist | NHB | W-312 | 105 |
| 357 | Molineaux | Mary Jo | Mus. Specialist | NHB | 550 | 165 |
| 357 | Murphy | Cynthia | Mus. Tech. Invent. | NHB | 543 | 165 |
| 357 | Norden | Beth B. | Mus. Specialist | NHB | 455 | 165 |
| 357 | Polhemus | Dan A. | Res. Entomologist | NHB | W-302 | 105 |
| 357 | Robbins | Robert K. | Res. Entomologist | NHB | S-412 | 127 |
| 357 | Schultz | Theodore R. | Res. Entomologist | NHB | 452 | 165 |
| 357 | Sims | Linda L. | Computer Spec. | NHB | 543 | 165 |
| 357 | Sohn | Young T. | Sci. Illustrator | NHB | W-622 | 169 |
| 357 | Spangler | Paul J. | Res. Entomologist | NHB | W-608 | 169 |
| 357 | Steiner, Jr. | Warren E. | HDC Unit Mgr. | NHB | 550 | 165 |
| 357 | Venable | George L. | Sci. Illustrator | NHB | W-600 | 169 |
| 357 5 | Williams | Hollis B. | Mus. Specialist | NHB | W-620 | 169 |
| 357-2018 | Youmans | Carol L. | Secretary | NHB | W-308 | 105 |

### MCSE Univ. Maryland-College Park

| Tel no. | Last Name | First Name | Position | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| 357-2648 | Hutchings | Roger | Pre-Doc | NHB | S-Deck | 127 |
| 301-405-3957 | Mitter | Charles | Res. Associate | UMC | UMD | 105 |
| 357-2469 | Southard | Dawn | Pre-Doc | NHB | W-001 | 169 |

### MSC and Walter Reed Biosystematics Unit

| Tel no. | Last Name | First Name | Position | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| 301-2 166 | Gaffigan | Thomas V. | Mus. Specialist | MSC | C1125 | 534 |
| 301-2 166 | Huang | Yiau-Min | Res. Associate | MSC | C1109 | 534 |
| 301-2 165 | Korpal | Karl F. | Mus. Specialist | MSC | C1104 | 534 |
| 301-2 165 | Pecor | James F. | Mus. Specialist | MSC | C1111 | 534 |
| 301-2 165 | Peyton | E. L. | Mus. Specialist | MSC | C1117 | 534 |
| 301-2 165 | Rueda | Leopoldo M. | Res. Entomologist | MSC | C1117 | 534 |
| 301- 166 | Schiff | Lotte | Volunteer | MSC | C1117 | 534 |
| 301- 167 | Stockwell | Scott | Manager, WRBU | MSC | C1119 | 534 |
| 301-2 162 | Wilkerson | Rick C. | Res. Entomologist | MSC | C1107 | 534 |

### NMNH - Miscellaneous Nos.

| Tel no. | Name | | | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| 357 1731 | Acctg. Services Unit | | | NHB | | |
| 357 5 | ADP | | | NHB | 414 | |
| 786 13 | Associate Director for Science | | | NHB | | 106 |
| 35 74 | ADS Office (Wendy Wiswall) | | | NHB | | 105 |
| 35 36 | Bldg. Mgmt (send e-mail to A. Jones) | | | NHB | 6 | |
| 35 16 | Casey Room | | | NHB | W-629B | |
| 78 94 | Entomology Fax Number (NMNH) | | | NHB | W-308 | |
| 35 54 | Entomology Library | | | NHB | W-629C | 169 |
| 35 66 | Guards | | | NHB | 50 | |
| 202-99 195 | GW (Hormiga's Lab) | | | GWU | | |
| 35 186 | Insect Zoo | | | NHB | 101 | |
| 35 343 | Lights (send e-mail to Kirkland) | | | NHB | | |
| 301-2 130 | LMS | Braun | Director | MSC | C1000 | 534 |
| 301-4 058 | MCSE Lab at College Park | | | UMC | | |
| 301-2 161 | MSC Ant Room (Margaret's old ofc) | | | MSC | C1129 | 534 |
| 301-4 085 | MSC Sorting Center (Entomology) | | | MSC | | |
| 301-2 051 | MSC Termite Room (Nickle) | | | MSC | C1103 | 534 |
| 3 189 | NMNH Administrative Office | | | NHB | 418 | 106 |
| 7 328 | NMNH Admin Office Fax | | | NHB | 418 | 106 |
| 3 664 | Office of the Director | | | NHB | 421 | 106 |
| 3 443 | Parking Ofc (Not Daily) | | | NASM | | |
| 3 964 | Parking Ofc (Daily Parking) | | | NASM | | |
| 3 969 | Shipping Ofc | | | NHB | | |
| 3 197 | Travel Services | | | NHB | 57A | |
| 301-5 482 | USDA Fax Number (Beltsville) | | | | | |
| 7 422 | USDA Fax Number (Downtown) | | | NHB | W-313 | |
| 3 363 | Anthro | Stanford | Chair | NHB | 368 | 112 |
| 3 534 | Botany | Wagner | Chair | NHB | W-405 | 166 |
| 3 030 | IZ | Fauchald | Chair | NHB | W-323 | 163 |
| 3 112 | Min. Sci | McPherson | Chair | NHB | E-416 | 119 |
| 3 62 | Paleo | DiMichele | Chair | NHB | E-207 | 121 |
| 35 40 | VZ | Johnson | Chair | NHB | 369 | 109 |

## USDA: Systematic Entomology Laboratory (SEL)

| Tel no. | Last Name | First Name | Position | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| 2822 | Adamski | David | Entomologist | NHB | W-333 | 168 |
| 32 | Anderson | Cathy Jo | Mus. Technician | NHB | 453 | 168 |
| 36 | Brown | John W. | Res. Entomologist | NHB | S-401 | 165 |
| 301 50 | Carlson | Robert W. | Entomologist | BAR | 106 | 168 |
| 32 | Carlow | Tami | Mus. Technician | NHB | 557 | 168 |
| 301 11 | Creel | Debra D. | Biol. Lab. Tech. | BAR | 103 | 168 |
| 301 5 13 | Diaz | Susan D. | Secretary | BAR | 107 | 168 |
| 11 | Grissell | E. Eric | Res. Entomologist | NHB | 546 | 168 |
| 301 10 | Hazelwood | Betty J | Ofc. Automation As | BAR | 101 | 168 |
| 10 | Henry | Thomas J. | Res. Entomologist | NHB | W-301 | 168 |
| 301 1 | Huffman | Kim L. | Ofc. Automation As | BAR | 101 | 168 |
| 8 | Jamison | Elaine B. | Computer Asst. | NHB | W-602 | 168 |
| 14 | Lawrence | Linda H. | Sci. Illustrator | NHB | 450 | 168 |
| 8 | Lee | Vera M. | Secretary | NHB | W-313 | 168 |
| 0 | Lewis | Jon (Buck) | Biol. Lab. Tech. | NHB | S-408 | 168 |
| 13 | Lingafelter | Steven W. | Res. Entomologist | NHB | W-612 | 168 |
| 15 | Malikul | Nit | Biol. Lab. Tech. | NHB | W-621 | 168 |
| 13 | McKamey | Stuart | Res. Entomologist | NHB | W-300 | 168 |
| 301 16 | Miller | Gary L. | Entomologist | BAR | 7 | 168 |
| 301 15 | Miller | Douglass R. | Res. Entomologist | BAR | 102 | 168 |
| 301 13 | Nakahara | Sueo (Steve) | Res. Entomologist | BAR | 7 | 168 |
| 12 | Nickle | David A. | Res. Entomologist | NHB | W-311 | 168 |
| 35 | Norrbom | Allen L. | Res. Entomologist | NHB | W-623 | 168 |
| 32 | Nuhn | Terry P. | Biol. Lab. Tech. | NHB | 451 | 168 |
| 301 34 | Odermatt | Douglas | Entomol. APHIS-P | BAR | 104 | 168 |
| 90 | Pakaluk | James | Res. Entomologist | NHB | W-604 | 168 |
| 56 | Pogue | Michael | Res. Entomologist | NHB | S-411 | 168 |
| 34 | Roberts | Elisabeth | Mus. Technician | NHB | W-607 | 168 |
| 35 | Rodriguez | Lucrecia | Mus. Technician | NHB | W-621 | 168 |
| 34 | Schauff | Michael E. | Res. Entomologist | NHB | 548 | 168 |
| 33 | Smith | David R. | Res. Entomologist | NHB | 446 | 168 |
| 35 | Solis | M. Alma | Res. Entomologist | NHB | S-413 | 168 |
| 301-5 13 | Stoetzel | Manya B. | Res. Leader, SEL | BAR | 100 | 168 |
| 3 12 | Taylor | Terri L. | Biol. Lab. Tech. | NHB | 453 | 165 |
| 3 0 | Thompson | F. Christian | Res. Entomologist | NHB | W-614 | 168 |
| 301-5 1 | Touhey | Peter A. | Biol. Lab. Tech. | BAR | 101 | 168 |
| 3 2 | Vandenberg | Natalia J. | Entomologist | NHB | W-611 | 169 |
| 302-1 2 | Woodley | Norman E. | Res. Entomologist | NHB | W-613 | 168 |

### SI/SEL Pre and Post Docs, Res. Associates, Visitors, Volunteers

| Tel no. | Last Name | First Name | Position | Loc | Rm | Mail Stop |
|---|---|---|---|---|---|---|
| | Anderson | Donald M. | USDA Collaborator | NHB | W-610 | 168 |
| | Baptista | Alessandra | Pre-Doc | NHB | W-803 | 168 |
| | Baptista | Renner | Pre-Doc | NHB | W-333 | 105 |
| | Bash | Katherine | Intern | NHB | S-407 | 127 |
| | Bell | Eileen | Volunteer | NHB | S-Deck | 127 |
| 301 | Bickley | William E. | Res. Associate | MSC | C1119 | 534 |
| | Boose | Linda | Intern | NHB | S-413 | 127 |
| | Brower | Andrew | Post-Doc | NHB | S-Deck | 127 |
| | Burns | Sarah N. | Volunteer | NHB | S-401 | 127 |
| | Carroll | Lynn | Contractor | NHB | W-603 | 168 |
| | Chavarria | Gabriela | Res. Associate | NHB | W-333 | 105 |
| 5 | Coca | Milagro | Post-Doc | NHB | W-607 | 169 |
| 7 | Davis | Mignon | Volunteer | NHB | S-410 | 127 |
| 7 | Ennis | Joan | Volunteer | NHB | W-306 | 105 |
| 0 | Fairman | Jennifer | Contractor | NHB | W-609 | 168 |
| 7 | Ferguson, | Douglas C. | Res. Associate | NHB | S-409 | 168 |
| 9 | Flint, Jr. | Oliver S | Emeritus Scientist | NHB | W-307 | 105 |
| 9 | Flint | Carol | Volunteer | NHB | W-307 | 105 |
| 6 | Forsyth | Adrian B. | Res. Associate | NHB | 551 | 105 |
| 5 | Froeschner | Richard C. | Emeritus Scientist | NHB | W-300A | 105 |
| 16 | Gagne | Raymond J. | Res. Associate | NHB | W-615 | 168 |
| 18 | Galanis | George | Volunteer | NHB | W-304 | 105 |
| 38 56 | Gentili-Poole | Patricia | Res. Associate | NHB | S-404 | 127 |
| 38 18 | Harman | J. Alexander | Museum Aide | NHB | W-611 | 168 |
| 35 56 | Hollmann-Sch | Volker | Post-Doc | NHB | W-619 | 169 |
| 6 32 | Hormiga | Gustavo | Res. Associate | NHB | W-333 | 105 |
| 35 | Kweskin | Matthew | Contractor | NHB | W-604 | 169 |
| 78 55 | Judd | Darlene D. | Post-Doc | NHB | W-619 | 169 |
| 38 04 | Konstantinov | Alexander | Post-Doc | NHB | W-610 | 168 |
| 78 35 | Kotrba | Marion | Post-Doc | NHB | W-619 | 169 |
| 35 39 | Krombein | Karl V. | Emeritus Scientist | NHB | 448 | 165 |
| 35 18 | Lee | Jong Eun | Post-Doc | NHB | W-629A | 169 |
| 35 56 | Mathis | Dianne | Volunteer | NHB | W-618 | 169 |
| 35 50 | Ortiz | Enrique | Res. Collaborator | NHB | 551 | 105 |
| 35 36 | Power | Virginia | Contractor/Volunte | NHB | I, Zoo | 127 |
| 301-50 6 | Russell | Louise M. | USDA Collaborator | BAR | 7 | 168 |
| 35 | Sabrosky | Curtis | Res. Associate | NHB | W-620 | 168 |
| 301-2 10 | Savolainen | Riitta | Post-Doc | MSC | C1123 | 534 |
| 3 1 | Spangler | Phyllis | Volunteer | NHB | W-609A | 169 |
| 3 6 | Wechsler | Sally | Volunteer | NHB | S-410 | 127 |
| 357 8 | Whalen | Joan | Volunteer | NHB | S-Deck | 127 |

Dial "9" before 382- and area code 301- numbers, printed 6/4/97

# **EXHIBIT 9**

SI-USDA-MSC STAFF INTERNET ADDRESSES

The following list of email addresses is for use by staff who want to give an address to a correspondent outside the NMNH Groupwise system. It will also be useful for sending email between SI and USDA employees who do not share a common address book. Continue to use the online address book within your local system. Please send any corrections to IMU (357-1867).

| Name | Email |
|---|---|
| Adams, N. | ncy@nmnh.si.edu |
| Adamski, D. | i@sel.barc.usda.gov |
| Anderson, C. | on@sel.barc.usda.gov |
| Anderson, D. | on@sel.barc.usda.gov |
| Baptista, A. | a.alessandra@nmnh.si.edu |
| Baptista, R. | a.renner@nmnh.si.edu |
| Blair, M. | arie@nmnh.si.edu |
| Brown, J. | sel.barc.usda.gov |
| Burns, J. | ohn@nmnh.si.edu |
| Caldas, A. | astrid@nmnh.si.edu |
| Carlow, T. | @sel.barc.usda.gov |
| Carlson, B. | n@sel.barc.usda.gov |
| Carroll, L. | l@sel.barc.usda.gov |
| Coddington, J. | ton.jon@nmnh.si.edu |
| Creel, D. | sel.barc.usda.gov |
| Davis, D. | on@nmnh.si.edu |
| DeRoche, D. | .dana@nmnh.si.edu |
| Diaz, S. | el.barc.usda.gov |
| Epstein, M. | marc@nmnh.si.edu |
| Erwin, T. | rry@nmnh.si.edu |
| Faitoute, R. | .robin@nmnh.si.edu |
| Faycik, R. | onald@nmnh.si.edu |
| Feher, D. | bbie@nmnh.si.edu |
| Ferguson, D. | n@sel.barc.usda.gov |
| Forsyth, A. | adrian@nmnh.si.edu |
| Furth, D. | vid@nmnh.si.edu |
| Gaffigan, T. | t@simsc.si.edu |
| Gagne, R. | el.barc.usda.gov |
| Gentili-Poole, P. | poole.patricia@nmnh.si.edu |
| Gibson, N. | cole@nmnh.si.edu |
| Gimpel, M. | el.barc.usda.gov |
| Grissell, E. | @sel.barc.usda.gov |
| Hall, J. | ita@nmnh.si.edu |
| Harvey, D. | n@nmnh.si.edu |
| Hazelwood, B. | d@sel.barc.usda.gov |
| Henry, T. | l.barc.usda.gov |
| Hevel, G. | y@nmnh.si.edu |
| Hibbs, P. | r@nmnh.si.edu |
| Hollmann-Schirrmach., V. | nmnh.si.edu |
| House, G. | ia@nmnh.si.edu |
| Huang, Y. | -min@nmnh.si.edu |
| Huffman, K. | el.barc.usda.gov |
| Jamison, E. | el.barc.usda.gov |
| Judd, D. | e@nmnh.si.edu |
| Konstantinov, A. | ov@sel.barc.usda.gov |
| Krombein, K. | l@nmnh.si.edu |
| Kweskin, M. | @nmnh.si.edu |
| Lawrence, L. | el.barc.usda.gov |
| Larcher, S. | tt@nmnh.si.edu |

| Name | Email |
|---|---|
| Lee, J. E. | ig.eun@nmnh.si.edu |
| Lee, V. | el.barc.usda.sel |
| Lewis, J. | @sel.barc.usda.gov |
| Lingafelter, S. | felter@sel.barc.usda.gov |
| Louton, J. | .jerry@nmnh.si.edu |
| Malikul, N. | ul@sel.barc.usda.gov |
| Malikul, V. | l.vichai@nmnh.si.edu |
| Mastromatteo, L. | matteo.leo@nmnh.si.edu |
| Mathis, W. | .wayne@nmnh.si.edu |
| McGinley, R. | ey.ron@nmnh.si.edu |
| McKamey, S. | ey@sel.barc.usda.gov |
| Mello, M. | maureen@nmnh.si.edu |
| Miller, D. | @sel.barc.usda.gov |
| Miller, G. | lle@sel.barc.usda.gov |
| Molineaux, M. | ux.mary.jo@nmnh.si.edu |
| Murphy, C. | cynthia@nmnh.si.edu |
| Nakahara, S. | a@sel.barc.usda.gov |
| Nay, J. | nmnh.si.edu |
| Nickle, D. | l.barc.usda.gov |
| Norden, B. | @nmnh.si.edu |
| Norrbom, A. | l.barc.usda.gov |
| Nuhn, T. | el arc.usda.gov |
| Odermatt, D. | l.barc.usda.gov |
| Pecor, J. | sin .si.edu |
| Per de Place, Bjorn | @nm si.edu |
| Peyton, E. | @si .si.edu |
| Pogue, M. | sel. rc.usda.gov |
| Polhemus, D. | bish .bishop.hawaii.org |
| Power, V. | sel. rc.usda.gov |
| Robbins, R. | .rol t@nmnh.si.edu |
| Roberts, L. | @s barc.usda.gov |
| Rodriguez, L. | ez el.barc.usda.gov |
| Rueda, P. | ap im .si.edu |
| Schauff, M. | @s .barc.usda.gov |
| Schultz, T. | z nmnh.si.edu |
| Sims, L. | mnh.si.edu |
| Smith, D. | barc.usda.gov |
| Sohn, Y. | nmnh.si.edu |
| Solis, A. | barc.usda.gov |
| Southard, D. | wn@nmnh.si.edu |
| Spangler, P. | ul@nmnh.si.edu |
| Staines, C. | rles@nmnh.si.edu |
| Steiner, W. | ren@nmnh.si.edu |
| Stoetzel, M. | e, el.barc.usda.gov |
| Thompson, C. | or el.barc.usda.gov |
| Touhey, P. | @s .barc.usda.gov |
| Vandenberg, N. | be @sel.barc.usda.gov |
| Venable, G. | rge@nmnh.si.edu |
| Wilkerson, R. | or simsc.si.edu |
| Williams, B. | s. lly@nmnh.si.edu |
| Woodley, N. | y@ l.barc.usda.gov |
| Youmans, C. | ol@nmnh.si.edu |
| Zumbado, M. | uel@nmnh.si.edu |

# EXHIBIT 10

Presented by the **International Society for the History, Philosophy, and Social Stud**

Home > Papers > Pamela Henson

## Pamela Henson

Types, Pests, and Endangered Species: A Biography of the US National Entomological Collection

<u>Pamela Henson</u>
*Smithsonian Institution*

Full text: Not available
Last modified: March 16, 2005
Presentation date: 07/15/2005 2:00 PM in MACK 237
(View Schedule)

## Abstract
(In ento collection session)

When the Smithsonian Institution was founded in 1846, its legislation included a provision for it to be the National Museum of the United States. The first curator of the National Museum, Spencer Fullerton Baird, focused his own research on basic questions of taxonomy and evolution, but he recognized the importance of applied research, especially in such fields as fisheries and agriculture. His goal was to create a National Voucher Collection of all North American taxa and a comprehensive global collection to facilitate taxonomic classification. Insect specimens were among the earliest collections at the Smithsonian's National Museum, but for their first quarter century, the location and purpose of those collections was subject to debate and change. When the United States Department of Agriculture was created in 1862, it was given a mandate to study agriculturally important insects and it began to develop its own collection. However, the Secretary of the Smithsonian, Joseph Henry, did not share Baird's commitment to a National Voucher Collection. After a fire at the Smithsonian in 1865, he transferred a number of its collections to other organization, including its entomological collections to the USDA where research focused on economic issues. In 1874 the National Museum established a curator of insects to conduct basic research. In 1881, after Secretary Henry's death and Baird's appointment as the second Secretary, the collections were returned to the Smithsonian. USDA staff were given offices in the USNM where they studied economically important insects, while USNM staff focused on basic research on economically unimportant groups. This sharing arrangement continues to today despite several subsequent attempts to return the collection to the USDA. In addition, in the twentieth century, as habitats disappeared and the role of insects in the complex web of life became better understood, the National Entomological Collection became a repository for information on biodiversity and ecologically important species — endangered or extinct species and species crucial to the restoration of habitats. Entomologists trained in ecology joined economic entomologists and taxonomists in the USNM, studying the same collections from a different perspective. This paper will discuss the purpose and use of the US National Entomological Collection, as a tool for taxonomic classification, evolutionary research, biodiversity assessments, the study of economically important insects, and ecological studies of the roles of insects in specific habitats.

**Multiple Paper Session**:
Other papers in this session:

# Pamela M. Henson

**Historian**

*Institutional History Division*
*Smithsonian Institution Archives*
*Smithsonian Institution*
*PO Box 37012*
*MRC 414*
*Washington, D.C. 20013-7012*
hensonp@si.edu

## Research Interests

History of natural history, especially entomology; history of women in science; history of scientific illustration; history of the Smithsonian Institution; history of museums; use of visual evidence, both photographs and moving images, to study science.

## Current Research Projects

Recently completed articles on Smithsonian women attempting to conduct field work in the tropics, 1900-1960. Working on a book, with colleague, on images of American science, using visual evidence to analyze scientific practice. Completing an article on the history of museums in the United States, 1750 to 1890, focusing on the creation of the U.S. National Museum at the Smithsonian.

## Current or Projected Exhibits

"Smithsonian Expeditions: Exploring Latin America and the Caribbean" with Jane Walsh and Margaret Dittemoore, opened at the Miami Museum of Science in November 1999, until 2004.

"Smithson's Gift: The History of a Bequest," Smithsonian Institution Building, 1996--

See web exhibits at www.si.edu/archives/ihd/ihdhome.htm

## Recent Publications

"Invading Arcadia: Women Scientists in the Field in Latin America, 1900-1950,"

The Americas 58, 4 (April 2002): 577-600.

"Spencer Baird's Dream: A U.S. National Museum," essay in Cultures and Institutions of Natural History, edited by Alan Leviton, California Academy of Sciences, 2000, pp. 101-126.

"The Smithsonian Goes to War: The Increase and Diffusion of Scientific Knowledge in the Pacific," essay in Science and the Pacific War: Science and Survival in the Pacific, 1939-1945, edited by Roy M. MacLeod, Kluwer Academic Press, 2000.

"'Objects of Curious Research': The History of Science and Technology at the Smithsonian," Isis, 90 (1999): S249-S269.

"'Through Books to Nature': Anna Botsford Comstock and the Nature Study Movement," in Natural Eloquence: Women Reinscribe Science, B. T. Gates and A. B. Shteir, eds., Univ. of Wisconsin Press, 1998, pp. 116-43.