UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH M. NORDEN, | ) |
|     Plaintiff, | ) |
|     v. | ) No. 05cv1232 (RMC) |
| CRISTIAN SAMPER, ACTING SECRETARY SMITHSONIAN INSTITUTION, | ) |
|     Defendant. | ) |

**DOCUMENTS IN SUPPORT OF
DEFENDANT'S MOTION TO STRIKE AND FOR SANCTIONS**

1