Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD 20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden,    )<br>                            )<br>            Plaintiff    )<br>                            )<br>    v.                   )<br>                            )<br>                            )<br>Cristian Samper,    )<br>Acting Secretary of )<br>Smithsonian          )<br>                            )<br>            Defendant )<br>                            ) | Case No. 051232 (RMC)<br><br>**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND SANCTIONS** |

### AFFIDAVIT OF BETH NORDEN

I, Beth M. Norden, declare:

1. My name is Beth Norden.

2. I am over the age of eighteen and competent to testify.

3. My address is 112 Greenhill Road, Greenbelt, Maryland.

4. I am a former Smithsonian employee who holds a Ph.D. in entomology. I worked at the Smithsonian for approximately 15 years, and consistently received the highest possible performance evaluation – "outstanding."

5. I kept a file at my home and labeled it Jim Cole because Jim Cole is the attorney friend that I knew from church and who put me in touch with Bruce Goodman. I kept all documents and correspondence from or to Bruce Goodman in this Jim Cole file.

6. I relied on the authority of the Smithsonian regarding the date of April 7, 2003, on the Smithsonian's informal resolution of my complaint, and I testified and answered discovery and interrogatories accordingly, not knowing that Mr. Goodman's February 10, 2003, letter could be used legally to question the Smithsonian's authority as to its April 7, 2003, date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 13 Feb. 2008

Respectfully submitted,

*Beth B. Norden, Ph.D.*
Dr. Beth M. Norden