# EXHIBIT 2

# SMITHSONIAN INSTITUTION
## OFFICE OF EQUAL EMPLOYMENT AND MINORITY AFFAIRS (OEEMA)

Employees or applicants for employment seeking the counseling services of OEEMA are requested to complete and return this form to 750 Ninth Street, NW, (MRC 0921), Washington, D.C. 20560, (ATTN: Complaints Program) or fax to 202-275-2055.

**1. Please provide the following information.**

Name: BETH B. NORDEN

Job Title: MUSEUM SPECIALIST      Series 1016          Grade GS 11/7

Place of Employment: MUSEUM OF NATURAL HISTORY

Work Phone No: _____ Ext _____ Home Phone No: _____

Mailing Address: C/O BRUCE E. GOODMAN, ESQ.

    7676 NEW HAMPSHIRE AVENUE - STE. 114

    TAKOMA PARK, MD  20912

**2. Primary Agency Witness (Individual(s) who discriminated)**

Name: SCOTT MILLER - ACTING DIRECTOR

Address: _____

Telephone Number: _____

Immediate Supervisor: TED SCHULTZ - SUPERVISOR / WAYNE MATHIS - SECTION HEAD

Telephone Number: _____

**3. Please provide the base(s) on which you believe discriminatory actions were taken.**
(e.g. "Race: Asian American" or "Sex: Female")

a) [ ] Race (Specify i.e. Asian, African American) _____

b) [ ] Color (Specify i.e. black) _____

c) [ ] National Origin (Specify i.e Hispanic) _____

d) [ ] Sex (Specify i.e. Female, Male) _____

e) [ ] Age (Date of Birth i.e. 8/10/52 ) _____

04/07/2003 18:36    301439¯¯90                    MILTON KAPLAN¯                PAGE  02
04/29/2003 14:11    20422¯ ¯155                    SMITHSONIAN OR¯  ¯            PAGE  03

f) [√] **Disability** (Specify i.e diabetic)   HEMORRHAGIC FEVER

g) [ ] **Religion** (Specify i.e. Catholic ) _____

h) [ ] **Reprisal** (Complete # 7 below)

i) [ ] **Sexual Harassment**

**4. If you have an attorney or someone representing you concerning the matters raised in this complaint, please provided the following:**

Name:   BRUCE E. GOODMAN, ESQ.

Address:   7676 NEW HAMPSHIRE AVENUE  -  STE. 114

City:   TAKOMA PARK                          State   MD        Zip   20912

Telephone Number:   (301) 408-2445

**5. On what date(s) did the alleged discrimination take place?**   NOVEMBER 30, 2002

**6. Please explain as clearly as possible:** (use additional sheets, if necessary, and attach copies of all supporting materials pertaining to your claim.)

**(a) what happened**( how you were discriminated against and the date of each incident)

IN AUGUST 2000, DR. NORDEN CONTRACTED HEMORRHAGIC FEVER PERFORMING FIELDWORK FOR THE SMITHSONIAN INSTITUTION.  AS A DIRECT RESULT, DR. NORDEN HAS DEVELOPED AN ACUTE SENSITIZATION TO NAPHTHALENE, A. CHEMICAL USED THROUGHOUT THE DEPARTMENT OF SYSTEMIC BIOLOGY IN THE NATIONAL MUSEUM OF HISTORY.  IN OCTOBER 2002, THE OFFICE OF SAFETY AND ENVIRONMENTAL MANAGEMENT REQUESTED THAT THE DEPARTMENT DEVELOP A PLAN TO CONTROL DR. NORDEN'S EXPOSURE TO NAPHTHALENE, TO ACCOMMODATE HER DISABILITY.  THE DEPARTMENT FAILED AND REFUSED TO DO SO.  RATHER, THE DEPARTMENT TERMINATED DR. NORDEN'S PART-TIME WORK SCHEDULE EFFECTIVE NOVEMBER 30, 2002.

04/07/2003 18:36   3014397090
02/25/2003 14:11   20227   '55          MILTON KAPLANM
                                        SMITHSONIAN OE          PAGE  03
                                                                PAGE  04

**(b) why you believe it happened**

DR. NORDEN BELIEVES THAT THE DEPARTMENT CAN ACCOMMODATE HER DISABILITY, BUT

IS FAILING AND REFUSING TO DO SO.   THE ACCOMMODATION IS A REASONABLE ONE.

**c) list all the names and telephone numbers of those involved**

| Name | | Phone # |
|------|------|---------|
| SCOTT MILLER – ACTING DIRECTOR | | |
| Name | TED SCHULTZ – SUPERVISOR | Phone # |
| Name | WAYNE MATHIS – SECTION HEAD | Phone # |
| Name | | Phone # |

**(d) explain who and how other persons were treated differently from you.**

**7. If you are alleging reprisal for having filed or participated in an EEO complaint, please explain in detail:**

**(a) who did it**

**(b) what was done**

04/07/2003  18:36    301439.  0    MILTON KAPLANM    PAGE  04
02/25/2003  14:11    20227r  55    SMITHSONIAN OE    PAGE  05

(c) when was it done

_____

_____

_____

8. Please list below any persons (witnesses, fellow employees, supervisors, or others), if known, whom we may contact for additional information to support or clarify you complaint.

| Name | Address | Telephone Numbers |
|------|---------|-------------------|
|      |         |                   |

9. What remedy are you seeking for the alleged discrimination?

FOR THE DEPARTMENT TO ACCOMMODATE DR. NORDEN'S DISABILITY.  TO BE MADE WHOLE FOR

ALL LOSSES SUSTAINED AS A RESULT OF THE DEPARTMENT'S FAILURE AND REFUSAL TO

ACCOMMODATE DR. NORDEN'S DISABILITY.

10. Do you want to remain anonymous?    [X No        [ ] Yes

If you want to remain anonymous, please clarify what you would like OEEMA to do.

_____

_____

_____

*Bruce E Goodman*   4/7/03

Signature and Date