# **EXHIBIT 4**

1    and I think we have produced that.

2        Q    Was that after Exhibit 14 had been filed?  It's

3    dated April 7, 2003.

4        A    It may have been around this time and that --

5        Q    Okay.

6        A    -- may have stimulated the call.  I, I would have to

7    look at the calendar.

8        Q    Okay.  When did you retain counsel relating to

9    potential discrimination?

10       A    Official or unofficial?

11       Q    Let's start with unofficial.

12       A    Okay.  I officially, I got --

13       Q    And, and let me, let me say what I do not want you

14   to tell is specifics of conversations you had with any of your

15   lawyers, all right?

16       A    I wouldn't do that.

17       Q    Okay.  I just want to be clear and that you not

18   disclose that stuff.

19       A    Right.

20       Q    Right now I'm just interested in, in timing.

21       A    Right.

22       Q    Okay?  Okay, so start with unofficial.

23       A    I got this memo in November of 2002.

24       Q    Uh-huh.

25       A    That weekend I spoke with an attorney that's a

```
 1  member of my church.  He has an office in Greenbelt.

 2           MS. FANG:  And, Beth, I think those conversations

 3  are --

 4           MR. HENAULT:  Yeah.

 5           MS. FANG:  -- covered.

 6           MR. HENAULT:  Yeah, don't --

 7           MS. FANG:  That's it.

 8           THE WITNESS:  Yeah.  Just you spoke.  Don't tell me

 9  what you discussed, whether you retained him or not.

10           (Simultaneous conversation.)

11           THE WITNESS:  -- saying where he was located.

12           BY MR. HENAULT:

13      Q    Okay.

14      A    Kind of like I did, you know, go to Arizona and --

15

16      Q    No, I think we just, we just want to be sure that

17  you're not disclosing protective material.  Okay, so --

18      A    Well, good.

19      Q    So the weekend after receiving --

20      A    So almost immediately after getting this information

21  --

22      Q    Uh-huh.

23      A    -- I contacted my friend who is an attorney, asked

24  him how serious this was and --

25           MS. FANG:  No.
```

```
 1              MR. HENAULT:  Don't, don't, don't --
 2              THE WITNESS:  Oh, I'm sorry.  Sorry, sorry, I'm
 3    sorry.  Asked him his -- can I say that?
 4              MS. FANG:  No.
 5              (Simultaneous conversation.)
 6              THE WITNESS:  -- spoke with him at that time.
 7              BY MR. HENAULT:
 8         Q    Okay.
 9         A    There were follow up conversations.  There were
10    follow up e-mails.  He is the person that connected me with
11    Bruce Goodman.
12         Q    Okay.  When did you get connected with Mr. Goodman?
13         A    It was February I believe.  It may have been as
14    early as January.
15         Q    Of 2003, correct?
16         A    Of 2003.
17         Q    Okay.
18         A    Yes.  It was very early 2003.
19         Q    Okay.  Have you ever been to the entomology
20    chairman's office on the sixth floor?
21         A    Yes.
22         Q    Are you aware of there being EEO posters on the wall
23    outside --
24              MS. FANG:  Objection as to form.
25              BY MR. HENAULT:
```