# EXHIBIT 6

**From:**     Carol Gover
**To:**     Marshall, Era L.
**Date:**     04/01/2004 12:49:56 PM
**Subject:**     Re: fyi

She came for a conference call meeting.  The two managers in the unit (OD) had already called our phone when she arrived.  She immediately went to your office when we hung up.

>>> Era L. Marshall 04/01/04 12:48PM >>>
I was here when she arrive and went into conference with you.  I don't consider that a stopped by for me.  I must see the language and approve it before it is to used.  Thanks.

>>> Carol Gover 03/31/04 05:55PM >>>
fyi

Marilyn stopped by to talk with you after our phone conference.  She said that John Lapiana has the Beth Norden agreement.  She said that she revised the language to "restore" Ms. Norden's EEO rights and to remove the formal EEO complaint before forwarding the agreement to him.
Carol

**SI-2130**

**From:**    Carol Gover
**To:**    Margensey, Karen;  Slomba, Marilyn
**Date:**    04/07/2004 9:14:14 AM
**Subject:**    Fwd: Re: Agreement

Marilyn,
I'm forwarding this agreement to Karen Margensey.  Please coordinate directly with her.  Thanks.
Carol

>>> Marilyn Slomba 04/07/04 09:09AM >>>
John Lapiana in OGC has reviewed the attached version.  I wanted to make sure that all of you had the
final version before I sent it to the attorney.  Please let me know if you have any questions or concerns.


**CC:**    Marshall, Era L.


**SI-2136**

**From:**      Marilyn Slomba
**To:**        Fruchter, Susan;  Gover, Carol
**Date:**      04/07/2004 9:09:48 AM
**Subject:**   Re: Agreement

John Lapiana in OGC has reviewed the attached version.  I wanted to make sure that all of you had the final version before I sent it to the attorney.  Please let me know if you have any questions or concerns.

**CC:**        Adams, Nancy;  Cones, Tracey;  Mathis, Wayne;  schultz.LAB.SIEXT

**SI-2132**