# **EXHIBIT 8**

Case 1:05-cv-01232-RMC    Document 60-12    Filed 02/13/2008    Page 1 of 2

Report of Investigation in the Complaint of
Beth Mary Norden

Smithsonian Institution Case Number 03-20-082603

<u>Date Case Received by Investigator</u>

March 31, 2004

<u>Date Report of Investigation Submitted to the Office of Equal
Employment and Minority Affairs (OEEMA)</u>

May 17, 2004

III. **PROCEDURAL ISSUE(S) UNDER INVESTIGATION**

Whether the Complainant had constructive or actual notice of the ne limits for contacting an EEO Counselor and whether she acted in a time manner once she obtained actual or constructive knowledge of the time li s.[1]

IV. **INTRODUCTION/PROCEDURAL BACKGROUND**

a. Beth Mary Norden, Museum Specialist - Zoology, GS 1016- at the (NMNH) contacted a Smithsonian EEO Counselor on April 003, with claims on the basis of sex (female), and/or disability (naphth e sensitivity). No resolution materialized as evidenced by the Counselor's report. (Exhibit 2)

b. The formal complaint of discrimination was filed on August 2003. (Exhibit 1)

c. The latest date attributable to an alleged discriminatory act w November 30, 2002. (Exhibit 2)

d. Because it determined that the Complainant did not contact EEO Counselor within the required 45-day limitations period on e er of her claims, the Smithsonian dismissed the claims due to untimel EO Counselor contact by Final Agency Decision dated Novemb , 2003. (Exhibit 3)

e. The Complainant appealed the Smithsonian's Final Agency cision to the EEOC's Office of Federal Operations on December 3, 2( . (Exhibit 4)

---

[1] Norden v. Smithsonian Institution, EEOC Appeal No. 01A41096, March 31, 2004 The )C directed the Smithsonian to supplement the record with affidavit(s) and/or copies of posters showin at the Complainant was informed of the time limit for contacting an EEO Counselor during the vant time frame.

2