# **EXHIBIT 9**

Case 1:05-cv-01232-RMC    Document 60-13    Filed 02/13/2008    Page 1 of 2

**From:** "Karen Margensey" <Margenseyk@oeema.si.edu>
**To:** <fvickie@comcast.net>
**Subject:** RE: SI #05-04, Norden v. Small
**Date:** Mon, 3 Jan 2005 19:15:32 +0000

Good Afternoon -

Once a formal complaint is filed, both the complainant and his/her representative receive copies of all communications from this office. Thanks.

Karen E. Margensey
EEO Compliance Specialist
Office of Equal Employment &
 Minority Affairs
Smithsonian Institution
P.O. Box 37012, Suite VB 8100, MRC 921
Washington, DC 20013-7012
202/275-0154
202/275-2055 Fax
margenseyk@oeema.si.edu


>>> <fvickie@comcast.net> 01/03/05 01:50PM >>>
Thanks for your reply, Karen. Yes, I remember that Dr. Norden sent the letter you referred to in 2003 after she hired new counsel, but since that time, all other correspondance from your office (that I know of) has gone to both Dr. Norden and to me. Are you certain that nothing pertaining to the 2004 Final Interview was copied to Dr. Norden?

Thanks so much for your help.


Vickie


> Good Afternoon,
>
> In Ms. Norden's 11 July 2003 written request to the EEO Counselor, she
> stated "Please contact her [Vickie Fang, Esq.] in all matters pertaining to
> me and the Smithsonian Institution." The EEO Counselor sent all
> communications to you, as Ms. Norden's representative, per Ms. Norden's
> direction. Thanks.
>
>
>
> Karen E. Margensey
> EEO Compliance Specialist
> Office of Equal Employment &
>  Minority Affairs
> Smithsonian Institution
> P.O. Box 37012, Suite VB 8100, MRC 921
> Washington, DC 20013-7012
> 202/275-0154