Smithsonian Institution
Office of Equal Employment and Minority Affairs

July 23, 2004

Mr. Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations
U.S. Equal Employment Opportunity Commission
1801 L Street, N.W., Suite 5000
Washington D.C. 20507

                    RE:    Beth Mary Norden v. Lawrence M. Small, Secretary,
                           Smithsonian Institution, EEOC Docket #01A44553
                           SI #03-20-082603

Dear Mr. Barnhart:

       This Office received the Notice of Appeal via regular mail on July 20, 2004. Enclosed please find the electronic record (CD-ROM) containing the complaint file, Procedural Report of Investigation (ROI) and supplemental records (filed after the ROI) for the referenced case. The Smithsonian Institution's statement or brief in connection with the referenced appeal will be forwarded to you under separate cover.

       Our records reflect that Ms. Norden and her representative have received a paper copy of the ROI and will receive an electronic copy (CD-ROM) of the above-identified files by copy of this communication. If you have any questions or require additional information, please do not hesitate to contact Ms. Karen Margensey of my staff at 202/275-0154.

                                          Sincerely,

                                          Era L. Marshall, Director
                                          Office of Equal Employment Opportunity
                                            and Minority Affairs

Enclosure

cc:    Ms. Beth Mary Norden (with CD-ROM enclosure)
        c/o Vickie Fang, Esq.
        8702 Nightingale Drive
        Lanham, MD 20706

        Ms. Beth Mary Norden (with CD-ROM enclosure)
        112 Greenhill Road
        Greenbelt, MD 20770

        Office of General Counsel (with CD-ROM enclosure)

750 Ninth Street, N.W., Suite 8100
Washington, D.C. 20560-0921
202.275.0145 Telephone
202.275.2055 Fax

