Office of Federal Operations
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| **Beth Mary Norden,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Appeal No. 01A52216 |
| ) | SI No. 05-04-120304 |
| Lawrence M. Small, ) | |
| Secretary, ) | |
| ) | |
| **Smithsonian Institution,** ) | |
| ) | |
| Appellee. ) | |

### AFFIDAVIT OF SHADELLA DAVIS

I, Shadella Davis, being duly sworn, depose and say:

1. I am employed by the Smithsonian Institution as an Equal Employment Opportunity Specialist, GS-12, in the Office of Equal Employment & Minority Affairs ("OEEMA"). I have held this position since 1994.

2. I was the EEO counselor assigned to three EEO complaints filed by Dr. Beth Norden, SI Nos. 03-20-082603, 05-04-120304, and 05-06-012505.

3. I mailed official correspondence (see the *Notice of Right to File Complaint* in SI No. 03-20-082603, sent May 13, 2003) directly to Dr. Norden until she notified me that she wanted it sent only to her designated representative, Vickie Fang, Esq. Dr. Norden first made this request to me orally. Because of the requirement set forth in 29 C.F.R. 1614.605(d), I asked her to "put it in writing." In response, she sent me the

-1-

letter dated July 11, 2003, addressed to me and copied to her attorney. (Copy attached here.)

4. After I received Dr. Norden's letter, I sent official correspondence, including the *Notice of Final Interview* in 05-04-120304, only to her designated representative, until on or about January 5, 2005, when I sent official correspondence regarding her most recent complaint SI No. 05-06-012505 both to Dr. Norden and to her attorney. I did this because on January 5, 2005, OEEMA received a letter from from Dr. Norden's attorney Ms. Fang arguing that Dr. Norden's notice to OEEMA in 2004 directing that correspondence be sent to her new counsel did not mean that Dr. Norden did not want to receive copies.

DATED, this 25th day of March 2005.

*Shadella Davis*
Shadella Davis

SUBSCRIBED AND SWORN TO BEFORE ME
this 25th Day of March 2005

*Kathleen Paris*
Notary Public

My commission expires:

Kathleen Paris
Notary Public, District of Columbia
My Commission Expires 2-14-2009

-2-

11 July 2003

Shadella Davis, EEO Counselor
750 Ninth Street, N.W.
Suite 810
Washington, D. C. 20560-0921

Dear Ms. Davis:

As I mentioned to you during our phone conversation several weeks ago, Vickie Fang, Esq. is now representing me having replaced Bruce Goodman, Esq. Please contact her in all matters pertaining to me and the Smithsonian Institution. She may be contacted at: fvickie@comcast.net to ascertain the best mailing address and phone numbers for reaching her. Thank you.

Sincerely;

Beth B. Norden

Beth B. Norden, Ph. D.
112 Greenhill Road
Greenbelt, Md. 20770

CC: Vickie Fang, Esq.