## DECLARATION OF SHADELLA DAVIS

I, Shadella Davis do state:

1. I am an EEO Specialist in the Office of Equal Employment and Minority Affairs at the Smithsonian Institution.

2. As part of my duties, I serve as an EEO counselor and process complaints. I have served in that capacity since 1994.

3. I have reviewed a February 10, 2003 letter from Bruce Goodman addressed to Angela Roybal.

4. I had never seen this letter prior to November 2007.

5. It is my practice to respond to written correspondence from employees or their counsel seeking to initiate a complaint in writing, using return receipt mail.

6. It is my practice to provide employees or their counsel with the OEEMA complaint form (called a request for counseling form) and brochures in response to letters seeking to initiate a complaint, like Mr. Goodman's February 10, 2003 letter.

7. It is my practice to maintain records of incoming and outgoing correspondence related to complaints and to incorporate them into the complaint file once an employee completes the complaint form.

8. I did not the fax the request for counselling form to Mr. Goodman.

9. I maintain a contact log in which I record the contacts I have had with employees or their representatives. I have checked my contact log for 2003 and have not found any record of my having a telephone conversation with Mr. Goodman in February 2003.

10. In April 2003, OEEMA received the completed complaint from Mr. Goodman. I never spoke with Mr. Goodman.

11. I was the EEO counselor assigned to Ms. Norden's complaint. I maintained all of the records related to her complaint. I have reviewed the files related to Ms. Norden's complaints and none of them contain Mr. Goodman's February 10, 2003 letter or a response to it.

12. OEEMA had two administrative assistants in 2003. Neither of them work at the Smithsonian any more.

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____     2/22/08
Shadella Davis                       Date

1