UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BETH M. NORDEN, )
)
    Plaintiff, )
)
v. ) No. 05cv1232 (RMC)
)
CRISTIAN SAMPER, ACTING SECRETARY )
SMITHSONIAN INSTITUTION, )
)
    Defendant. )
_____)

## DECLARATION OF DARRELL VALDEZ

I, Darrell Valdez, declare as follows:

1. I am an Assistant United States Attorney assigned to the Civil Division of the United States Attorney's Office for the District of Columbia ("USAO/DC"). My responsibilities include representing the United States and its federal agencies in civil actions before the United States District Court for the District of Columbia and the Court of Appeals for the D.C. Circuit. I have also served as an Assistant United States Attorney in the Criminal Division of the USAO/DC including previous assignments in the Homicide/Major Crimes Section, Major Narcotics Section, Grand Jury Section, Senior Felony Section, and Misdemeanor Section.

2. The statements I make in this declaration are made on the basis of my review of the official files and records of the USAO/DC and my personal knowledge, including knowledge acquired by me through the performance of my official duties.

3. On January 16, 2008, I reviewed a voice mail from Alex Silheet, requesting that I return his call. Before I could return the call, however, Mr. Silheet called again. When I

answered the telephone, Mr. Silheet identified himself only as Alex, and asked how things were going. I told him I really busy, as I was in the middle of back-to-back depositions in another matter, had an appeals brief and a dispositive motions pleading due in other matters, and was going to be out of town the entire next week of January 21st. Mr. Silheet acknowledged that he knew that I was busy, and stated that we could talk about the case after I return. We then hung up.

4.  On January 22, 2007, Mr. Silheet left a voice mail on my office phone stating that a deposition for Mr. Goodman was scheduled for the next day, but that Mr. Goodman probably would not show up because he felt that the notice was improper. This was the first time that I was made aware of the proposed deposition. Mr. Silheet did not leave a return number, and I did not return the call.

5.  On January 23, 2007, I received a voice mail from Mr. Silheet stating that Mr. Goodman, in fact, did not shown up and that the deposition was cancelled.

6.  Plaintiff's Notice of Deposition for the deposition of Mr. Goodman on January 23, 2007, was received in my office on February 4, 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2007.

DARRELL VALDEZ
Assistant United States Attorney
USAO/DC