Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | |
| **Beth M. Norden,** ) | |
| ) | Case No. 05cv1232 (RMC) |
| **Plaintiff** ) | |
| ) | |
| v. ) | **PLAINTIFF'S OBJECTION AND MOTION** |
| ) | **TO STRIKE UNDER LCvR7 TO** |
| ) | **DEFENDANT'S UNTIMELY REPLY BRIEF** |
| **Cristian Samper, Acting** ) | |
| **Secretary Smithsonian** ) | |
| **Institution,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

<u>**Plaintiff's Objection and Motion to Strike**</u>

*Memorandum*

1. Defendant filed a Motion to Strike regarding Dr. Norden's November 18, 2007 MSJ.

2. Dr. Norden filed a timely Opposition on <u>February 13, 2008, docket no. 60</u>.

3. Under LCvR 5.4(d) "Electronic filing of any document operates to effect service of the document on counsel…"

4. Under LCvR7(d), Defendant must file a reply brief "within 5 days after service of the memorandum in opposition…"

5. Thus, Defendant's reply was due on Thursday, February 21, 2008, but instead, Defendant filed its reply on Monday, February 25, 2008:

    Feb. 13 Opposition filed and ECF service effective
    Feb. 14 day 1
    Feb. 15 day 2
    Feb. 16 Saturday
    Feb. 17 Sunday
    Feb. 18 President's day Holiday
    Feb. 19 day 3
    Feb. 20 day 4
    <u>Feb. 21 day 5 Reply brief deadline "Within 5 days"</u>
    Feb. 22 Friday
    Feb. 23 Saturday
    Feb. 24 Sunday
    Feb. 25 Reply filed.

6. Defendant, which has consistently filed its briefs untimely, has in the past usually moved for an extension of time, but has now progressed to simply filing late as a matter of right.

## <u>Conclusion</u>

Dr. Norden objects to the untimely filing of Defendant's reply brief and respectfully asks this Court to strike Defendant's untimely and unjustified late filing.

Dated: _2/26/08_____                      Respectfully submitted,

                                          __/s/ Alex Sliheet_____
                                          Alex T. Sliheet, D.C. Bar No. 438977
                                          Vickie Inge Fang, *pro hac vice*
                                          Attorneys for Plaintiff Beth Norden

**Plaintiff's Motion to Strike**           2           Case No. 05cv1232 (RMC)