Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**Beth M. Norden,**           )
                              )     Case No. 05cv1232 (RMC)
    **Plaintiff**             )
                              )
    v.                        )     NOTICE OF WITHDRAWAL OF
                              )     PLAINTIFF'S OBJECTION AND MOTION
                              )     TO STRIKE UNDER LCvR7
**Cristian Samper, Acting**   )
**Secretary Smithsonian**     )
**Institution,**              )
                              )
                              )
    **Defendant**             )
_____   )

**Notice of Withdrawal of Plaintiff's Objection and Motion to Strike**

Plaintiff withdraws its previously filed Objection and Motion to Strike [docket no.62] since FRCP 6(b)(2)(d) (which grants a 3 day extension) is specifically incorporated

**Notice of Withdrawal**           1            **05cv1232 (RMC)**

by FRCP 6(a), into LCvR7 and extends its 5 day service requirement. [even if the service was done under the ECF electronic system FRCP 5(b)(2)(E)].

Dated: __2/26/08__                                  Respectfully submitted,

                                                    ___/s/ Alex Sliheet_____
                                                    Alex T. Sliheet, D.C. Bar No. 438977
                                                    Vickie Inge Fang, *pro hac vice*
                                                    Attorneys for Plaintiff Beth Norden