DECLARATION OF FARHANA HOSSAIN

I, Farhana Hossain do state:

1. I am a Human Resources Benefits Specialist in Office of Human Resources at the Smithsonian Institution. Within the Office of Human Resources, I am responsible for the National Museum of Natural History.

2. On an annual basis, the Smithsonian pays the Department of Labor for the payments made by the Office of Workers' Compensation Programs to current and former Smithsonian employees.

3. I have reviewed recent quarterly chargeback reports from the Department of Labor, which list all cases and costs for which the Smithsonian is charged on its yearly bill, and have confirmed that the chargeback includes Beth Norden's workers compensation payments.

4. In my capacity as Human Resources Benefits Specialist, I have access to the Department of Labor's Federal Employees Compensation System data base. I also regularly use software that estimates Office of Personnel Management (FERS) retirement benefits.

5. I generated the attached "injured workers case query" in the Department of Labor's data base (Attachment 1). It shows that Beth Norden's most recent monthly payment was for $3,733.43. The total amount she has received since her return to the periodic rolls in November 2002 is $236,060.23.

6. Using the wages forecasted through 2014 in Schedule 1 of the report of Rick Gaskins, I calculated a high three salary and used it to estimate the FERS annuity to which Ms. Norden would be entitled if she worked until her 62nd birthday. That report is attached as Attachment 2. It shows that, if Ms. Norden worked until the age of 62, her monthly annuity payment would be approximately $1,739 dollars before taxes. (The payment would be reduced if Ms. Norden elected to receive survivor benefits and health benefits).

Pursuant to 28 U.S.C. sec. 1746 and under penalty of perjury, I certify that the foregoing statement is true and correct.

_____    _4-14-08_____
Farhana Hossain                     Date

1