

# AQS Injured Worker Case Query

[Logout]

**AGENCY:** 135900 - SMITHSONIAN INSTITUTION, SMITHSONIAN-FEDERAL EMPLOYEES
**CASE#:** 250565940                                   **MASTER:**
**NAME:** NORDEN, BETH B                               **SSN:** ▮▮▮   **SEX:** F
**Address:** ▮▮▮                                       **DOB/Age:** ▮▮▮
**City State Zip:** ▮▮▮                                **DOI:** 09/10/2000
**Occupation:** Z9999 - UNKNOWN/MISSING OCCUPATION-CODE

**Reported Condition:**                                **Condition Accepted**

9999 - OTH/UNS COMPLICATIONS MEDICAL CARE



34600 - ▮▮▮
0654 - ▮▮▮
2765 - ▮▮▮
34690 - ▮▮▮
30981 - ▮▮▮
311 - ▮▮▮
989 - ▮▮▮
2871 - ▮▮▮

**Form Rev'd:** CA2 - 09/22/2000    **Location:** District 25    **CEID:** P17    **Injury ZIP:** 20560

## CASE STATUS

| | | | |
|---|---|---|---|
| *Adjudication Status* | AP | - 11/04/2002 - | Accepted - Periodic Roll Payment |
| *Prior Adjud Status* | AP | - 11/04/2002 - | Accepted - Periodic Roll Payment |
| *Current Case Status* | PR | - 12/03/2002 - | Payment on Periodic Roll |
| *Previous Case Status* | PW | - 11/04/2002 - | Periodic Roll with LWEC |
| *Current Location* | OLE | - 03/17/2003 - | DESC MISSING |
| *Previous Location* | P10 | - 03/03/2003 - | PRMS UNIT - SUPERVISORY CLAIMS EXAMINER |

- *Continuation of Pay was not elected*          **Case Created:** 09/22/2000
- *Pay was not Terminated*                        **Reviewed:** 10/31/2000
- *Case has not been controverted*                **Closed:**
- *Lost Time Began:*                              **Reopened:**
- *Last Updated On:* 09/11/2003                   **Retired:**

**Cause of Injury** 99 - CAUSE UNKNOWN
**Nature of Injury** VM - MALARIA
**Anatomical Location** VZ - TRUNK, INTERNAL, OTHER
**Extent of Injury** X - Lost time covered by COP or Leave



### AQS Case Compensation Payment History

[Logout]

**AGENCY:** 135900 - SMITHSONIAN INSTITUTION, SMITHSONIAN-FEDERAL EMPLOYEES
**CASE#:** 250565940                                    **MASTER:**
**NAME:** NORDEN, BETH B                                **SSN:** ▮▮▮▮   **SEX:** F
**Address:** ▮▮▮▮                                       **DOB/Age:** ▮▮▮▮
**City State Zip:** ▮▮▮▮                                **DOI:** 09/10/2000
**Occupation:** Z9999 - UNKNOWN/MISSING OCCUPATION-CODE

**Reported Condition:**
9999 - OTH/UNS COMPLICATIONS MEDICAL CARE

**Condition Accepted**



34600 - ▮▮▮▮
0654 - ▮▮▮▮
2765 - ▮▮▮▮
34690 - ▮▮▮▮
30981 - ▮▮▮▮
311 - ▮▮▮▮
989 - ▮▮▮▮
2871 - ▮▮▮▮

**Form Rev'd:** CA2 - 09/22/2000    **Location:** District 25    **CEID:** P17    **Injury ZIP:** 20560

### CASE STATUS

*Adjudication Status* ● AP  - 11/04/2002 -   Accepted - Periodic Roll Payment
*Current Case Status* ● PR  - 12/03/2002 -   Payment on Periodic Roll
*Current Location* ● OLE  - 03/17/2003 -   DESC MISSING

### COMPENSATION PAYMENT HISTORY

| Compensation Period: From - To | Rel Code | Roll Type | Payment Method | Payment Amount | Payment Date | Payment Type | Sequence Number | Cncl Chk |
|---|---|---|---|---|---|---|---|---|
| 03/16/2008 - 04/12/2008 | CL | Periodic | EFT | 3733.43 | 04/12/2008 | Disability | 2279 | N |
| 02/17/2008 - 03/15/2008 | CL | Periodic | EFT | 3500.00 | 03/15/2008 | Disability | 2291 | N |
| 01/20/2008 - 02/16/2008 | CL | Periodic | EFT | 3500.00 | 02/16/2008 | Disability | 2297 | N |
| 12/23/2007 - 01/19/2008 | CL | Periodic | EFT | 3500.00 | 01/19/2008 | Disability | 2307 | N |
| 11/25/2007 - 12/22/2007 | CL | Periodic | EFT | 3500.00 | 12/22/2007 | Disability | 2313 | N |
| 10/28/2007 - 11/24/2007 | CL | Periodic | EFT | 3500.00 | 11/24/2007 | Disability | 2304 | N |
| 09/30/2007 - 10/27/2007 | CL | Periodic | EFT | 3500.00 | 10/27/2007 | Disability | 2303 | N |
| 09/02/2007 - 09/29/2007 | CL | Periodic | EFT | 3500.00 | 09/29/2007 | Disability | 2296 | N |
| 08/05/2007 - 09/01/2007 | CL | Periodic | EFT | 3500.00 | 09/01/2007 | Disability | 2289 | N |
| 07/08/2007 - 08/04/2007 | CL | Periodic | EFT | 3500.00 | 08/04/2007 | Disability | 2292 | N |
| 06/10/2007 - 07/07/2007 | CL | Periodic | EFT | 3500.00 | 07/07/2007 | Disability | 2292 | N |
| 05/13/2007 - 06/09/2007 | CL | Periodic | EFT | 3500.00 | 06/09/2007 | Disability | 2280 | N |

| Period | | | | Amount | Date | Type | Ref | |
|---|---|---|---|---|---|---|---|---|
| 04/15/2007 - 05/12/2007 | CL | Periodic | EFT | 3500.00 | 05/12/2007 | Disability | 2267 | N |
| 03/18/2007 - 04/14/2007 | CL | Periodic | EFT | 3549.79 | 04/14/2007 | Disability | 2270 | N |
| 02/18/2007 - 03/17/2007 | CL | Periodic | EFT | 3418.00 | 03/17/2007 | Disability | 2277 | N |
| 01/21/2007 - 02/17/2007 | CL | Periodic | EFT | 3418.00 | 02/17/2007 | Disability | 2295 | N |
| 12/24/2006 - 01/20/2007 | CL | Periodic | EFT | 3418.00 | 01/20/2007 | Disability | 2292 | N |
| 11/26/2006 - 12/23/2006 | CL | Periodic | EFT | 3418.00 | 12/23/2006 | Disability | 2298 | N |
| 10/29/2006 - 11/25/2006 | CL | Periodic | EFT | 3418.00 | 11/25/2006 | Disability | 2308 | N |
| 10/01/2006 - 10/28/2006 | CL | Periodic | EFT | 3418.00 | 10/28/2006 | Disability | 2306 | N |
| 09/03/2006 - 09/30/2006 | CL | Periodic | EFT | 3418.00 | 09/30/2006 | Disability | 2305 | N |
| 08/06/2006 - 09/02/2006 | CL | Periodic | EFT | 3418.00 | 09/02/2006 | Disability | 2306 | N |
| 07/09/2006 - 08/05/2006 | CL | Periodic | EFT | 3418.00 | 08/05/2006 | Disability | 2305 | N |
| 06/11/2006 - 07/08/2006 | CL | Periodic | EFT | 3418.00 | 07/08/2006 | Disability | 2319 | N |
| 05/14/2006 - 06/10/2006 | CL | Periodic | EFT | 3418.00 | 06/10/2006 | Disability | 2312 | N |
| 04/16/2006 - 05/13/2006 | CL | Periodic | EFT | 3418.00 | 05/13/2006 | Disability | 2333 | N |
| 03/19/2006 - 04/15/2006 | CL | Periodic | EFT | 3492.57 | 04/15/2006 | Disability | 2325 | N |
| 02/19/2006 - 03/18/2006 | CL | Periodic | EFT | 3302.00 | 03/18/2006 | Disability | 2328 | N |
| 01/22/2006 - 02/18/2006 | CL | Periodic | EFT | 3302.00 | 02/18/2006 | Disability | 2337 | N |
| 12/25/2005 - 01/21/2006 | CL | Periodic | EFT | 3302.00 | 01/21/2006 | Disability | 2341 | N |
| 11/27/2005 - 12/24/2005 | CL | Periodic | EFT | 3302.00 | 12/24/2005 | Disability | 2342 | N |
| 10/30/2005 - 11/26/2005 | CL | Periodic | EFT | 3302.00 | 11/26/2005 | Disability | 2336 | N |
| 10/02/2005 - 10/29/2005 | CL | Periodic | EFT | 3302.00 | 10/29/2005 | Disability | 2336 | N |
| 09/04/2005 - 10/01/2005 | CL | Periodic | EFT | 3302.00 | 10/01/2005 | Disability | 2355 | N |
| 08/07/2005 - 09/03/2005 | CL | Periodic | EFT | 3302.00 | 09/03/2005 | Disability | 2364 | N |
| 07/10/2005 - 08/06/2005 | CL | Periodic | EFT | 3302.00 | 08/06/2005 | Disability | 2381 | N |
| 06/12/2005 - 07/09/2005 | CL | Periodic | EFT | 3302.00 | 07/09/2005 | Disability | 2371 | N |
| 05/15/2005 - 06/11/2005 | CL | Periodic | EFT | 3302.00 | 06/11/2005 | Disability | 2378 | N |
| 04/17/2005 - 05/14/2005 | CL | Periodic | EFT | 3302.00 | 05/14/2005 | Disability | 2382 | N |
| 03/20/2005 - 04/16/2005 | CL | Periodic | EFT | 3302.00 | 04/16/2005 | Disability | 2391 | N |
| 03/01/2005 - 03/19/2005 | CL | Supp Pmt | EFT | 73.96 | 04/08/2005 | Disability | 2699 | N |
| 02/20/2005 - 03/19/2005 | CL | Periodic | EFT | 3193.00 | 03/19/2005 | Disability | 21169 | N |
| 01/23/2005 - 02/19/2005 | CL | Periodic | EFT | 3193.00 | 02/19/2005 | Disability | 31807 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 66802 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 47278 | N |
| 11/28/2004 - 12/25/2004 | CL | Periodic | EFT | 3193.00 | 12/25/2004 | Disability | 47387 | N |
| 10/31/2004 - 11/27/2004 | CL | Periodic | EFT | 3193.00 | 11/27/2004 | Disability | 47349 | N |
| 10/03/2004 - 10/30/2004 | CL | Periodic | EFT | 3193.00 | 10/30/2004 | Disability | 47365 | N |
| 09/05/2004 - 10/02/2004 | CL | Periodic | EFT | 3193.00 | 10/02/2004 | Disability | 47366 | N |
| 08/08/2004 - 09/04/2004 | CL | Periodic | EFT | 3193.00 | 09/04/2004 | Disability | 47412 | N |
| 07/11/2004 - 08/07/2004 | CL | Periodic | EFT | 3193.00 | 08/07/2004 | Disability | 47421 | N |
| 06/13/2004 - 07/10/2004 | CL | Periodic | EFT | 3193.00 | 07/10/2004 | Disability | 47465 | N |
| 05/16/2004 - 06/12/2004 | CL | Periodic | EFT | 3193.00 | 06/12/2004 | Disability | 47492 | N |
| 04/18/2004 - 05/15/2004 | CL | Periodic | EFT | 3193.00 | 05/15/2004 | Disability | 47453 | N |
| 03/21/2004 - 04/17/2004 | CL | Periodic | EFT | 3193.00 | 04/17/2004 | Disability | 47415 | N |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/01/2004 - 03/20/2004 | CI | Supp Pmt | EFT | 35.71 | 03/27/2004 | Disability | 47998 | N |
| 02/22/2004 - 03/20/2004 | CL | Periodic | EFT | 3143.00 | 03/20/2004 | Disability | 47448 | N |
| 01/25/2004 - 02/21/2004 | CL | Periodic | EFT | 3143.00 | 02/21/2004 | Disability | 47549 | N |
| 12/28/2003 - 01/24/2004 | CL | Periodic | EFT | 3143.00 | 01/24/2004 | Disability | 47479 | N |
| 11/30/2003 - 12/27/2003 | CL | Periodic | EFT | 3143.00 | 12/27/2003 | Disability | 47613 | N |
| 11/02/2003 - 11/29/2003 | CL | Periodic | EFT | 3143.00 | 11/29/2003 | Disability | 47530 | N |
| 10/05/2003 - 11/01/2003 | CL | Periodic | EFT | 3143.00 | 11/01/2003 | Disability | 47476 | N |
| 09/07/2003 - 10/04/2003 | CL | Periodic | EFT | 3143.00 | 10/04/2003 | Disability | 47460 | N |
| 08/10/2003 - 09/06/2003 | CL | Periodic | EFT | 3143.00 | 09/06/2003 | Disability | 47514 | N |
| 07/13/2003 - 08/09/2003 | CL | Periodic | EFT | 3143.00 | 08/09/2003 | Disability | 47484 | N |
| 06/15/2003 - 07/12/2003 | CL | Periodic | EFT | 3143.00 | 07/12/2003 | Disability | 47514 | N |
| 05/18/2003 - 06/14/2003 | CL | Periodic | EFT | 3143.00 | 06/14/2003 | Disability | 47468 | N |
| 04/20/2003 - 05/17/2003 | CL | Periodic | EFT | 3143.00 | 05/17/2003 | Disability | 47463 | N |
| 03/23/2003 - 04/19/2003 | CL | Periodic | EFT | 3143.00 | 04/19/2003 | Disability | 47377 | N |
| 03/01/2003 - 03/22/2003 | CI | Supp Pmt | EFT | 57.86 | 04/14/2003 | Disability | 49621 | N |
| 02/23/2003 - 03/22/2003 | CL | Periodic | EFT | 3069.36 | 03/22/2003 | Disability | 47343 | N |
| 01/26/2003 - 02/22/2003 | CL | Periodic | EFT | 3069.36 | 02/22/2003 | Disability | 47411 | N |
| 12/29/2002 - 01/25/2003 | CL | Periodic | EFT | 3069.36 | 01/25/2003 | Disability | 48511 | N |
| 12/01/2002 - 12/28/2002 | CL | Periodic | EFT | 3069.36 | 12/28/2002 | Disability | 48604 | N |
| 11/03/2002 - 11/30/2002 | CL | Periodic | EFT | 1504.00 | 11/30/2002 | WEC | 48540 | N |
| 10/21/2002 - 11/01/2002 | CL | Supp Pmt | EFT | 767.34 | 11/15/2002 | Disability | 1563 | N |
| 09/30/2002 - 10/18/2002 | CL | Supp Pmt | EFT | 1150.88 | 11/01/2002 | Disability | 1999 | N |
| 06/22/2002 - 07/28/2002 | CL | Supp Pmt | EFT | 2263.65 | 08/16/2002 | Disability | 2203 | N |
| 05/19/2002 - 06/15/2002 | CR | Supp Pmt | Check | -575.51 | 07/31/2002 | Cash Receipt | 1263 | N |

**NEW CASE** ● **Compensation Payments** ● **Compensation Tracking**
● **Bill Inquiry**

U.S. Department of Labor                Employment Standards Administratio
District Office: District 25            Federal Employees' Compensation Syst
                                              Periodic Roll Payment

**Employee Data**         Case Number: 250565940              DOB:
                          Employee: BETH B NORDEN             Activity: 001
                          SSN:                                Cert Date: 04/0
                   USPS Employee: N

**Compensation Information**      Pay Type: Disability
                                  Roll Type: Periodic
                                  Weekly Pay Rate: 1,023.12           E
                                  Compensation Rate: 3/4

**Health Benefits**               HBI Code:                   HBI Premiu
                                  HBI Agency Cost: 0.00

**Life Insurance**                BLI Premium: 0.00           BLI Cove
                                  OLI Code:                   Covera
                                  OLI Colverage Date:
                                  PRBLI Benefits Reduction:
                                  PRBLI Coverage Date:

**Payee Information**             Name: BETH B NORDEN                 Rel
                                  Address: 112 GREENHILL ROAD
                                           GREENBELT , MD 20770
                                  Bank Routing #: 255077503

**Compensation Formula**    Gross        HBI       BLI       OLI      PRBLI

                          $3,652.00    -$0.00    -$0.00    -$0.00    -$0.00

**Comments**

Periodic Roll Payment                                  04/11/2008  01:17 PM