

**NORDEN, BETH B.**  Federal Retirement Benefits Estimate
**FERS OPTIONAL BASED ON NORDEN'S EXPERT**  04/11/2008 - 2:00 PM

## Input Data Summary

**Employee**
Birth Date:

**Retirement**
Projected Sick Leave:  0
Retirement Type:  Optional Retirement
Separation Date:  1/31/2014

**FERS Supplement**
Earnings approximation selected.

## Computed Data Summary

**Civilian Annuity**
Retirement Eligibility SCD:  12/25/1988
Average High-3 Salary:  $75,644
Deemed High-3 Salary:  $75,644
Annuity Start Date:  2/1/2014
Annuity Start Age:  62 Years 0 Months

## CSRS/FERS Retirement Benefits

Your retirement annuity is based on your average Hi-3 salary and the number of years and months of service (additional days of service are not used).

**Computation Service Credit**

| Years | Months | Days | Description |
|---|---|---|---|
| 25 | 1 | 6 | FERS Service Credit |

**Voluntary Retirement-Immediate Annuity**

| Monthly | Annually | Description |
|---|---|---|
| $1,739 | $20,872 | FERS Basic Annuity |
| $1,739 | $20,868 | **Net FERS Annuity** |
| $1,739 | $20,868 | **Total Annuity after Reductions** |

**FRB** — Federal Retirement Benefits

| NORDEN, BETH B. | Federal Retirement Benefits Estimate |
| FERS OPTIONAL BASED ON NORDEN'S EXPERT | 04/11/2008 - 2:00 PM |

## Retirement Benefits Projection (Inflation Adjusted)

This section shows what happens to the purchasing power of the CSRS or FERS net annuity, computed in the previous section, as you grow older in retirement. At each age, after separation, the benefit is reduced by the estimate of price inflation and increased by the annual cost of living adjustments, if any. (See the "Explanation of Retirement Benefits Projection" for more information about inflation and cost of living adjustments). Thus, your future benefits are expressed in terms of the value of today's dollars.

In addition to your OPM retirement annuity, other annuity benefits were added at the ages they begin and adjusted for inflation to give a better picture of your annual purchasing power during your retirement years. For example, Social Security benefits usually will begin at age 62, when the FERS supplement ends. Other benefits may include a TSP annuity and a CSRS Offset.

|  | Age 62, 02/2014 | Age 72, 02/2024 | Age 82, 02/2034 |
| --- | --- | --- | --- |
| FERS Annuity | $20,868 | $19,194 | $17,715 |
| **Net Annuity** | **$20,868** | **$19,194** | **$17,715** |

## Scenario Notes

Estimate computed per salary given by Norden's group, i.e. Schedule 1

## Caveats

This report is an estimate of your Federal retirement annuity based on your data inputs. This estimate should be used as an information tool only. The U.S. Office of Personnel Management is responsible for calculating your precise Federal Retirement Annuity. The estimate produced by this model should by no means replace or influence the calculation generated by OPM. Also, note that due to various rounding techniques, some column figures may not sum to the total number exactly. Federal, State, Local or any other applicable taxes are not reflected in this estimate.



**Federal Retirement Benefits**

NORDEN, BETH B.  
FERS OPTIONAL BASED ON NORDEN'S EXPERT

Federal Retirement Benefits Estimate  
04/11/2008 - 2:00 PM

## Service History

| Start Date | End Date | Agency | Type Of Service | Employee Type |
|---|---|---|---|---|
| 10/12/1979 | 9/30/1981 | USDA | FICA | Regular |
| 11/27/1985 | 3/1/1986 | Smithsonian Inst. | FICA | Regular |
| 3/2/1986 | 12/31/1986 | Smithsonian Inst. | CSRS Offset | Regular |
| 1/1/1987 | 9/6/1988 | Smithsonian Inst. | FERS | Regular |
| 6/17/1990 | 9/28/1990 | USDA | FICA | Regular |
| 6/30/1991 | 8/31/2001 | Smithsonian Inst. | FERS | Regular |
| 9/1/2001 | 4/2/2002 | Smithsonian Inst. | Leave w/o Pay | Regular |
| 4/3/2002 | 11/29/2002 | Smithsonian Inst. | FERS | Regular |
| 11/30/2002 | 1/31/2014 | Smithsonian Inst. | FERS | Regular |

## Part-time / Intermittent Service

| Start Date | End Date | Employment Status | Amount |
|---|---|---|---|
| 10/12/1979 | 9/30/1981 | Intermittent | 335 Total Hours |
| 11/27/1985 | 3/1/1986 | Part Time | 30 Total Hours |

## Creditable Service For Retirement

| Start Date | End Date | Credit Pension System | | Eligibility YY | MM | DD | Annuity YY | MM | DD |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/1979 | 9/30/1981 | FERS | Deposit Owed | 0 | 0 | 0 | 0 | 0 | 0 |
| 11/27/1985 | 3/1/1986 | FERS | Deposit Owed | 0 | 0 | 0 | 0 | 0 | 0 |
| 3/2/1986 | 12/31/1986 | FERS | | 0 | 9 | 29 | 0 | 9 | 29 |
| 1/1/1987 | 9/6/1988 | FERS | | 1 | 8 | 6 | 1 | 8 | 6 |
| 6/17/1990 | 9/28/1990 | FERS | | 0 | 0 | 0 | 0 | 0 | 0 |
| 6/30/1991 | 8/31/2001 | FERS | | 10 | 2 | 1 | 10 | 2 | 1 |
| 9/1/2001 | 4/2/2002 | FERS | | 0 | 7 | 2 | 0 | 7 | 2 |
| 4/3/2002 | 11/29/2002 | FERS | | 0 | 7 | 27 | 0 | 7 | 27 |
| 11/30/2002 | 1/31/2014 | FERS | | 11 | 2 | 1 | 11 | 2 | 1 |
| **Total Service Credit:** | | | | 25 | 1 | 6 | 25 | 1 | 6 |
| **Service Computation Dates:** | | | | 12/25/1988 | | | 12/25/1988 | | |

## Creditable Service for RIF and Leave

| Start Date | End Date | RIF Svc. YY | MM | DD | Leave Svc. YY | MM | DD |
|---|---|---|---|---|---|---|---|
| 10/12/1979 | 9/30/1981 | 0 | 1 | 28 | 0 | 1 | 28 |
| 11/27/1985 | 3/1/1986 | 0 | 3 | 5 | 0 | 3 | 5 |
| 3/2/1986 | 12/31/1986 | 0 | 9 | 29 | 0 | 9 | 29 |
| 1/1/1987 | 9/6/1988 | 1 | 8 | 6 | 1 | 8 | 6 |
| 6/17/1990 | 9/28/1990 | 0 | 3 | 12 | 0 | 3 | 12 |
| 6/30/1991 | 8/31/2001 | 10 | 2 | 1 | 10 | 2 | 1 |
| 9/1/2001 | 4/2/2002 | 0 | 7 | 2 | 0 | 7 | 2 |
| 4/3/2002 | 11/29/2002 | 0 | 7 | 27 | 0 | 7 | 27 |
| 11/30/2002 | 1/31/2014 | 11 | 2 | 1 | 11 | 2 | 1 |
| **Total Service Credit:** | | 25 | 9 | 21 | 25 | 9 | 21 |
| **Service Computation Dates:** | | 4/10/1988 | | | 4/10/1988 | | |



**NORDEN, BETH B.**  
**FERS OPTIONAL BASED ON NORDEN'S EXPERT**

Federal Retirement Benefits Estimate  
04/11/2008 - 2:00 PM

## Service History

**Non-Deduction Deposits**
Interest Computed as of 2/1/2014

| FICA Service Start Date | End Date | Interest Start Date | Required Deposit | Accrued Interest | Total Deposit Due |
|---|---|---|---|---|---|
| 10/12/1979 | 9/30/1981 | 10/5/1980 | $23 | $144 | $168 |
| 11/27/1985 | 3/1/1986 | 1/13/1986 | $4 | $19 | $23 |
| Total Deposit Due: | | | | | $190 |

## Salary History

**Average High-3 Salary:**          $75,644

**Salary Entries:**

| Effective Date | Annual FT Salary | Hourly Rate | Annual Earning |
|---|---|---|---|
| 10/12/1979 | | $4.83 | |
| 10/10/1980 | | $5.27 | |
| 10/12/1980 | | $5.90 | |
| 9/30/1981 | | $6.18 | |
| 11/27/1985 | $21,804 | | |
| 1/14/2001 | $51,743 | | |
| 6/3/2001 | $53,221 | | |
| 1/13/2002 | $55,760 | | |
| 1/12/2003 | $58,145 | | |
| 1/11/2004 | $59,375 | | |
| 4/4/2004 | $60,710 | | |
| 10/1/2004 | $60,710 | | |
| 1/9/2005 | $62,962 | | |
| 1/8/2006 | $65,129 | | |
| 1/7/2007 | $66,849 | | |
| 6/14/2007 | $68,706 | | |
| 1/6/2008 | $71,788 | | |
| 1/1/2011 | $74,709 | | |
| 1/1/2012 | $75,569 | | |
| 1/1/2013 | $76,438 | | |
| 1/1/2014 | $77,317 | | |

**Average High-3 Computation:**

| Start Date | End Date | Annual Salary | Salary Earnings | % High-3 |
|---|---|---|---|---|
| 2/1/2011 | 12/31/2011 | $74,709 | $68,483 | 30.6% |
| 1/1/2012 | 12/31/2012 | $75,569 | $75,569 | 33.3% |
| 1/1/2013 | 12/31/2013 | $76,438 | $76,438 | 33.3% |
| 1/1/2014 | 1/31/2014 | $77,317 | $6,443 | 2.8% |

# FRB — Federal Retirement Benefits

**NORDEN, BETH B.**  
**FERS OPTIONAL BASED ON NORDEN'S EXPERT**

Federal Retirement Benefits Estimate  
04/11/2008 - 2:00 PM

## Explanation of the Retirement Benefits Projection

It is important to see how inflation affects your retirement benefits over your retirement years. For this reason, estimated retirement benefits are presented for:

1. Your first year of retirement
2. The age at which you begin receiving your Social Security benefits (if eligible)
3. Ten-year intervals following the start of your Social Security benefits.

CSRS and Social Security annuities are fully indexed to inflation. Thus, they show little or no loss in purchasing power after retirement. (You may see a small loss when your birthday is not in December; since cost of living adjustments are made once a year in December, while prices are assumed to increase uniformly throughout the year.)

A FERS annuity shows a loss in purchasing power because it is not fully protected against inflation after retirement (unless you retired from a special category such as law enforcement or fire fighter). There is no annual cost-of-living adjustment until you reach age 62. After that, you will receive:

- The Consumer Price Index (CPI) minus 1% if the CPI is 3% or more
- 2% if the CPI is between 2% and 3%
- The full CPI if the CPI is 2% or less.

Note that Social Security Benefits will reflect the Windfall Elimination Provision where applicable.

For FERS Employees, the Benefits Report also shows the FERS Supplement which is a special retirement supplement for employees who retire under FERS prior to reaching age 62. This supplement is designed to approximate an employee's Social Security benefit earned while a federal employee and to compensate the employee until Social Security benefits begin. FERS employees must meet the age and service requirements needed to retire with an immediate annuity to be eligible for the supplement. Retirees separated involuntarily before reaching their minimum retirement age become eligible for the supplement once they reach their minimum retirement age.

The Social Security and/or FERS Supplement is subject to an earnings test below age 65, that reduces the supplement by half the retiree's earned income above an annual exempt amount. An earnings test can potentially reduce your Social Security benefit (including any spousal benefit) and your FERS supplement. The test is applied as follows: In 2008, if under age 65, the first $13,560 is exempt from the earnings test. From age 65 to the Social Security normal retirement age (SSNRA), the first $36,120 is exempt. Those over SSNRA have no earnings test. Earned income over these limits reduces the Social Security or FERS supplement benefit - under age 65, the benefit is reduced by $1 for every $2 over the limit; between age 65 and SSNRA, the reduction is $1 for every $3 over the limit.

The Benefits Projection report also shows how inflation may affect the purchasing power of your TSP benefit over your lifetime. It shows the estimated value of a level annuity payment that will gradually lose purchasing power because of inflation. You are also able to elect increasing annuity payments that start out lower but are indexed during retirement for inflation of up to 3% per year. The report also projects the estimated lump sum value of your TSP account in this year's dollars.