# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BETH M. NORDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1232 (RMC) |
| | ) | |
| CRISTIAN SAMPER, | ) | |
| Acting Secretary, Smithsonian | ) | |
| Institution, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Renewed Motion for Summary Judgment [Dkt. # 41] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Cross-Motion for Summary Judgment [Dkt. # 42] is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion to Strike and for Sanctions [Dkt. # 57] is **GRANTED IN PART and DENIED IN PART**. The February 10, 2003 letter from Bruce E. Goodman to the Smithsonian's EEO Office, *see* Pl.'s Opp'n [Dkt. # 42], Ex. 1, and all related testimony is hereby stricken from the record.

**SO ORDERED**.

Date: April 16, 2008                   _____/s/_____
                                       ROSEMARY M. COLLYER
                                       United States District Judge