Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beth M. Norden, ) | Case No. 051232 (RMC) |
| ) | |
| ) | **AFFIDAVIT OF VICKIE FANG IN** |
| **Plaintiff** ) | **SUPPORT OF MEMORANDUM &** |
| ) | **OPPOSITION TO DEFENDANT'S** |
| v. ) | **ECONOMIC MEMORANDUM** |
| ) | |
| **Cristian Samper, Acting** ) | |
| **Secretary Smithsonian** ) | |
| **Institution** ) | |
| ) | |
| **Defendant** ) | |

### AFFIDAVIT OF VICKIE FANG

I, Vickie Fang, declare:

1. My name is Vickie Fang.

2. I am over the age of eighteen and competent to testify.

3. My address is 8702 Nightingale Drive, Lanham, MD.

4. I made many efforts to negotiate a return to the Smithsonian on Dr. Norden's behalf. My contact was always with Ms. Slomba, and she insisted that

1

communications between Dr. Norden and the Smithsonian regarding attempted returns to work be limited to the two of us.

5. Ms. Slomba was a key architect of both the 2002 and the 2004 return to work plans.

6. Dr. Norden believed that Ms. Slomba was an attorney, in part because Ms. Slomba seemed to be in charge of the Smithsonian's legal position regarding the Institute's responsibility to accommodate Dr. Norden's disabilities.

7. Throughout our negotiations. I believed that Ms. Slomba was an attorney. I sent her four different faxes addressed to "Marilyn Slomba, Esq." I sent her an email in which I asked her how she could reconcile the actions she was taking in regard to Dr. Norden with her position as an "officer of the court." I referred to Ms. Slomba as an attorney in a letter I sent to Era Marshall of the EEO. No one ever corrected my mistaken impression.

8. Exhibit No. 2 is a true and accurate copy of a print out from the internet of excerpts from the Smithsonian's budget to Congress from 2003 to 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/28/08

Respectfully submitted,

Vickie Fang

2