**PLAINTIFF'S EXHIBIT 1**

**Gaskins Associates, P.C.**

7183 Stillwater Court
Frederick, Maryland 21702
Telephone: 301-698-9777
Fax: 301-698-9779
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

12 November 2006

Vickie Fang, Esq.
8702 Nightingale Drive
Lanham, MD 20706

Re: Ms. Beth Norden

Dear Ms. Fang:

You have asked me to assess the present value of lost earnings and employee benefits to Ms. Beth Norden as a result of employment wrongs. This report describes the scope, approach, data sources, assumptions and findings for the economic loss assessment you requested. This report updates my report of 20 September 2006 following the receipt of additional documentation. The only material differences in the reports is the date for of analysis for present value determination and the inclusion in this report of the analyses of loss due to adverse tax impact resulting from a lump sum recovery of damages.

Background and Understanding

I understand that Ms. Norden was employed by The Smithsonian Institution. She began her career there on 10 April 1988. While on assignment for the Smithsonian in Brazil she contracted dengue hemorrhagic fever (DHF). While she survived the DHF, she lost time from work for treatment and recovery. Upon recovery, she sought to resume her full-time duties, but she was ultimately terminated 1 October 2004. She was a civil service general schedule employee at grade/step 11/7. Ms. Norden has not been able to secure other employment as of this date, and due to the highly specialized character of her work there is no reasonable expectation that she will be able to do so. You have asked me to assess loss assuming (1) her return to full-time employment 1 April 2003 at grade/step 11/7, and (2) her return to full-time employment 1 April 2004 at grade 12, both assuming statistically expected worklife and life expectancies for the average woman of her age and educational attainment.

Vickie Fang, Esq.                    12 November 2006                    Page 2

Scope of Report

This report addresses economic losses for the wages and employee benefits due Ms. Norden but for employment wrongs. All losses assessed have been reduced to present value. The analyses of loss include assessment of the adverse tax impact of recovering damages spanning multiple years in a single tax period.

Basis

My assessment is based on the best information, from whatever source, reasonably available to me. Principal sources of information include: employment and salary information for Ms. Norden's employment with The Smithsonian Institution and thereafter; and statistical data on life expectancy, worklife expectancy, inflation, wage inflation, taxation and interest rates, most of which have been published by the U.S. Government. Specific sources of data are provided in the Notes and Statistical References that follow the detailed schedules attached to this report.

A number of facts and assumptions were used in preparing the economic loss assessment. Principal ones are that:

1. Ms. Norden has the life and worklife expectancies of the average female of her age and education. These were 30.63 and 12.48 years, respectively, from an assumed reference date of 1 April 2003.

2. Ms. Norden's earnings at The Smithsonian Institution would have increased consistent with general wage inflation and general schedule step progression under both scenarios for her return to work full-time.

3. Ms. Norden has no reasonably certain prospect of finding alternate employment in the competitive labor market.

4. Ms. Norden's income tax liability on earned income approximates that of taxpayers of comparable gross income.

5. Future rates of inflation, productivity, and returns on investments in high-grade municipal bonds would continue the relationship in their compound annual rates over the 25-year period from 1979 to 2004.

Vickie Fang, Esq.                12 November 2006                Page 3

Analyses and Findings

The analyses and findings are presented in two detailed schedules. The attached schedules are:

Schedule     Short Title

1. Present value of loss, return 2003 at GS 11/7

2. Present value of loss, return 2003 at GS 11/7 with adverse tax impact compensation

3. Present value of loss, return 2004 at GS 12/3

4. Present value of loss, return 2004 at GS 12/3 with adverse tax impact compensation

5. Inflation, productivity and returns on investment

Schedule 5 presents statistical economic data as reference bases for the computational schedules. Schedule 5 shows the 25-year history of general price inflation (CPI), wage inflation (real compensation index, a marginal measure above general price inflation) and returns on investment in tax-free municipal bonds for the period 1979-2004.

The losses assessed have been reduced to present value using the net discount rate method. In this method the impact of general inflation is removed both from the projection of future earnings and costs and from the interest rate used for discounting.
Use of the net discount rate method makes it easier for the reader to evaluate the reasonableness of the analyses because the distorting effects of inflation are eliminated. In reviewing the reference schedules and the following description of the applied economic factors or rates, the reader should be cognizant that in the schedules the net discount rate methodology is used, with general inflation removed from the presentation there, both in price/wage escalation and in discounting to present value. Use of the net discount rate method for determination of present value produces the same result as other methods.

Schedules 1 and 3 detail the assessment of Ms. Norden's earned income losses under the two scenarios for return to full-time work. Ms. Norden's loss is the difference

Vickie Fang, Esq.                12 November 2006                Page 5

Opinion

In my opinion this report states fairly and with reasonable economic certainty the present values of the assessed losses of earnings and employee benefits suffered by Ms. Norden from the employment wrongs affecting her Smithsonian Institution employment.

Certification

1. The statements of fact, reported analyses, opinions and conclusions expressed in this study are to the best of my knowledge and belief true and correct.

2. This valuation was performed on a basis of non-advocacy, and I have no present or contemplated interest in the property, nor any interest or bias, which would impair a fair and unbiased appraisal. My compensation for this appraisal is independent of the value reported and is not contingent on any action or event resulting from the appraisal.

3. This appraisal has been conducted and this report issued in conformity with the Statement of Ethical Principles and Principles of Professional Practice of the National Association of Forensic Economics and the Statement of Ethical Principles of the American Academy of Economic and Financial Experts.

4. No one provided significant professional assistance to me in the conduct of this appraisal.

* * * * * * *

Should resolution of this matter require a trial, I would appreciate the opportunity to incorporate any additional data then known, and to further document and illustrate the underlying facts and assumptions for examination in court.

I hope this information contributes to a fair resolution of this matter. If you require further assistance, I would be pleased to respond.

Vickie Fang, Esq.  12 November 2006  Page 6

Very truly yours,

Rick R. Gaskins, MBA, CPA

Attachments: Schedules 1, 2, 3, 4 and 5
                Notes and Statistical References
                Resume of Rick R. Gaskins, MBA, CPA

Schedule 1
Beth Norden
Present value of his lost earnings and benefits
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2003 at GS 11/7
[Present value by net discount rate method]

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | But for wrongs | | | | With wrongs | | | | Present | Present |
| Year ending 31-Dec | Age 31-Dec | Life years | Worklife years | Wages | TSP | Pension | Total earnings | Wages | TSP | Pension | Total earnings | Loss (H - L) | value factor | value of loss |
| 2003 | 51.92 | 0.75 | 0.75 | 43,609 | 2,180 | | 45,789 | 0 | 0 | 0 | 0 | 45,789 | 1.000000 | 45,789 |
| 2004 | 52.92 | 1.00 | 1.00 | 62,397 | 3,120 | | 65,517 | 0 | 0 | 0 | 0 | 65,517 | 1.000000 | 65,517 |
| 2005 | 53.92 | 1.00 | 1.00 | 64,711 | 3,236 | | 67,947 | 0 | 0 | 0 | 0 | 67,947 | 1.000000 | 67,947 |
| 2006 | 54.92 | 1.00 | 1.00 | 66,939 | 3,347 | | 70,286 | 0 | 0 | 0 | 0 | 70,286 | 1.000000 | 70,286 |
| 2007 | 55.92 | 1.00 | 1.00 | 69,539 | 3,477 | | 73,016 | 0 | 0 | 0 | 0 | 73,016 | 0.981730 | 71,682 |
| 2008 | 56.92 | 1.00 | 1.00 | 70,338 | 3,517 | | 73,855 | 0 | 0 | 0 | 0 | 73,855 | 0.953414 | 70,415 |
| 2009 | 57.92 | 1.00 | 1.00 | 71,147 | 3,557 | | 74,705 | 0 | 0 | 0 | 0 | 74,705 | 0.925914 | 69,170 |
| 2010 | 58.92 | 1.00 | 1.00 | 73,860 | 3,693 | | 77,553 | 0 | 0 | 0 | 0 | 77,553 | 0.899208 | 69,736 |
| 2011 | 59.92 | 1.00 | 1.00 | 74,709 | 3,735 | | 78,445 | 0 | 0 | 0 | 0 | 78,445 | 0.873272 | 68,504 |
| 2012 | 60.92 | 1.00 | 1.00 | 75,569 | 3,778 | | 79,347 | 0 | 0 | 0 | 0 | 79,347 | 0.848084 | 67,293 |
| 2013 | 61.92 | 1.00 | 1.00 | 76,438 | 3,822 | | 80,260 | 0 | 0 | 0 | 0 | 80,260 | 0.823622 | 66,104 |
| 2014 | 62.92 | 1.00 | 1.00 | 77,317 | 3,866 | | 81,183 | 0 | 0 | 7,141 | 7,141 | 74,042 | 0.799866 | 59,224 |
| 2015 | 63.92 | 1.00 | 0.73 | 57,090 | 2,855 | 6,232 | 66,177 | 0 | 0 | 7,762 | 7,762 | 58,415 | 0.776795 | 45,377 |
| 2016 | 64.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.754390 | 11,557 |
| 2017 | 65.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.732631 | 11,224 |
| 2018 | 66.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.711499 | 10,900 |
| 2019 | 67.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.690977 | 10,586 |
| 2020 | 68.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.671047 | 10,280 |
| 2021 | 69.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.651692 | 9,984 |
| 2022 | 70.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.632895 | 9,696 |
| 2023 | 71.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.614640 | 9,416 |
| 2024 | 72.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.596912 | 9,145 |
| 2025 | 73.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.579695 | 8,881 |
| 2026 | 74.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.562974 | 8,625 |
| 2027 | 75.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.546736 | 8,376 |
| 2028 | 76.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.530967 | 8,134 |
| 2029 | 77.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.515652 | 7,900 |
| 2030 | 78.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.500779 | 7,672 |
| 2031 | 79.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.486335 | 7,451 |
| 2032 | 80.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | 0 | 7,762 | 7,762 | 15,320 | 0.472307 | 7,236 |
| 2033 | 81.92 | 0.88 | 0.00 | 0 | 0 | 20,312 | 20,312 | 0 | 0 | 6,830 | 6,830 | 13,481 | 0.458684 | 6,184 |
| Totals | | 30.63 | 12.48 | | | | | | | | | | | 1,000,285 |

Schedule 2
Beth Norden
Determination of adverse tax impact compensation
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2003 at GS 11/7
[Present value by net discount rate method]

| | | | But for wrongs | | | | | | | With wrongs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
| Year ending 31-Dec | Present value factor | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income | Before tax loss | Adverse tax impact adjustment | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income |
| 2003 | | 45,789 | -5,374 | -3,030 | -8,404 | 37,385 | 37,385 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004 | | 65,517 | -8,342 | -4,599 | -12,941 | 52,576 | 52,576 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005 | | 67,947 | -8,708 | -4,792 | -13,500 | 54,447 | 54,447 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006 | | 70,286 | -9,060 | -4,978 | -14,038 | 56,248 | 56,248 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | | 73,016 | -9,471 | -5,195 | -14,666 | 58,350 | 57,284 | 1,000,285 | 318,125 | 1,318,410 | -402,742 | -104,201 | -506,943 | 811,466 | 796,641 |
| 2008 | | 73,855 | -9,597 | -5,262 | -14,859 | 58,996 | 56,248 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2009 | | 74,705 | -9,725 | -5,329 | -15,054 | 59,650 | 55,231 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2010 | | 77,553 | -10,154 | -5,556 | -15,709 | 61,844 | 55,611 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2011 | | 78,445 | -10,288 | -5,627 | -15,914 | 62,531 | 54,606 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2012 | | 79,347 | -10,423 | -5,698 | -16,122 | 63,225 | 53,620 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | | 80,260 | -10,561 | -5,771 | -16,332 | 63,928 | 52,652 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | | 81,183 | -10,700 | -5,844 | -16,544 | 64,639 | 51,702 | | | 7,141 | 0 | 0 | 0 | 7,141 | 5,712 |
| 2015 | | 66,177 | -8,442 | -4,651 | -13,093 | 53,084 | 41,235 | | | 7,762 | 0 | -7 | -7 | 7,754 | 6,023 |
| 2016 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 15,012 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,850 |
| 2017 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 14,579 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,681 |
| 2018 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 14,158 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,517 |
| 2019 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 13,750 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,358 |
| 2020 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 13,353 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,203 |
| 2021 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 12,968 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,053 |
| 2022 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 12,594 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,908 |
| 2023 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 12,231 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,766 |
| 2024 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 11,878 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,629 |
| 2025 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 11,536 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,495 |
| 2026 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 11,203 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,365 |
| 2027 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 10,880 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,240 |
| 2028 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 10,566 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,117 |
| 2029 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 10,261 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,999 |
| 2030 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 9,965 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,883 |
| 2031 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 9,678 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,771 |
| 2032 | | 23,081 | -1,957 | -1,225 | -3,182 | 19,899 | 9,399 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,662 |
| 2033 | | 20,312 | -1,540 | -1,005 | -2,545 | 17,767 | 8,149 | | | 6,830 | 0 | 0 | 0 | 6,830 | 3,133 |

**Totals of after tax incomes**                                           891,007 <---------------------- Proof of adverse tax impact determination ---------------------- 891,007

Schedule 3
Beth Norden
Present value of his lost earnings and benefits
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2004 at GS 12/3
[Present value by net discount rate method]

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | \multicolumn{4}{c}{But for wrongs} | | With wrongs | | | |
| Year ending 31-Dec | Age 31-Dec | Life years | Worklife years | Wages | TSP | Pension | Total earnings | Wages | TSP | Pension | Total earnings | Loss (H - L) | Present value factor | Present value of loss |
| 2003 | 51.92 | 0.75 | 0.00 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 1.000000 | 0 |
| 2004 | 52.92 | 1.00 | 0.75 | 48,510 | 2,426 | | 50,936 | 0 | 0 | 0 | 0 | 50,936 | 1.000000 | 50,936 |
| 2005 | 53.92 | 1.00 | 1.00 | 67,077 | 3,354 | | 70,431 | 0 | 0 | 0 | 0 | 70,431 | 1.000000 | 70,431 |
| 2006 | 54.92 | 1.00 | 1.00 | 71,552 | 3,578 | | 75,130 | 0 | 0 | 0 | 0 | 75,130 | 1.000000 | 75,130 |
| 2007 | 55.92 | 1.00 | 1.00 | 72,375 | 3,619 | | 75,994 | 0 | 0 | 0 | 0 | 75,994 | 0.981730 | 74,605 |
| 2008 | 56.92 | 1.00 | 1.00 | 75,425 | 3,771 | | 79,197 | 0 | 0 | 0 | 0 | 79,197 | 0.953414 | 75,507 |
| 2009 | 57.92 | 1.00 | 1.00 | 76,293 | 3,815 | | 80,107 | 0 | 0 | 0 | 0 | 80,107 | 0.925914 | 74,173 |
| 2010 | 58.92 | 1.00 | 1.00 | 79,438 | 3,972 | | 83,410 | 0 | 0 | 0 | 0 | 83,410 | 0.899208 | 75,003 |
| 2011 | 59.92 | 1.00 | 1.00 | 80,352 | 4,018 | | 84,370 | 0 | 0 | 0 | 0 | 84,370 | 0.873272 | 73,678 |
| 2012 | 60.92 | 1.00 | 1.00 | 83,598 | 4,180 | | 87,778 | 0 | 0 | 0 | 0 | 87,778 | 0.848084 | 74,443 |
| 2013 | 61.92 | 1.00 | 1.00 | 84,559 | 4,228 | | 88,787 | 0 | 0 | 0 | 0 | 88,787 | 0.823622 | 73,127 |
| 2014 | 62.92 | 1.00 | 1.00 | 85,532 | 4,277 | | 89,808 | 0 | 0 | 7,141 | 7,141 | 82,668 | 0.799866 | 66,123 |
| 2015 | 63.92 | 1.00 | 1.00 | 88,918 | 4,446 | 0 | 93,364 | 0 | 0 | 7,762 | 7,762 | 85,603 | 0.776795 | 66,496 |
| 2016 | 64.92 | 1.00 | 0.73 | 65,657 | 3,283 | 6,894 | 75,834 | 0 | 0 | 7,762 | 7,762 | 68,072 | 0.754390 | 51,353 |
| 2017 | 65.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.732631 | 13,020 |
| 2018 | 66.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.711499 | 12,645 |
| 2019 | 67.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.690977 | 12,280 |
| 2020 | 68.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.671047 | 11,926 |
| 2021 | 69.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.651692 | 11,582 |
| 2022 | 70.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.632895 | 11,248 |
| 2023 | 71.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.614640 | 10,923 |
| 2024 | 72.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.596912 | 10,608 |
| 2025 | 73.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.579695 | 10,302 |
| 2026 | 74.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.562974 | 10,005 |
| 2027 | 75.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.546736 | 9,717 |
| 2028 | 76.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.530967 | 9,436 |
| 2029 | 77.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.515652 | 9,164 |
| 2030 | 78.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.500779 | 8,900 |
| 2031 | 79.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.486335 | 8,643 |
| 2032 | 80.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.472307 | 8,394 |
| 2033 | 81.92 | 0.88 | 0.00 | 0 | 0 | 22,470 | 22,470 | 0 | 0 | 6,830 | 6,830 | 15,640 | 0.458684 | 7,174 |
| Totals | | 30.63 | 12.48 | | | | | | | | | | | 1,076,973 |

Schedule 4
Beth Norden
Determination of adverse tax impact compensation
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2004 at GS 12/3
[Present value by net discount rate method]

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | But for wrongs | | | | | | With wrongs | | | | | | | |
| | Year ending 31-Dec | Present value factor | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income | Before tax loss | Adverse tax impact adjustment | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income |
| | 2003 | | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2004 | | 50,936 | -6,148 | -3,440 | -9,588 | 41,348 | 41,348 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2005 | | 70,431 | -9,082 | -4,989 | -14,071 | 56,360 | 56,360 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2006 | | 75,130 | -9,789 | -5,363 | -15,152 | 59,978 | 59,978 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2007 | | 75,994 | -9,919 | -5,432 | -15,351 | 60,643 | 59,535 | 1,076,973 | 335,894 | 1,412,867 | -431,705 | -111,710 | -543,416 | 869,451 | 853,567 |
| | 2008 | | 79,197 | -10,401 | -5,686 | -16,087 | 63,109 | 60,169 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2009 | | 80,107 | -10,538 | -5,759 | -16,297 | 63,811 | 59,083 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2010 | | 83,410 | -11,035 | -6,021 | -17,056 | 66,354 | 59,666 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2011 | | 84,370 | -11,179 | -6,098 | -17,277 | 67,093 | 58,590 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2012 | | 87,778 | -11,692 | -6,369 | -18,061 | 69,717 | 59,126 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2013 | | 88,787 | -11,844 | -6,449 | -18,293 | 70,495 | 58,061 | | | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2014 | | 89,808 | -11,998 | -6,530 | -18,528 | 71,281 | 57,015 | | | 7,141 | 0 | 0 | 0 | 7,141 | 5,712 |
| | 2015 | | 93,364 | -12,533 | -6,813 | -19,345 | 74,019 | 57,498 | | | 7,762 | 0 | -7 | -7 | 7,754 | 6,023 |
| | 2016 | | 75,834 | -9,895 | -5,419 | -15,314 | 60,520 | 45,656 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,850 |
| | 2017 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 15,963 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,681 |
| | 2018 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 15,502 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,517 |
| | 2019 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 15,055 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,358 |
| | 2020 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 14,621 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,203 |
| | 2021 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 14,199 | | | 7,762 | 0 | -7 | -7 | 7,754 | 5,053 |
| | 2022 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 13,789 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,908 |
| | 2023 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 13,392 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,766 |
| | 2024 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 13,005 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,629 |
| | 2025 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 12,630 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,495 |
| | 2026 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 12,266 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,365 |
| | 2027 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 11,912 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,240 |
| | 2028 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 11,569 | | | 7,762 | 0 | -7 | -7 | 7,754 | 4,117 |
| | 2029 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 11,235 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,999 |
| | 2030 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 10,911 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,883 |
| | 2031 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 10,596 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,771 |
| | 2032 | | 25,534 | -2,326 | -1,420 | -3,746 | 21,788 | 10,291 | | | 7,762 | 0 | -7 | -7 | 7,754 | 3,662 |
| | 2033 | | 22,470 | -1,865 | -1,177 | -3,041 | 19,429 | 8,912 | | | 6,830 | 0 | 0 | 0 | 6,830 | 3,133 |

**Totals of after tax incomes**                                                        947,933 <----------------------- Proof of adverse tax impact determination --------------------- 947,933

Schedule 5
Inflation, productivity and return on investment
For the 25 year period from 1979 to 2004

| Year | CPI Index | Real Compens Index | Tax Exempt Bonds |
|---|---|---|---|
| 1979 | 72.6 | 89.4 | 6.39 |
| 1980 | 82.4 | 89.2 | 8.51 |
| 1981 | 90.9 | 89.3 | 11.23 |
| 1982 | 96.5 | 90.4 | 11.57 |
| 1983 | 99.6 | 90.4 | 9.47 |
| 1984 | 103.9 | 90.7 | 10.15 |
| 1985 | 107.6 | 91.9 | 9.18 |
| 1986 | 109.6 | 94.9 | 7.38 |
| 1987 | 113.6 | 95.3 | 7.73 |
| 1988 | 118.3 | 96.6 | 7.76 |
| 1989 | 124.0 | 95.1 | 7.24 |
| 1990 | 130.7 | 96.2 | 7.25 |
| 1991 | 136.2 | 97.4 | 6.89 |
| 1992 | 140.3 | 100.0 | 6.41 |
| 1993 | 144.5 | 99.7 | 5.63 |
| 1994 | 148.2 | 99.2 | 6.19 |
| 1995 | 152.4 | 98.9 | 5.95 |
| 1996 | 156.9 | 99.6 | 5.75 |
| 1997 | 160.5 | 100.6 | 5.55 |
| 1998 | 163.0 | 105.1 | 5.12 |
| 1999 | 166.6 | 107.9 | 5.43 |
| 2000 | 172.2 | 111.8 | 5.77 |
| 2001 | 177.1 | 113.3 | 5.19 |
| 2002 | 179.9 | 115.0 | 5.05 |
| 2003 | 184.0 | 117.1 | 4.73 |
| 2004 | 188.9 | 118.9 | 4.63 |
| Annual rate of change (percent) | 3.90 | 1.15 | 6.99 |

Real rates discount:
    Tax free rate    2.97

Notes and Statistical References        12 November 2006        Page 1

## Calculations

Calculations have been performed by computer to higher precision than the numbers, which are actually displayed in print. Due to rounding and truncation of values printed, small differences may appear among printed data related mathematically. These calculation and presentation issues have no material affect on the reliability or practical accuracy of the analyses.

## Earnings and benefits of Ms. Beth Norden

U.S. civil service general schedule pay tables 2003 – 2006, available at http://www.opm.gov/oca/. Benefits information from http://federaljobs.net/retire/ and http://www.tsp.gov/.

## Inflation

Economic Report of the President, U.S. Government Printing Office, Washington, DC, 2005, Table B-60.

## Life Expectancy

Life Tables for the United States Social Security Area 1900-2100, Actuarial Study No. 116, Felicitie C. Bell and Michael L. Miller, U.S. Social Security Administration, Office of the Actuary, Table 6 - Period Life Tables for U. S. Social Security Area by Calendar Year and Sex, Calendar Year 2000.

## Productivity

Economic Report of the President, U.S. Government Printing Office, Washington, D.C., 2005, Table B-49.

## Return on Investment

Economic Report of the President, U.S. Government Printing Office, Washington, DC, 2005, Table B-73.

Notes and Statistical References     12 November 2006     Page 2

## Taxation

"Statistics of Income Bulletin", Fall 2002, Internal Revenue Service, Publication 1136 (Rev. 12-02.), and Maryland Form 502D (2006), "Declaration of Estimated Maryland and Local Income Tax for the Year 2006".

## Worklife Expectancy

Ciecka, James, Thomas Donley and Jerry Goldman, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation, and Probability Intervals", Journal of Legal Economics, 11(1): 23-87, Table 18.

# Gaskins Associates, P.C.

7183 Stillwater Court
Frederick, Maryland 21702
Telephone: 301-698-9777
Fax: 301-698-9779
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

March 2006

<u>Resume of Rick R. Gaskins, MBA, CPA</u>

<u>Experience:</u>   Rick Gaskins has 30 years of experience in the public accounting profession and 28 years of experience as an expert witness and consultant in the fields of forensic economics and accounting. He has extensive experience in performing and directing consulting engagements involving:

- Economic and accounting analysis of damages
- Asset valuation studies
- Settlement design and evaluation
- Computer based modeling, simulation and forecasting

Prior to forming Gaskins Associates he was senior Management Advisory Services Partner with a regional certified public accounting (CPA) firm. Earlier he was a senior consultant with the health care consulting division of a national CPA firm. His experience also includes management positions in banking and higher education.

He is a past adjunct instructor at the Georgetown University School of Business Administration where he taught financial and managerial accounting theory. He also serves as an instructor for continuing professional education seminars on forensic economics, forensic accounting and business damages/valuation.

He augments his consulting capabilities with computer programming skills in high-level languages and database management systems. He is experienced in the use of on-line database research tools, computer modeling and statistical analysis tools. In addition, he has special training in computer controls evaluation and computer auditing.

Resume of Rick R. Gaskins, MBA, CPA    March 2006    Page 2 of 4

| | |
|---|---|
| Representative Engagements: | Forensic accounting, economic analysis and expert testimony |

Economic loss in personal injury and wrongful death cases, before federal and state courts.

Identification, valuation and analysis for distributions of marital property.

Business valuation and lost profits analysis for commercial torts, before state courts.

Lost profits analysis and business valuation for business interruption, before state courts.

Funds flow analysis in criminal fraud and RICO case, before federal court.

Business valuation and pension valuation in marital dissolutions.

Economic analysis of a real estate investment trust's (REIT's) management of a major real estate development project, before bankruptcy court.

Economic value of management services, before federal court.

Assessment of damages for contract cancellation and misappropriation of intellectual property (software), before federal court.

Testimony in support of consideration of punitive damages awards.

Cost of proposed (injunctive relief) worldwide medical treatment program, financial management, and accounting to the court, in federal court.

Assessment of damages resulting from cancellation of wholesale distribution agreement, before federal court.

Forensic accounting regarding fraud, embezzlement and Securities Acts violations by bank management, before federal court.

Economic loss of foreign nationals for injury and death, before federal courts.

Resume of Rick R. Gaskins, MBA, CPA        March 2006        Page 3 of 4

| | |
|---|---|
| Representative Engagements (continued) | Cost studies and economic analyses not in litigation:

Fraud and abuse detection system for a federal health insurance program.

Market assessment and forecast for worldwide demand of a pharmaceutical product for private placement of securities.

Differential costs of two policy options for a federal program.

Stock valuation for wholly-owned subsidiary of national professional association.

Medicare data collection cost.

Economics of burn injury treatment in 500 hospitals.

Business valuation and negotiation for purchase of a technical consulting firm.

Computer system consulting and software development:

Comprehensive automation for 245-bed acute care general hospital: system specification and selection.

Distribution system for 500,000-member not-for-profit association: remedy flawed system selection and stalled software development.

Point-of-sale system for 15-store retail chain: specification and selection.

Real-time order entry and dispatch system for delivery of highly perishable product: custom software design and development.

Design and development of programs for preparation and transmission of Federal Reserve (NACHA) formatted direct deposit payroll and direct debit transactions to banks via data communications. The software applications have been marketed nationally since 1988. |
| License: | Certified Public Accountant, Maryland, Certificate 5039, issued January 31, 1977. |

Resume of Rick R. Gaskins, MBA, CPA        March 2006        Page 4 of 4

| | |
|---|---|
| Education: | Continuing professional education seminars and teaching |
| | Wharton School, University of Pennsylvania, 1975, Master of Business Administration (emphasis in accounting, economics, finance, statistics and quantitative methods) |
| | University of Rhode Island, studies in mathematics and accounting |
| | Brown University, 1971, BA in English literature, minor in sciences |
| Professional Affiliations: | American Academy of Economic and Financial Experts<br>Board of Directors 2001 - 2004<br>Bard of Directors, At-large, 2006 - |
| | American Institute of Certified Public Accountants |
| | Institute of Business Appraisers |
| | Journal of Legal Economics<br>Board of Editors, 2006 – |
| | National Association of Forensic Economics<br>Vice-president, Eastern Region 2002 - 2005 |
| Publications: | *The Costs of Acute Care Utilization Review Activities Conducted by Medicare Fiscal Intermediaries, Medicaid State Agencies, and State Licensing and Certification Agencies* (Report OPEL 77-12), Gaskins, Rick R., et al., U.S. National Technical Information Service, Washington, DC. |
| | "Worklife Estimates by Occupation: A Comment", Gaskins, Rick R. and Paul C. Taylor, *Journal of Forensic Economics*, Vol. 11, No. 2, Spring/Summer 1998, pp. 139-141. |
| In process: | "The Effect of the Absence of a Parent on the Future Earnings of a Minor Child". Gaskins, Rick R., James D. Rodgers and Lawrence M. Spizman. |
| | "The Application of Time Expectancy Data in Personal Damages Assessment", Gaskins, Rick R. |

Rrg32006.doc