**PLAINTIFF'S EXHIBIT 2**

**SALARY AND RELATED COSTS** - The Institution requests an increase of $9,511,000 for higher projected salary and benefits costs in FY 2004 for staff. A line item display of the increased pay costs, including FY 2003 pay annualization and the proposed FY 2004 pay raise, is also provided. The components of the requested increase are as follows:

*Salary and Related Cost Increases:*
| | |
|---|---:|
| Annualization of FY 2003 Pay Raises | $3,474,000 |
| Proposed FY 2004 Pay Raises | 5,893,000 |
| Workers' Compensation | 144,000 |
| **Total, Salary and Related Costs Increases** | **$9,511,000** |

- ***Annualization of FY 2003 Pay Raises (+$3,474,000)*** - to annualize funding of the January 2003 pay raise for one-quarter of a year. In addition, this request supports the portion of the January 2003 pay raise that is not funded in the FY 2003 Request to Congress, which includes funding for a 2.6 percent pay raise for three-quarters of the year. The pay raise for FY 2003 is 3.1 percent.
- ***Proposed FY 2004 Pay Raises (+$5,893,000)*** - to fund the anticipated 2.0 percent January 2004 pay raise for three-quarters of a year.
- ***Workers' Compensation (+$144,000)*** - to support the provisions of Section 8147(b) of Title 5, United States Code, as amended April 21, 1976 by Public Law 94-273. Workers' Compensation is based on actual costs of $2,800,000 incurred from July 1, 2001 through June 30, 2002, as provided by the Department of Labor. With an amount of $2,656,000 in its FY 2003 Request to Congress for workers' compensation, the Institution requests an increase of $144,000 in FY 2004.

21

## SALARIES AND EXPENSES

| FY 2003 Appropriation | $460,194,000 |
| --- | --- |
| FY 2004 Appropriation | $488,652,000[1] |
| FY 2005 Estimate | $499,125,000 |

[1] FY 2004 includes 0.646% rescission contained in the FY 2004 Interior and Related Agencies Appropriations Act and the 0.59% rescission contained in the FY 2004 Omnibus Appropriations Act.

For FY 2005, the Institution requests $499.1 million in the Salaries and Expenses account. This is an approximate 2 percent increase over the FY 2004 appropriation. This section provides specific details about the Institution's Salaries and Expenses budget request for FY 2005.

**SALARY AND RELATED COSTS** – The budget proposes a 1.5 percent pay raise effective January 2005. When combined, with the one quarter of the January 2004 pay raise that occurs in FY 2005, the total for new pay raise requirements in FY 2005 is $7,391,000. In addition, Worker's Compensation, which is based on Department of Labor's actual costs, has increased by $454,000. The total for new pay and related costs in FY 2005 is $7,845,000.

A line item display of these increased pay costs follows:
| | |
| --- | --- |
| Annualization of FY 2004 pay raise (1/4 of a year at 4.1% plus locality) | 3,579,000 |
| Proposed FY 2005 pay raise (3/4 of a year at 1.5%) | 3,812,000 |
| Workers' Compensation | 454,000 |
| **Total, new salary and related cost increases in FY 2005** | **$7,845,000** |

- **Annualization of FY 2004 Pay Raise ($3,579,000)** – annualizes the anticipated 4.1 percent January 2004 pay raise (4.41 percent including locality) for one-quarter of a year.

- **Proposed FY 2005 Pay Raise ($3,812,000)** – funds the anticipated 1.5 percent January 2005 pay raise for three-quarters of a year.

- **Workers' Compensation ($454,000)** – supports the provisions of Section 8147(b) of Title 5, United States Code, as amended April 21, 1976 by Public Law 94-273. Workers' Compensation is based on actual costs incurred from July 1, 2002 through June 30, 2003, by the Department of Labor. With an amount of $2,800,000 in its FY 2004 base for Workers' Compensation, the Institution requires an increase of $454,000 to cover the Department of Labor's incurred costs of $3,254,000.

## SALARIES AND EXPENSES

| FY 2004 Appropriation | $488,652,000 |
| --- | --- |
| FY 2005 Appropriation | $489,035,000 |
| FY 2006 Estimate | $524,135,000 |

For FY 2006, the Institution requests $524.1 million in the Salaries and Expenses account. Within the total increase requested, approximately 53 percent is attributable to mandatory costs for sustaining base operations (pay, utilities, and rent), and the remainder is for priority program requirements within the Institution. These increases are partially offset by program reductions and non-recurring costs of $3,621,000.

**SALARY AND RELATED COSTS** — The Institution requests an increase of $8,865,000 for higher projected salary and benefits costs in FY 2006 as described below. This request is limited to the annualization of the 2005 pay raise, the proposed 2006 pay raise, and the increase in workers' compensation costs. The Institution absorbed unfunded portions of legislated raises totaling $20.8 million from FY 2003 through FY 2005. The following is a line-item display of the requested pay increase:

*Salary and Related Cost Increases:*
| | |
| --- | --- |
| Annualization of 2005 pay raises (1/4 of a year at 3.71%) | $3,209,000 |
| Proposed 2006 Pay Raise (3/4 of a year at 2.3%) | 4,802,000 |
| Workers' Compensation | 854,000 |
| **Total, Salary and Related Cost Increases** | **$8,865,000** |

- **Annualization of the 2005 Pay Raise (+$3,209,000)** – annualizes the January 2005 pay raise (3.71 percent including locality pay) for one-quarter of a year.

- **Proposed 2006 Pay Raise (+$4,802,000)** – funds the anticipated 2.3 percent January 2006 pay raise for three-quarters of a year, which is partially offset by one less workday in FY 2006.

- **Workers' Compensation (+$854,000)** – supports the provisions of Section 8147(b) of Title 5, United States Code, as amended April 21, 1976 by Public Law 94-273. The Workers' Compensation bill for FY 2006 of $3,628,000 is based on actual costs incurred from July 1, 2003 through June 30, 2004, as provided by the Department of Labor. With an amount of $2,774,000 in its FY 2005 base for Workers' Compensation, the Institution requests an increase of $854,000.

## SALARIES AND EXPENSES

| FY 2005 Appropriation | $489,035,000 |
|---|---|
| FY 2006 Appropriation | $516,568,000 |
| FY 2007 Estimate | $537,394,000 |

For FY 2007, the Institution requests $537.4 million in the Salaries and Expenses account. Within the total increase requested, approximately 70 percent is attributable to mandatory costs for sustaining base operations (e.g., pay, utilities, rent, etc.), and the remainder is for priority program requirements within the Institution. These increases are partially offset by non-recurring FY 2006 costs of -$7,526,000.

**SALARY AND RELATED COSTS** — The Institution requests an increase of $10,700,000 for higher projected salary and benefits costs in FY 2007 as described below. This request is limited to the unfunded portion and annualization of the 2006 pay raise, the proposed 2007 pay raise, and an increase for the Panamanian Social Security System costs. These increases are partially offset by a decrease for Workers' Compensation. The following is a line-item display of the pay required:

*Salary and Related Costs:*
- Unfunded 2006 pay raise (3.44% vs. 2.3%) — $2,212,000
- Annualization of 2006 pay raise (1/4 year at 3.44%) — 2,898,000
- 2007 pay raise (3/4 year at 2.2%) — 5,652,000
- Panamanian Social Security System — 295,000
- Workers' Compensation — -357,000
- **Total** — **$10,700,000**

- **Unfunded Portion and Annualization of 2006 Pay Raise (+$5,110,000)** — Funds the January 2006 pay raise at the legislated level (3.44% vs. 2.3%) and annualizes the January 2006 pay raise for the first quarter of FY 2007.

- **Proposed 2007 Pay Raise (+$5,652,000)** — Funds the anticipated 2.2 percent January 2007 pay raise for three-quarters of a year.

- **Panamanian Social Security Increase (+$295,000)** — Covers the higher employer contributions that are required by the change in Panamanian law, which was passed to address their financially troubled Social Security System. The law was signed by the President of Panama and became effective on January 1, 2006. The new law increases the contributions for both employers and employees.

- **Workers' Compensation (-$357,000)** — Supports the provisions of Section 8147(b) of Title 5, *United States Code*, as amended by Public Law 94-273. The Workers' Compensation bill for FY 2007 is $3,216,000, based on actual costs

incurred from July 1, 2004 through June 30, 2005, as provided by the U.S. Department of Labor. With an amount of $3,573,000 in its FY 2006 base, the Institution's budget is decreased by -$357,000.

## FY 2007 Increased Pay Costs
(Dollars in Thousands)

| Line Item | FY 2006 Unfunded/ Annualization | FY 2007 Pay Raise | Total |
|---|---|---|---|
| Anacostia Museum and Center for African American History and Culture | 18 | 22 | 40 |
| Center for Folklife and Cultural Heritage | 27 | 26 | 53 |
| National Museum of African American History and Culture | 47 | 33 | 80 |
| National Museum of American History, Behring Center | 242 | 307 | 549 |
| National Postal Museum | 12 | 10 | 22 |
| National Museum of the American Indian | 323 | 366 | 689 |
| Archives of American Art | 32 | 28 | 60 |
| Arthur M. Sackler Gallery/Freer Gallery of Art | 66 | 73 | 139 |
| Cooper-Hewitt, National Design Museum | 36 | 43 | 79 |
| Hirshhorn Museum and Sculpture Garden | 55 | 57 | 112 |
| National Museum of African Art | 37 | 51 | 88 |
| National Portrait Gallery | 81 | 82 | 163 |
| Smithsonian American Art Museum | 137 | 135 | 272 |
| National Air and Space Museum | 279 | 255 | 534 |
| National Museum of Natural History | 599 | 633 | 1,232 |
| National Zoological Park | 293 | 282 | 575 |
| Smithsonian Astrophysical Observatory | 234 | 248 | 482 |
| Smithsonian Center for Materials Research and Education | 37 | 44 | 81 |
| Smithsonian Environmental Research Center | 61 | 50 | 111 |
| Smithsonian Tropical Research Institute | 171 | 161 | 332 |
| Outreach | 81 | 93 | 174 |
| Communications | 33 | 31 | 64 |
| Office of Exhibits Central | 43 | 45 | 88 |
| Museum Support Center | 12 | 23 | 35 |
| Smithsonian Institution Archives | 23 | 24 | 47 |
| Smithsonian Institution Libraries | 115 | 121 | 236 |
| Administration | 401 | 481 | 882 |
| Facilities Maintenance | 353 | 432 | 785 |
| Facilities Operations, Security, and Support | 1,262 | 1,496 | 2,758 |
| **Total Increased Pay Costs** | **5,110** | **5,652** | **10,762** |

## SALARIES AND EXPENSES

| | |
|---|---|
| FY 2006 Appropriation | $516,568,000 |
| FY 2007 Current CR level | $517,094,000 |
| FY 2007 Request | $537,394,000 |
| FY 2008 Estimate | $571,347,000 |

For FY 2008, the Institution requests $571.3 million in the Salaries and Expenses account. To meet required CR reductions in FY 2007, if held to the FY 2006 level, the Institution would defer lower priority maintenance projects to FY 2008; implement a federal hiring freeze; eliminate all employee cash awards and bonuses; delay key financial systems improvements; delay replacement of outdated desktop computers; and reduce base funding for travel, research equipment, and office equipment. Within the total FY 2008 increase requested, approximately 64 percent is attributable to mandatory costs for sustaining base operations (e.g., pay, utilities, rent, etc.), and the remainder is for priority program requirements within the Institution.

**SALARY AND RELATED COSTS** — The Institution requests an increase of $11,406,000 for higher projected salary and benefits costs in FY 2008, as described below. This request is limited to the unfunded portion and annualization of the 2007 pay raise, the proposed 2008 pay raise, and an increase in Workers' Compensation costs. The Institution must absorb the two extra workdays in FY 2008 ($2,766,000). The following details the pay required:

*Salary and Related Costs:*
- Unfunded 2007 pay raise (2.64% vs. 2.2%)     $1,132,000
- Annualization of 2007 pay raise (1/4 year at 2.64%)    2,307,000
- 2008 pay raise (3/4 year at 3.0%)     7,913,000
- Workers' Compensation     54,000

**Total**     **$11,406,000**

- **Unfunded Portion of 2007 Pay Raise (+$1,132,000)** — Funds the anticipated January 2007 pay raise differential (2.64% vs. 2.2%) between the amount requested in the FY 2007 submission to Congress and the current pay raise estimate.

- **Annualization of 2007 Pay Raise (+$2,307,000)** — Funds the annualization of the anticipated 2.64 percent January 2007 pay raise for the first quarter of FY 2008.

- **Proposed 2008 Pay Raise (+$7,913,000)** — Funds the anticipated 3.0 percent January 2008 pay raise for three-quarters of a year.

12

incurred from July 1, 2004 through June 30, 2005, as provided by the U.S. Department of Labor. With an amount of $3,573,000 in its FY 2006 base, the Institution's budget is decreased by -$357,000.

## FY 2007 Increased Pay Costs
(Dollars in Thousands)

| Line Item | FY 2006 Unfunded/ Annualization | FY 2007 Pay Raise | Total |
|---|---|---|---|
| Anacostia Museum and Center for African American History and Culture | 18 | 22 | 40 |
| Center for Folklife and Cultural Heritage | 27 | 26 | 53 |
| National Museum of African American History and Culture | 47 | 33 | 80 |
| National Museum of American History, Behring Center | 242 | 307 | 549 |
| National Postal Museum | 12 | 10 | 22 |
| National Museum of the American Indian | 323 | 366 | 689 |
| Archives of American Art | 32 | 28 | 60 |
| Arthur M. Sackler Gallery/Freer Gallery of Art | 66 | 73 | 139 |
| Cooper-Hewitt, National Design Museum | 36 | 43 | 79 |
| Hirshhorn Museum and Sculpture Garden | 55 | 57 | 112 |
| National Museum of African Art | 37 | 51 | 88 |
| National Portrait Gallery | 81 | 82 | 163 |
| Smithsonian American Art Museum | 137 | 135 | 272 |
| National Air and Space Museum | 279 | 255 | 534 |
| National Museum of Natural History | 599 | 633 | 1,232 |
| National Zoological Park | 293 | 282 | 575 |
| Smithsonian Astrophysical Observatory | 234 | 248 | 482 |
| Smithsonian Center for Materials Research and Education | 37 | 44 | 81 |
| Smithsonian Environmental Research Center | 61 | 50 | 111 |
| Smithsonian Tropical Research Institute | 171 | 161 | 332 |
| Outreach | 81 | 93 | 174 |
| Communications | 33 | 31 | 64 |
| Office of Exhibits Central | 43 | 45 | 88 |
| Museum Support Center | 12 | 23 | 35 |
| Smithsonian Institution Archives | 23 | 24 | 47 |
| Smithsonian Institution Libraries | 115 | 121 | 236 |
| Administration | 401 | 481 | 882 |
| Facilities Maintenance | 353 | 432 | 785 |
| Facilities Operations, Security, and Support | 1,262 | 1,496 | 2,758 |
| **Total Increased Pay Costs** | **5,110** | **5,652** | **10,762** |

## SALARIES AND EXPENSES

| FY 2007 Appropriation | $536,295,000 |
| FY 2008 Appropriation | $562,434,000 |
| FY 2009 Estimate | $588,400,000 |

For FY 2009, the Institution requests $588.4 million in the Salaries and Expenses account. Within the increase requested, approximately 63 percent is attributable to mandatory costs for sustaining base operations (e.g., pay, utilities, rent, etc.), and the remainder is for priority program requirements within the Institution.

**SALARY AND RELATED COSTS (+$10,878,000)** — The Institution requests an increase of $10,878,000 for higher projected salary and benefits costs in FY 2009, as described below. This request funds a portion of the FY 2008 and FY 2009 pay raises and resources to cover the increase in Workers' Compensation costs. The Institution will absorb the additional workday in FY 2009 ($1,513,000), the unfunded portion of the FY 2008 pay raise (4.49% vs. 3.0% – $738,000), and $3,187,000 of the annualized 2008 pay raise (1/4 year at 4.49%). The following is a line-item display of the pay amounts requested:

| *Salary and Related Costs:* | *Requested* |
|---|---|
| • Annualized 2008 pay raise (1/4 year at 4.49%) | $952,000 |
| • 2009 pay raise (3/4 year at 2.9%) | 9,742,000 |
| • Workers' Compensation | 184,000 |
| **Total** | **$10,878,000** |

- **Annualization of 2008 Pay Raise (+$4,139,000/+$952,000)** — The annualization of the anticipated 4.49 percent January 2008 pay raise for the first quarter of FY 2009. The requested amount partially funds this annualized requirement.

- **Proposed 2009 Pay Raise (+$9,742,000)** — The anticipated 2.9 percent January 2009 pay raise for three-quarters of a year. The requested amount fully funds the required amount.

- **Workers' Compensation (+$184,000)** — Supports the provisions of Section 8147(b) of Title 5, *United States Code*, as amended by Public Law 94-273. The Workers' Compensation bill for FY 2009 is $3,405,000, based on actual costs incurred from July 1, 2006 through June 30, 2007, as provided by the U.S. Department of Labor. With an amount of $3,221,000 in its FY 2008 base, the Institution requires an increase of $184,000 for FY 2009.

15