**PLAINTIFF'S EXHIBIT 3**

APR 02, 2008 01:05  Case 1:05-cv-01232-RMC   Document 67-3  Filed 04/28/2008   Page 2 of 4       Page 2
3eba3b0d.CMC    May 2003    Dr. Tom Lawford (from)                                Page 1 of 3
                            Smithsonian Doctor

## Beth Norden – Dengue Hemorrhagic Fever – summary to date

To: Dr. Don Oberg  email                          301-220-0707
    (psychologist)

Medical Aspects: Beth acquired (read 'caught') Dengue Hemorrhagic Fever (DHF) in August 2000 on a Smithsonian sponsored entomologic trip deep into Brazilian jungle. It is a viral disease transmitted by mosquitoes, and is thought to have 4 serotypes. The old fashioned name for Dengue is Breakbone Fever due to the intense skeletal pain that is experienced. The Hemorrhagic variety is much much worse, and is thought to be set in motion by first catching one serotype, and later in life catching a different serotype. This sets up an autoimmune phenomenon directed against the intracellular seals of capillary wall cells, making the capillaries leaky. There is no platelet dysfunction.

Beth became extremely ill (had a very good chance of dying) upon return from Brazil in August of 2000. Her illness consisted of intense migraine-like headaches all day every day, total body wide purpura seen on patches of skin over her entire body which would form where ever she rested an arm or leg against anything for a few minutes. An encephalitic dementia was a prominent part of the picture, with a fugue state and confusion. In addition she had visual difficulties. She learned in the next summer that she could no longer sweat and her thermoregulation was poor.

For a brief time she was turned away by hospital ER's and the rest of the medical establishment because "If you say its workmens comp your insurance won't pay us, and until you get Dept of Labor (DOL) approval, they may never pay us either." I suspect the DOL had never been faced with a claim like this, and it didn't fit the cookie cutter pattern of strained backs and knees. I and my nurse visited the DOL on N. Capitol Street and made a plea for acceptance. The DOL accepted her and she was admitted to GTU.

After a period of hospitalization and stabilization, she was sent home. Home in a state of stultification and confusion with intense pain that was to last for months, with body wide under-skin hemorrhages. I have a dental report from months later where Beth had crushed a rear molar by grinding her teeth in a state of blinding headache and encephalitic confusion. Beth has related to me that in perhaps the first 6 months she had difficulty reading a computer screen or a newspaper. When she got to where she could read a newspaper, it left her confused and she couldn't grasp what she had just read. For someone who is a Fullbright Scholar, PhD in Entomology – and who lives in a world of ideas, this is a truly frightening and depressing state to be in. To be trapped at home in pain and confusion and unable to read for distraction, or to manage the torrent of DOL paper work required is a real downer.

Eventually in 2001 Beth through her physicians wanted to attempt a part time return to work. Her department was rather casual and said sure, why not. I gather from the record that several stressors combined were too much for her and she had to retreat back to home. Summer heat worsened her considerably. Getting to and from work on bus – subway also caused an increase in migraines. The ever present smell of naphthalene in her department cause and increase in nosebleeds and headaches. (They sprinkle naphthalene all through their collections to keep live bugs from moving in to eat the dead

bugs.)

In November of 2001 Beth decided she was ready to attempt to return to work at 20 hours per week. Psychometric testing was done before this RTW by GTU. This time her department swung to the opposite of a casual return to work. It took 4 months of emails, conferences and meetings with confirmatory phone calls to her docs. When we hammered out the details with her management that the days would not be contiguous, I recall another two weeks of emails to decide how to handle it if there was a Monday holiday and 4 work days. Beth's perception of this was one of dismay and rejection. As we had discussed, one would expect that when you recover from nearly dying doing your job, one would be greeted with hugs and flowers on the desk. Beth tells me that was far from the case. Even so, she was diligent in doing her 20 hours per week, although the omnipresent naphthalene increased her symptoms – headaches and nosebleeds.

In Dec of 2002 her department notified her that they could no longer accommodate her working 20 hours a week, and that she should return home on workmens comp. While for some I have met, this would be a lifelong dream come true, it was the opposite for Beth. She has an active mind, publishes papers and is a scholar. Sitting at home is a real punishment for her. Comes the realization that even when she regains full stamina and could do 40 hours a week, the naphthalene will always be present and she can probably never go back to her career there. This now casts a dark shadow over what her career will be, if it is to be at all. Its as major a life stressor as a divorce or a death in the family.

There is a certain real negative aspect of being rejected by The Smithsonian Institution and being pushed out in the street. I am currently dealing with another employee here who is feeling what Beth feels. Smithsonian professionals feel a real pride in being a part of this noble institution, and sharing academic camaraderie with their coworkers. When they go to professional meetings, they make themselves an extra large badge that says in all caps "Smithsonian". Being rejected and pushed away by those whom you had felt for years you were family with is – traumatic. I have told Beth that it is analogous to Kubler-Ross' "stages of death and dying". Disbelief, lets make a deal, anger, resignation, and finally acceptance. I feel that Beth is still in the anger stage, with a dollop of depression thrown in.

I have told her in jest "Beth, you have a serious character flaw. As a good little federal employee, you are supposed to swallow the bureaucratic BS without so much as even a whimper. But noooooo, you run around grabbing people by the lapels protesting loudly. (A Briggs Myers ESFP I would guess.) You're an especially difficult case – it'll take a lot to bring you 'round." I think she feels betrayed by people who she thought were academic peers and friends. And what is to come of her career. When the DOL decides it is time to send her to voc rehab, will she become a Delta Airlines gate agent for the rest of her life? Being an entomologist is a very rare occupation. If she were an HVAC tech the whole thing would be easier.

As of right now her thinking machinery is 100% back. Vision is fine. The headaches are much less and manageable. She can sweat and thermoregulate again, so we hope that 97F days this summer won't fatigue her as much as last summer. The skin purpura are much less frequent. Nosebleeds seem to have stopped (but recurred once when she smelled naphthalene several weeks ago.) I hear that GTU may repeat psychometric testing, to give them two data points. They can likely get a paper out of Beth's case.

The medical team that Beth sees at GTU as well as Dr. Granite are all top notch. I think that medically she is in excellent hands. Now the thing that needs work is the mental health aspect of having been put through this experience. I am glad that she has chosen to see you, and hope and expect that good things will come of this. You will find Beth to be articulate, engaging and voluble, which should be a real plus for a therapeutic relationship. Please feel free to call me if you have any questions.

Respectfully,

Tom Lawford MD

Occupational Medicine for SI Tue Wed Thurs

202-275-9286 (or 2222)  (fax 202-275-1270)  home ph 703-476-5155