Alex T. Sliheet, D.C. Bar No. 438977  
Vickie Inge Fang, *pro hac vice*  
Attorneys for Plaintiff Beth Norden  
8702 Nightingale Drive  
Lanham, MD 20706  
alexsliheet@yahoo.com  
fvickie@comcast.net  
(301) 552-4908

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| Beth M. Norden, ) | Case No. 051232 (RMC) |
| ) | |
| Plaintiff ) | PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MEMORANDUM & OPPOSITION TO DEFENDANT'S ECONOMIC MEMORANDUM |
| v. ) | |
| Cristian Samper, Acting Secretary Smithsonian Institution ) | |
| Defendant ) | |

AFFIDAVIT OF BETH NORDEN

I, Beth M. Norden, declare:

1. My name is Beth Norden.

2. I am over the age of eighteen and competent to testify.

3. My address is 112 Greenhill Road, Greenbelt, Maryland.

4. I am a former Smithsonian employee who holds a Ph.D. in entomology. I worked at the Smithsonian for approximately 15 years, and consistently received the

highest possible performance evaluation – "outstanding."

5. I had knowledge of and relied upon my federal employment benefits including my workers' compensation benefits when I decided to accept the Smithsonian's offer of employment.

6. I have been working in a church to earn the income of $50.00 per week, and I have been performing yearly judging duties for the Intel Science Competition.

7. During the trip to Brazil in 2000 when I contracted DHF, I was sent to a jungle/rainforest with no mosquito netting, with no provisions for emergency evacuation, and with so little water that after a week the group was forced to drink directly from the local stream.

8. On February 14, 2002, Ms. Marilyn Slomba, Labor Relations, told me that I had not been harmed by being out of work because I was receiving OWCP benefits.

9. Each and every year of my employment with the Smithsonian, I contributed the maximum amount to my Thrift Savings Plan retirement.

10. I do not want to retire at 56 years of age, and I want to resume my career as an entomologist as such work is intellectually stimulating and this work would be therapeutic to me emotionally. However, I can no longer emotionally and psychologically work at the Smithsonian. I have frequent nightmares and great fear.

11. My husband pulled up from the computer, an announcement of an entomologist position at the Smithsonian. I was qualified for the position. I was never informed, contacted or offered the position by the Smithsonian or by anyone else.

12. Since I was forced back onto full-time workers' compensation, I have worked on a

volunteer basis through the USDA, the Archbold Research Station in Florida, and through a professional association of biologists in the Washington Metropolitan area. My work has required me to walk for hours across sand in Florida and to carry packs weighing in excess of 100 pounds for the USDA. I have successfully completed all my volunteer work and have published several papers as a result.

13. I am an unpaid Research Affiliate at the Archbold Research Station. I work there approximately four weeks per year and pay approximately $175.00 per week for the right to do so. I also pay my own transportation to and from the Station. I do additional writing and research at home as a follow-up to the field work I perform at the Archbold Station.

14. Exhibit 1 is a true and correct copy of my expert, Mr. Gaskins' report of damages.

15. Exhibit 3 is a true and correct copy of Dr. Lawford's May 2003 memo to Dr. Oberg, my psychologist.

16. Exhibit 4 is a true and correct copy of Dr. Oberg's November 24, 2003, letter to the Smithsonian.

17. Exhibit 5 is a true and correct copy of Dr. Lawford's December 23, 2003, memo to Ms. Marilyn Slomba of the Smithsonian that was produced by defendant.

18. Exhibit 6 is a true and correct copy of Dr. Oberg's 4/14/04 and 4/16/04 therapy notes of our sessions during the return to work proposal from the Smithsonian in 2004.

19. Exhibit 7 is a true and correct copy of Dr. Granite's November 26, 2003, letter to my counsel Ms. Vickie Fang which was given to the Smithsonian as requested, in order to evaluate my return to work.

20. Exhibit 8 is a true and correct copy of the announcement of an entomologist position at the Smithsonian that I printed out from the internet.

21. Exhibit 9 is a true and correct copy of defendant's expert, Mr. Contee's report of damages as it was produced by defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 28 April 2008            Respectfully submitted,

*Beth B. Norden, Ph.D.*
Dr. Beth M. Norden