**PLAINTIFF'S EXHIBIT 7**

**Physician's Family Practice, Chtd.**
**115 Centerway**
**Greenbelt, MD 20770**

| David S. Granite, M.D. | Hillary Woodson, M.D. |
| Nancy English, CRFNP | Sheila M. Addison, CRNP |
| Phone (301) 474-2141 | Fax (301) 345-3874 |

November 26, 2003

Vickie Fang, Esquire
8702 Nightingale Drive
Lanham, MD 20706

Re: Beth Norden

Dear Ms. Fang:

Beth Norden has been a patient of this practice for many years. Her health has been generally good until the summer of 2000 when she contracted dengue fever for the second time. This resulted in a hemorrhagic diathesis, and it caused her to become severely ill such that she was at one point close to dying from this illness. Since that time, she has improved, but she has continued to have problems with both easy bleeding and severe recurrent migraines. Her easy bleeding is caused by membrane fragility from the dengue fever and has been severely aggravated by naphthalene exposure. This in turn has caused her to have frequent severe incapacitating migraines.

As a consequence of this, I believe she is a strong candidate for both flex-time and control procedures to limit her exposure to naphthalene.

Sincerely yours,

*[signature]*

David S. Granite, M.D.

DSG/mk:1126-145