**PLAINTIFF'S EXHIBIT 8**





Agency: Smithsonian Institution
Sub Agency: National Museum of Natural
Job Announcement Number:
08-LR-293653-DEU-NMNH



← Back to Search Results

## Research Entomologist

**Additional Duty Location Info:** 01 vacancies - Washington, DC

**MAJOR DUTIES:**
The incumbent initiates, develops, and personally participates in integrative scientific rese
fieldwork, and collection growth and maintenance concerning the biology, evolution, syste
and classification of one or more groups of terrestrial arthropods. Research consists of
systematically planned, original studies or a series of studies that address large problems.
Publishes scholarly reports of descriptive and/or theoretical nature based on self-directed
work, study of collection in this and other institutions, and on existing scholarly publicatio
Independently seeks non-departmental funding from sources within and beyond the Smith
Serves as consultant and expert advisor on professional matters in this area to colleagues
federal agencies, other governments, institutions, organizations, and the general public. T
fieldwork and acquisition of specimens, maintains, improves, and develops the National Co
Recommends approval or disapproval of requested loans. The incumbent reviews researc
proposals, manuscripts, and publication as requested by scientific colleagues. Presents le
the public and professional organizations. Attends and participates in national and interna
scientific conferences, seminars, and societies. Responds to requests from public media re
research.

← Back to Search Results



PRINT PREVIEW       EMAIL A FRIEND

  Send Mail                 Questions?

**Send Mail to:**                          **For questions about this job:**
Smithsonian Institution                    Office of Human Resources
Office Of Human Resources                  Phone: 202 633-6370
P.O. Box 23772, MRC 517                    Fax: 202 633-6402

Washington, DC 20026-3772          TDD: 202 633-6409
                                   Email: vacancy.info@si.edu
US
Fax: 202 633-6402

**USAJOBS Control Number:** 1069587

EEO Policy Statement | Reasonable Accommodation Policy Statement | Veterans Information
Legal and Regulatory Guidance

Home | Search Jobs | My USAJOBS | Information Center | Veterans | Forms | Employer Services
FAQS | Privacy Policy | Help | Site Map
Contact Us | Privacy Act and Public Burden Information

This is a United States Office of Personnel Management website. USAJOBS is the Federal Government's
official one-stop source for Federal jobs and employment information.









Agency: Smithsonian Institution
Sub Agency: National Museum of Natural
Job Announcement Number:
08 LR-293653-DEU-NMNH

Overview

← Back to Search Results

### Research Entomologist

**SALARY RANGE:** 66,767.00 - 86,801.00 USD per year

**OPEN PERIOD:** Tuesday, November 27, 2007 to Thursday, January 10, 2008

**SERIES & GRADE:** GS-0414-12/12

**POSITION INFORMATION:** Full-Time Te not to exceed 4 years

**PROMOTION POTENTIAL:** 12

**DUTY LOCATIONS:** 01 vacancies - Washing

**WHO MAY BE CONSIDERED:**
Applications will be accepted from United States citizens and nationals.

**JOB SUMMARY:**
We are more than a place to visit. The Smithsonian offers incredibly diverse and unique ca intern opportunities. Whatever your skills, interests, or education level we have a career opportunity that will fascinate you.
This position is located in the Department of Entomology, National Museum of Natural Hist (NMNH). The purpose of this position is to perform scholarly and professional research a curation in that portion of the U.S. National Entomological collection embracing terrestrial arthropods.

← Back to Search Results

 PRINT PREVIEW      EMAIL A FRIEND

 Send Mail

**Send Mail to:**
Smithsonian Institution
Office Of Human Resources
P.O. Box 23772, MRC 517
Washington, DC 20026-3772

US

 Questions?

**For questions about this job:**
Office of Human Resources
Phone: 202 633-6370
Fax: 202 633-6402
TDD: 202 633-6409
Email: vacancy.info@si.edu

http://jobsearch.usajobs.