# Michael A. Conte, Ph.D.
## November 5, 2006

## Listing of Expert Testimony: 2001 – present

### Year 2006

Deposition in Claudette Lockhart v. KGB #18 Corporation, et. al., Case No. 24-C-05-004159 in the Circuit Court for Baltimore City.

Deposition in Vernon Wheeler, Jr. et al v. Stanley Rochkind, et. al., Case No. 24-C-02-003702 in the Circuit Court for Baltimore City.

Trial testimony in Elbert Faulk v. Archstone-Smith in the United States District Court for the Eastern District of Virginia

Deposition in Loraine Cannon v. Ann M. Veneman, Civil Action No.: 1:04CV01200 in the United States District Court for the District of Columbia

Deposition in Lindzell Nelson et. al. v. BGM Baltimore Associates, et. al., Case No. 24-C-04-007634 in the Circuit Court for Baltimore City.

Deposition in Lovette Martin, III et. al. v. Warren S. Konins, et. al., Case No. 24-C-01-003868 in the Circuit Court for Baltimore City.

Deposition in Winston Burke et. al. v. George Monroe, et. al., Case No. 24-C-04-006316 in the Circuit Court for Baltimore City.

Deposition in Raymond Davenport, et al. v. Kenneth Mumaw, et. al., Case No.: 24-C-04-005430 in the Circuit Court for Baltimore City.

Trial testimony in U.S. Equal Opportunity Commission v. Federal Express Corporation, Case No. WDQ 04-03129 in United States District Court for the District of Maryland.

### Year 2005

Deposition in Tawanda Elmore et. al. v. Estate of Sidney Block, Case No. 24-C-04-000313 in the Circuit Court for Baltimore City.

Deposition in Guion, et al vs. Snow and Moore, et. al. v. United States, Civil Action No. 02-0283, 99-3373 in United States District Court for the District of Columbia.

Deposition in Keenan Robinson v. Stanley Rochkind, et. al., Case No. 24-C-04-004054 in the Circuit Court for Baltimore City.

Deposition in Ricardo Toomer et. al., v Adam Mhta, et. al., Case No. 24-C-02-006567 OT in the Circuit Court for Baltimore City.

Year 2004

Deposition in Tavon Anderson, et. al. vs. Michael Friedel, et. al., Case No. 24-C-02-005704 in the Circuit Court for Baltimore City.

Deposition in Demetria Gaines, et al. vs. CLC Properties, Inc., et al., Case No. 24-C-01-006063 in the Circuit Court for Baltimore City.

Deposition in Shawn Winn, Jr., et al. v. Barry S. Levin, et al., Case No. 24-C-98-410654 in the Circuit Court for Baltimore City.

Deposition in William Pratt, et. al. v. Baltimore Schools Associates, L.P., et. al., Case No. 24-C-01-004633 in the Circuit Court for Baltimore City.

Deposition in Dominique Hayden, et. Al. v. Helen Hunt, et. al., Case No. 03-C-01-006064 in the Circuit Court for Baltimore City.

Deposition in Lakisha Allen, et. al. vs. Stanley Rochkind, et. al., Case No. 24-C-02-003701 in the Circuit Court for Baltimore City.

Deposition in Linnea Hunt, et. al. vs. Michael Friedel, et. al., Case No. 24-C-02-003703 in the Circuit Court for Baltimore City.

Deposition in Shavonne Garner, et. Al. v. BGM Realty; Case No. 24-C-02-003378 in the Circuit Court for Baltimore City.

Trial testimony in Tameka Carnegie v. Cornelius Ames Byrd; Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

Year 2003

Trial testimony in Craig Welsh v. Clinical Radiologists Medical Imaging, P.A., Civil No. 233308-V in the Circuit Court for Montgomery County.

Deposition in Glypohnynuedeh Higgins, a Minor, By His Parents and Next Friends, Hector Higgins and Wiatta Higgins, et. al. vs. The Keelty Company, et. al.

Deposition in Monica M. Peyton v. Michael F. DiMario, Civil Action No. 98-491 (RMU) in the United States District Court for the District of Columbia.

Deposition in Craig Welsh v. Clinical Radiologists Medical Imaging, P.A., Civil No. 233308-V in the Circuit Court for Montgomery County.

*Michael A. Conte, Ph.D.*
*Listing of Expert Testimony: 1996 - present*

Deposition in Anthony Williams, et al, v. Irma Services, Inc., et al; Case No. 24-C-00-004027 in the Circuit Court for Baltimore City.

Video deposition in Tameka Carnegie v. Cornelius Ames Byrd; Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

Deposition in Tameka Carnegie v. Cornelius Ames Byrd, Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

Deposition in Rosa Wilson, et al v. Housing Authority of Baltimore City
Case No: 24-C-99-000104 in the Circuit Court for Baltimore City.

Deposition in Chantal L. Crozier and Marta Correa, Plaintiffs, vs. Dorothy Mae Hammond and Ohio Casualty Group, Defendants, Civil No. C_2001-74652-MT in the Circuit Court for Anne Arundel County, Maryland

Deposition in Dayvon Mason, Minor, et. al. vs. St. Ambrose Housing Aid Center Inc. Case No: 24-C-00-005568 in the Circuit Court for Baltimore City

Year 2002

Deposition in Ahmed Y. Zohny, Ph.D. v. Graduate School, U.S. Department of Agriculture, Civil Action Number: 00-1334 PLF in United States District Court for the District of Columbia.

Deposition in Sincerelea Jackson, et. al. v. M & J Joint Venture, et. al., Case No.: 24-C-00-003859 in the Circuit Court for Baltimore City.

Trial testimony in Shawnta Davis v. Jeffrey Blum, et al., Case No.: 24-C-00-001409 in the Circuit Court for Baltimore City.


Year 2001

Deposition in Shawnta Davis v. Jeffrey Blum, et al., Case No.: 24-C-00-001409 in the Circuit Court for Baltimore City.

Deposition in Tierra Swain v. Alma Furcrone, et. al., Case No.: 98098064 CC2985 in the Circuit Court for Baltimore City.

Deposition in Tyrone McQueen v. Dewey R. Barker, et. al., Case no.: 98098063 CC2986 in the Circuit Court for Baltimore City.

Deposition in Albert Joyner, et. al., v. Uptown Realty, et. al., Case No.: 97353011 CC8946 in the Circuit Court for Baltimore City.

Deposition in Joyce Russell, et. al., vs. Stanley Rochkind, et. al., Case no. 98013101 CC308 in the Circuit Court for Baltimore City.

Deposition in Lewis Johnson in the Circuit Court for Baltimore City.

APPLIED DATA RESOURCES, INC.
2332 E. BOWKER ST.
PHOENIX, ARIZONA 85040

# REPORT ON ECONOMIC LOSSES TO
# BETH B. NORDEN

PREPARED BY
MICHAEL A. CONTE, PH.D.

OCTOBER 19, 2006

Applied Data Resources, Inc.
Litigation Support
Economic and Financial Consultants

# TABLE OF CONTENTS

1.      Report ................................. p. 1

2.      Curriculum Vitae ................... p. 5

3.      Listing of Publications ............ p. 6

4.      Listing of Expert Testimony ...... p. 7

5.      Listing of Public Data Sources.... p. 11

6.      Listing of Fees ....................... p. 12

Table 1:    Recalculation of Ms. Norden's Economic Losses
            under Schedule 1

Table 2:    Recalculation of Ms. Norden's Economic Losses
            under Schedule 3

# I. INTRODUCTION

Applied Data Resources, Inc. ("ADR") was retained to review the report of Rick R. Gaskins, MBA, CPA, regarding the lost income and related damages to Beth R. Norden due to alleged "employment wrongs."

In preparing this report, we relied on the following materials:

1. Mr. Gaskins' report dated September 20, 2006.

2. AQS Case Compensation Payment History.

3. December 12, 2002 letter from the U.S. Department of Labor to Ms. Norden.

4. Other materials as noted in the body and footnotes below.

# II. BACKGROUND

Mr. Gaskins proffers two alternative scenarios for calculating Ms. Norden's losses:

o   Return to work in 2003 at a rate of pay consistent with GS11, step 7,

o   Return to work in 2004 at a rate of pay consistent with GS12, step 3.

Each of these scenarios is calculated with and without compensation for "adverse tax impact." In the following section, we comment on Mr. Gaskins' methodology. Then, in the ensuing section, we provide alternative calculations of Ms. Norden's economic losses.

# III. COMMENTS ON MR. GASKINS' METHODOLOGY

Mr. Gaskins conducts his calculations on the basis of the following assumptions concerning the underlying economic environment:

| | CPI Index | Real Compensation Index | Interest Rate on Tax-Exempt Bonds |
|---|---|---|---|
| Annual rate of change (percent): | 3.90 | 1.15 | 6.99 |

These appear to be reasonable assumptions and are adopted here for purposes of recalculating Ms. Norden's economic losses. However, Mr. Gaskins further assumes a real discount rate of 2.97%, which is not consistent with his other assumptions. The real discount rate is defined as the difference between the nominal discount rate (6.99%) and the rate of inflation (3.90%), and on the basis of this definition and the other assumptions described above, I calculate the corresponding real discount rate to be 3.09%. I therefore use a real discount rate of 3.09% in the calculations reported below.

Mr. Gaskins calculates Mr. Norden's economic losses to the end of her life expectancy at age 81. It is more appropriate, however, to calculate losses to the full extent of the appropriate life tables (i.e., to age 100) and to then discount each future year for the probability of survival to that year of age. I use this approach in recalculating Ms. Norden's economic losses.

As described below, making the two adjustments noted above changes the results by a relatively small amount. However, a third adjustment is more significant.

Ms. Norden has received disability payments in each month beginning as early as May, 2002. As shown below, the present value of these disability payments, after allowing for the probability of survivorship, exceeds the present value of her projected lost income from the Smithsonian Institution under Mr. Gaskin's first assumption (return to work in 2003 as a GS11, step 7 employee). Under the other assumption (return to work in 2004 as a GS12, step 3 employee), the present value of Ms. Norden's disability payments, after allowing for the probability of survivorship, is $63,346 less than her lost income from employment. As a result, I calculate that Ms. Norden has experienced a maximum monetary loss of $63,346 as a result of the alleged "employment wrongs" which are the subject of Mr. Gaskins' calculations.

## IV. RECALCULATION

Table 1 provides my calculation of the present value of Ms. Norden's lost income under Mr. Gaskins' first assumption (return to work in 2003 at GS11, step 7), reflected in his Schedule 1. Table 2 provides my calculation of same under Mr. Gaskins' alternate assumption (return to work in 2003 at GS12, step 3), reflected in his Schedule 3.

Column 3 in both tables shows Mr. Gaskin's calculation of Ms. Norden's economic loss for the corresponding year. Column 5 shows the discounted value of the annual loss, and Column 6 shows the cumulative loss. Note that the figure in Column 6 corresponding to age 81 reflects my calculation of Ms. Norden's cumulative discounted loss to her life expectancy prior to the application of any discount for survivorship. These amounts are several thousand dollars less than the amounts calculated by Mr. Gaskins ($986,522 vs. $996,996 under the first assumption, and $1,060,504 vs. $1,073,116 under the second assumption), reflecting my use of a slightly higher real discount rate as discussed in section III above.

Column 8 shows my calculation of the appropriate survivorship fraction, and Column 9 shows my calculation of Mr. Norden's economic loss after accounting for the probability of survivorship. These amounts are several thousand dollars lower still than the calculations described in the previous paragraph, but the difference is not substantial relative to the total loss calculated by Mr. Gaskins ($982,077 under the first assumption and $1,053,031 under the second).

Column 11 provides the history and my projections of Ms. Norden's disability payments. Column 12 restates her annual economic losses after subtracting these offsetting amounts. Column 13 shows the annual discounted value of these losses after allowing for the effects of survivorship, and Column 14 shows the cumulative value.

The last entry in Column 14 shows my calculation of Ms. Norden's economic losses after allowing for her receipt of offsetting disability payments. Under the first assumption, the loss is a negative $7,608, implying that the disability payments more than offset her lost wages. Under the second assumption, the loss is $63,346, implying that the disability payments offset all but $63,346 of her lost wages.

## CONCLUSIONS

I have calculated the total discounted value of Ms. Norden's economic losses to be a maximum of $63,346, based on an assumption of return to work in 2004 at the rate of pay corresponding to GS12, step 3. Under the alternative assumption (return to work in 2003 at GS11, step 7), I have calculated that Ms. Norden has suffered no economic loss.

I reserve the right to change and/or supplement my opinions, as stated above, in light of additional information that may become available in the future.

Michael A. Conte, Ph.D.

-4-

# MICHAEL A. CONTE, PH.D.

## EDUCATION

Ph.D., University of Michigan, 1979, Economics
M. A., University of Michigan, 1975, Economics
B.A., Yale University, 1970, Latin American Studies and Economics

## WORK HISTORY

President, Applied Data Resources, Inc. ("ADR"),   January, 1999 – present., and CEO, OneSource Technologies, Inc.

Acting President and CEO, Central Data Technologies, LLC ("CDT"), March, 1999 – May, 2000.  CDT is a bankruptcy information company specializing in the application of Chapter 11 bankruptcy data to the underwriting and risk management decisions of commercial lenders and insurers.

Director, Regional Economic Studies Institute ("RESI"), Towson University, 1996-1999. RESI provided information, IT and management consulting services to state and federal agencies and regionally based Fortune 100 companies.

Director, Regional Economic Studies Program ("RESP"), University of Baltimore, simultaneously serving as Professor of Economics and Finance, 1993-96.   RESP provided economic analysis and forecasting services to state agencies and regionally based companies.

Director, Center for Business and Economic Studies, University of Baltimore, simultaneously serving as Professor of Economics and Finance, 1989-93.

Associate Director, Division of Business and Economic Research, University of New Orleans, simultaneously serving as Associate Professor of Economics and Finance and Associate Editor of the *Review of Financial Economics*, 1985-89.

Instructor/Assistant Professor of Economics, University of New Hampshire, 1978-1985, with a one-year visiting appointment as Assistant Professor of Economics, Cornell University, 1981-82.

## LISTING OF PUBLICATIONS:  1995 – PRESENT

"Financial Returns of Public ESOP Companies: Investor Effects vs. Manager Effects,"
*Financial Analysts Journal*, vol. 52, no. 4 (July/August 1996), pp. 51–61, with Joseph Blasi,
Douglas Kruse and Rama Jampani.

## Listing of Expert Testimony: 2001 - present

### YEAR 2006

Deposition in Loraine Cannon v. Ann M. Veneman, Civil Action No.: 1:04CV01200 in the United States District Court for the District of Columbia

Deposition in Lindzell Nelson et. al. v. BGM Baltimore Associates, et. al., Case No. 24-C-04-007634 in the Circuit Court for Baltimore City.

Deposition in Lovette Martin, III et. al. v. Warren S. Konins, et. al., Case No. 24-C-01-003868 in the Circuit Court for Baltimore City.

Deposition in Winston Burke et. al. v. George Monroe, et. al., Case No. 24-C-04-006316 in the Circuit Court for Baltimore City.

Deposition in Raymond Davenport, et al. v. Kenneth Mumaw, et. al., Case No.: 24-C-04-005430 in the Circuit Court for Baltimore City.

Trial testimony in U.S. Equal Opportunity Commission v. Federal Express Corporation, Case No. WDQ 04-03129 in United States District Court for the District of Maryland.

### YEAR 2005

Deposition in Tawanda Elmore et. al. v. Estate of Sidney Block, Case No. 24-C-04-000313 in the Circuit Court for Baltimore City.

Deposition in Guion, et al vs. Snow and Moore, et. al. v. United States, Civil Action No. 02-0283, 99-3373 in United States District Court for the District of Columbia

Deposition in Keenan Robinson v. Stanley Rochkind, et. al., Case No. 24-C-04-004054 in the Circuit Court for Baltimore City.

Deposition in Ricardo Toomer et. al., v Adam Mhta, et. al., Case No. 24-C-02-006567 in the Circuit Court for Baltimore City.

### YEAR 2004

Deposition in Tavon Anderson, et. al. vs. Michael Friedel, et. al., Case No. 24-C-02-005704 in the Circuit Court for Baltimore City.

Deposition in Demetria Gaines, et al. vs. CLC Properties, Inc., et al., Case No. 24-C-01-006063 in the Circuit Court for Baltimore City.

Deposition in Shawn Winn, Jr., et al. v. Barry S. Levin, et al., Case No. 24-C-98-410654 in the Circuit Court for Baltimore City.

Deposition in William Pratt, et. al. v. Baltimore Schools Associates, L.P., et. al., Case No. 24-C-01-004633 in the Circuit Court for Baltimore City.

Deposition in Dominique Hayden, et. Al. v. Helen Hunt, et. al., Case No. 03-C-01-006064 in the Circuit Court for Baltimore City.

Deposition in Lakisha Allen, et. al. vs. Stanley Rochkind, et. al., Case No. 24-C-02-003701 in the Circuit Court for Baltimore City.

Deposition in Linnea Hunt, et. al. vs. Michael Friedel, et. al., Case No. 24-C-02-003703 in the Circuit Court for Baltimore City.

Deposition in Shavonne Garner, et. Al. v. BGM Realty, Case No. 24-C-02-003378 in the Circuit Court for Baltimore City.

Trial testimony in Tameka Carnegie v. Cornelius Ames Byrd; Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

## YEAR 2003

Trial testimony in Craig Welsh v. Clinical Radiologists Medical Imaging, P.A., Civil No. 233308-V in the Circuit Court for Montgomery County.

Deposition in Glypohnynuedeh Higgins, a Minor, By His Parents and Next Friends, Hector Higgins and Wiatta Higgins, et. al. vs. The Keelty Company, et. al.

Deposition in Monica M. Peyton v. Michael F. DiElbert, Civil Action No. 98-491 (RMU) in the United States District Court for the District of Columbia.

Deposition in Craig Welsh v. Clinical Radiologists Medical Imaging, P.A., Civil No. 233308-V in the Circuit Court for Montgomery County.

Deposition in Anthony Williams, et al, v. Irma Services, Inc., et al; Case No. 24-C-00-004027 in the Circuit Court for Baltimore City.

Video deposition in Tameka Carnegie v. Cornelius Ames Byrd; Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

Deposition in Tameka Carnegie v. Cornelius Ames Byrd, Case No. 22-C-02-000239 OC in the Circuit Court for Wicomico County.

Deposition in Rosa Wilson, et al v. Housing Authority of Baltimore City
Case No: 24-C-99-000104 in the Circuit Court for Baltimore City.

Deposition in Chantal L. Crozier and Marta Correa, Plaintiffs, vs. Dorothy Mae Hammond and Ohio Casualty Group, Defendants, Civil No. C_2001-74652-MT in the Circuit Court for Anne Arundel County, Maryland

Deposition in Dayvon Mason, Minor, et. al. vs. St. Ambrose Housing Aid Center Inc. Case No: 24-C-00-005568 in the Circuit Court for Baltimore City

## YEAR 2002

Deposition in Ahmed Y. Zohny, Ph.D. v. Graduate School, U.S. Department of Agriculture, Civil Action Number: 00-1334 PLF in United States District Court for the District of Columbia.

Deposition in Sincerelea Jackson, et. al. v. M & J Joint Venture, et. al., Case No.: 24-C-00-003859 in the Circuit Court for Baltimore City.

Trial testimony in Shawnta Davis v. Jeffrey Blum, et al., Case No.: 24-C-00-001409 in the Circuit Court for Baltimore City.

## YEAR 2001

Deposition in Shawnta Davis v. Jeffrey Blum, et al., Case No.: 24-C-00-001409 in the Circuit Court for Baltimore City.

Deposition in Tierra Swain v. Alma Furcrone, et. al., Case No.: 98098064 CC2985 in the Circuit Court for Baltimore City.

-9-

Deposition in Tyrone McQueen v. Dewey R. Barker, et. al., Case no.: 98098063 CC2986 in the Circuit Court for Baltimore City.

Deposition in Albert Joyner, et. al., v. Uptown Realty, et. al., Case No.: 97353011 CC8946 in the Circuit Court for Baltimore City.

Deposition in Joyce Russell, et. al., vs. Stanley Rochkind, et. al., Case no. 98013101 CC308 in the Circuit Court for Baltimore City.

Deposition in Lewis Johnson in the Circuit Court for Baltimore City.

## LISTING OF PUBLIC DATA SOURCES

United States Life Tables, 2003, National Vital Statistics Reports, Centers for Disease Control and Prevention, Vol 54, No. 14, April 19,2006.

# LISTING OF FEES

Fees for services are based on the actual time expended on the engagement at the standard hourly rates for the individuals assigned. My hourly billing rate is $300.

There is a four hour minimum for appearances at formal proceedings. In addition to our professional fees, we are reimbursed at cost for any travel and out-of-pocket expenses. When appearing for parties without established credit, payment of the minimum amount plus estimated travel costs is required to be in hand 72 hours prior to the commencement of a scheduled proceeding. Scheduled proceedings are billed in increments of one hour. Payment of additional hours is due upon termination of the proceeding.

Bills are rendered and payable monthly as work progresses.

## Table 1
### Recalculation of Ms. Norden's Economic Losses under Schedule I

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Year | Loss | Discount Factor | Annual Loss | Cumulative Loss | White Females Surviving to Age | Survivorship Fraction | Annual Loss w survivorship | Cumulative Loss w Survivorship | Disability Payments Received | Annual Loss less disability | Discounted Loss less Disability w/ Survivorship | Cumulative Loss less Disability w/ Survivorship |
| 51 | 2003 | $45,789 | 1 | $45,789 | $45,789 | 95,567 | 1 | $45,789 | $45,789 | $40,696 | $5,093 | $5,093 | $5,093 |
| 52 | 2004 | $65,517 | 1 | $65,517 | $111,306 | 95,268 | 1 | $65,517 | $111,306 | $41,395 | $24,122 | $24,122 | $29,215 |
| 53 | 2005 | $67,947 | 1 | $67,947 | $179,253 | 94,937 | 1 | $67,947 | $179,253 | $42,673 | $25,274 | $25,274 | $54,489 |
| 54 | 2006 | $70,286 | 1 | $70,286 | $249,539 | 94,595 | 1 | $70,286 | $249,539 | $44,161 | $26,125 | $26,125 | $80,615 |
| 55 | 2007 | $73,016 | 0.970 | $70,827 | $320,366 | 94,206 | 0.996 | $70,538 | $320,075 | $44,161 | $28,855 | $27,875 | $108,490 |
| 56 | 2008 | $73,855 | 0.941 | $69,494 | $389,860 | 93,791 | 0.992 | $68,903 | $388,978 | $44,161 | $29,694 | $27,704 | $136,194 |
| 57 | 2009 | $74,705 | 0.913 | $68,187 | $458,047 | 93,308 | 0.986 | $67,259 | $456,237 | $44,161 | $30,544 | $27,500 | $163,694 |
| 58 | 2010 | $77,553 | 0.885 | $68,665 | $526,712 | 92,832 | 0.981 | $67,385 | $523,622 | $44,161 | $33,392 | $29,014 | $192,708 |
| 59 | 2011 | $78,445 | 0.859 | $67,377 | $594,084 | 92,263 | 0.975 | $65,712 | $589,334 | $44,161 | $34,284 | $28,719 | $221,427 |
| 60 | 2012 | $79,347 | 0.833 | $66,105 | $660,189 | 91,642 | 0.969 | $64,041 | $653,375 | $44,161 | $35,186 | $28,399 | $249,826 |
| 61 | 2013 | $80,260 | 0.808 | $64,861 | $725,050 | 90,951 | 0.961 | $62,362 | $715,737 | $44,161 | $36,099 | $28,048 | $277,874 |
| 62 | 2014 | $74,042 | 0.784 | $58,042 | $783,092 | 90,247 | 0.954 | $55,375 | $771,112 | $44,161 | $29,881 | $22,349 | $300,223 |
| 63 | 2015 | $56,415 | 0.760 | $44,420 | $827,512 | 89,445 | 0.946 | $42,001 | $813,113 | $44,161 | $12,254 | $10,249 | $310,473 |
| 64 | 2016 | $15,320 | 0.738 | $11,300 | $838,812 | 88,589 | 0.937 | $10,583 | $823,696 | $44,161 | -$28,841 | -$19,923 | $290,550 |
| 65 | 2017 | $15,320 | 0.716 | $10,962 | $849,774 | 87,833 | 0.926 | $10,155 | $833,851 | $44,161 | -$28,841 | -$19,117 | $271,433 |
| 66 | 2018 | $15,320 | 0.694 | $10,633 | $860,407 | 86,834 | 1.022 | $10,862 | $844,713 | $44,161 | -$28,841 | -$20,449 | $250,984 |
| 67 | 2019 | $15,320 | 0.673 | $10,314 | $870,721 | 85,555 | 1.010 | $10,419 | $855,132 | $44,161 | -$28,841 | -$19,614 | $231,370 |
| 68 | 2020 | $15,320 | 0.653 | $10,005 | $880,727 | 84,382 | 0.998 | $9,983 | $865,115 | $44,161 | -$28,841 | -$18,793 | $212,577 |
| 69 | 2021 | $15,320 | 0.634 | $9,705 | $890,432 | 82,109 | 0.974 | $9,450 | $874,565 | $44,161 | -$28,841 | -$17,781 | $194,796 |
| 70 | 2022 | $15,320 | 0.615 | $9,414 | $899,846 | 81,764 | 0.970 | $9,133 | $883,698 | $44,161 | -$28,841 | -$17,183 | $177,584 |
| 71 | 2023 | $15,320 | 0.596 | $9,132 | $908,979 | 80,258 | 0.954 | $8,714 | $892,412 | $44,161 | -$28,841 | -$16,404 | $161,190 |
| 72 | 2024 | $15,320 | 0.578 | $8,859 | $917,837 | 78,682 | 0.832 | $7,368 | $899,780 | $44,161 | -$28,841 | -$13,871 | $147,318 |
| 73 | 2025 | $15,320 | 0.561 | $8,593 | $926,430 | 76,976 | 0.814 | $6,992 | $906,772 | $44,161 | -$28,841 | -$13,164 | $134,155 |
| 74 | 2026 | $15,320 | 0.544 | $8,335 | $934,766 | 75,156 | 1.006 | $8,385 | $915,157 | $44,161 | -$28,841 | -$15,785 | $118,370 |
| 75 | 2027 | $15,320 | 0.528 | $8,086 | $942,851 | 73,195 | 0.985 | $7,966 | $923,123 | $44,161 | -$28,841 | -$14,996 | $103,374 |
| 76 | 2028 | $15,320 | 0.512 | $7,843 | $950,694 | 71,092 | 0.752 | $5,895 | $929,018 | $44,161 | -$28,841 | -$11,067 | $92,277 |
| 77 | 2029 | $15,320 | 0.497 | $7,608 | $958,302 | 68,828 | 0.726 | $5,538 | $934,553 | $44,161 | -$28,841 | -$10,421 | $81,856 |
| 78 | 2030 | $15,320 | 0.482 | $7,380 | $965,683 | 66,399 | 0.702 | $5,180 | $939,734 | $44,161 | -$28,841 | -$9,752 | $72,104 |
| 79 | 2031 | $15,320 | 0.467 | $7,159 | $972,841 | 63,839 | 0.675 | $4,831 | $944,565 | $44,161 | -$28,841 | -$9,095 | $63,009 |
| 80 | 2032 | $15,320 | 0.453 | $6,944 | $979,786 | 61,105 | 0.646 | $4,486 | $949,051 | $44,161 | -$28,841 | -$8,445 | $54,564 |
| 81 | 2033 | $15,320 | 0.440 | $6,736 | $986,522 | 58,150 | 0.615 | $4,141 | $953,192 | $44,161 | -$28,841 | -$7,795 | $46,769 |
| 82 | 2034 | $15,320 | 0.427 | $6,534 | $993,056 | 55,069 | 0.582 | $3,804 | $956,996 | $44,161 | -$28,841 | -$7,161 | $39,608 |
| 83 | 2035 | $15,320 | 0.414 | $6,338 | $999,385 | 51,855 | 0.548 | $3,475 | $960,470 | $44,161 | -$28,841 | -$6,541 | $33,067 |
| 84 | 2036 | $15,320 | 0.401 | $6,148 | $1,005,543 | 48,350 | 0.511 | $3,143 | $963,613 | $44,161 | -$28,841 | -$5,916 | $27,150 |
| 85 | 2037 | $15,320 | 0.389 | $5,964 | $1,011,507 | 44,940 | 0.475 | $2,833 | $966,446 | $44,161 | -$28,841 | -$5,334 | $21,816 |
| 86 | 2038 | $15,320 | 0.378 | $5,785 | $1,017,292 | 41,439 | 0.438 | $2,534 | $968,981 | $44,161 | -$28,841 | -$4,771 | $17,045 |
| 87 | 2039 | $15,320 | 0.366 | $5,612 | $1,022,904 | 37,876 | 0.400 | $2,247 | $971,228 | $44,161 | -$28,841 | -$4,230 | $12,815 |
| 88 | 2040 | $15,320 | 0.355 | $5,444 | $1,028,348 | 34,285 | 0.362 | $1,973 | $973,201 | $44,161 | -$28,841 | -$3,714 | $9,101 |
| 89 | 2041 | $15,320 | 0.345 | $5,281 | $1,033,629 | 30,704 | 0.325 | $1,714 | $974,915 | $44,161 | -$28,841 | -$3,227 | $5,874 |
| 90 | 2042 | $15,320 | 0.334 | $5,122 | $1,038,751 | 27,176 | 0.287 | $1,472 | $976,386 | $44,161 | -$28,841 | -$2,770 | $3,104 |
| 91 | 2043 | $15,320 | 0.324 | $4,969 | $1,043,720 | 23,744 | 0.251 | $1,247 | $977,833 | $44,161 | -$28,841 | -$2,348 | $756 |
| 92 | 2044 | $15,320 | 0.315 | $4,826 | $1,048,539 | 20,456 | 0.216 | $1,042 | $978,675 | $44,161 | -$28,841 | -$1,962 | -$1,206 |
| 93 | 2045 | $15,320 | 0.305 | $4,675 | $1,053,215 | 17,350 | 0.183 | $858 | $979,533 | $44,161 | -$28,841 | -$1,614 | -$2,820 |
| 94 | 2046 | $15,320 | 0.296 | $4,535 | $1,057,750 | 14,470 | 0.153 | $694 | $980,227 | $44,161 | -$28,841 | -$1,306 | -$4,126 |
| 95 | 2047 | $15,320 | 0.287 | $4,399 | $1,062,149 | 11,847 | 0.125 | $551 | $980,778 | $44,161 | -$28,841 | -$1,037 | -$5,163 |
| 96 | 2048 | $15,320 | 0.279 | $4,257 | $1,066,417 | 9,506 | 0.100 | $429 | $981,207 | $44,161 | -$28,841 | -$807 | -$5,971 |
| 97 | 2049 | $15,320 | 0.270 | $4,138 | $1,070,555 | 7,464 | 0.079 | $327 | $981,534 | $44,161 | -$28,841 | -$615 | -$6,586 |
| 98 | 2050 | $15,320 | 0.262 | $4,015 | $1,074,572 | 5,722 | 0.061 | $243 | $981,776 | $44,161 | -$28,841 | -$457 | -$7,043 |
| 99 | 2051 | $15,320 | 0.254 | $3,895 | $1,078,467 | 4,277 | 0.045 | $176 | $981,952 | $44,161 | -$28,841 | -$332 | -$7,375 |
| 100 | 2052 | $15,320 | 0.247 | $3,776 | $1,082,246 | 3,110 | 0.033 | $124 | $982,077 | $44,161 | -$28,841 | -$234 | -$7,608 |

## Table 2
## Recalculation of Ms. Norden's Economic Losses under Schedule 3

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Year | Loss | Discount Factor | Annual Loss | Cumulative Loss | White Females Surviving to Age | Survivorship Fraction | Annual Loss w survivorship | Cumulative Loss w Survivorship | Disability Payments Received | Annual Loss less disability | Discounted Loss less Disability w/ Survivorship | Cumulative Loss less Disability w/ Survivorship |
| 51 | 2003 | $0 | 1 | $0 | $0 | 95,567 | 1 | $0 | $0 | $40,696 | -$40,696 | -$40,696 | -$40,696 |
| 52 | 2004 | $50,936 | 1 | $50,936 | $50,936 | 95298 | 1 | $50,936 | $50,938 | $41,395 | $9,541 | $9,541 | -$31,155 |
| 53 | 2005 | $70,431 | 1 | $70,431 | $121,367 | 94937 | 1 | $70,431 | $121,367 | $42,673 | $27,758 | $27,758 | -$3,397 |
| 54 | 2006 | $75,130 | 1 | $75,130 | $196,497 | 94595 | 1 | $75,130 | $196,497 | $44,161 | $30,969 | $30,969 | $27,573 |
| 55 | 2007 | $75,994 | 0.970 | $73,716 | $270,213 | 94206 | 0.996 | $73,413 | $269,910 | $44,161 | $31,633 | $30,752 | $58,325 |
| 56 | 2008 | $79,197 | 0.941 | $74,520 | $344,734 | 93791 | 0.992 | $73,697 | $343,797 | $44,161 | $35,036 | $32,687 | $91,012 |
| 57 | 2009 | $80,107 | 0.913 | $73,117 | $417,851 | 93308 | 0.986 | $72,123 | $415,920 | $44,161 | $35,946 | $32,364 | $123,376 |
| 58 | 2010 | $83,410 | 0.885 | $73,850 | $491,701 | 92832 | 0.981 | $72,474 | $488,394 | $44,161 | $39,249 | $34,103 | $157,479 |
| 59 | 2011 | $84,370 | 0.859 | $72,461 | $564,162 | 92263 | 0.975 | $70,675 | $559,068 | $44,161 | $40,209 | $33,683 | $191,162 |
| 60 | 2012 | $87,778 | 0.833 | $73,122 | $637,291 | 91642 | 0.969 | $70,846 | $629,914 | $44,161 | $43,617 | $35,204 | $226,366 |
| 61 | 2013 | $88,767 | 0.808 | $71,752 | $709,043 | 90951 | 0.961 | $68,988 | $698,902 | $44,161 | $44,826 | $34,875 | $261,040 |
| 62 | 2014 | $82,668 | 0.784 | $64,804 | $773,847 | 90247 | 0.954 | $61,826 | $760,728 | $44,161 | $38,507 | $28,799 | $289,839 |
| 63 | 2015 | $85,503 | 0.760 | $65,094 | $838,941 | 89445 | 0.946 | $61,550 | $822,278 | $44,161 | $41,442 | $29,798 | $319,637 |
| 64 | 2016 | $68,072 | 0.738 | $50,211 | $889,153 | 88589 | 0.937 | $47,023 | $869,301 | $44,161 | $23,911 | $16,518 | $336,155 |
| 65 | 2017 | $17,772 | 0.716 | $12,716 | $901,869 | 87633 | 0.926 | $11,780 | $881,081 | $44,161 | -$26,389 | -$17,492 | $318,663 |
| 66 | 2018 | $17,772 | 0.694 | $12,335 | $914,204 | 86634 | 1.022 | $12,601 | $893,682 | $44,161 | -$26,389 | -$18,710 | $299,953 |
| 67 | 2019 | $17,772 | 0.673 | $11,965 | $926,169 | 95555 | 1.010 | $12,087 | $905,769 | $44,161 | -$26,389 | -$17,947 | $282,006 |
| 68 | 2020 | $17,772 | 0.653 | $11,607 | $937,776 | 94382 | 0.998 | $11,590 | $917,349 | $44,161 | -$26,389 | -$17,195 | $264,811 |
| 69 | 2021 | $17,772 | 0.634 | $11,259 | $949,034 | 92109 | 0.974 | $10,963 | $928,312 | $44,161 | -$26,389 | -$16,278 | $248,533 |
| 70 | 2022 | $17,772 | 0.615 | $10,921 | $959,955 | 91764 | 0.970 | $10,594 | $938,907 | $44,161 | -$26,389 | -$15,731 | $232,802 |
| 71 | 2023 | $17,772 | 0.586 | $10,594 | $970,549 | 90258 | 0.954 | $10,108 | $949,015 | $44,161 | -$26,389 | -$15,009 | $217,793 |
| 72 | 2024 | $17,772 | 0.578 | $10,276 | $980,826 | 78682 | 0.832 | $8,548 | $957,562 | $44,161 | -$26,389 | -$12,692 | $205,101 |
| 73 | 2025 | $17,772 | 0.561 | $9,968 | $990,794 | 76978 | 0.814 | $8,112 | $965,674 | $44,161 | -$26,389 | -$12,044 | $193,057 |
| 74 | 2026 | $17,772 | 0.544 | $9,670 | $1,000,464 | 95156 | 1.006 | $9,727 | $975,401 | $44,161 | -$26,389 | -$14,443 | $178,614 |
| 75 | 2027 | $17,772 | 0.528 | $9,380 | $1,009,843 | 93195 | 0.985 | $9,241 | $984,642 | $44,161 | -$26,389 | -$13,721 | $164,893 |
| 76 | 2028 | $17,772 | 0.512 | $9,099 | $1,018,942 | 71092 | 0.752 | $6,836 | $991,480 | $44,161 | -$26,389 | -$10,153 | $154,739 |
| 77 | 2029 | $17,772 | 0.497 | $8,828 | $1,027,768 | 66828 | 0.728 | $5,422 | $997,902 | $44,161 | -$26,389 | -$9,535 | $145,204 |
| 78 | 2030 | $17,772 | 0.482 | $8,561 | $1,036,329 | 65389 | 0.702 | $6,009 | $1,003,911 | $44,161 | -$26,389 | -$8,923 | $136,281 |
| 79 | 2031 | $17,772 | 0.467 | $8,305 | $1,044,634 | 63839 | 0.675 | $5,605 | $1,009,515 | $44,161 | -$26,389 | -$8,322 | $127,959 |
| 80 | 2032 | $17,772 | 0.453 | $8,056 | $1,052,689 | 61105 | 0.646 | $5,204 | $1,014,719 | $44,161 | -$26,389 | -$7,727 | $120,233 |
| 81 | 2033 | $17,772 | 0.440 | $7,814 | $1,060,504 | 58150 | 0.615 | $4,804 | $1,019,523 | $44,161 | -$26,389 | -$7,133 | $113,100 |
| 82 | 2034 | $17,772 | 0.427 | $7,580 | $1,068,084 | 55069 | 0.582 | $4,413 | $1,023,936 | $44,161 | -$26,389 | -$6,552 | $106,548 |
| 83 | 2035 | $17,772 | 0.414 | $7,353 | $1,075,437 | 51855 | 0.548 | $4,031 | $1,027,966 | $44,161 | -$26,389 | -$5,985 | $100,563 |
| 84 | 2036 | $17,772 | 0.401 | $7,132 | $1,082,569 | 48350 | 0.511 | $3,646 | $1,031,612 | $44,161 | -$26,389 | -$5,413 | $95,150 |
| 85 | 2037 | $17,772 | 0.389 | $6,919 | $1,089,488 | 44940 | 0.475 | $3,287 | $1,034,899 | $44,161 | -$26,389 | -$4,881 | $90,269 |
| 86 | 2038 | $17,772 | 0.378 | $6,711 | $1,096,199 | 41439 | 0.438 | $2,840 | $1,037,839 | $44,161 | -$26,389 | -$4,385 | $85,904 |
| 87 | 2039 | $17,772 | 0.366 | $6,510 | $1,102,709 | 37876 | 0.400 | $2,607 | $1,040,446 | $44,161 | -$26,389 | -$3,870 | $82,033 |
| 88 | 2040 | $17,772 | 0.355 | $6,315 | $1,109,024 | 34285 | 0.362 | $2,289 | $1,042,734 | $44,161 | -$26,389 | -$3,399 | $78,635 |
| 89 | 2041 | $17,772 | 0.345 | $6,126 | $1,115,150 | 30704 | 0.325 | $1,988 | $1,044,723 | $44,161 | -$26,389 | -$2,952 | $75,682 |
| 90 | 2042 | $17,772 | 0.334 | $5,942 | $1,121,092 | 27176 | 0.287 | $1,707 | $1,046,430 | $44,161 | -$26,389 | -$2,535 | $73,146 |
| 91 | 2043 | $17,772 | 0.324 | $5,764 | $1,126,856 | 23744 | 0.251 | $1,447 | $1,047,877 | $44,161 | -$26,389 | -$2,148 | $70,999 |
| 92 | 2044 | $17,772 | 0.315 | $5,591 | $1,132,447 | 20455 | 0.216 | $1,209 | $1,049,086 | $44,161 | -$26,389 | -$1,795 | $69,204 |
| 93 | 2045 | $17,772 | 0.305 | $5,424 | $1,137,871 | 17353 | 0.183 | $995 | $1,050,060 | $44,161 | -$26,389 | -$1,795 | $67,727 |
| 94 | 2046 | $17,772 | 0.296 | $5,261 | $1,143,132 | 14470 | 0.153 | $805 | $1,050,885 | $44,161 | -$26,389 | -$1,477 | $66,532 |
| 95 | 2047 | $17,772 | 0.287 | $5,103 | $1,148,236 | 11847 | 0.125 | $639 | $1,051,524 | $44,161 | -$26,389 | -$1,195 | $65,583 |
| 96 | 2048 | $17,772 | 0.279 | $4,950 | $1,153,186 | 9506 | 0.100 | $497 | $1,052,022 | $44,161 | -$26,389 | -$949 | $64,844 |
| 97 | 2049 | $17,772 | 0.270 | $4,802 | $1,157,988 | 7464 | 0.079 | $379 | $1,052,401 | $44,161 | -$26,389 | -$739 | $64,282 |
| 98 | 2050 | $17,772 | 0.262 | $4,658 | $1,162,646 | 5723 | 0.061 | $282 | $1,052,682 | $44,161 | -$26,389 | -$563 | $63,863 |
| 99 | 2051 | $17,772 | 0.254 | $4,518 | $1,167,165 | 4277 | 0.045 | $204 | $1,052,887 | $44,161 | -$26,389 | -$418 | $63,560 |
| 00 | 2052 | $17,772 | 0.247 | $4,383 | $1,171,548 | 3110 | 0.033 | $144 | $1,053,031 | $44,161 | -$26,389 | -$214 | $63,346 |

-14-

# Gaskins Associates, P.C.

7183 Stillwater Court
Frederick, Maryland 21702
Telephone: 301-698-9777
Fax: 301-698-9779
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

20 September 2006

Vickie Fang, Esq.
8702 Nightingale Drive
Lanham, MD 20706

Re: Ms. Beth Norden

Dear Ms. Fang:

You have asked me to assess the present value of lost earnings and employee benefits to Ms. Beth Norden as a result of employment wrongs. This report describes the scope, approach, data sources, assumptions and findings for the economic loss assessment you requested. This report is preliminary because Ms. Norden has not been able to obtain documentation of the current, certain status of her former employee benefits for pension and thrift savings plan. This report will be updated upon receipt of that documentation, and at that time the analysis of loss due to adverse tax impact resulting from a lump sum recovery will be completed also.

## Background and Understanding

I understand that Ms. Norden was employed by The Smithsonian Institution. She began her career there on 10 April 1988. While on assignment for the Smithsonian in Brazil she contracted dengue hemorrhagic fever (DHF). While she survived the DHF, she lost time from work for treatment and recovery. Upon recovery, she sought to resume her full-time duties, but she was ultimately terminated 1 October 2004. She was a civil service general schedule employee at grade/step 11/7. Ms. Norden has not been able to secure other employment as of this date, and due to the highly specialized character of her work there is no reasonable expectation that she will be able to do so. You have asked me to assess loss assuming (1) her return to full-time employment 1 April 2003 at grade/step 11/7, and (2) her return to full-time employment 1 April 2004 at grade 12, both assuming statistically expected worklife and life expectancies for the average woman of her age and educational attainment.

Vickie Fang, Esq.                20 September 2006                              Page 2

<u>Scope of Report</u>

This report addresses economic losses for the wages and employee benefits due Ms. Norden but for employment wrongs. All losses assessed have been reduced to present value. Upon receipt of additional documentation, the analysis of loss will be updated to include estimated attorney fees and assessment of the adverse tax impact of recovering damages spanning multiple years in a single tax period.

<u>Basis</u>

My assessment is based on the best information, from whatever source, reasonably available to me. Principal sources of information include: employment and salary information for Ms. Norden's employment with The Smithsonian Institution and thereafter; and statistical data on life expectancy, worklife expectancy, inflation, wage inflation, taxation and interest rates, most of which have been published by the U.S. Government. Specific sources of data are provided in the Notes and Statistical References that follow the detailed schedules attached to this report.

A number of facts and assumptions were used in preparing the economic loss assessment. Principal ones are that:

1. Ms. Norden has the life and worklife expectancies of the average female of her age and education. These were 30.63 and 12.48 years, respectively, from an assumed reference date of 1 April 2003.

2. Ms. Norden's earnings at The Smithsonian Institution would have increased consistent with general wage inflation and general schedule step progression under both scenarios for her return to work full-time.

3. Ms. Norden has no reasonably certain prospect of finding alternate employment in the competitive labor market.

4. Ms. Norden's income tax liability on earned income approximates that of taxpayers of comparable gross income.

5. Future rates of inflation, productivity, and returns on investments in high-grade municipal bonds would continue the relationship in their compound annual rates over the 25-year period from 1979 to 2004.

Vickie Fang, Esq.                 20 September 2006                    Page 3

Analyses and Findings

The analyses and findings are presented in two detailed schedules.  The attached schedules are:

Schedule    Short Title

1.  Present value of loss, return 2003 at GS 11/7

2.  Present value of loss, return 2003 at GS 11/7 with adverse tax impact compensation

3.  Present value of loss, return 2004 at GS 12/3

4.  Present value of loss, return 2004 at GS 12/3 with adverse tax impact compensation

5.  Inflation, productivity and returns on investment

Schedule 5 presents statistical economic data as reference bases for the computational schedules.  Schedule 5 shows the 25-year history of general price inflation (CPI), wage inflation (real compensation index, a marginal measure above general price inflation) and returns on investment in tax-free municipal bonds for the period 1979-2004.

The losses assessed have been reduced to present value using the net discount rate method.  In this method the impact of general inflation is removed both from the projection of future earnings and costs and from the interest rate used for discounting. Use of the net discount rate method makes it easier for the reader to evaluate the reasonableness of the analyses because the distorting effects of inflation are eliminated.  In reviewing the reference schedules and the following description of the applied economic factors or rates, the reader should be cognizant that in the schedules the net discount rate methodology is used, with general inflation removed from the presentation there, both in price/wage escalation and in discounting to present value. Use of the net discount rate method for determination of present value produces the same result as other methods.

Schedules 1 and 3 detail the assessment of Ms. Norden's earned income losses under the two scenarios for return to full-time work. Ms. Norden's loss is the difference

Vickie Fang, Esq.                    20 September 2006                    Page 4

between her earnings in her position with The Smithsonian Institution but for the employment wrongs and her expected earnings following the employment wrongs at The Smithsonian Institution. Future earnings increases are based on normal general schedule step progression and the average rate of wage inflation over the past 25 years as shown in Schedule 5. Ms. Norden participated in the Thrift Savings Plan at a level to receive the maximum employer matching contribution (5%). The pensions projected are based on the Federal Employee Retirement System (FERS) plan and the best information available. The discount rate applied is the average return on high-grade municipal bonds over the past 25 years as shown in Schedule 5. The present values of loss are determined year-by-year and summed to yield Ms. Norden's loss.

Schedules 2 and 4 detail the methodology for the determination of the adverse tax impact compensation necessary to compensate for the excess taxes due on the lump sum recovery of losses and due to the taxable nature of the award for attorney fees. The remainder of this paragraph describes the analysis that will be included in the update to this report upon receipt of detailed, current information about Ms. Norden's benefits and attorney fees. The analysis determines the present value of Ms. Norden's earned incomes but for the wrongs and with the wrongs on an after-tax basis. The 'with wrongs' analysis incorporates the indicated basic award to compensate Ms. Norden for her earnings losses (from Schedule 1), estimated attorney fees and compensation for the adverse tax impact of a lump sum recovery of losses that span multiple years. The amount of additional compensation necessary due to the adverse tax impact is determined such that the present values of Ms. Norden after-tax 'but for wrongs' and 'with wrongs' after-tax incomes are equal.

As shown in Schedules 1 and 3, the basic present values the income losses suffered by Ms. Norden under the two scenarios are assessed at approximately $997,000 and $1,073,000, respectively. With attorney fees and the present value of the needed adverse tax impact compensation due Ms. Norden, the loss amounts that will result in the analyses of Schedules 2 and 4 will be materially higher than the basic losses assessed in Schedules 1 and 3.

Caveat

The assessed losses are based on historical data and on projections using assumed future events and conditions. Though I have made reasonable assumptions and projections concerning the future, it is not possible to know the future with certainty.

Vickie Fang, Esq.                20 September 2006                        Page 5

Opinion

In my opinion this report states fairly and with reasonable economic certainty the present values of the assessed losses of earnings and employee benefits suffered by Ms. Norden from the employment wrongs affecting her Smithsonian Institution employment.

Certification

1.    The statements of fact, reported analyses, opinions and conclusions expressed in this study are to the best of my knowledge and belief true and correct.

2.    This valuation was performed on a basis of non-advocacy, and I have no present or contemplated interest in the property, nor any interest or bias, which would impair a fair and unbiased appraisal. My compensation for this appraisal is independent of the value reported and is not contingent on any action or event resulting from the appraisal.

3.    This appraisal has been conducted and this report issued in conformity with the Statement of Ethical Principles and Principles of Professional Practice of the National Association of Forensic Economics and the Statement of Ethical Principles of the American Academy of Economic and Financial Experts.

4.    No one provided significant professional assistance to me in the conduct of this appraisal.

* * * * * * *

Should resolution of this matter require a trial, I would appreciate the opportunity to incorporate any additional data then known, and to further document and illustrate the underlying facts and assumptions for examination in court.

I hope this information contributes to a fair resolution of this matter. If you require further assistance, I would be pleased to respond.

Vickie Fang, Esq.                    20 September 2006                    Page 6

Very truly yours,

Rick R. Gaskins, MBA, CPA

Attachments: Schedules 1, 2, 3, 4 and 5
             Notes and Statistical References
             Resume of Rick R. Gaskins, MBA, CPA

**Schedule 1**
**Beth Norden**
Present value of his lost earnings and benefits
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2003 at GS 11/7
[Present value by net discount rate method]

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **But for wrongs** | | | | **With wrongs** | | | | | | |
| | Year ending 31-Dec | Age 31-Dec | Life years | Workable years | Wages | TSP | Pension | Total earnings | Wages | TSP | Pension | Total earnings | Loss (H-L) | Present value factor | Present value of loss |
| | 2003 | 51.92 | 0.75 | 0.75 | 43,609 | 2,180 | | 45,789 | | | | | 45,789 | 1.000000 | 45,789 |
| | 2004 | 52.92 | 1.00 | 1.00 | 62,397 | 3,120 | | 65,517 | | | | | 65,517 | 1.000000 | 65,517 |
| | 2005 | 53.92 | 1.00 | 1.00 | 64,711 | 3,236 | | 67,947 | | | | | 67,947 | 1.000000 | 67,947 |
| | 2006 | 54.92 | 1.00 | 1.00 | 66,939 | 3,347 | | 70,286 | | | | | 70,286 | 1.000000 | 70,286 |
| | 2007 | 55.92 | 1.00 | 1.00 | 69,538 | 3,477 | | 73,018 | | | | | 73,018 | 0.977420 | 71,358 |
| | 2008 | 56.92 | 1.00 | 1.00 | 70,338 | 3,517 | | 73,655 | | | | | 73,655 | 0.948236 | 70,108 |
| | 2009 | 57.92 | 1.00 | 1.00 | 70,338 | 3,557 | | 74,705 | | | | | 74,705 | 0.921635 | 68,867 |
| | 2010 | 58.92 | 1.00 | 1.00 | 71,147 | 3,657 | | 77,553 | | | | | 77,553 | 0.896280 | 69,280 |
| | 2011 | 59.92 | 1.00 | 1.00 | 73,860 | 3,693 | | 78,445 | | | | | 78,445 | 0.869448 | 68,431 |
| | 2012 | 60.92 | 1.00 | 1.00 | 74,709 | 3,735 | | 79,347 | | | | | 79,347 | 0.869448 | 68,204 |
| | 2013 | 61.92 | 1.00 | 1.00 | 76,438 | 3,778 | | 80,260 | | | | | 80,260 | 0.844399 | 66,698 |
| | 2014 | 62.92 | 1.00 | 1.00 | 78,517 | 3,822 | | 81,163 | | | | | 81,163 | 0.820014 | 65,814 |
| | 2015 | 63.92 | 1.00 | 0.73 | 57,090 | 3,866 | | 96,177 | | | | | 74,042 | 0.796392 | 65,964 |
| | 2016 | 64.92 | 1.00 | 0.00 | 0 | 2,855 | 8,232 | 23,081 | 0 | | 7,141 | 7,141 | 58,415 | 0.773332 | 45,178 |
| | 2017 | 65.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.751085 | 11,506 |
| | 2018 | 66.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.729421 | 11,175 |
| | 2019 | 67.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.708362 | 10,852 |
| | 2020 | 68.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.687940 | 10,539 |
| | 2021 | 69.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.668106 | 10,235 |
| | 2022 | 70.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.648837 | 9,940 |
| | 2023 | 71.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.630122 | 9,663 |
| | 2024 | 72.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.611946 | 9,375 |
| | 2025 | 73.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.594287 | 9,104 |
| | 2026 | 74.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.577155 | 8,842 |
| | 2027 | 75.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.560508 | 8,587 |
| | 2028 | 76.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.544341 | 8,339 |
| | 2029 | 77.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.528641 | 8,099 |
| | 2030 | 78.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.513393 | 7,865 |
| | 2031 | 79.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.498585 | 7,638 |
| | 2032 | 80.92 | 1.00 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 7,762 | 7,762 | 15,320 | 0.484204 | 7,418 |
| | 2033 | 81.92 | 0.08 | 0.00 | 0 | 0 | 23,081 | 23,081 | 0 | | 6,630 | 6,630 | 13,481 | 0.470236 / 0.456675 | 7,204 / 6,157 |
| | **Totals** | | 30.83 | 12.48 | | | 20,312 | 20,312 | | | 6,630 | 6,630 | 13,481 | | 948,688 |



Schedule 2
Beth Norden
Determination of adverse tax impact compensation
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2003 at GS 11/7
[Present value by net discount rate method]

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | But for wrongs | | | | | | | | With wrongs | | | | |
| Year ending 31-Dec | Present value factor | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of ax income | Before tax loss | Taxable attorney fee | Adverse tax impact adjustment | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of ax income |
| 2003 | | | | | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | | | | | |
| 2026 | | | | | | | | | | | | | | | | |
| 2027 | | | | | | | | | | | | | | | | |
| 2028 | | | | | | | | | | | | | | | | |
| 2029 | | | | | | | | | | | | | | | | |
| 2030 | | | | | | | | | | | | | | | | |
| 2031 | | | | | | | | | | | | | | | | |
| 2032 | | | | | | | | | | | | | | | | |
| 2033 | | | | | | | | | | | | | | | | |

Totals of after tax incomes          0          ← ———————— Proof of adverse tax impact determination ———————— Attorney fees →          0          0

Schedule 3
Beth Norden
Present value of her lost earnings and benefits
Present value of employment wrongs at the Smithsonian Institution
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2004 at GS 12/3
[Present value by net discount rate method]

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **But for wrongs** | | | | **With wrongs** | | | | | | |
| Year ending 31-Dec | Age 31-Dec | Life years | Worklife years | Wages | TSP | Pension | Total earnings | Wages | TSP | Pension | Total earnings | Loss value (H - L) | Present value factor | Present value of loss |
| 2003 | 51.92 | 0.75 | 0.00 | 0 | | | 0 | | | | 0 | 0 | 1.000000 | |
| 2004 | 52.92 | 1.00 | 0.75 | 48,510 | 2,426 | | 50,936 | 0 | 0 | | 0 | 50,936 | 1.000000 | 50,936 |
| 2005 | 53.92 | 1.00 | 1.00 | 67,077 | 3,354 | | 70,431 | 0 | 0 | | 0 | 70,431 | 1.000000 | 70,431 |
| 2006 | 54.92 | 1.00 | 1.00 | 71,552 | 3,578 | | 75,130 | 0 | 0 | | 0 | 75,130 | 1.000000 | 75,130 |
| 2007 | 55.92 | 1.00 | 1.00 | 72,375 | 3,619 | | 75,994 | 0 | 0 | | 0 | 75,994 | 0.977430 | 74,276 |
| 2008 | 56.92 | 1.00 | 1.00 | 73,428 | 3,771 | | 77,199 | 0 | 0 | | 0 | 77,199 | 0.954234 | 73,666 |
| 2009 | 57.92 | 1.00 | 1.00 | 76,292 | 3,815 | | 80,107 | 0 | 0 | | 0 | 80,107 | 0.921659 | 73,830 |
| 2010 | 58.92 | 1.00 | 1.00 | 79,438 | 3,972 | | 83,410 | 0 | 0 | | 0 | 83,410 | 0.895269 | 74,676 |
| 2011 | 59.92 | 1.00 | 1.00 | 80,352 | 4,018 | | 84,370 | 0 | 0 | | 0 | 84,370 | 0.869289 | 73,343 |
| 2012 | 60.92 | 1.00 | 1.00 | 83,598 | 4,180 | | 87,778 | 0 | 0 | | 0 | 87,778 | 0.844076 | 74,117 |
| 2013 | 61.92 | 1.00 | 1.00 | 84,559 | 4,228 | | 88,787 | 0 | 0 | | 0 | 88,787 | 0.820014 | 72,807 |
| 2014 | 62.92 | 1.00 | 1.00 | 85,531 | 4,277 | | 89,808 | 0 | 0 | | 0 | 89,808 | 0.796562 | 71,538 |
| 2015 | 63.92 | 1.00 | 1.00 | 88,918 | 4,446 | | 93,364 | 0 | 0 | | 0 | 93,364 | 0.773702 | 72,237 |
| 2016 | 64.92 | 1.00 | 0.73 | 65,687 | 3,283 | 6,864 | 75,834 | 0 | 0 | 7,141 | 7,141 | 68,693 | 0.751395 | 51,616 |
| 2017 | 65.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.729921 | 12,963 |
| 2018 | 66.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.708392 | 12,589 |
| 2019 | 67.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.687650 | 12,228 |
| 2020 | 68.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.668706 | 11,874 |
| 2021 | 69.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.648857 | 11,531 |
| 2022 | 70.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.630122 | 11,190 |
| 2023 | 71.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.611944 | 10,878 |
| 2024 | 72.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.594287 | 10,562 |
| 2025 | 73.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.577165 | 10,257 |
| 2026 | 74.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.560606 | 9,981 |
| 2027 | 75.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.544941 | 9,674 |
| 2028 | 76.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.529841 | 9,395 |
| 2029 | 77.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.513393 | 9,124 |
| 2030 | 78.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.498560 | 8,861 |
| 2031 | 79.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.484204 | 8,605 |
| 2032 | 80.92 | 1.00 | 0.00 | 0 | 0 | 25,534 | 25,534 | 0 | 0 | 7,762 | 7,762 | 17,772 | 0.470238 | 8,367 |
| 2033 | 81.92 | 0.88 | 0.00 | 0 | 0 | 22,470 | 22,470 | 0 | 0 | 6,830 | 6,830 | 15,640 | 0.456676 | 7,142 |
| **Totals** | | 30.63 | 12.48 | | | | | | | | | | | **1,673,116** |



Schedule 4
Beth Norden
Determination of adverse tax impact compensation
Resulting from employment wrongs at the Smithsonian Institution
Assuming return to work 1 April 2004 at G.S. 12/3
[Present value by net discount rate method]

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year ending 31-Dec | Present value factor | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income | Before tax loss | Taxable attorney fee | Adverse tax impact adjustment | Before tax income | Federal income taxes | Maryland income taxes | Total income taxes | After tax income | Pres val of atx income |
| | | | | **But for wrongs** | | | | | | | | | **With wrongs** | | | | |
| 2003 | | | | | | | | | | | | | | | | | |
| 2004 | | | | | | | | | | | | | | | | | |
| 2005 | | | | | | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | | | | | | |
| 2019 | | | | | | | | | | | | | | | | | |
| 2020 | | | | | | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | | | | | | |
| 2026 | | | | | | | | | | | | | | | | | |
| 2027 | | | | | | | | | | | | | | | | | |
| 2028 | | | | | | | | | | | | | | | | | |
| 2029 | | | | | | | | | | | | | | | | | |
| 2030 | | | | | | | | | | | | | | | | | |
| 2031 | | | | | | | | | | | | | | | | | |
| 2032 | | | | | | | | | | | | | | | | | |
| 2033 | | | | | | | | | | | | | | | | | |

Totals of after tax income

←————————— Proof of adverse tax impact determination ————————→

Attorney fees:

0

0
0
0

Schedule 5
Inflation, productivity and return on investment
For the 25 year period from 1979 to 2004

| Year | CPI Index | Real Compens Index | Tax Exempt Bonds |
|---|---|---|---|
| 1979 | 72.6 | 89.4 | 6.39 |
| 1980 | 82.4 | 89.2 | 8.51 |
| 1981 | 90.9 | 89.3 | 11.23 |
| 1982 | 96.5 | 90.4 | 11.57 |
| 1983 | 99.6 | 90.4 | 9.47 |
| 1984 | 103.9 | 90.7 | 10.15 |
| 1985 | 107.6 | 91.9 | 9.18 |
| 1986 | 109.6 | 94.9 | 7.38 |
| 1987 | 113.6 | 95.3 | 7.73 |
| 1988 | 118.3 | 96.6 | 7.76 |
| 1989 | 124.0 | 95.1 | 7.24 |
| 1990 | 130.7 | 96.2 | 7.25 |
| 1991 | 136.2 | 97.4 | 6.89 |
| 1992 | 140.3 | 100.0 | 6.41 |
| 1993 | 144.5 | 99.7 | 5.63 |
| 1994 | 148.2 | 99.2 | 6.19 |
| 1995 | 152.4 | 98.9 | 5.95 |
| 1996 | 156.9 | 99.6 | 5.75 |
| 1997 | 160.5 | 100.6 | 5.55 |
| 1998 | 163.0 | 105.1 | 5.12 |
| 1999 | 166.6 | 107.9 | 5.43 |
| 2000 | 172.2 | 111.8 | 5.77 |
| 2001 | 177.1 | 113.3 | 5.19 |
| 2002 | 179.9 | 115.0 | 5.05 |
| 2003 | 184.0 | 117.1 | 4.73 |
| 2004 | 188.9 | 118.9 | 4.63 |
| Annual rate of change (percent) | 3.90 | 1.15 | 6.99 |

| Real rates discount: Tax free rate | 2.97 | | |

Notes and Statistical References          20 September 2006          Page 1

<u>Calculations</u>

Calculations have been performed by computer to higher precision than the numbers, which are actually displayed in print. Due to rounding and truncation of values printed, small differences may appear among printed data related mathematically. These calculation and presentation issues have no material affect on the reliability or practical accuracy of the analyses.

<u>Earnings and benefits of Ms. Beth Norden</u>

U.S. civil service general schedule pay tables 2003 – 2006, available at http://www.opm.gov/oca/. Benefits information from http://federaljobs.net/retire/ and http://www.tsp.gov/.

<u>Inflation</u>

<u>Economic Report of the President</u>, U.S. Government Printing Office, Washington, DC, 2005, Table B-60.

<u>Life Expectancy</u>

<u>Life Tables for the United States Social Security Area 1900-2100</u>, Actuarial Study No. 116, Felicitie C. Bell and Michael L. Miller, U.S. Social Security Administration, Office of the Actuary, Table 6 - Period Life Tables for U. S. Social Security Area by Calendar Year and Sex, Calendar Year 2000.

<u>Productivity</u>

<u>Economic Report of the President</u>, U.S. Government Printing Office, Washington, D.C., 2005, Table B-49.

<u>Return on Investment</u>

<u>Economic Report of the President</u>, U.S. Government Printing Office, Washington, DC, 2005, Table B-73.

Worklife Expectancy

Ciecka, James, Thomas Donley and Jerry Goldman, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation, and Probability Intervals". Journal of Legal Economics, 11(1): 23-87, Table 18.

# Gaskins Associates, P.C.

7183 Stillwater Court
Frederick, Maryland 21702
Telephone: 301-698-9777
Fax: 301-698-9779
E-mail: RRGaskins@aol.com
http://www.RickGaskins.com

March 2006

## Resume of Rick R. Gaskins, MBA, CPA

**Experience:**

Rick Gaskins has 30 years of experience in the public accounting profession and 28 years of experience as an expert witness and consultant in the fields of forensic economics and accounting. He has extensive experience in performing and directing consulting engagements involving:

> Economic and accounting analysis of damages
> Asset valuation studies
> Settlement design and evaluation
> Computer based modeling, simulation and forecasting

Prior to forming Gaskins Associates he was senior Management Advisory Services Partner with a regional certified public accounting (CPA) firm. Earlier he was a senior consultant with the health care consulting division of a national CPA firm. His experience also includes management positions in banking and higher education.

He is a past adjunct instructor at the Georgetown University School of Business Administration where he taught financial and managerial accounting theory. He also serves as an instructor for continuing professional education seminars on forensic economics, forensic accounting and business damages/valuation.

He augments his consulting capabilities with computer programming skills in high-level languages and database management systems. He is experienced in the use of on-line database research tools, computer modeling and statistical analysis tools. In addition, he has special training in computer controls evaluation and computer auditing.

Resume of Rick R. Gaskins, MBA, CPA          March 2006          Page 2 of 4

**Representative Engagements:**

Forensic accounting, economic analysis and expert testimony

Economic loss in personal injury and wrongful death cases, before federal and state courts.

Identification, valuation and analysis for distributions of marital property.

Business valuation and lost profits analysis for commercial torts, before state courts.

Lost profits analysis and business valuation for business interruption, before state courts.

Funds flow analysis in criminal fraud and RICO case, before federal court.

Business valuation and pension valuation in marital dissolutions.

Economic analysis of a real estate investment trust's (REIT's) management of a major real estate development project, before bankruptcy court.

Economic value of management services, before federal court.

Assessment of damages for contract cancellation and misappropriation of intellectual property (software), before federal court.

Testimony in support of consideration of punitive damages awards.

Cost of proposed (injunctive relief) worldwide medical treatment program, financial management, and accounting to the court, in federal court.

Assessment of damages resulting from cancellation of wholesale distribution agreement, before federal court.

Forensic accounting regarding fraud, embezzlement and Securities Acts violations by bank management, before federal court.

Economic loss of foreign nationals for injury and death, before federal courts.

Resume of Rick R. Gaskins, MBA, CPA _____     March 2006          Page 3 of 4

**Representative
Engagements
(continued)**

Cost studies and economic analyses not in litigation:

Fraud and abuse detection system for a federal health insurance program:

Market assessment and forecast for worldwide demand of a pharmaceutical product for private placement of securities.

Differential costs of two policy options for a federal program.

Stock valuation for wholly-owned subsidiary of national professional association.

Medicare data collection cost.

Economics of burn injury treatment in 500 hospitals.

Business valuation and negotiation for purchase of a technical consulting firm.

Computer system consulting and software development:

Comprehensive automation for 245-bed acute care general hospital: system specification and selection.

Distribution system for 500,000-member not-for-profit association: remedy flawed system selection and stalled software development.

Point-of-sale system for 15-store retail chain: specification and selection.

Real-time order entry and dispatch system for delivery of highly perishable product: custom software design and development.

Design and development of programs for preparation and transmission of Federal Reserve (NACHA) formatted direct deposit payroll and direct debit transactions to banks via data communications. The software applications have been marketed nationally since 1988.

**License:**     Certified Public Accountant, Maryland, Certificate 5039, issued January 31, 1977.

Resume of Rick R. Gaskins, MBA, CPA          March 2006          Page 4 of 4

**Education:**          Continuing professional education seminars and teaching

Wharton School, University of Pennsylvania, 1975, Master of Business Administration (emphasis in accounting, economics, finance, statistics and quantitative methods)

University of Rhode Island, studies in mathematics and accounting

Brown University, 1971, BA in English literature, minor in sciences

**Professional Affiliations:**          American Academy of Economic and Financial Experts
Board of Directors 2001 - 2004
Bard of Directors, At-large, 2006 -

American Institute of Certified Public Accountants

Institute of Business Appraisers

Journal of Legal Economics
Board of Editors, 2006 –

National Association of Forensic Economics
Vice-president, Eastern Region 2002 - 2005

**Publications:**          *The Costs of Acute Care Utilization Review Activities Conducted by Medicare Fiscal Intermediaries, Medicaid State Agencies, and State Licensing and Certification Agencies* (Report OPEL 77-12), Gaskins, Rick R., et al., U.S. National Technical Information Service, Washington, DC.

"Worklife Estimates by Occupation: A Comment", Gaskins, Rick R. and Paul C. Taylor, *Journal of Forensic Economics*, Vol. 11, No. 2, Spring/Summer 1998, pp. 139-141.

**In process:**          "The Effect of the Absence of a Parent on the Future Earnings of a Minor Child". Gaskins, Rick R., James D. Rodgers and Lawrence M. Spizman.

"The Application of Time Expectancy Data in Personal Damages Assessment", Gaskins, Rick R.

Rrg32006.doc

Case Management

 *AQS Injured Worker Case Query* ★ ★ ☆    

**AGENCY:**    135900 - SMITHSONIAN INSTITUTION, NO SUB-CLASSIFICATION
**CASE#:**    250565940                                          **MASTER:**
**NAME:**    NORDEN, BETH B                           SSN: 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    **SEX:** F
**Address:**    112 GREENHILL ROAD                  DOB/Age: 01/31/1952 - 54
**City State Zip:**    GREENBELT, MD 20770                  DOI: 09/10/2000
**Occupation:**    Z9999 - UNKNOWN/MISSING OCCUPATION-CODE

**Reported Condition:**                              **Condition Accepted**

9999 - OTH/UNS COMPLICATIONS MEDICAL          34600 - CLASSICAL MIGRAINE WITHOUT
CARE                                          MENTION OF INTRACTABLE MIGRAINE
                                              0654 - MOSQUITO-BORNE HEMORRHAGIC
                                              FEVER
                                              2765 - VOLUME DEPLETION
                                              34690 - UNSPECIFIED MIGRAINE WITHOUT
                                              MENTION OF INTRACTABLE MIGRAINE
                                              30981 - POSTTRAUMATIC STRESS DISORDER
                                              311 - DEPRESSIVE DISORDER NEC
                                              989 -
                                              2871 - QUALITATIVE PLATELET DEFECTS

**Form Rev'd:** CA2 -
09/22/2000          **Location:** District 25              **CEID:** P18        **Injury ZIP:** 20560

## ★ ★ ★ CASE STATUS

| | | | |
|---|---|---|---|
| *Adjudication Status* ● AP | - 11/04/2002 - | Accepted - Periodic Roll Payment |
| *Prior Adjud Status* ● AP | - 11/04/2002 - | Accepted - Periodic Roll Payment |
| *Current Case Status* ● PR | - 12/03/2002 - | Payment on Periodic Roll |
| *Previous Case Status* ● PW | - 11/04/2002 - | Periodic Roll with LWEC |
| *Current Location* ● OLE | - 03/17/2003 - | DESC MISSING |
| *Previous Location* ● P10 | - 03/03/2003 - | PRMS UNIT - SUPERVISORY CLAIMS EXAMINER |

● *Continuation of Pay was not elected*          *Case Created:* ● 09/22/2000
● *Pay was not Terminated*                          *Reviewed:* ● 10/31/2000
● *Case has not been controverted*                  *Closed:* ●
● *Lost Time Began:*                              *Reopened:* ●
● *Last Updated On:* 09/11/2003                      *Retired:* ●

*Cause of Injury* ● 99 - CAUSE UNKNOWN
*Nature of Injury* ● VM - MALARIA
*Anatomical Location* ● VZ - TRUNK, INTERNAL, OTHER          **SI-0335**
*Extent of Injury* ● X - Lost time covered by COP or Leave

Case Management



● **NEW CASE** ● **Compensation Payments** ● **Compensation Tracking**
● **Bill Inquiry**

SI-0336

Compensation Payment History

Page 1 of 3

 *AQS Case Compensation Payment History* ★ ★ ★

**AGENCY:** 135900 - SMITHSONIAN INSTITUTION, NO SUB-CLASSIFICATION
**CASE#:** 250565940
**NAME:** NORDEN, BETH B
**Address:** 112 GREENHILL ROAD
**City State Zip:** GREENBELT, MD 20770
**Occupation:** Z9999 - UNKNOWN/MISSING OCCUPATION-CODE

**MASTER:**
SSN: 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    SEX: F
DOB/Age: 01/31/1952 -'54
DOI: 09/10/2000

**Reported Condition:**
9999 - OTH/UNS COMPLICATIONS MEDICAL CARE

**Condition Accepted**
34600 - CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE MIGRAINE
0654 - MOSQUITO-BORNE HEMORRHAGIC FEVER
2765 - VOLUME DEPLETION
34690 - UNSPECIFIED MIGRAINE WITHOUT MENTION OF INTRACTABLE MIGRAINE
30981 - POSTTRAUMATIC STRESS DISORDER
311 - DEPRESSIVE DISORDER NEC
989 -
2871 - QUALITATIVE PLATELET DEFECTS

**Form Rev'd:** CA2 - 09/22/2000
**Location:** District 25
**CEID:** P18
**Injury ZIP:** 20560

## ★ ★ ★ CASE STATUS

**Adjudication Status** ● AP - 11/04/2002 -    Accepted - Periodic Roll Payment
**Current Case Status** ● PR - 12/03/2002 -    Payment on Periodic Roll
**Current Location** ● OLE - 03/17/2003    DESC MISSING

### ★ COMPENSATION PAYMENT HISTORY ★

| Compensation Period: From - To | Roll Code | Roll Type | Payment Method | Payment Amount | Payment Date | Payment Type | Sequence Number | Cncl Chk |
|---|---|---|---|---|---|---|---|---|
| 06/11/2006 - 07/08/2006 | CL | Periodic | EFT | 3418.00 | 07/08/2006 | Disability | 2319 | N |
| 05/14/2006 - 06/10/2006 | CL | Periodic | EFT | 3418.00 | 06/10/2006 | Disability | 2312 | N |
| 04/16/2006 - 05/13/2006 | CL | Periodic | EFT | 3418.00 | 05/13/2006 | Disability | 2333 | N |
| 03/19/2006 - 04/15/2006 | CL | Periodic | EFT | 3492.57 | 04/15/2006 | Disability | 2325 | N |
| 02/19/2006 - 03/18/2006 | CL | Periodic | EFT | 3302.00 | 03/18/2006 | Disability | 2328 | N |
| 01/22/2006 - 02/18/2006 | CL | Periodic | EFT | 3302.00 | 02/18/2006 | Disability | 2337 | N |
| 12/25/2005 - 01/21/2006 | CL | Periodic | EFT | 3302.00 | 01/21/2006 | Disability | 2341 | N |
| 11/27/2005 - 12/24/2005 | CL | Periodic | EFT | 3302.00 | 12/24/2005 | Disability | 2342 | N |
| 10/30/2005 - 11/26/2005 | CL | Periodic | EFT | 3302.00 | 11/26/2005 | Disability | 2336 | N |
| 10/02/2005 - 10/29/2005 | CL | Periodic | EFT | 3302.00 | 10/29/2005 | Disability | 2336 | N |
| 09/04/2005 - 10/01/2005 | CL | Periodic | EFT | 3302.00 | 10/01/2005 | Disability | 2355 | N |
| 08/07/2005 - 09/03/2005 | CL | Periodic | EFT | 3302.00 | 09/03/2005 | Disability | 2364 | N |

**SI-0337**

Compensation Payment History

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/10/2005 - 08/06/2005 | CL | Periodic | EFT | 3302.00 | 08/06/2005 | Disability | 2381 | N |
| 06/12/2005 - 07/09/2005 | CL | Periodic | EFT | 3302.00 | 07/09/2005 | Disability | 2371 | N |
| 05/15/2005 - 06/11/2005 | CL | Periodic | EFT | 3302.00 | 06/11/2005 | Disability | 2378 | N |
| 04/17/2005 - 05/14/2005 | CL | Periodic | EFT | 3302.00 | 05/14/2005 | Disability | 2382 | N |
| 03/20/2005 - 04/16/2005 | CL | Periodic | EFT | 3302.00 | 04/16/2005 | Disability | 2391 | N |
| 03/01/2005 - 03/19/2005 | CL | Supp Pmt | EFT | 73.96 | 04/08/2005 | Disability | 2699 | N |
| 02/20/2005 - 03/19/2005 | CL | Periodic | EFT | 3193.00 | 03/19/2005 | Disability | 21169 | N |
| 01/23/2005 - 02/19/2005 | CL | Periodic | EFT | 3193.00 | 02/19/2005 | Disability | 31807 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 66802 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 47278 | N |
| 11/28/2004 - 12/25/2004 | CL | Periodic | EFT | 3193.00 | 12/25/2004 | Disability | 47387 | N |
| 10/31/2004 - 11/27/2004 | CL | Periodic | EFT | 3193.00 | 11/27/2004 | Disability | 47349 | N |
| 10/03/2004 - 10/30/2004 | CL | Periodic | EFT | 3193.00 | 10/30/2004 | Disability | 47365 | N |
| 09/05/2004 - 10/02/2004 | CL | Periodic | EFT | 3193.00 | 10/02/2004 | Disability | 47366 | N |
| 08/08/2004 - 09/04/2004 | CL | Periodic | EFT | 3193.00 | 09/04/2004 | Disability | 47412 | N |
| 07/11/2004 - 08/07/2004 | CL | Periodic | EFT | 3193.00 | 08/07/2004 | Disability | 47421 | N |
| 06/13/2004 - 07/10/2004 | CL | Periodic | EFT | 3193.00 | 07/10/2004 | Disability | 47465 | N |
| 05/16/2004 - 06/12/2004 | CL | Periodic | EFT | 3193.00 | 06/12/2004 | Disability | 47492 | N |
| 04/18/2004 - 05/15/2004 | CL | Periodic | EFT | 3193.00 | 05/15/2004 | Disability | 47453 | N |
| 03/21/2004 - 04/17/2004 | CL | Periodic | EFT | 3193.00 | 04/17/2004 | Disability | 47415 | N |
| 03/01/2004 - 03/20/2004 | CI | Supp Pmt | EFT | 35.71 | 03/27/2004 | Disability | 47998 | N |
| 02/22/2004 - 03/20/2004 | CL | Periodic | EFT | 3143.00 | 03/20/2004 | Disability | 47448 | N |
| 01/25/2004 - 02/21/2004 | CL | Periodic | EFT | 3143.00 | 02/21/2004 | Disability | 47549 | N |
| 12/28/2003 - 01/24/2004 | CL | Periodic | EFT | 3143.00 | 01/24/2004 | Disability | 47479 | N |
| 11/30/2003 - 12/27/2003 | CL | Periodic | EFT | 3143.00 | 12/27/2003 | Disability | 47613 | N |
| 11/02/2003 - 11/29/2003 | CL | Periodic | EFT | 3143.00 | 11/29/2003 | Disability | 47530 | N |
| 10/05/2003 - 11/01/2003 | CL | Periodic | EFT | 3143.00 | 11/01/2003 | Disability | 47476 | N |
| 09/07/2003 - 10/04/2003 | CL | Periodic | EFT | 3143.00 | 10/04/2003 | Disability | 47460 | N |
| 08/10/2003 - 09/06/2003 | CL | Periodic | EFT | 3143.00 | 09/06/2003 | Disability | 47514 | N |
| 07/13/2003 - 08/09/2003 | CL | Periodic | EFT | 3143.00 | 08/09/2003 | Disability | 47484 | N |
| 06/15/2003 - 07/12/2003 | CL | Periodic | EFT | 3143.00 | 07/12/2003 | Disability | 47514 | N |
| 05/18/2003 - 06/14/2003 | CL | Periodic | EPT | 3143.00 | 06/14/2003 | Disability | 47468 | N |
| 04/20/2003 - 05/17/2003 | CL | Periodic | EFT | 3143.00 | 05/17/2003 | Disability | 47463 | N |
| 03/23/2003 - 04/19/2003 | CL | Periodic | EFT | 3143.00 | 04/19/2003 | Disability | 47377 | N |
| 03/01/2003 - 03/22/2003 | CI | Supp Pmt | EFT | 57.86 | 04/14/2003 | Disability | 49621 | N |
| 02/23/2003 - 03/22/2003 | CL | Periodic | EFT | 3069.36 | 03/22/2003 | Disability | 47343 | N |
| 01/26/2003 - 02/22/2003 | CL | Periodic | EFT | 3069.36 | 02/22/2003 | Disability | 47411 | N |
| 12/29/2002 - 01/25/2003 | CL | Periodic | EFT | 3069.36 | 01/25/2003 | Disability | 48511 | N |
| 12/01/2002 - 12/28/2002 | CL | Periodic | EFT | 3069.36 | 12/28/2002 | Disability | 48604 | N |
| 11/03/2002 - 11/30/2002 | CL | Periodic | EFT | 1504.00 | 11/30/2002 | WEC | 48540 | N |
| 10/21/2002 - 11/01/2002 | CL | Supp Pmt | EFT | 767.34 | 11/15/2002 | Disability | 1563 | N |
| 09/30/2002 - 10/18/2002 | CL | Supp Pmt | EFT | 1150.88 | 11/01/2002 | Disability | 1999 | N |
| 06/22/2002 - 07/28/2002 | CL | Supp Pmt | EFT | 2263.65 | 08/16/2002 | Disability | 2203 | N |

SI-0338

Compensation Payment History

| 05/19/2002 - 06/15/2002 | CR | Supp Pmt | Check | -575.51 | 07/31/2002 | Cash Receipt | 1263 | N |
|---|---|---|---|---|---|---|---|---|

● NEW CASE ● Compensation Payments ● Compensation Tracking
● Bill Inquiry

SI-0339

File Number: 250565940
1049-O-P

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742-8300
Phone: (202) 693-0045

December 12, 2002

Date of Injury: 09/10/2000
Employee:    Beth Norden

BETH B. NORDEN
112 GREENHILL ROAD
GREENBELT, MD 20770

Dear Ms. Norden:

This letter outlines your entitlement to compensation benefits and your responsibility to return to work in connection with the injury identified above.

PAYMENT OF COMPENSATION

The Office of Workers' Compensation Programs (OWCP) will pay you compensation benefits under the conditions set forth below.

Weekly rate of pay used to compute gross compensation: $1023.12

Percentage of rate of pay: 75 % (One or more dependents)

Cost-of-living adjustments have increased your gross weekly compensation to: $00.00

First Payment:

    For Period from 12/1/02 to 12/28/02

    Gross Amount: $3069.36

    Health Benefits: $00.00

    Basic Life Ins: $00.00

    Post-Retirement

        Basic Life Ins: $00.00

    Optional Life Ins: $00.00

    Net Amount: $3069.36

**SI-0348**

File Number: 250565940
1049-O-P

Regular Payment:

    For Period from 12/29/02 to 01/25/03

    Gross Amount: $3069.36

    Health Benefits: $00.00

    Basic Life Ins: $00.00

    Post-Retirement

       Basic Life Ins: $00.00

    Optional Life Ins: $00.00

    Net Amount: $3069.36

If you have optional life insurance and/or health benefits coverage, but no deduction for it is shown above, contact this office immediately. You are still responsible for these premiums.

## RECOVERY AND RETURN TO WORK

Acceptance of your claim and payment of compensation do not change your employment status with your employing agency. Unless your agency has told you otherwise, you are still its employee and subject to its personnel rules.

Compensation benefits for total disability are payable only while you cannot perform the duties of your regular job because of your injury at work. The Federal Employees' Compensation Act (FECA) is not a retirement program, and you are expected to return to work (including light duty or part-time work, if available) if you are no longer totally disabled because of your injury. The FECA provides that a partially disabled employee shall be paid compensation based on the difference between the monthly pay and the employee's wage-earning capacity, as determined by the employee's actual earnings or by the OWCP.

1. If you have not done so, ask your employing agency whether light or limited duty work is available for partially disabled employees, and whether your usual job can be changed to meet your work limitations due to the injury.

If the answer to either of these questions is yes, ask your physician whether and when you will be able to perform these duties. Once you can perform light or limited duty, you should report to your agency seeking such duty.

2. If you receive an offer of light or limited duty from your agency, advise the OWCP in writing of your decision either to accept or refuse the position offered at the time that you notify your agency. Refusal by a partially disabled employee to seek, accept, or continue suitable work is lawful grounds for the reduction or termination of compensation.

3. If the OWCP learns that you have earnings equal to or higher than the wages being paid for the job you held when injured, the OWCP will terminate your compensation benefits without notice.

**SI-0349**

File Number: 250565940
1049-O-P

Employee: BETH B. NORDEN

OTHER IMPORTANT INFORMATION

Read the following information carefully, and keep it for future reference. If you have question, contact this office at the address or telephone number shown on the front of this letter.

1. HOW COMPENSATION IS PAID. Compensation benefits are paid each four weeks. The OWCP approves the payment and the Treasury Department issues it. Your first payment will be sent within 15 days. Regular payments will be dated the last day of the four-week period for which payment is made. DO NOT file claims unless you are asked to do so.

2. DELIVERY OF PAYMENT. If you do not receive a payment within 10 days after it is due, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, your address (with ZIP code), and the amount of the payment. Your signature must appear on the letter.

3. DIRECT DEPOSIT. If you are not yet receiving your payments by electronic fund transfer (EFT or direct deposit), please so advise the OWCP. We will then send you a sign-up form for direct deposit (you may also be able to obtain one from your bank).

4. CHANGE OF ADDRESS. If you change the address used for your payments, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, the old address, and the new address (with ZIP code). Your signature must appear on the letter. Also, promptly advise the OWCP of any change in your mailing address, if different from the check address.

5. CHANGE IN STATUS OF DEPENDENT. If you have one or more dependents, and the status of any dependent changes, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, the name of the dependent whose status changed, the effective date of the change, and the nature of the change in status. Your signature must appear on the letter.

If you claimed only one dependent, DO NOT CASH CHECKS RECEIVED AFTER THE CHANGE IN STATUS of this dependent. Otherwise, an overpayment of compensation may result. Return the checks promptly to this office.

6. RETIREMENT BENEFITS. You must report to the OWCP any retirement income you receive from any Federal agency. This is because a person who receives compensation benefits under the FECA is not permitted to receive benefits under the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS).

If you are covered under FERS, the OWCP must deduct from your compensation entitlement at least part of any Social Security Retirement benefits to which you are entitled based on age. This is because a portion of FERS benefits is included in Social Security retirement benefits. Therefore, advise the OWCP immediately upon filing for or receiving Social Security Retirement benefits.

**SI-0350**

File Number: 250565940
1049-O-P

7. OTHER COMPENSATION AND DISABILITY BENEFITS. If you have filed for or receive other compensation or disability benefits (for example, black lung benefits or veterans' benefits) from any Federal agency, advise the OWCP of the name of the Federal agency and the nature of the disability involved.

EN1049-1196  Page 1 of 2

SI-0351

File Number: 250565940
1049-O-P

Employee: BETH B. NORDEN

8. RETURN TO WORK. Advise the OWCP if you return to your former job. If you obtain other work, either with your original employing agency or with another employer, submit the following information to the OWCP at once:

A. Name and address of employer     B. Date you returned to work

C. Type of work you are performing     D. Number of hours worked per week

E. Your weekly pay rate

Your pay rate should include not only cash wages, but also " wages in kind " , such as housing, meals, clothing, and reimbursable expenses. If you are self-employed (for example, as a farmer or a store operator), you must report as your pay rate what it would have cost you to hire someone else to do the same work.

9. OVERPAYMENTS. To minimize the possibility of an overpayment of compensation, NOTIFY THIS OFFICE IMMEDIATELY WHEN YOU GO BACK TO WORK. Each payment shows the period for which payment is made. If you have worked for any portion of this period, return the payment to this office, even if you have already advised the OWCP that you are working.

NOTICE TO EMPLOYEES COVERED BY THE CIVIL SERVICE RETIREMENT SYSTEM

Disability compensation payments under the FECA are temporary in nature. If the OWCP reduces, further reduces, or terminates your compensation payment, you may wish to elect retirement benefits in the future. In the event of your death, compensation is not payable to your survivors unless they establish that your death resulted from the accepted job-related medical condition.

The Office of Personnel Management (OPM) administers the Civil Service Retirement System. The OPM has asked us to remind you that if you remove your contributions from the Retirement Fund, you lose all entitlement to a Civil Service annuity and your survivors lose all entitlement to a Civil Service survivorship annuity.

If you have any questions about the consequences of taking a refund of your retirement contributions, contact the Office of Personnel Management, Compensation Group, Retirement Operations, Washington, D. C. 20415.

CERTIFICATION

I have read the information contained in EN1049 and understand the conditions under which I may receive compensation and the items I must report to the Department of Labor, Office of Workers' Compensation Programs, in connection with my claim. I agree to be bound by these conditions.

I understand that willful failure on my part to comply with these conditions can result in termination or forfeiture of benefits and liability for resulting overpayments. I am also aware that any falsification or willful omission may result in criminal prosecution.

**SI-0352**

File Number: 250565940
1049-O-P

Signature (in ink)_____Date_____

EN1049-1196   Page 2 of 2

**SI-0353**

File Number: 250565940
1049-O-P

Employee: BETH  B.  NORDEN

OTHER IMPORTANT INFORMATION

Read the following information carefully, and keep it for future reference. If you have question, contact this office at the address or telephone number shown on the front of this letter.

1. HOW COMPENSATION IS PAID. Compensation benefits are paid each four weeks. The OWCP approves the payment and the Treasury Department issues it. Your first payment will be sent within 15 days. Regular payments will be dated the last day of the four-week period for which payment is made. DO NOT file claims unless you are asked to do so.

2. DELIVERY OF PAYMENT. If you do not receive a payment within 10 days after it is due, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, your address (with ZIP code), and the amount of the payment. Your signature must appear on the letter.

3. DIRECT DEPOSIT. If you are not yet receiving your payments by electronic fund transfer (EFT or direct deposit), please so advise the OWCP. We will then send you a sign-up form for direct deposit (you may also be able to obtain one from your bank).

4. CHANGE OF ADDRESS. If you change the address used for your payments, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, the old address, and the new address (with ZIP code). Your signature must appear on the letter. Also, promptly advise the OWCP of any change in your mailing address, if different from the check address.

5. CHANGE IN STATUS OF DEPENDENT. If you have one or more dependents, and the status of any dependent changes, notify the OWCP at the address shown on the front of this letter. In the letter, include your file number, the name of the dependent whose status changed, the effective date of the change, and the nature of the change in status. Your signature must appear on the letter.

If you claimed only one dependent, DO NOT CASH CHECKS RECEIVED AFTER THE CHANGE IN STATUS of this dependent. Otherwise, an overpayment of compensation may result. Return the checks promptly to this office.

6. RETIREMENT BENEFITS. You must report to the OWCP any retirement income you receive from any Federal agency. This is because a person who receives compensation benefits under the FECA is not permitted to receive benefits under the Civil Service Retirement System (CSRS) or the Federal Employees' Retirement System (FERS).

If you are covered under FERS, the OWCP must deduct from your compensation entitlement at least part of any Social Security Retirement benefits to which you are entitled based on age. This is because a portion of FERS benefits is included in Social Security retirement benefits. Therefore, advise the OWCP immediately upon filing for or receiving Social Security Retirement benefits.

SI-0354

File Number: 250565940
1049-O-P

**7. OTHER COMPENSATION AND DISABILITY BENEFITS.** If you have filed for or receive other compensation or disability benefits (for example, black lung benefits or veterans' benefits) from any Federal agency, advise the OWCP of the name of the Federal agency and the nature of the disability involved.

EN1049-1196   Page 1 of 2

SI-0355

File Number: 250565940
1049-O-P

Employee: BETH  B.  NORDEN

8. RETURN TO WORK. Advise the OWCP if you return to your former job. If you obtain other work, either with your original employing agency or with another employer, submit the following information to the OWCP at once:

A. Name and address of employer      B. Date you returned to work

C. Type of work you are performing   D. Number of hours worked per week

E. Your weekly pay rate

Your pay rate should include not only cash wages, but also " wages in kind " , such as housing, meals, clothing, and reimbursable expenses. If you are self-employed (for example, as a farmer or a store operator), you must report as your pay rate what it would have cost you to hire someone else to do the same work.

9. OVERPAYMENTS. To minimize the possibility of an overpayment of compensation, NOTIFY THIS OFFICE IMMEDIATELY WHEN YOU GO BACK TO WORK. Each payment shows the period for which payment is made. If you have worked for any portion of this period, return the payment to this office, even if you have already advised the OWCP that you are working.

NOTICE TO EMPLOYEES COVERED BY THE CIVIL SERVICE RETIREMENT SYSTEM

Disability compensation payments under the FECA are temporary in nature. If the OWCP reduces, further reduces, or terminates your compensation payment, you may wish to elect retirement benefits in the future. In the event of your death, compensation is not payable to your survivors unless they establish that your death resulted from the accepted job-related medical condition.

The Office of Personnel Management (OPM) administers the Civil Service Retirement System. The OPM has asked us to remind you that if you remove your contributions from the Retirement Fund, you lose all entitlement to a Civil Service annuity and your survivors lose all entitlement to a Civil Service survivorship annuity.

If you have any questions about the consequences of taking a refund of your retirement contributions, contact the Office of Personnel Management, Compensation Group, Retirement Operations, Washington, D. C. 20415.

CERTIFICATION

I have read the information contained in EN1049 and understand the conditions under which I may receive compensation and the items I must report to the Department of Labor, Office of Workers' Compensation Programs, in connection with my claim. I agree to be bound by these conditions.

I understand that willful failure on my part to comply with these conditions can result in termination or forfeiture of benefits and liability for resulting overpayments.  I am also aware that any falsification or willful omission may result in criminal prosecution.

**SI-0356**

File Number: 250565940
1049-O-P

Signature (in ink)_____Date_____

EN1049-1196   Page 2 of 2

SI-0357

File Number: 250565940
1049-O-P

OTHER IMPORTANT INFORMATION

The enclosure to this letter (EN1049) contains other important information about your
compensation payments. After you have read it, sign one copy of the certification and send it to
this office.

If you have any questions concerning your claim, contact this office at the address or telephone
number noted above.

Sincerely,

Michael R. Huff
Special Examiner

Enclosure(s): EN1049

SMITHSONIAN INSTITUTION
OFFICE OF PERSONNEL ADMIN
ATTN EMPLOYEE RELATIONS SPEC
900 JEFFERSON DRIVE SW
WASHINGTON, DC 20560

**SI-0358**

 *AQS Case Compensation Payment History* 

**AGENCY:** 135900 - SMITHSONIAN INSTITUTION, NO SUB-CLASSIFICATION
**CASE#:** 250565940
**MASTER:**
**NAME:** NORDEN, BETH B
**SSN:** 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        **SEX:** F
**Address:** 112 GREENHILL ROAD
**DOB/Age:** 01/31/1952 - 54
**City State Zip:** GREENBELT, MD 20770
**DOI:** 09/10/2000
**Occupation:** Z9999 - UNKNOWN/MISSING OCCUPATION-CODE

**Reported Condition:**

9999 - OTH/UNS COMPLICATIONS MEDICAL CARE

**Condition Accepted**

34600 - CLASSICAL MIGRAINE WITHOUT MENTION OF INTRACTABLE MIGRAINE
0654 - MOSQUITO-BORNE HEMORRHAGIC FEVER
2765 - VOLUME DEPLETION
34690 - UNSPECIFIED MIGRAINE WITHOUT MENTION OF INTRACTABLE MIGRAINE
30981 - POSTTRAUMATIC STRESS DISORDER
311 - DEPRESSIVE DISORDER NEC
989 -
2871 - QUALITATIVE PLATELET DEFECTS

**Form Rev'd:** CA2 - 09/22/2000        **Location:** District 25        **CEID:** P18        **Injury ZIP:** 20560

## CASE STATUS

*Adjudication Status* ☒ AP - 11/04/2002 -        Accepted - Periodic Roll Payment

*Current Case Status* ☒ PR - 12/03/2002 -        Payment on Periodic Roll

*Current Location* ☒ OLE - 03/17/2003 -        DESC MISSING

### COMPENSATION PAYMENT HISTORY

| Compensation Period: From - To | Rel Code | Roll Type | Payment Method | Payment Amount | Payment Date | Payment Type | Sequence Number | Cncl Chk |
|---|---|---|---|---|---|---|---|---|
| 09/03/2006 - 09/30/2006 | CL | Periodic | EFT | 3418.00 | 09/30/2006 | Disability | 2305 | N |
| 08/06/2006 - 09/02/2006 | CL | Periodic | EFT | 3418.00 | 09/02/2006 | Disability | 2306 | N |
| 07/09/2006 - 08/05/2006 | CL | Periodic | EFT | 3418.00 | 08/05/2006 | Disability | 2305 | N |
| 06/11/2006 - 07/08/2006 | CL | Periodic | EFT | 3418.00 | 07/08/2006 | Disability | 2319 | N |
| 05/14/2006 - 06/10/2006 | CL | Periodic | EFT | 3418.00 | 06/10/2006 | Disability | 2312 | N |
| 04/16/2006 - 05/13/2006 | CL | Periodic | EFT | 3418.00 | 05/13/2006 | Disability | 2333 | N |
| 03/19/2006 - 04/15/2006 | CL | Periodic | EFT | 3492.57 | 04/15/2006 | Disability | 2325 | N |
| 02/19/2006 - 03/18/2006 | CL | Periodic | EFT | 3302.00 | 03/18/2006 | Disability | 2328 | N |
| 01/22/2006 - 02/18/2006 | CL | Periodic | EFT | 3302.00 | 02/18/2006 | Disability | 2337 | N |

| 12/25/2005 - 01/21/2006 | CL | Periodic | EFT | 3302.00 | 01/21/2006 | Disability | 2341 | N |
|---|---|---|---|---|---|---|---|---|
| 11/27/2005 - 12/24/2005 | CL | Periodic | EFT | 3302.00 | 12/24/2005 | Disability | 2342 | N |
| 10/30/2005 - 11/26/2005 | CL | Periodic | EFT | 3302.00 | 11/26/2005 | Disability | 2336 | N |
| 10/02/2005 - 10/29/2005 | CL | Periodic | EFT | 3302.00 | 10/29/2005 | Disability | 2336 | N |
| 09/04/2005 - 10/01/2005 | CL | Periodic | EFT | 3302.00 | 10/01/2005 | Disability | 2355 | N |
| 08/07/2005 - 09/03/2005 | CL | Periodic | EFT | 3302.00 | 09/03/2005 | Disability | 2364 | N |
| 07/10/2005 - 08/06/2005 | CL | Periodic | EFT | 3302.00 | 08/06/2005 | Disability | 2381 | N |
| 06/12/2005 - 07/09/2005 | CL | Periodic | EFT | 3302.00 | 07/09/2005 | Disability | 2371 | N |
| 05/15/2005 - 06/11/2005 | CL | Periodic | EFT | 3302.00 | 06/11/2005 | Disability | 2378 | N |
| 04/17/2005 - 05/14/2005 | CL | Periodic | BFT | 3302.00 | 05/14/2005 | Disability | 2382 | N |
| 03/20/2005 - 04/16/2005 | CL | Periodic | EFT | 3302.00 | 04/16/2005 | Disability | 2391 | N |
| 03/01/2005 - 03/19/2005 | CL | Supp Pmt | EFT | 73.96 | 04/08/2005 | Disability | 2699 | N |
| 02/20/2005 - 03/19/2005 | CL | Periodic | EFT | 3193.00 | 03/19/2005 | Disability | 21169 | N |
| 01/23/2005 - 02/19/2005 | CL | Periodic | EFT | 3193.00 | 02/19/2005 | Disability | 31807 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 66802 | N |
| 12/26/2004 - 01/22/2005 | CL | Periodic | EFT | 3193.00 | 01/22/2005 | Disability | 47278 | N |
| 11/28/2004 - 12/25/2004 | CL | Periodic | EFT | 3193.00 | 12/25/2004 | Disability | 47387 | N |
| 10/31/2004 - 11/27/2004 | CL | Periodic | EFT | 3193.00 | 11/27/2004 | Disability | 47349 | N |
| 10/03/2004 - 10/30/2004 | CL | Periodic | EFT | 3193.00 | 10/30/2004 | Disability | 47365 | N |
| 09/05/2004 - 10/02/2004 | CL | Periodic | EFT | 3193.00 | 10/02/2004 | Disability | 47366 | N |
| 08/08/2004 - 09/04/2004 | CL | Periodic | EFT | 3193.00 | 09/04/2004 | Disability | 47412 | N |
| 07/11/2004 - 08/07/2004 | CL | Periodic | EFT | 3193.00 | 08/07/2004 | Disability | 47421 | N |
| 06/13/2004 - 07/10/2004 | CL | Periodic | EFT | 3193.00 | 07/10/2004 | Disability | 47465 | N |
| 05/16/2004 - 06/12/2004 | CL | Periodic | EFT | 3193.00 | 06/12/2004 | Disability | 47492 | N |
| 04/18/2004 - 05/15/2004 | CL | Periodic | EFT | 3193.00 | 05/15/2004 | Disability | 47453 | N |
| 03/21/2004 - 04/17/2004 | CL | Periodic | EFT | 3193.00 | 04/17/2004 | Disability | 47415 | N |
| 03/01/2004 - 03/20/2004 | CI | Supp Pmt | EFT | 35.71 | 03/27/2004 | Disability | 47998 | N |
| 02/22/2004 - 03/20/2004 | CL | Periodic | EFT | 3143.00 | 03/20/2004 | Disability | 47448 | N |
| 01/25/2004 - 02/21/2004 | CL | Periodic | EFT | 3143.00 | 02/21/2004 | Disability | 47549 | N |
| 12/28/2003 - 01/24/2004 | CL | Periodic | EFT | 3143.00 | 01/24/2004 | Disability | 47479 | N |
| 11/30/2003 - 12/27/2003 | CL | Periodic | EFT | 3143.00 | 12/27/2003 | Disability | 47613 | N |
| 11/02/2003 - 11/29/2003 | CL | Periodic | EFT | 3143.00 | 11/29/2003 | Disability | 47530 | N |
| 10/05/2003 - 11/01/2003 | CL | Periodic | EFT | 3143.00 | 11/01/2003 | Disability | 47476 | N |
| 09/07/2003 - 10/04/2003 | CL | Periodic | EFT | 3143.00 | 10/04/2003 | Disability | 47460 | N |
| 08/10/2003 - 09/06/2003 | CL | Periodic | EFT | 3143.00 | 09/06/2003 | Disability | 47514 | N |
| 07/13/2003 - 08/09/2003 | CL | Periodic | EFT | 3143.00 | 08/09/2003 | Disability | 47484 | N |
| 06/15/2003 - 07/12/2003 | CL | Periodic | EFT | 3143.00 | 07/12/2003 | Disability | 47514 | N |
| 05/18/2003 - 06/14/2003 | CL | Periodic | EFT | 3143.00 | 06/14/2003 | Disability | 47468 | N |
| 04/20/2003 - 05/17/2003 | CL | Periodic | EFT | 3143.00 | 05/17/2003 | Disability | 47463 | N |
| 03/23/2003 - 04/19/2003 | CL | Periodic | EFT | 3143.00 | 04/19/2003 | Disability | 47377 | N |
| 03/01/2003 - 03/22/2003 | CI | Supp Pmt | EFT | 57.86 | 04/14/2003 | Disability | 49621 | N |
| 02/23/2003 - 03/22/2003 | CL | Periodic | EFT | 3069.36 | 03/22/2003 | Disability | 47343 | N |
| 01/26/2003 - 02/22/2003 | CL | Periodic | EFT | 3069.36 | 02/22/2003 | Disability | 47411 | N |

Compensation Payment History

| 12/29/2002 – 01/25/2003 | CL | Periodic | EFT | 3069.36 | 01/25/2003 | Disability | 48511 | N |
|---|---|---|---|---|---|---|---|---|
| 12/01/2002 – 12/28/2002 | CL | Periodic | EFT | 3069.36 | 12/28/2002 | Disability | 48604 | N |
| 11/03/2002 – 11/30/2002 | CL | Periodic | EFT | 1504.00 | 11/30/2002 | WEC | 48540 | N |
| 10/21/2002 – 11/01/2002 | CL | Supp Pmt | EFT | 767.34 | 11/15/2002 | Disability | 1563 | N |
| 09/30/2002 – 10/18/2002 | CL | Supp Pmt | EFT | 1150.88 | 11/01/2002 | Disability | 1999 | N |
| 06/22/2002 – 07/28/2002 | CL | Supp Pmt | EFT | 2263.65 | 08/16/2002 | Disability | 2203 | N |
| 05/19/2002 – 06/15/2002 | CR | Supp Pmt | Check | -575.51 | 07/31/2002 | Cash Receipt | 1263 | N |

☒ **NEW CASE**  ☒ **Compensation Payments**  ☒ **Compensation Tracking**
☒ **Bill Inquiry**

## Table 6. Life table for white females: United States, 2003

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]



| Age | Probability of dying between ages x to x+1 $q(x)$ | Number surviving to age x $l(x)$ | Number dying between ages x to x+1 $d(x)$ | Person-years lived between ages x to x+1 $L(x)$ | Total number of person-years lived above age x $T(x)$ | Expectation of life at age x $e(x)$ |
|---|---|---|---|---|---|---|
| 0–1 | 0.005052 | 100,000 | 505 | 99,551 | 8,050,674 | 80.5 |
| 1–2 | 0.000372 | 99,495 | 37 | 99,476 | 7,951,123 | 79.9 |
| 2–3 | 0.000266 | 99,458 | 26 | 99,445 | 7,851,647 | 78.9 |
| 3–4 | 0.000202 | 99,431 | 20 | 99,421 | 7,752,202 | 78.0 |
| 4–5 | 0.000175 | 99,411 | 17 | 99,403 | 7,652,781 | 77.0 |
| 5–6 | 0.000127 | 99,394 | 13 | 99,388 | 7,553,378 | 76.0 |
| 6–7 | 0.000113 | 99,381 | 11 | 99,376 | 7,453,990 | 75.0 |
| 7–8 | 0.000126 | 99,370 | 13 | 99,364 | 7,354,615 | 74.0 |
| 8–9 | 0.000110 | 99,357 | 11 | 99,352 | 7,256,251 | 73.0 |
| 9–10 | 0.000126 | 99,346 | 12 | 99,340 | 7,156,899 | 72.0 |
| 10–11 | 0.000131 | 99,334 | 13 | 99,327 | 7,056,559 | 71.0 |
| 11–12 | 0.000113 | 99,321 | 11 | 99,315 | 6,957,232 | 70.0 |
| 12–13 | 0.000121 | 99,310 | 12 | 99,304 | 6,857,917 | 69.1 |
| 13–14 | 0.000158 | 99,298 | 16 | 99,290 | 6,758,613 | 68.1 |
| 14–15 | 0.000175 | 99,282 | 17 | 99,273 | 6,659,323 | 67.1 |
| 15–16 | 0.000245 | 99,265 | 24 | 99,252 | 6,560,050 | 66.1 |
| 16–17 | 0.000368 | 99,240 | 37 | 99,222 | 6,460,798 | 65.1 |
| 17–18 | 0.000405 | 99,204 | 40 | 99,184 | 6,361,576 | 64.1 |
| 18–19 | 0.000499 | 99,163 | 49 | 99,139 | 6,262,392 | 63.2 |
| 19–20 | 0.000461 | 99,114 | 46 | 99,091 | 6,163,253 | 62.2 |
| 20–21 | 0.000447 | 99,068 | 44 | 99,046 | 6,064,162 | 61.2 |
| 21–22 | 0.000472 | 99,024 | 47 | 99,001 | 5,965,116 | 60.2 |
| 22–23 | 0.000478 | 98,977 | 47 | 98,954 | 5,866,115 | 59.3 |
| 23–24 | 0.000459 | 98,930 | 45 | 98,907 | 5,767,162 | 58.3 |
| 24–25 | 0.000479 | 98,885 | 47 | 98,861 | 5,668,256 | 57.3 |
| 25–26 | 0.000463 | 98,837 | 46 | 98,814 | 5,569,394 | 56.3 |
| 26–27 | 0.000487 | 98,791 | 48 | 98,767 | 5,470,579 | 55.4 |
| 27–28 | 0.000503 | 98,743 | 50 | 98,718 | 5,371,812 | 54.4 |
| 28–29 | 0.000510 | 98,694 | 50 | 98,668 | 5,273,094 | 53.4 |
| 29–30 | 0.000539 | 98,643 | 53 | 98,617 | 5,174,425 | 52.5 |
| 30–31 | 0.000549 | 98,590 | 54 | 98,563 | 5,075,809 | 51.5 |
| 31–32 | 0.000613 | 98,536 | 60 | 98,506 | 4,977,245 | 50.5 |
| 32–33 | 0.000622 | 98,476 | 61 | 98,445 | 4,878,740 | 49.5 |
| 33–34 | 0.000720 | 98,414 | 71 | 98,379 | 4,780,295 | 48.6 |
| 34–35 | 0.000741 | 98,343 | 73 | 98,307 | 4,681,916 | 47.6 |
| 35–36 | 0.000861 | 98,271 | 85 | 98,228 | 4,583,609 | 46.6 |
| 36–37 | 0.000910 | 98,186 | 89 | 98,141 | 4,485,380 | 45.7 |
| 37–38 | 0.001013 | 98,097 | 99 | 98,047 | 4,387,239 | 44.7 |
| 38–39 | 0.001080 | 97,997 | 106 | 97,944 | 4,289,192 | 43.8 |
| 39–40 | 0.001214 | 97,892 | 119 | 97,832 | 4,191,248 | 42.8 |
| 40–41 | 0.001339 | 97,773 | 131 | 97,707 | 4,093,416 | 41.9 |
| 41–42 | 0.001457 | 97,642 | 142 | 97,571 | 3,995,708 | 40.9 |
| 42–43 | 0.001614 | 97,500 | 157 | 97,421 | 3,898,138 | 40.0 |
| 43–44 | 0.001715 | 97,342 | 167 | 97,259 | 3,800,717 | 39.0 |
| 44–45 | 0.001895 | 97,175 | 184 | 97,083 | 3,703,458 | 38.1 |
| 45–46 | 0.002030 | 96,991 | 197 | 96,893 | 3,606,375 | 37.2 |
| 46–47 | 0.002190 | 96,794 | 212 | 96,688 | 3,509,483 | 36.3 |
| 47–48 | 0.002350 | 96,582 | 227 | 96,469 | 3,412,794 | 35.3 |
| 48–49 | 0.002486 | 96,355 | 240 | 96,235 | 3,316,326 | 34.4 |
| 49–50 | 0.002752 | 96,116 | 264 | 95,983 | 3,220,091 | 33.5 |
| 50–51 | 0.002959 | 95,851 | 284 | 95,709 | 3,124,107 | 32.6 |
| 51–52 | 0.003151 | 95,567 | 301 | 95,417 | 3,028,398 | 31.7 |
| 52–53 | 0.003462 | 95,266 | 329 | 95,102 | 2,932,981 | 30.8 |
| 53–54 | 0.003611 | 94,937 | 343 | 94,766 | 2,837,879 | 29.9 |
| 54–55 | 0.004104 | 94,595 | 388 | 94,400 | 2,743,113 | 29.0 |
| 55–56 | 0.004407 | 94,206 | 415 | 93,999 | 2,648,713 | 28.1 |
| 56–57 | 0.005156 | 93,791 | 484 | 93,549 | 2,554,714 | 27.2 |
| 57–58 | 0.005101 | 93,308 | 476 | 93,070 | 2,461,165 | 26.4 |
| 58–59 | 0.006129 | 92,832 | 569 | 92,547 | 2,368,095 | 25.5 |
| 59–60 | 0.006722 | 92,263 | 620 | 91,953 | 2,275,548 | 24.7 |
| 60–61 | 0.007551 | 91,642 | 692 | 91,296 | 2,183,595 | 23.8 |
| 61–62 | 0.007731 | 90,951 | 703 | 90,599 | 2,092,299 | 23.0 |
| 62–63 | 0.008895 | 90,247 | 803 | 89,846 | 2,001,700 | 22.2 |
| 63–64 | 0.009569 | 89,445 | 856 | 89,017 | 1,911,854 | 21.4 |
| 64–65 | 0.010787 | 88,589 | 956 | 88,111 | 1,822,837 | 20.6 |

National Vital Statistics Reports, Vol. 54, No. 14, April 19, 2006     19

## Table 6. Life table for white females: United States, 2003—Con.

[Race categories are consistent with the 1977 Office of Management and Budget guidelines]

| Age | Probability of dying between ages $x$ to $x+1$ $q(x)$ | Number surviving to age $x$ $l(x)$ | Number dying between ages $x$ to $x+1$ $d(x)$ | Person-years lived between ages $x$ to $x+1$ $L(x)$ | Total number of person-years lived above age $x$ $T(x)$ | Expectation of life at age $x$ $e(x)$ |
|---|---|---|---|---|---|---|
| 65–66 | 0.011388 | 87,633 | 999 | 87,134 | 1,734,726 | 19.8 |
| 66–67 | 0.012454 | 86,634 | 1,079 | 86,095 | 1,647,593 | 19.0 |
| 67–68 | 0.013717 | 85,555 | 1,174 | 84,969 | 1,561,498 | 18.3 |
| 68–69 | 0.015085 | 84,382 | 1,273 | 83,745 | 1,476,529 | 17.5 |
| 69–70 | 0.016182 | 83,109 | 1,345 | 82,436 | 1,392,784 | 16.8 |
| 70–71 | 0.018419 | 81,764 | 1,506 | 81,011 | 1,310,348 | 16.0 |
| 71–72 | 0.019638 | 80,256 | 1,576 | 79,470 | 1,229,337 | 15.3 |
| 72–73 | 0.021685 | 78,682 | 1,706 | 77,829 | 1,149,867 | 14.6 |
| 73–74 | 0.023638 | 76,976 | 1,820 | 76,066 | 1,072,038 | 13.9 |
| 74–75 | 0.026094 | 75,156 | 1,961 | 74,175 | 995,972 | 13.3 |
| 75–76 | 0.028728 | 73,195 | 2,103 | 72,144 | 921,797 | 12.6 |
| 76–77 | 0.031848 | 71,092 | 2,264 | 69,960 | 849,653 | 12.0 |
| 77–78 | 0.035298 | 68,828 | 2,429 | 67,613 | 779,693 | 11.3 |
| 78–79 | 0.039543 | 66,399 | 2,659 | 65,119 | 712,080 | 10.7 |
| 79–80 | 0.042827 | 63,839 | 2,734 | 62,472 | 646,961 | 10.1 |
| 80–81 | 0.046364 | 61,105 | 2,855 | 59,628 | 584,488 | 9.6 |
| 81–82 | 0.052986 | 58,150 | 3,081 | 56,609 | 524,861 | 9.0 |
| 82–83 | 0.058354 | 55,069 | 3,213 | 53,462 | 468,251 | 8.5 |
| 83–84 | 0.067603 | 51,855 | 3,506 | 50,103 | 414,789 | 8.0 |
| 84–85 | 0.070514 | 48,350 | 3,409 | 46,645 | 364,687 | 7.5 |
| 85–86 | 0.077904 | 44,940 | 3,501 | 43,190 | 318,041 | 7.1 |
| 86–87 | 0.085990 | 41,439 | 3,563 | 39,658 | 274,851 | 6.6 |
| 87–88 | 0.094821 | 37,876 | 3,591 | 36,080 | 235,194 | 6.2 |
| 88–89 | 0.104445 | 34,285 | 3,581 | 32,494 | 199,113 | 5.8 |
| 89–90 | 0.114909 | 30,704 | 3,528 | 28,940 | 166,619 | 5.4 |
| 90–91 | 0.126258 | 27,176 | 3,431 | 25,460 | 137,680 | 5.1 |
| 91–92 | 0.138535 | 23,744 | 3,289 | 22,100 | 112,219 | 4.7 |
| 92–93 | 0.151777 | 20,455 | 3,105 | 18,903 | 90,120 | 4.4 |
| 93–94 | 0.166014 | 17,350 | 2,880 | 15,910 | 71,217 | 4.1 |
| 94–95 | 0.181271 | 14,470 | 2,623 | 13,159 | 55,307 | 3.8 |
| 95–96 | 0.197561 | 11,847 | 2,341 | 10,677 | 42,148 | 3.6 |
| 96–97 | 0.214686 | 9,506 | 2,043 | 8,485 | 31,472 | 3.3 |
| 97–98 | 0.233242 | 7,464 | 1,741 | 6,593 | 22,986 | 3.1 |
| 98–99 | 0.252600 | 5,723 | 1,446 | 5,000 | 16,393 | 2.9 |
| 99–100 | 0.272923 | 4,277 | 1,167 | 3,694 | 11,393 | 2.7 |
| 100+ | 1.00000 | 3,110 | 3,110 | 7,700 | 7,700 | 2.5 |