Alex T. Sliheet, D.C. Bar No. 438977
Vickie Inge Fang, *pro hac vice*
Attorneys for Plaintiff Beth Norden
8702 Nightingale Drive
Lanham, MD  20706
alexsliheet@yahoo.com
fvickie@comcast.net
(301) 552-4908

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>**Beth M. Norden,** )<br> )<br>**Plaintiff** )<br> )<br>**v.** )<br> )<br> )<br>**Cristian Samper, Acting** )<br>**Secretary Smithsonian** )<br>**Institution,** )<br> )<br>**Defendant** )<br>_____ ) | **Case No. 05cv1232 (RMC)**<br><br>**PLAINTIFF'S NOTICE OF ERRATA**<br>**AS TO MEMORANDUM / REPLY**<br>**MEMORANDUM** |

**NOTICE OF ERRATA**

The bottom of Page 34 -35 currently states:

> "A woman who is desperate to remain on OWCP for the rest of her life would be well advised to live the life of an invalid and perform work (let alone pay in order to perform such work) that would suggest to the Department of Labor that she no longer qualifies for OWCP support.   Although, after five years of seeking work in her field, Dr. Norden has been unable to find another position for a highly experienced entomologist specializing in aculeate Hymenoptera, Dr. Norden is still a capable scientist who has found other ways to contribute to the scientific community through her unpaid work."

The bottom of Page 34-35 should state:

> "A woman who is desperate to remain on OWCP for the rest of her life would be well advised to live the life of an invalid and **not perform** work (let alone pay in order to perform such work) that would suggest to the Department of Labor that she no longer qualifies for OWCP support.   Although, after five years of seeking work in her field, Dr. Norden has been unable to find another position for a highly experienced entomologist specializing in aculeate **Hymenoptera.**   Dr. Norden is still a capable scientist who has found other ways to contribute to the scientific community through her unpaid work."

The changes are the insertion of the word "not" before the word perform, and the substitution of a period "." for the comma after the word Hymenoptera.

Dated:   4/28/08                              Respectfully submitted,

                                             _____/s/   Alex Sliheet_____
                                             Alex T. Sliheet, D.C. Bar No. 438977
                                             Vickie Inge Fang, *pro hac vice*
                                             *Attorneys for Dr. Norden*
                                             8702 Nightingale Drive, Lanham, MD  20706
                                             alexsliheet@yahoo.com; fvickie@comcast.net
                                             (301) 552-4908; (301) 294-6839